# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| DEMOCRACY NORTH CAROLINA; NORTH CAROLINA BLACK ALLIANCE; LEAGUE OF WOMEN VOTERS OF NORTH CAROLINA, <br><br> *Plaintiffs*, <br><br> v. <br><br> ALAN HIRSCH, in his official capacity as CHAIR OF THE STATE BOARD OF ELECTIONS; JEFF CARMON III, in his official capacity as SECRETARY OF THE STATE BOARD OF ELECTIONS; STACY EGGERS IV, in his official capacity as MEMBER OF THE STATE BOARD OF ELECTIONS; KEVIN LEWIS, in his official capacity as MEMBER OF THE STATE BOARD OF ELECTIONS; SIOBHAN O'DUFFY MILLEN, in her official capacity as MEMBER OF THE STATE BOARD OF ELECTIONS; KAREN BRINSON BELL, in her official capacity as EXECUTIVE DIRECTOR OF THE STATE BOARD OF ELECTIONS; NORTH CAROLINA STATE BOARD OF ELECTIONS, <br><br> *Defendants*. | § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § | Case No. 1:23-878-TDS-JEP |

### MOTION TO INTERVENE AS DEFENDANTS BY THE REPUBLICAN NATIONAL COMMITTEE, NORTH CAROLINA REPUBLICAN PARTY; <u>BRENDA M. ELDRIDGE; AND VIRGINIA ANN WASSERBERG</u>

Pursuant to Federal Rule of Civil Procedure 24, the Motion to Intervene should be granted for all the reasons stated in the Memorandum in Support of the Motion to Intervene being filed contemporaneously with this Motion.

The Movants – who seek to intervene as Defendants in this action – are as follows:

1. Republican National Committee: The Republican National Committee is a national committee, as defined by 52 U.S.C. §30101, that manages the Republican Party's business at the national level, supports Republican candidates for public office at all levels, coordinates fundraising and election strategy, and develops and promotes the national Republican platform.

2. North Carolina Republican Party: The North Carolina Republican Party is a state political party that works to promote Republican values and to assist Republican candidates in running for partisan federal, state, and local offices in North Carolina, representing the interests of more than 2 million registered Republican voters in the state.

3. Brenda M. Eldridge: Ms. Eldridge is a registered North Carolina voter and is registered as a Republican. She is a past chair of the Cumberland County Republican Party. She has previously served as a poll observer in North Carolina elections and intends to do so again in the future.

4. Virginia Ann Wasserberg: Ms. Wasserberg is a registered North Carolina voter and is registered as a Republican. She currently serves as chair of the Pasquotank County Republican Party, and in that role, appoints site-specific and county at-large election

observers. She has previously served as a poll observer in North Carolina elections and intends to do so again in the future.

To satisfy the pleading requirement of Fed. R. Civ. P. 24(c), attached to this motion as Exhibit 1 is a Proposed Answer to Plaintiffs' Complaint. In filing this Proposed Answer, Movants do not waive the right to move this Court for dismissal of any of Plaintiffs' claims that fail on procedural and/or legal grounds, should intervention be granted.

Respectfully, submitted this the 26th day of October 2023.

**Chalmers, Adams, Backer & Kaufman, PLLC**

By:*/s/ Philip Thomas*
Philip R. Thomas
N.C. Bar No. 53751
204 N. Person St.
Raleigh, NC 27601
Telephone: 919-670-5185
Facsimile: 678-582-8910
pthomas@chalmersadams.com

**Baker & Hostetler LLP**

Tyler G. Doyle (*pro hac vice pending*)
Texas State Bar No. 24072075
Rachel Hooper (*pro hac vice pending*)
Texas State Bar No. 24039102
811 Main St., Suite 1100
Houston, TX 77002
Telephone: 713-751-1600
Facsimile: 713-751-1717
tgdoyle@bakerlaw.com
rhooper@bakerlaw.com

**Baker & Hostetler LLP**

Trevor M. Stanley (*pro hac vice pending*)
District of Columbia State Bar No. 991207
Richard Raile (*pro hac vice pending*)
District of Columbia State Bar No. 1015689
Washington Square
1050 Connecticut Ave. NW, Suite 1100
Washington, DC 20036
Telephone: 202-861-1500
Facsimile:  202-861-1783
tstanley@bakerlaw.com
rraile@bakerlaw.com

**Baker & Hostetler LLP**

Patrick T. Lewis (*pro hac vice pending*)
Ohio State Bar No. 0078314
Key Tower
127 Public Square, Suite 2000
Cleveland, OH 44114
Telephone: 216-621-0200
Facsimile:  216-696-0740
plewis@bakerlaw.com

**ATTORNEYS FOR MOVANTS**

4

## CERTIFICATE OF SERVICE

I hereby certify that I filed the forgoing document using the Court's CM/ECF System which will send notification to all counsel of record.

This 26th day of October, 2023.

**Chalmers, Adams, Backer & Kaufman, PLLC**

*/s/ Philip Thomas*
Philip R. Thomas
N.C. Bar No. 53751