IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
No. 1:23-CV-878

| | |
|---|---|
| DEMOCRACY NORTH CAROLINA; *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> ALAN HIRSCH, in his official capacity as CHAIR OF THE STATE BOARD OF ELECTIONS, *et al.,* <br><br> Defendants. | **MEMORANDUM IN SUPPORT OF MOTION TO DISMISS PLAINTIFFS' COMPLAINT** |

NOW COME Philip E. Berger in his official capacity as President *Pro Tempore* of the North Carolina Senate, and Timothy K. Moore in his official capacity as Speaker of the North Carolina House of Representatives, and respectfully move to dismiss Plaintiffs' Complaint in its entirety under Fed. R. Civ. P. 12(b)(1) because Plaintiffs lack Article III and prudential standing, or alternatively, dismissed for failure to state a claim upon which relief may be granted under Fed. R. Civ. P. 12(b)(6) because Plaintiffs fail to show a violation of procedural due process, fail to show an unconstitutional burden on the right to vote, and fail to show a violation of the Twenty-Sixth Amendment. The Motion to Dismiss should be granted for all the reasons stated in the Memorandum in Support of the Motion to Dismiss being filed contemporaneously with this Motion.

Respectfully, submitted this the 15th day of December 2023.

1

**NELSON MULLINS RILEY & SCARBOROUGH LLP**

/s/ Phillip J. Strach
Phillip J. Strach
N.C. State Bar No. 29456
Thomas A. Farr
N.C. State Bar No. 10871
Alyssa M. Riggins
N.C. State Bar No. 52366
Cassie A. Holt
N.C. State Bar No. 56505
Alexandra M. Bradley
N.C. State. Bar No. 54872
301 Hillsborough Street, Suite 1400
Raleigh, NC 27603
Telephone: (919) 329-3800
Facsimile: (919) 329-3779
phil.strach@nelsonmullins.com
tom.farr@nelsonmullins.com
alyssa.riggins@nelsonmullins.com
cassie.holt@nelsonmullins.com
alex.bradley@nelsonmullins.com

*Counsel for Legislative Defendants*

# CERTIFICATE OF SERVICE

I, Phillip J. Strach, hereby certify that I have this day electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will provide electronic notification to counsel of record.

This the 15th day of December, 2023.

**NELSON MULLINS RILEY & SCARBOROUGH LLP**

/s/ Phillip J. Strach
Phillip J. Strach
N.C. State Bar No. 29456