# EXHIBIT A

New Search

# CLETA DEATHERAGE MITCHELL
# 139 NATIONAL DR
# SOUTHERN PINES, NC 28387

**Collapse all sections | Expand all sections**

## YOUR VOTER DETAILS

| | |
|---|---|
| **County:** | MOORE |
| **Status:** | ACTIVE |
| **Voter Reg Num:** | 000000127533 |
| **NCID:** | CZ94155 |
| **Party:** | REP |
| **Race:** | WHITE |
| **Ethnicity:** | NOT HISPANIC or NOT LATINO |
| **Gender:** | FEMALE |
| **Registration Date:** | 05/13/2013 |
| **NCDMV Customer:** | Yes |

## YOUR JURISDICTIONS

| | |
|---|---|
| **Precinct:** | SOUTH SOUTHERN PINES |
| **Congress:** | CONGRESSIONAL DISTRICT 9 |
| **NC Senate:** | NC SENATE DISTRICT 21 |
| **NC House:** | NC HOUSE DISTRICT 52 |
| **Superior Court:** | SUPERIOR COURT DISTRICT 29 |
| **Judicial:** | JUDICIAL DISTRICT 29 |
| **Prosecutorial:** | PROSECUTORIAL DISTRICT 29 |
| **County Commissioner:** | COMMISSIONER IV |
| **Municipality:** | SOUTHERN PINES |
| **Township:** | MCNEILL |
| **School:** | SCHOOL BOARD DISTRICT IV |

## YOUR VOTING LOCATIONS  ⌃

During the early voting period, voters may cast a ballot at any early voting site in their county, and eligible individuals may register and vote at the same time. Find early voting sites and schedules in your county with the <u>Early Voting Site Search</u>. *Voting sites change for each election and become available when finalized.*

Election Day voters must cast a ballot at their assigned polling place. Click the name of your Election Day polling place below for location details, your county board of elections contact information, and sample ballots *when available.*

<u>DOUGLASS COMMUNITY CENTER</u>
1185 W PENNSYLVANIA AVE
SOUTHERN PINES, NC 28387

## YOUR SAMPLE BALLOT (1)  ⌃

If this section is blank, you do not have any upcoming elections in your jurisdiction for the current year.

"Ballots not assigned yet" means a sample ballot is not yet available. Return to this site closer to the election date to view your sample ballot(s).

Practice making your selections with the accessible sample ballot by choosing "Option 4" on the <u>absentee ballot portal</u>.

| Election | Your Sample Ballot(s) |
|---|---|
| 11/05/2024 GENERAL | Ballots not assigned yet. |
| 03/05/2024 PRIMARY | <u>R0003</u> |

## YOUR ABSENTEE BALLOT: BY MAIL OR EARLY VOTING (0)  ⌃

**By North Carolina law, in-person early voting and by-mail voting are "absentee" voting, as you vote "absent" of Election Day.**

Note: County boards of elections will post ballot acceptance information, but ballot requests are no longer public record until the ballot is returned, or until Election Day, whichever is earlier. If you have not received your ballot within two weeks of your request, contact your <u>county board of elections.</u>

To track your by-mail absentee ballot from request to acceptance, sign up for status notifications through <u>BallotTrax</u>.

## YOUR VOTER HISTORY (15)  ⌃

If this section is blank, we do not have a record that you voted in a past election in North Carolina.

| Election | Voted Method | Voted County | Primary Election Ballot |
|---|---|---|---|
| 11/07/2023 MUNICIPAL | IN-PERSON ELECTION DAY | MOORE | |
| 11/08/2022 GENERAL | ONE-STOP EARLY VOTING | MOORE | |
| 05/17/2022 PRIMARY | ONE-STOP EARLY VOTING | MOORE | REPUBLICAN |
| 11/02/2021 MUNICIPAL | ONE-STOP EARLY VOTING | MOORE | |
| 11/03/2020 GENERAL | ONE-STOP EARLY VOTING | MOORE | |
| 03/03/2020 PRIMARY | ONE-STOP EARLY VOTING | MOORE | REPUBLICAN |
| 11/05/2019 MUNICIPAL | ONE-STOP EARLY VOTING | MOORE | |
| 11/06/2018 GENERAL | ONE-STOP EARLY VOTING | MOORE | |
| 05/08/2018 PRIMARY | IN-PERSON ELECTION DAY | MOORE | REPUBLICAN |
| 11/08/2016 GENERAL | ABSENTEE BY MAIL | MOORE | |
| 06/07/2016 PRIMARY | ABSENTEE BY MAIL | MOORE | REPUBLICAN |
| 03/15/2016 PRIMARY | IN-PERSON ELECTION DAY | MOORE | REPUBLICAN |
| 11/04/2014 GENERAL | ONE-STOP EARLY VOTING | MOORE | |
| 05/06/2014 PRIMARY | ONE-STOP EARLY VOTING | MOORE | REPUBLICAN |
| 11/05/2013 MUNICIPAL | IN-PERSON ELECTION DAY | MOORE | |

For more information, please contact the Moore County Board of Elections.

© 2014-2024 **NC State Board of Elections**