# EXHIBIT B

# Non-Profit Corporation

## Legal Name

North Carolina Election Integrity Team, co.

## Information

**SosId:** 2415603
**Status:** Current-Active ⓘ
**Date Formed:** 5/17/2022
**Citizenship:** Domestic
**Annual Report Due Date:**
**Registered Agent:** Womack, James Kermit, Jr

## Addresses

| Mailing | Principal Office | Reg Office |
|---|---|---|
| 1615 Boone Trail Road | 1615 Boone Trail Road | 1615 Boone Trail Road |
| Sanford, NC 27330-9200 | Sanford, NC 27330-9200 | Sanford, NC 27330-9200 |

**Reg Mailing**
1615 Boone Trail Road
Sanford, NC 27330-9200

## Officers

| | |
|---|---|
| Jay Delancy | James Kermit Womack , Jr |
| 296 Fairway Lane | 1615 Boone Trail Road |
| Sanford NC 27332-8392 | Sanford NC 27330-9200 |