# EXHIBIT E

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of North Carolina

| | |
|---|---|
| Democracy North Carolina, et al. )<br>*Plaintiff* )<br>v. )<br>Hirsch, et al. )<br> )<br>*Defendant* ) | Civil Action No. 1:23CV00878-TDS-JEP |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To: Cleta Mitchell
139 National Dr., Pinehurst, NC 28374

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: See Exhibit A

| Place: 5517 Durham Chapel Hill Blvd.<br>Durham, NC 27707<br>or by email to mdockterman@steptoe.com | Date and Time:<br>01/16/2024 5:00 pm |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 12/15/2023

CLERK OF COURT

OR

_____          _____
*Signature of Clerk or Deputy Clerk*                   *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* Democracy North Carolina, NC Black Alliance, and League of Women Voters NC , who issues or requests this subpoena, are:
Michael Dockterman | 227 W. Monroe St., Ste 4700, Chicago, IL 60606 | mdockterman@steptoe.com | 312-577-1243

**Notice to the person who issues or requests this subpoena**
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

Civil Action No. 1:23CV00878-TDS-JEP

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* CLETA MITCHELL.
on *(date)* 12/19/2023.

☐ I served the subpoena by delivering a copy to the named person as follows: _____

_____ on *(date)* _____ ; or

☒ I returned the subpoena unexecuted because: PLEASE SEE BELOW NOTES.

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 1/5/2024

*Server's signature*

ERIN DE LA CRUZ, PROCESS SERVER
*Printed name and title*

PO Box 1863, Raleigh NC 27602
*Server's address*

Additional information regarding attempted service, etc.:

I ATTEMPTED TO SERVE AT: 139 NATIONAL DR., SANFORD NC 28374. THE HOME IS LOCATED IN A SECURE GATED GOLF COMMUNITY. ACCESS IS ONLY GRANTED WITH PERMISSION FROM THE HOME OWNER. I HAVE NO WAY OF CONTACTING Ms. MITCHELL FOR ACCESS, GUARD IN STATION HOUSE DENIED ENTRY.