# EXHIBIT F

# UNITED STATES DISTRICT COURT
for the
Middle District of North Carolina

| | |
|---|---|
| Democracy North Carolina, et al.<br>*Plaintiff*<br>v.<br>Hirsch, et al.<br>*Defendant* | )<br>)<br>) Civil Action No. 1:23CV00878-TDS-JEP<br>)<br>)<br>) |

### SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
### OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To: North Carolina Election Integrity Team, c/o James Womack
1615 Boone Trail Rd., Sanford NC, 27330-9200

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: See Exhibit A

| Place: 5517 Durham Chapel Hill Blvd.<br>Durham, NC 27707<br>or by email to mdockterman@steptoe.com | Date and Time:<br>01/16/2024 5:00 pm |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 12/15/2023

CLERK OF COURT

OR

_____          _____
*Signature of Clerk or Deputy Clerk*                        *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* Democracy North Carolina, NC Black Alliance, and League of Women Voters NC , who issues or requests this subpoena, are:
Michael Dockterman | 227 W. Monroe St., Ste 4700, Chicago, IL 60606 | mdockterman@steptoe.com | 312-577-1243

### Notice to the person who issues or requests this subpoena
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

Civil Action No. 1:23CV00878-TDS-JEP

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* North Carolina Election Integrity Team c/o James Womack.
on *(date)* 12/19/2023

☐ I served the subpoena by delivering a copy to the named person as follows: _____

_____ on *(date)* _____ ; or

☒ I returned the subpoena unexecuted because: Please Below Notes

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 1/5/2024

*Server's signature*

ERIN DE LA CRUZ / PROCESS SERVER
*Printed name and title*

PO Box 1863, Raleigh NC 27602
*Server's address*

Additional information regarding attempted service, etc.:

I made attempts to the address listed: 1615 Boone Trail Rd. Sanford NC 27330-9220 on - 12/20/23 - 5:41pm, 12/27/23 - 11:48am, 12/28/23 - 9:15am, 1/4/24 6:10pm. I only received an answer to this home on my 12/27/23 attempt. I spoke with a white male in his 30's, it was clear to me the male had special needs. He claimed no one was available to come to the door. I believe there was two other persons in the home and instructed the male to answer the door. I do not believe Mr. Womack will make himself available for service willingly.