# EXHIBIT G

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No. 1:23CV00878-TDS-JEP

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* __Cleta Mitchell__
on *(date)* __1/2/2024__.

☐ I served the subpoena by delivering a copy to the named person as follows: _____
_____ on *(date)* _____ ; or

☒ I returned the subpoena unexecuted because: __No access. Private Property. Gated community__

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____

My fees are $ __$129.35__ for travel and $ _____ for services, for a total of $ __$129.35__.

I declare under penalty of perjury that this information is true.

Date: __1/11/2024__

*Server's signature*

Marcus Lawing, NC Private Investigator #5279

*Printed name and title*

4711 Hope Valley Road, Suite 4F-604, Durham, NC, 27707

*Server's address*

Additional information regarding attempted service, etc.:

I attempted multiple gates on 1/5/2024 between 4:30 pm and 5:06 pm. One gate requires a pass for the gate to open and is a private entry, the other gate is the main entrance and requires a pass or visitors pass and vetting. Security is not required to confirm if a certain resident lives on the property and it is unknown if they actually call to confirm. Either way, if a resident is notified by security that someone is trying to gain entry to the property, that resident has the right to allow or deny access.

I also attempted on 1/8/2024 between 8:00 am and 8:45 am. Same information, no access granted as the gated community is a protected private property. Without permission or being properly vetted, I cannot enter the property. I believe law enforcement would have no issue getting onto the property. You may have to reach out to the Moore County Sheriff's Office and/or request an "alternative service request" if allowed (varies per state).