# EXHIBIT H

# Civil Paper Service Attempts
## Moore County Sheriff Office

| Civil Number: 24-00101 | Type of Civil Paper: SUBP - SUBPOENA TO PRODUCE DOCUMENT | | | | | |
|---|---|---|---|---|---|---|
| Offense: | | | | Subpoena Type: | | Incident Number: |
| Date Issued: 12/15/2023 | Time Issued: | Date Received: 01/10/2024 | Date Expires: 01/16/2024 | Assigned Zone: | Officer With Paper: | |
| Date Taken/Assigned: 01/10/2024 | Served To Name: MITCHELL, CLETA | | | Status/Type of Service: 8-UNSERVEABLE - UN | Date Served: | Time Served: |
| Date Returned: 01/22/2024 | Service Location: | | | Reason For Non-Service: UTL//MAKE CONTACT BEFORE COURT DATE | | |

| Date Attempted: | Time Attempted: | Officer Making Attempt: | Location Of Attempt: | Notes/Description: |
|---|---|---|---|---|
| 01/11/2024 | 9:20 | 3877 - Delmar E. Lerma | Listed | Subject is out of town, will be back next week. |
| 01/17/2024 | 14:39 | 3877 - Delmar E. Lerma | SAME | No one home. |
| 01/18/2024 | 8:42 | 3877 - Delmar E. Lerma | SAME | SAME, Guard at front gate advised she saw subject yesterday. |

Total Attempts: 3