# EXHIBIT I

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

**OFFICIAL USE**

| | |
|---|---|
| Certified Mail Fee $ | |
| Extra Services & Fees (check box, add fee as appropriate) | |
| ☐ Return Receipt (hardcopy) $ | |
| ☐ Return Receipt (electronic) $ | Postmark |
| ☐ Certified Mail Restricted Delivery $ | Here |
| ☐ Adult Signature Required $ | |
| ☐ Adult Signature Restricted Delivery $ | |
| Postage $ | |
| Total Postage and Fees $ 11.41 | |

Sent To Cleta Mitchell
Street and Apt. No., or PO Box No. 139 National Dr.
City, State, ZIP+4® Pinehurst, NC 28374-8166

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

7017 1000 0000 1422 6942

Postmark: DEC ?? 2023 LOOP STATION 60804