# EXHIBIT J

**Tracking Number:**

**70171000000014226942**

Copy  Add to Informed Delivery

**Latest Update**

Your item was delivered to an individual at the address at 11:08 am on January 2, 2024 in PINEHURST, NC 28374.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

**Delivered**
Delivered, Left with Individual
PINEHURST, NC 28374
January 2, 2024, 11:08 am

See All Tracking History

What Do USPS Tracking Statuses Mean?