# EXHIBIT L

**Tracking Number:**

# 9589071052700904789824

 Copy    🎯 **Add to Informed Delivery**

## Latest Update

The customer has requested that the Postal Service redeliver this item on January 18, 2024 in SANFORD, NC 27330.

---

**Get More Out of USPS Tracking:**

 **USPS Tracking Plus®**

### Processing at Destination
**Redelivery Scheduled**

SANFORD, NC 27330
January 17, 2024

**Notice Left (No Authorized Recipient Available)**

SANFORD, NC 27330
January 9, 2024, 2:00 pm

**Arrived at USPS Regional Facility**

GREENSBORO NC DISTRIBUTION CENTER
January 9, 2024, 1:42 am

**Hide Tracking History**

**What Do USPS Tracking Statuses Mean?**

**Remove ✕**

**Feedback**