# EXHIBIT M



## Member Details

**Full Name**
Ms. Cleta D Mitchell

**Business Address**

**Business Email**
cleta@cletamitchell.com

**Business Phone**

**DC Bar Member Status**
GOOD STANDING

**Member Type**
Active

**Admit Date**
6/1/1992

Return