# EXHIBIT O

| | |
|---|---|
| **From:** | Cleta Mitchell <cleta@cletamitchell.com> |
| **Sent:** | Monday, January 29, 2024 1:03 PM |
| **To:** | Ramirez, Geneva |
| **Cc:** | Dockterman, Michael |
| **Subject:** | [EXTERNAL] RE: Democracy North Carolina et al. v. Alan Hirsch et al., Case No. 1:23-cv-00878-TDS-JEP - Subpoena for Documents |

I did not receive any such documents and have not signed any certified mail receipt for any such documents.

Cleta Mitchell, Esq.
Senior Legal Fellow
Conservative Partnership Institute
(202) 431-1950
cleta@cletamitchell.com

---

**From:** Ramirez, Geneva <gramirez@Steptoe.com>
**Sent:** Monday, January 29, 2024 12:40 PM
**To:** Cleta Mitchell <cleta@cletamitchell.com>
**Cc:** Dockterman, Michael <mdockterman@Steptoe.com>
**Subject:** Democracy North Carolina et al. v. Alan Hirsch et al., Case No. 1:23-cv-00878-TDS-JEP - Subpoena for Documents

Ms. Mitchell:

Please find attached a copy of the subpoena for documents that was served upon you in the above-referenced matter on January 2, 2024, by Certified Mail. Please acknowledge receipt and advise whether you are represented by counsel in this matter.

Best regards,

**Geneva Ramirez**
Associate

**Steptoe**
Steptoe LLP | 227 West Monroe Street | Suite 4700 | Chicago, IL 60606
+1 312 577 1279 direct | +1 312 577 1370 fax | gramirez@steptoe.com | www.steptoe.com

This message and any attached documents contain information from the law firm Steptoe & Johnson LLP that may be confidential and/or privileged. If you are not the intended recipient, please do not read, copy, distribute, or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.