# EXHIBIT P

| | |
|---|---|
| **From:** | Cleta Mitchell <cleta@cletamitchell.com> |
| **Sent:** | Monday, January 29, 2024 2:11 PM |
| **To:** | Ramirez, Geneva |
| **Cc:** | Dockterman, Michael |
| **Subject:** | [EXTERNAL] Re:  RE: Democracy North Carolina et al. v. Alan Hirsch et al., Case No. 1:23-cv-00878-TDS-JEP - Subpoena for Documents |

No. You need to effect proper service which you have not done to date.  No shortcuts will be agreed to

Cleta Mitchell, Esq.
Senior Legal Fellow
Conservative Partnership Institute

202.431.1950 (cell)
cleta@cletamitchell.com
www.whoscounting.us

> On Jan 29, 2024, at 8:08 PM, Ramirez, Geneva <gramirez@steptoe.com> wrote:
>
> Ms. Mitchell:
>
> Thank you for your response. Please confirm whether you will accept service of the subpoena by email, understanding that we would agree to a short extension to the current response date. If you do not agree, please be advised that we intend to move the Court for an order compelling your compliance with this subpoena. Again, if you are represented with respect to this matter, please advise.
>
> Best regards,
>
> **Geneva Ramirez**
> Associate
>
> **Steptoe**
> Steptoe LLP | 227 West Monroe Street | Suite 4700 | Chicago, IL 60606
> +1 312 577 1279 direct | +1 312 577 1370 fax | gramirez@steptoe.com | www.steptoe.com
>
> This message and any attached documents contain information from the law firm Steptoe & Johnson LLP that may be confidential and/or privileged. If you are not the intended recipient, please do not read, copy, distribute, or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.

**From:** Cleta Mitchell <cleta@cletamitchell.com>
**Sent:** Monday, January 29, 2024 1:06 PM
**To:** Ramirez, Geneva <gramirez@Steptoe.com>
**Cc:** Dockterman, Michael <mdockterman@Steptoe.com>
**Subject:** [EXTERNAL] RE: Democracy North Carolina et al. v. Alan Hirsch et al., Case No. 1:23-cv-00878-TDS-JEP - Subpoena for Documents

And I am not opening this attachment as I do not wish for you to claim (falsely) that you served it via email, just as you are claiming (falsely) that you served me via certified mail.

Cleta Mitchell, Esq.
Senior Legal Fellow
Conservative Partnership Institute
(202) 431-1950
cleta@cletamitchell.com

---

**From:** Ramirez, Geneva <gramirez@Steptoe.com>
**Sent:** Monday, January 29, 2024 12:40 PM
**To:** Cleta Mitchell <cleta@cletamitchell.com>
**Cc:** Dockterman, Michael <mdockterman@Steptoe.com>
**Subject:** Democracy North Carolina et al. v. Alan Hirsch et al., Case No. 1:23-cv-00878-TDS-JEP - Subpoena for Documents

Ms. Mitchell:

Please find attached a copy of the subpoena for documents that was served upon you in the above-referenced matter on January 2, 2024, by Certified Mail. Please acknowledge receipt and advise whether you are represented by counsel in this matter.

Best regards,

**Geneva Ramirez**
Associate

**Steptoe**
Steptoe LLP | 227 West Monroe Street | Suite 4700 | Chicago, IL 60606
+1 312 577 1279 direct | +1 312 577 1370 fax | gramirez@steptoe.com | www.steptoe.com

This message and any attached documents contain information from the law firm Steptoe & Johnson LLP that may be confidential and/or privileged. If you are not the intended recipient, please do not read, copy, distribute, or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.