UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF NORTH CAROLINA

## TRIAL CALENDAR

HONORABLE THOMAS D. SCHROEDER, UNITED STATES DISTRICT JUDGE

**JUNE 3, 2024**
9:30 a.m.

NOTICE TO COUNSEL

Said term will begin on June 3, 2024. **Counsel will be notified of a date certain for trial closer to the start of the term. Counsel in all cases shall be prepared to appear at any time during the Calendar term when notified to do so by the Court. Counsel will be notified of a date certain for trial closer to the start of the term**. Any case in which a jury is selected shall be prepared to commence on 24-hour notice.

For the purposes of compliance with Fed.R.Civ.P.26(a)(3) regarding final pretrial disclosure, including the time requirements set out therein, <u>all</u> cases listed below should consider the first date of the Calendar as their trial date. **Unless the court orders otherwise, pretrial disclosures must be made no later than May 3, 2024. Motions in limine must be filed no later than May 10, 2024. Any objections to pretrial disclosures and responses to motions in limine must be served and promptly filed no later than May 17, 2024.**

**Each party shall file a trial brief, along with proposed instructions on the issues no later than May 13, 2024.** Counsel shall consult and endeavor to file one (1) set of agreed upon jury instructions to the extent practicable and may file competing jury instructions where there is disagreement. An electronic Word version of the jury instructions shall be emailed to the assigned district judge's ECF mailbox.

A settlement conference in each case will ordinarily be set approximately two weeks before commencement of the Master Calendar term. Counsel are directed to bring their clients and representatives from the corporations to the settlement conference. *In the event the case is resolved prior to trial, the parties are to promptly notify the court through a filing in CM/ECF, after which the trial will automatically be cancelled.

Jury selection for **Judge Thomas D. Schroeder,** will take place in **Courtroom No. 1, N. 251 Main Street, Winston Salem, NC.** Counsel shall remain in contact with the Clerk's Office as to the position of their case(s) on the trial list.

If you are contemplating using either the District Court's or your own Digital Evidence Presentation System, please visit the Court Technology section at our website, [www.ncmd.uscourts.gov](www.ncmd.uscourts.gov). If counsel choose to use their own system, they are to contact opposing counsel and the **Judge's Case Manager** at least one week prior to commencement of the trial.

*In the event the case is resolved prior to trial, the parties are to promptly notify the court through a filing in CM/ECF, after which the trial will automatically be cancelled.

1:23CV878           DEMOCRACY NORTH CAROLINA, et al. v.
                    ALAN HIRSCH., et al.
                    **NON-JURY: CIVIL RIGHTS ACT**
                    Plaintiffs:      Christopher Shenton
                                     Geneva Ramirez
                                     Hilary H. Klein
                                     Jamie M. Noonan Witte
                                     Katelin S. Kaiser
                                     Maria O'Keeffe
                                     Michael Dockterman
                                     Jeffrey Loperfido
                    Defendants:      Mary C. Babb
                                     Terence P. Steed
          Intervenor Defendants:     Philip R. Thomas
                                     Patrick T. Lewis
                                     Rachel P. Hooper
                                     Richard B. Raile
                                     Trevor M. Stanley
                                     Tyler G. Doyle
                                     Alyssa M. Riggins
                                     Cassie A. Holt
                                     Phillip J. Strach
                                     Thomas A. Farr
                                     Alexandra M. Bradley
                    ETT:             6-8 days