UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Civil Action No. 1:23-cv-00878-TDS-JEP

| | |
|---|---|
| DEMOCRACY NORTH CAROLINA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ALAN HIRSCH, et al., <br><br> Defendants, <br><br> And <br><br> PHILIP E. BERGER, et al., <br><br> Intervenor-Defendants. | **STATE BOARD DEFENDANTS' RESPONSE TO LEGISLATIVE DEFENDANTS' MOTION FOR STAY** |

Defendants Alan Hirsch, Jeff Carmon, Stacy Eggers, IV, Kevin N. Lewis, Siobhan O'Duffy Millen and Karen Brinson Bell, in their official capacities (collectively, "State Board Defendants"), hereby consent to Legislative Defendants' Motion for Stay, [D.E. 76], and to Plaintiffs' Opposed Motion to Extend Deadlines, [D.E. 80]. State Board Defendants believe granting either of these motions will largely have the same effect on the proceedings in this case and is supported by good cause.

In considering the motion for stay and motion to extend deadlines, should the Court require any information regarding the election schedule, relevant deadlines, or other administrative considerations, State Board Defendants stand ready to provide that information upon request.

Respectfully submitted this the 8th day of May, 2024.

NORTH CAROLINA
DEPARTMENT OF JUSTICE

/s/ Terence Steed
Terence Steed
Special Deputy Attorney General
N.C. State Bar No. 52809
E-mail: tsteed@ncdoj.gov

Mary Carla Babb
Special Deputy Attorney General
N.C. State Bar No. 25731
mcbabb@ncdoj.gov

N.C. Department of Justice
P.O. Box 629
Raleigh, NC  27602-0629
Telephone:  (919) 716-6567
Facsimile:  (919) 716-6761

*Attorneys for the State Board Defendants*

## CERTIFICATE OF COMPLIANCE WITH RULE 7.3(d)

Undersigned counsel certifies that the present filing is in compliance with Local Rule 7.3(d) of the Rules of Practice and Procedure of the United States District Court for the Middle District of North Carolina including the body of the brief, heading and footnotes, and contains no more than 6,250 words as indicated by Word, the program used to prepare the brief.

Respectfully submitted this the 8th day of May, 2024.

      /s/ Terence Steed
Terence Steed
Special Deputy Attorney General