# UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF NORTH CAROLINA

Democracy North Carolina, et al.

    v.

Alan Hirsch, et al.

Case Number: 1:23CV878

# NOTICE OF HEARING

Take notice that a proceeding in this case has been **SET** as indicated below:

| | |
|---|---|
| PLACE: | Hiram H. Ward Bldg., 251 N. Main St., Winston-Salem, NC |
| COURTROOM NO: | 2 |
| DATE & TIME: | May 30, 2024-10:00 a.m. |
| PROCEEDING: | Hearing on motion to stay, motion for extension of time to complete discovery |

___

John S. Brubaker, Clerk

By: /s/ Anita Engle, Deputy Clerk

Date: May 14, 2024

TO: All Counsel and/or Parties of Record