IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| DEMOCRACY NORTH CAROLINA *et al.*, | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) Case No. 1:23-cv-878-TDS-JEP<br>) |
| ALAN HIRSCH *et al.*, | )<br>)<br>) |
| Defendants. | )<br>) |

**NON-PARTY CLETA MITCHELL'S CONSENT MOTION TO WITHDRAW MOTION FOR ENTRY OF PROTECTIVE ORDER**

Pursuant to the agreement of all parties, non-party Cleta Mitchell hereby moves to withdraw her motion for entry of protective order filed September 24, 2024 (D.E. #96), because all issues raised therein have been resolved amicably, and the motion is now moot.

Respectfully submitted, this 26th day of September, 2024.

/s/B. Tyler Brooks
B. Tyler Brooks (N.C. Bar. No. 37604)
Attorney for Cleta Mitchell
LAW OFFICE OF B. TYLER BROOKS, PLLC
P.O. Box 10767
Greensboro, NC 27404
Telephone: (336) 707-8855
Fax: (336) 900-6535
Email: btb@btylerbrookslawyer.com

*Counsel for Non-Party Cleta Mitchell*

# CERTIFICATE OF SERVICE

It is hereby certified that on September 26, 2024, the foregoing document was served on counsel of record for all parties via CM/ECF.

Date: <u>September 26, 2024</u>           /s/B. Tyler Brooks
                                          B. Tyler Brooks
                                          N.C. Bar No. 37604

                                          *Counsel for Non-Party*
                                          *Cleta Mitchell*


**SERVED:**

Michael Dockterman, Esq.
Jamie Witte, Esq.
Maria O'Keeffe, Esq.
Geneva Ramirez, Esq.
STEPTOE LLP
227 West Monroe St., Suite 4700
Chicago, Illinois 60606
mdockterman@steptoe.com
jwitte@steptoe.com
gramirez@steptoe.com
mokeeffe@steptoe.com

Jeffrey Loperfido, Esq.
Christopher Shenton, Esq.
Katelin Kaiser, Esq.
Hilary H. Klein, Esq.
Mitchell D. Brown, Esq.
Lily A. Talerman, Esq.
SOUTHERN COALITION FOR SOCIAL JUSTICE
5517 Durham-Chapel Hill Blvd.
Durham, North Carolina 27707
jeffloperfido@scsj.org
chrisshenton@scsj.org
katelin@scsj.org
hilaryhklein@scsj.org

mitchellbrown@scsj.org
lily@scsj.org

*Counsel for Plaintiffs*

Terence Steed, Esq.
Mary Carla Babb, Esq.
NORTH CAROLINA DEPARTMENT OF JUSTICE
P.O. Box 629
Raleigh, North Carolina 27602
tsteed@ncdoj.gov
mcbabb@ncdoj.gov

*Counsel for State Board Defendants*

Thomas A. Farr, Esq.
Phillip Strach, Esq.
Alyssa M. Riggins, Esq.
Alexandra M. Bradley, Esq.
Cassie A. Holt, Esq.
NELSON MULLINS RILEY & SCARBOROUGH LLP
301 Hillsborough St., Suite 1400
Raleigh, North Carolina 27603
tom.farr@nelsonmullins.com
phil.strach@nelsonmullins.com
alyssa.riggins@nelsonmullins.com
alex.bradley@nelsonmullins.com
cassie.holt@nelsonmullins.com

*Counsel for Legislative Intervenor Defendants*