IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Case No. 1:23-cv-00878-TDS-JEP

| | |
|---|---|
| DEMOCRACY NORTH CAROLINA; NORTH CAROLINA BLACK ALLIANCE; LEAGUE OF WOMEN VOTERS OF NORTH CAROLINA,<br><br>*Plaintiffs,*<br><br>vs.<br><br>ALAN HIRSCH, in his official capacity as CHAIR OF THE STATE BOARD OF ELECTIONS; JEFF CARMON III, in his official capacity as SECRETARY OF THE STATE BOARD OF ELECTIONS; STACY EGGERS IV, in his official capacity as MEMBER OF THE STATE BOARD OF ELECTIONS; KEVIN LEWIS, in his official capacity as MEMBER OF THE STATE BOARD OF ELECTIONS; SIOBHAN O'DUFFY MILLEN, in her official capacity as MEMBER OF THE STATE BOARD OF ELECTIONS; KAREN BRINSON BELL, in her official capacity as EXECUTIVE DIRECTOR OF THE STATE BOARD OF ELECTIONS; NORTH CAROLINA STATE BOARD OF ELECTIONS,<br><br>*Defendants.* | Case No. 1:23-cv-00878-TDS-JEP |

**MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF**

COMES NOW the undersigned, Maria O'Keeffe, and hereby move to withdraw as counsel on behalf of Plaintiffs Democracy North Carolina, North Carolina Black Alliance, and League of Women Voters of North Carolina (together, "Plaintiffs"), in the above-captioned

matter pursuant to Local Rule 83.1(e). Ms. O'Keeffe respectfully moves for leave to withdraw as counsel in this matter because she has resigned from Steptoe LLP, and therefore, will no longer be involved in this action. Plaintiffs will continue to be represented by counsel of record from Southern Coalition for Social Justice and Steptoe LLP. As such, Plaintiffs shall not be prejudiced by the withdrawal of Ms. O'Keeffe.

For the foregoing reasons and good cause shown, Ms. O'Keeffe respectfully requests that this Court grant her leave to withdraw from this matter as counsel for Plaintiffs.

Dated: October 4, 2024

Respectfully submitted,

*/s/ Maria O'Keeffe*
Maria O'Keeffe (ARDC No. 6342654)
Steptoe LLP
227 West Monroe, Suite 4700
Chicago, IL 60606
(213) 439-9443
mokeeffe@steptoe.com

## CERTIFICATE OF SERVICE

I am an attorney and certify that on October 4, 2024, I caused a true and correct copy of the foregoing to be served via the Court's ECF system upon all counsel of record.

*/s/ Maria O'Keeffe*
Maria O'Keeffe