IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

DEMOCRACY NORTH CAROLINA )
et al., )
 )
    Plaintiffs, )
 )
v. ) Case No. 1:23-cv-878
 )
ALAN HIRSCH et al., )
 )
    Defendants. )
_____ )

## ORDER

This matter is before the Court on non-party Cleta Mitchell's Consent Motion [Doc. #98] to withdraw her prior Motion [Doc. #96] for entry of protective order filed September 24, 2024. The parties report that the issues raised by the motion for protective order have now been amicably resolved without Court action. Accordingly, for good cause shown, the motion to withdraw will be granted.

IT IS THEREFORE ORDERED that the Consent Motion to Withdraw [Doc. #98] is GRANTED, and Ms. Mitchell's September 24, 2024 Motion for Entry of Protective Order [Doc. #96] is WITHDRAWN from further consideration by the Court.

This, the 7th day of October, 2024.

                                                              Joi Elizabeth Peake
                                                   United States Magistrate Judge