IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| DEMOCRACY NORTH CAROLINA et al., | ) |
|---|---|
| Plaintiffs, | ) |
| v. | ) Case No. 1:23-cv-878 |
| ALAN HIRSCH et al., | ) |
| Defendants. | ) |

## ORDER

This matter is before the Court on the Motion to Withdraw as Counsel for Plaintiffs filed by Attorney Geneva Ramirez [Doc. #99]. As noted in the Motion, Plaintiffs will continue to be represented by the remaining counsel of record. In light of the motion and representations contained therein, this Court finds that there is good cause to grant said motion.

IT IS THEREFORE ORDERED that the Motion for Leave to Withdraw as Counsel for Plaintiffs [Doc. #99] is GRANTED, and Attorney Geneva Ramirez is permitted to withdraw as counsel in this matter, and her appearance will be terminated on the docket.

This, the 7th day of October, 2024.

Joi Elizabeth Peake
United States Magistrate Judge