IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Case No. 1:23-CV-878

DEMOCRACY NORTH CAROLINA; *et al.*,

    *Plaintiffs*,

v.

ALAN HIRSCH, in his official capacity as CHAIR OF THE STATE BOARD OF ELECTIONS, *et al.*,

    *Defendants*.

## NOTICE OF SUBSTITUTION

Destin Hall, by and through undersigned counsel, hereby notifies the Court that Timothy Moore no longer holds the office of Speaker of the North Carolina House of Representatives and that he, as the successor in office and current Speaker of the North Carolina House of Representatives, pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, is automatically substituted as a party in the above-captioned matter. Speaker Hall respectfully requests that all future filings be served through his undersigned counsel.

Respectfully submitted, this the 9th day of January, 2025.

**NELSON MULLINS RILEY & SCARBOROUGH LLP**

<u>/s/ Phillip J. Strach</u>
Phillip J. Strach (NCSB # 29456)
Alyssa M. Riggins (NCSB # 52366)
Cassie A. Holt (NCSB #56505)
Alexandra M. Bradley (NCSB # 54872)
301 Hillsborough Street, Suite 1400
Raleigh, NC 27603
Telephone: (919) 329-3800
Facsimile: (919) 329-3779
phil.strach@nelsonmullins.com
alyssa.riggins@nelsonmullins.com
cassie.holt@nelsonmullins.com
alex.bradley@nelsonmullins.com

*Counsel for Legislative Defendants*

## CERTIFICATE OF SERVICE

I, Phillip J. Strach, hereby certify that I have this day electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will provide electronic notification to counsel of record.

This the 9th day of January, 2025.

**NELSON MULLINS RILEY & SCARBOROUGH LLP**

/s/ Phillip J. Strach
Phillip J. Strach (NCSB # 29456)