IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| DEMOCRACY NORTH CAROLINA; NORTH CAROLINA BLACK ALLIANCE; LEAGUE OF WOMEN VOTERS OF NORTH CAROLINA, *Plaintiffs,* v. ALAN HIRSCH, in his official capacity as Chair of the State Board Of Elections, *et al.*, *Defendants*. | 1:23-cv-00878 |

## ORDER

Pending before the Court is a Consent Motion to Extend Deadlines [Doc. #105] by Plaintiffs Democracy North Carolina, North Carolina Black Alliance, and League of Women Voters of North Carolina. Upon review of the request and for good cause shown, the motion will be granted in part, but the requested deadlines will be shortened so that the case can stay on the present trial setting. If the Parties request additional time that would require moving the trial date, they will need to file a separate motion to continue the trial date in accordance with Local Rule 40.1(b), for review by the District Judge.

IT IS THEREFORE ORDERED that the Consent Motion [Doc. #105] is GRANTED IN PART, and the Scheduling Orders are modified as follows:

a. The deadline for opening expert reports is March 5, 2025.

b. The deadline for rebuttal expert reports is March 26, 2025.

c. The close of all discovery (fact and expert) is April 4, 2025.

d. Summary judgment opening briefs shall be due April 11, 2025.

e. Summary judgment response briefs, if any, shall be due May 9, 2025.

f. Summary judgment reply briefs, if any, shall be due May 16, 2025.

IT IS FURTHER ORDERED this case remains set for trial on August 4, 2025, as previously ordered. If the Parties request additional time that would require moving the trial date, they will need to file a separate motion to continue the trial date in accordance with Local Rule 40.1(b), for review by the District Judge.

This, the 28th day of January, 2025.

/s/ Joi Elizabeth Peake
Joi Elizabeth Peake
United States Magistrate Judge