IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Case No. 1:23-cv-00878

| | |
|---|---|
| DEMOCRACY NORTH CAROLINA, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> ALAN HIRSCH, in his official capacity as CHAIR OF THE STATE BOARD OF ELECTIONS, *et al.*, <br><br> Defendants. | **NOTICE OF APPEARANCE** |

Jordan A. Koonts of the law firm Nelson Mullins Riley & Scarborough LLP enters his Notice of Appearance as counsel on behalf of Legislative Intervenor-Defendants Philip E. Berger, President *Pro Tempore* of the North Carolina Senate, and Destin C. Hall, Speaker of the North Carolina House of Representatives, on behalf of the North Carolina General Assembly and as agents of the State of North Carolina. Mr. Koonts is a member in good standing with the bar of the state of North Carolina. Mr. Koonts is admitted to practice law in the United States District Court for the Middle District of North Carolina.

Respectfully submitted this 12th day of February, 2025.

**NELSON MULLINS RILEY & SCARBOROUGH LLP**
/s/ Jordan A. Koonts
Jordan A. Koonts
N.C. State Bar No. 59363
Jordan.koonts@nelsonmullins.com
301 Hillsborough Street, Suite 1400

Raleigh, NC 27603
Telephone: (919) 329-3800
Facsimile: (919) 329-3779

*Counsel for Legislative Intervenor-Defendants*

# CERTIFICATE OF SERVICE

I, Jordan A. Koonts, hereby certify that I have this day electronically filed the foregoing **Notice of Appearance** with the Clerk of Court using the CM/ECF system which will provide electronic notification to counsel of record.

This the 12th day of February, 2025.

**NELSON MULLINS RILEY & SCARBOROUGH LLP**

/s/ Jordan A. Koonts
Jordan A. Koonts
N.C. State Bar No. 59363
Jordan.koonts@nelsonmullins.com
301 Hillsborough Street, Suite 1400
Raleigh, NC 27603
Telephone: (919) 329-3800
Facsimile: (919) 329-3779
*Counsel for Legislative Intervenor-Defendants*