IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| DEMOCRACY NORTH CAROLINA, et al.<br><br>Plaintiffs,<br><br>v.<br><br>ALAN HIRSCH, *et al.*,<br><br>Defendants,<br><br>and<br><br>DESTIN C. HALL, *et al.*,<br><br>Intervenor- Defendants. | CASE NO. 1:23-cv-00878-TDS-JEP |

## MOTION TO WITHDRAW AS COUNSEL FOR STATE BOARD DEFENDANTS

NOW COMES the undersigned, Special Deputy Attorney General Mary Carla Babb, and hereby move to withdraw as counsel on behalf of Defendants Alan Hirsch, Jeff Carmon, Stacy Eggers, IV, Kevin N. Lewis, Siobhan O'Duffy Millen and Karen Brinson Bell, in their official capacities (collectively, the "State Board Defendants"), in the above-captioned matter pursuant to Local Rule 83.1(e). The undersigned respectfully moves for leave to withdraw as counsel in this matter because she has accepted another position and will no longer be employed with the North Carolina Department of Justice effective February 28, 2025. She therefore will no longer be in a position to represent State Board Defendants. Special Deputy Attorney General Terence Steed, who has previously noticed his appearance in this action, will continue as counsel of record for State Board Defendants.

As such, State Board Defendants shall not be prejudiced by the withdrawal of the undersigned.

For the foregoing reasons and good cause shown, the undersigned respectfully requests that this Court grant her leave to withdraw from this matter as counsel for State Board Defendants.

Respectfully submitted this the 26th day of February, 2025.

NORTH CAROLINA
DEPARTMENT OF JUSTICE

/s/ Mary Carla Babb
Mary Carla Babb
Special Deputy Attorney General
State Bar No. 25713
E-mail: mcbabb@ncdoj.gov

Terence Steed
Special Deputy Attorney General
N.C. State Bar No. 52809
E-mail: tsteed@ncdoj.gov

North Carolina Department of Justice
Post Office Box 629
Raleigh, North Carolina 27602
Telephone: (919) 716-6573

*Counsel for State Bar Defendants*

## CERTIFICATE OF SERVICE

I certify that the foregoing **MOTION TO WITHDRAW COUNSEL** was filed electronically with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record in this matter.

This the 26th day of February, 2025.

/s/ Mary Carla Babb
Mary Carla Babb
Special Deputy Attorney General

3

Case 1:23-cv-00878-TDS-JEP    Document 108    Filed 02/26/25    Page 3 of 3