IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| DEMOCRACY NORTH CAROLINA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ALAN HIRSCH, et al., <br><br> Defendants, <br><br> and <br><br> DESTIN C. HALL, et al., <br><br> Intervenor Defendants. | Case No. 1:23-cv-00878 |

## ORDER

This matter is before the Court on the Motion to Withdraw as Counsel for State Board Defendants filed by Special Deputy Attorney General Mary Carla Babb. As noted in the Motion, State Board Defendants will continue to be represented by the remaining counsel of record, Special Deputy Attorney General Terence Steed. In light of the motion and representation contained therein, this Court finds that there is good cause to grant the motion.

IT IS THEREFORE ORDERED that the Motion to Withdraw as Counsel for State Board Defendants [Doc. #108] is GRANTED, and Attorney Mary Carla Babb is permitted to withdraw as counsel in this matter, and her appearance will be terminated on the docket.

This, the 4th day of March, 2025.

Joi Elizabeth Peake
United States Magistrate Judge