UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| DEMOCRACY NORTH CAROLINA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ALAN HIRSCH, in his official capacity as Chair of the State Board of Elections, et al.,<br><br>Defendants. | NOTICE OF SPECIAL APPEARANCE<br><br>Case No. 1:23CV00878 |

Please take notice that Laurel Taylor hereby enters a notice of special appearance as counsel for Democracy North Carolina, North Carolina Black Alliance, and League of Women Voters of North Carolina in the above-captioned matter, in association with Local Civil Rule 83.1(d) counsel, Jeffrey Loperfido.

I certify that I will submit any document to Local Civil Rule 83.1(d) counsel for review prior to filing the document with the Court.

/s/ Laurel C. Taylor
Laurel C. Taylor
STEPTOE & JOHNSON LLP
227 West Monroe Street, Suite 4700
Chicago, IL 60606
Telephone: (312) 763-4235
lataylor@steptoe.com

/s/ Jeffrey Loperfido
Jeffrey Loperfido (State Bar #52939)
SOUTHERN COALITION FOR SOCIAL JUSTICE
5517 Durham-Chapel Hill Blvd.
Durham, NC 27707
Telephone: 919-794-4213
Facsimile: 919-908-1525
jeffloperfido@scsj.org

*Counsel for Plaintiffs Democracy North Carolina, North Carolina Black Alliance, and League of Women Voters of North Carolina*