# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| DEMOCRACY NORTH CAROLINA; NORTH CAROLINA BLACK ALLIANCE; LEAGUE OF WOMEN VOTERS OF NORTH CAROLINA,<br><br>*Plaintiffs,*<br><br>vs.<br><br>ALAN HIRSCH, in his official capacity as CHAIR OF THE STATE BOARD OF ELECTIONS, *et al.*,<br><br>*Defendants*. | **NOTICE OF SPECIAL APPEARANCE**<br><br>Case No. 1:23-cv-00878 |

Please take notice that Adrianne M. Spoto hereby enters a notice of special appearance as counsel for Democracy North Carolina, North Carolina Black Alliance, and League of Women Voters of North Carolina in the above-captioned matter, in association with Local Civil Rule 83.1(d) counsel, Jeffrey Loperfido.

I certify that I will submit any document to Local Civil Rule 83.1(d) counsel for review prior to filing the document with the Court.

Dated: March 19, 2025   Respectfully Submitted,

*/s/ Adrianne M. Spoto*
Adrianne M. Spoto (D.C. Bar No. 1736462)*
SOUTHERN COALITION FOR SOCIAL JUSTICE
PO Box 51280
Durham, NC 27717
Telephone: 919-323-3380
Facsimile: 919-908-1525
adrianne@scsj.org
*North Carolina State Bar comity application pending

/s/ Jeffrey Loperfido
Jeffrey Loperfido (State Bar #52939)
SOUTHERN COALITION FOR SOCIAL JUSTICE
PO Box 51280
Durham, NC 27717
Telephone: 919-794-4213
Facsimile: 919-908-1525
jeffloperfido@scsj.org

*Counsel for Plaintiffs Democracy North Carolina, North Carolina Black Alliance, and League of Women Voters of North Carolina*

2