UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| DEMOCRACY NORTH CAROLINA, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>ALAN HIRSCH, in his official capacity as Chair of the State Board of Elections, et al.,<br><br>　　　　Defendants. | **NOTICE OF SPECIAL APPEARANCE**<br><br>Case No. 1:23CV00878 |

　　Please take notice that Kristin Hendriksen hereby enters a notice of special appearance as counsel for Democracy North Carolina, North Carolina Black Alliance, and League of Women Voters of North Carolina in the above-captioned matter, in association with Local Civil Rule 83.1(d) counsel, Jeffrey Loperfido.

　　I certify that I will submit any document to Local Civil Rule 83.1(d) counsel for review prior to filing the document with the Court.

　　　　　　　　　　　　　　　　*/s/ Kristin Hendriksen*
　　　　　　　　　　　　　　　　Kristin Hendriksen (IL Bar No. 6336030)
　　　　　　　　　　　　　　　　STEPTOE & JOHNSON LLP
　　　　　　　　　　　　　　　　227 West Monroe Street, Suite 4700
　　　　　　　　　　　　　　　　Chicago, IL 60606
　　　　　　　　　　　　　　　　Telephone: (312) 577-1216
　　　　　　　　　　　　　　　　khendriksen@steptoe.com

　　　　　　　　　　　　　　　　*/s/ Jeffrey Loperfido*
　　　　　　　　　　　　　　　　Jeffrey Loperfido (State Bar #52939)
　　　　　　　　　　　　　　　　SOUTHERN COALITION FOR SOCIAL JUSTICE
　　　　　　　　　　　　　　　　5517 Durham-Chapel Hill Blvd.
　　　　　　　　　　　　　　　　Durham, NC 27707
　　　　　　　　　　　　　　　　Telephone: (919) 794-4213

1

Facsimile: 919-908-1525
jeffloperfido@scsj.org

*Counsel for Plaintiffs Democracy North Carolina, North Carolina Black Alliance, and League of Women Voters of North Carolina*