IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| DEMOCRACY NORTH CAROLINA; NORTH CAROLINA BLACK ALLIANCE; LEAGUE OF WOMEN VOTERS OF NORTH CAROLINA,<br><br>      Plaintiffs,<br><br>    v.<br><br>ALAN HIRSCH, in his official capacity as CHAIR OF THE STATE BOARD OF ELECTIONS, *et al.*,<br><br>      Defendants. | Case No. 1:23CV00878-TDS-JEP |

## MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFFS

Pursuant to Local Rule 83.1(e), Jamie N. Witte ("Movant") seeks the Court's leave to withdraw as counsel for Plaintiffs in this matter. In support, she states as follows:

1. On November 21, 2023, Movant filed her appearance on behalf of Plaintiffs in this matter. (ECF 39.)

2. Movant is not lead counsel for any party in this matter. At all times since Movant filed her appearance, other attorneys have also represented Plaintiffs.

3. Effective March 26, 2025, Movant's association with the law firm Steptoe LLP will end.

4. Following Movant's disassociation from Steptoe LLP, Plaintiffs' other attorneys, who have already appeared before the Court and been actively engaged in this litigation, will take over Movant's responsibilities in this matter.

5. Counsel for Defendants has consented to the relief requested in this motion.

6. Therefore, Movant's withdrawal of her appearance will not prejudice Plaintiffs or negatively impact the progress of this litigation.

WHEREFORE, Movant respectfully moves for leave to withdraw her appearance in this matter.

Dated: March 25, 2025

Respectfully submitted,

*/s/ Jamie N. Witte*

Jeffrey Loperfido (State Bar #52939)
Christopher Shenton (State Bar #60442)
Hilary H. Klein (State Bar #53711)
Lily A. Talerman (State Bar #61131)
**Southern Coalition for Social Justice**
5517 Durham-Chapel Hill Blvd.
Durham, NC 27707
Telephone: 919-794-4213
Facsimile: 919-908-1525
jeffloperfido@scsj.org
chrisshenton@scsj.org
hilaryhklein@scsj.org
lily@scsj.org

Michael Dockterman
Jamie Witte
Laurel Taylor
Kristin Hendriksen
**STEPTOE LLP**
227 West Monroe Street, Suite 4700
Chicago, IL 60606
Telephone: (312) 577-1300
mdockterman@steptoe.com
jwitte@steptoe.com
lataylor@steptoe.com
khendriksen@steptoe.com

*Counsel for Plaintiffs*