# UNITED STATES DISTRICT COURT
for the
Middle District of North Carolina

| | |
|---|---|
| Democracy North Carolina, et al. ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:23-cv-00878 |
| Alan Hirsch, et al. ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Democracy North Carolina, North Carolina Black Alliance, League of Women Voters of North Carolina .

Date: 03/26/2025

/s/ Helena C. Abbott
*Attorney's signature*

Helena C. Abbott, NC Bar #62225
*Printed name and bar number*

Southern Coalition for Social Justice
5517 Durham-Chapel Hill Blvd.
Durham, NC 27707
*Address*

helena@scsj.org
*E-mail address*

(650) 804-2226
*Telephone number*

(919) 908-1525
*FAX number*