IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| DEMOCRACY NORTH CAROLINA, et al., | |
|---|---|
| Plaintiffs, | |
| v. | Case No. 1:23-cv-00878 |
| ALAN HIRSCH, et al., | |
| Defendants. | |

## ORDER

This matter is before the court on a Motion to Withdraw as Counsel for Plaintiffs filed by Jamie N. Witte. As noted in the Motion, Plaintiffs will continue to be represented by the remaining counsel of record. In light of the motion and representation contained therein, this Court finds that there is good cause to grant said motion.

IT IS THEREFORE ORDERED that the Motion to Withdraw as Counsel for Plaintiffs [Doc. #114] is GRANTED, and Attorney Jamie N. Witte is permitted to withdraw as counsel in this matter, and her appearance will be terminated on the docket.

This, the 4th day of April, 2025.

Joi Elizabeth Peake
United States Magistrate Judge