IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Case No. 1:23-CV-878

| | |
|---|---|
| DEMOCRACY NORTH CAROLINA; *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> ALAN HIRSCH, in his official capacity as CHAIR OF THE STATE BOARD OF ELECTIONS, *et al.*, <br><br> *Defendants*. | |

## LEGISLATIVE DEFENDANTS' NOTICE OF INTENT TO FILE DISPOSITIVE MOTION

Intervenor-Defendants, Philip E. Berger, in his official capacity as President *Pro Tempore* of the North Carolina Senate, and Destin Hall, in his official capacity as Speaker of the North Carolina House of Representatives (collectively, "Legislative Defendants"), by and through undersigned counsel, hereby give notice pursuant to Local Rule 56.1(a), the scheduling order in this case and amendments thereto, D.E. 44 & 106, and Rule 56 of the Federal Rules of Civil Procedure of their intention to file a motion for summary judgment on some or all of Plaintiffs' claims in the above-captioned matter.

Respectfully submitted, this the 7th day of April, 2025.

**NELSON MULLINS RILEY & SCARBOROUGH LLP**
/s/ Phillip J. Strach
Phillip J. Strach
N.C. State Bar No. 29456
Alyssa M. Riggins

N.C. State Bar No. 52366
Nathaniel J. Pencook
N.C. State Bar No. 52339
Cassie A. Holt
N.C. State Bar No. 56505
Alexandra M. Bradley
N.C. State. Bar No. 54872
Jordan A. Koonts
N.C. State Bar No. 59363
301 Hillsborough Street, Suite 1400
Raleigh, NC 27603
Telephone: (919) 329-3800
Facsimile: (919) 329-3779
phil.strach@nelsonmullins.com
alyssa.riggins@nelsonmullins.com
nate.pencook@nelsonmullins.com
cassie.holt@nelsonmullins.com
alex.bradley@nelsonmullins.com
jordan.koonts@nelsonmullins.com

*Counsel for Legislative Defendants*

# CERTIFICATE OF SERVICE

I, Phillip J. Strach, hereby certify that on this day the forgoing document was electronically filed with the Clerk of Court using the CM/ECF system, which will provide electronic notice to all counsel of record.

This the 7th day of April, 2025.

**NELSON MULLINS RILEY & SCARBOROUGH LLP**

/s/ Phillip J. Strach
Phillip J. Strach
