IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| DEMOCRACY NORTH CAROLINA, et al.<br><br>Plaintiffs,<br><br>v.<br><br>ALAN HIRSCH, *et al.*,<br><br>Defendants,<br><br>and<br><br>DESTIN C. HALL, *et al.*,<br><br>Intervenor- Defendants. | CASE NO. 1:23-cv-00878-TDS-JEP |

## STATE BOARD DEFENDANTS NOTICE OF INTENT TO FILE A DISPOSITVE MOTION

Pursuant to Local Rule 56.1(a), Defendants Alan Hirsch, Jeff Carmon, Stacy Eggers, IV, Kevin N. Lewis, Siobhan O'Duffy Millen and Karen Brinson Bell, in their official capacities (collectively, the "State Board Defendants"), hereby give notice of their intention to file a dispositive motion in this case.

[SIGNATURE TO FOLLOW]

Respectfully submitted this the 8th day of March, 2025.

                NORTH CAROLINA
                DEPARTMENT OF JUSTICE

                /s/ Terence Steed
                Terence Steed
                Special Deputy Attorney General
                N.C. State Bar No. 52809
                E-mail: tsteed@ncdoj.gov

                North Carolina Department of Justice
                Post Office Box 629
                Raleigh, North Carolina 27602
                Telephone: (919) 716-6573

                *Counsel for State Bar Defendants*