# Exhibit 2

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

DEMOCRACY NORTH CAROLINA; NORTH CAROLINA     )
BLACK ALLIANCE; LEAGUE OF WOMEN VOTERS       )
OF NORTH CAROLINA,                           )
                                             )
                        Plaintiffs,          )
                                             )
        -vs-                                 )
                                             )
ALAN HIRSCH, IN HIS OFFICIAL CAPACITY AS     )
CHAIR OF THE STATE BOARD OF ELECTIONS;       )
JEFF CARMON, III, IN HIS OFFICIAL CAPACITY   )
AS SECRETARY OF THE STATE BOARD OF ELECTIONS; )
STACY EGGERS, IV, IN HIS OFFICIAL CAPACITY AS )
MEMBER OF THE STATE BOARD OF ELECTIONS;      )
KEVIN LEWIS, IN HIS OFFICIAL CAPACITY AS     )
MEMBER OF THE STATE BOARD OF ELECTIONS;      )
SIOBHAN O'DUFFY MILLEN, IN HER OFFICIAL      )
CAPACITY AS MEMBER OF THE STATE BOARD OF     )
ELECTIONS; KAREN BRINSON BELL, IN HER        )
OFFICIAL CAPACITY AS EXECUTIVE DIRECTOR OF   )
THE STATE BOARD OF ELECTIONS; NORTH CAROLINA )
STATE BOARD OF ELECTIONS,                    )
                                             )
                        Defendants.          )
---------------------------------------------)


                 VIDEOTAPED DEPOSITION

                          OF

               SENATOR WARREN T. DANIEL

                  (Taken by Plaintiffs)

                 Raleigh, North Carolina

               Wednesday, September 11, 2024




                 Reported in Stenotype by
  Lisa A. DeGroat, Registered Professional Reporter
  Transcript produced by computer-aided transcription

1

1    bill goes through the legislative process, you know,

2    there's sort of a gleaning process, and I guess an

3    amendment process that eventually gets to a bill that

4    both chambers can agree upon.

5        Q.    But how do you determine if after that

6    process you've just described a bill will increase

7    election integrity?

8        A.    Well, for example, you know, in the current

9    bill, 747, there are some provisions that deal with

10   poll observers.  And so I think one of the things that

11   we felt -- or I felt, I would say, is that the more

12   kind of public observation of an election is something

13   that can enhance election integrity and also give the

14   public confidence that, you know, they're not being

15   excluded from the process.

16       Q.    If the electorate doubts the results of an

17   election based on false information, would you

18   consider that an election integrity issue?

19            MR. STRACH:  Objection.

20            You can answer that, if you can.

21            THE WITNESS:  Can you repeat the

22   question?

23   BY MS. KLEIN:

24       Q.    I'll rephrase a bit.

25            If a significant number of voters doubts the

                                                        22

1    concerned about for years.

2         Q.    Tell me more about legislators have been

3    concerned about that for years.  Can you talk to me

4    about your own concerns, if you've had any?

5                   MR. STRACH:  Yeah, just -- just --

6    Senator Daniel, just keep it to your thoughts.

7                   THE WITNESS:  Okay.

8                   MR. STRACH:  Not thoughts of other

9    legislators.

10                  THE WITNESS:  Okay.  So my concerns

11   about same-day registration?

12   BY MS. KLEIN:

13        Q.    Yes.

14        A.    I think it's just the ability to verify --

15   to verify that the voter is a resident of the precinct

16   that they claim to be in, and that -- and that they

17   should be registered in that precinct.  It's just more

18   difficult to ascertain the closer you get to the

19   election and early voting.

20        Q.    What about public statements of other

21   legislators expressing concern, did any public

22   statements of other legislators about same-day

23   registration influence whether you thought it was

24   important to include it in Senate Bill 747 in the

25   filed version?

                                                         39

1          Do you recall seeing this, like, draft

2    language at any point in time with the comments from

3    Paul Cox?  And this is on Bates ending in 658.

4          A.    Not unless it made it into the bill.  This

5    would have been where Josh and Brent would have been

6    saying we've gotten feedback from the Board of

7    Elections, and we're reviewing it, and we'll make

8    recommendations.

9          Q.    Okay.  All right.  Here you'll see in the --

10   you'll see in -- under bullet number one, Mr. Cox

11   says, "We're concerned with the administer ability of

12   the multiple ID provisions and the likelihood that it

13   will make a lot of the traditional same-day

14   registration population less likely to be able to use

15   that feature."

16          "We have taken a stab at language which

17   would directly address what we understand to be the

18   problem, same-day registrants who fail mail

19   verification."

20          Is Mr. Cox correct that the problem -- you

21   know, the bill -- the bill -- this provision of the

22   bill was seeking to address was some sort of problem

23   with same-day registrants who fail mail verification?

24          A.    I think that's what the provision is.  And

25   by -- by extension it's same-day registrants, who

177

1    might not be eligible to vote --

2        Q.    So --

3        A.    -- in that precinct or that county.

4        Q.    So he does accurately identify the problem

5    to be addressed, the same-day registrants who fail

6    mail verification, and you're saying that's because

7    you're equating those with people who are not eligible

8    to vote; correct?

9        A.    Yes.

10       Q.    Okay.

11       A.    At least in a lot of cases.

12       Q.    "In a lot of cases."

13             Under this -- and he goes on to say, "Under

14   this proposal the registrant would get one

15   verification mailing.  And if that is returned by the

16   day before canvas, the county board would be

17   instructed to retrieve and discount the ballot."

18             So -- and at the end, the last sentence, he

19   says, "Importantly, it would directly address the

20   population that fails mail verification, which is a

21   fairly small population of same-day registrants, 1 to

22   2% per attached stats."

23             Do you know what, if anything, was done

24   after -- to Senate Bill 747 after Mr. Yost and

25   Mr. Woodcox received this information from Paul Cox?

178

1          MS. KLEIN:  Let's go off -- can we go

2     off the record, so we can just confirm?

3          THE VIDEOGRAPHER:  Off record at

4     4:11 p.m.

5          (RECESS FROM 4:11 P.M. TO 4:13 P.M.)

6          THE VIDEOGRAPHER:  On record at

7     4:13 p.m.

8  BY MS. KLEIN:

9     Q.    Senator Daniel, as part of your work,

10  deciding whether to vote for the final version of

11  Senate Bill 747 and spearheading that legislation on

12  the senate side, did you develop any understanding of

13  where young voters in North Carolina, what kind of

14  residences they typically live in?

15     A.    No.

16     Q.    Okay.  And same caveat.  As part of your

17  work on Senate Bill 747 and deciding whether to

18  support that bill as it was finally drafted, did you

19  develop any understanding of the challenges that young

20  voters face in terms of access to reliable

21  transportation?

22     A.    No, but, you know, if you're talking about

23  campuses, you know, there's -- if you're in -- on

24  Duke University or UNC, there's campus transit.

25  There's Durham transits.  There's Uber.

231

1          I mean, you know, there's 100 ways somebody

2     could get to -- you can do absentee -- no excuse

3     absentee mailing -- or voting.

4          Q.    So I'm going to -- I'm going to ask you a

5     series of more questions.  For every one of them I

6     want you to limit it to, you know, did you develop an

7     understanding in preparation for voting for Senate

8     Bill 747 and finally approving it or as your role

9     shepherding that legislation.

10          Did you develop an understanding of -- of

11     any issues student face in the state of obtaining

12     necessary documentation to prove residence for voting?

13          A.    No.

14          Q.    What about necessary documentation to

15     satisfy the photo ID -- the voter ID requirement?

16          A.    No.

17          Q.    What about -- any understanding about how

18     young voters vote?  What -- by what methods they vote?

19          A.    Not what percentage of types of method they

20     use.

21          Q.    What about the proportion of young voters

22     among the broader electorate?

23          A.    What percentage they are?

24          Q.    Of registered voters.  Yes.

25          A.    No.  I haven't looked at the statistics.

1        Q.      What about their proportion of voter

2   turnout?

3        A.      No.

4        Q.      Did you develop any understanding of, you

5   know, demographic trends with young voters, as far as

6   what race they're more likely to be as compared to

7   older voters?

8        A.      No.

9        Q.      Did you -- you know, as part of your

10  legislative work on Senate Bill 747 did you develop

11  any concerns about student voting?

12       A.      No.

13       Q.      You know, as a general matter do you think

14  that college students should be permitted to vote in

15  their college community?

16       A.      If they want to.

17              MR. STRACH:  Objection.

18              Go ahead.

19              THE WITNESS:  If they want to.

20  BY MS. KLEIN:

21       Q.      You know, when you were working on Senate

22  Bill 747, and as part of your work, did you think that

23  election laws made it too easy for college students to

24  vote?

25       A.      No.  That was never anything that we

233

1  considered.

2      Q.    Did you have -- as part of that work did you

3  have any greater concerns about fraud within, you

4  know, large college campuses and student voters?

5      A.    I didn't personally.

6      Q.    Other than what other legislators have

7  communicated to you, are you aware of other people

8  having those concerns?

9      A.    No, uh-uh.

10     Q.    Okay.  You know, as part of your work in

11 developing Senate Bill 747 do you have any kind of

12 understanding -- did you develop any kind of

13 understanding of whether college students are capable

14 of appreciating the issues that their, you know,

15 community they're living in might need addressed

16 before the legislature?

17     A.    Can you restate the question?

18     Q.    Sure.

19           As part of your work on Senate Bill 747 did

20 you develop any understanding of whether college

21 students are -- can appreciate the issues in their

22 local community where they're going to school that

23 might need to be addressed from the General Assembly?

24     A.    I'm not sure I understand the question.

25     Q.    Okay.  I'll move on.

234

1          Did you -- as part of your work with Senate

2     Bill 747 did you develop any concern that, you know,

3     college students voting where they go to school might

4     somehow undermine the representation of local

5     residents in the community?

6          A.    That wasn't something that I considered.

7          Q.    It was not?

8          A.    I didn't consider that.

9          Q.    Are you aware that Cleta Mitchell has

10    expressed some of these concerns publicly?

11         A.    No.

12         Q.    Are you aware that Cleta Mitchell has

13    advocated reducing opportunities for on-campus voting

14    in public?

15         A.    Other than what's in the materials she sent

16    us, I'm not really sure what she advocates for.

17         Q.    Are you aware that Cleta Mitchell has

18    advocated for making it more difficult for college

19    students to vote?

20         A.    No.

21         Q.    With regard to that last e-mail that we just

22    went over, which was Exhibit 40, that e-mail chain

23    shows your law firm e-mail; correct?

24         A.    Yes.

25         Q.    How often do you use your law firm e-mail to

1        A.     The only -- I mean, Gov Ops was, obviously,

2   working on this type of an issue.  So if there was any

3   type of a study being done, they would have done it.

4        Q.     The house --

5        A.     No.

6        Q.     -- or --

7        A.     Just either side.

8        Q.     Either side.

9        A.     I can't remember if Gov Ops is a joint

10  committee or not.

11       Q.     You would definitely know better than me.

12  So I'm not going to opine on that one.

13              Are you aware, you know, of any request for

14  data from the North Carolina General Assembly about

15  same-day voting in the -- that we haven't discussed in

16  the lead-up to Senate Bill 747 being passed?

17       A.     Can you say that again?

18       Q.     Is there any study or data request on

19  same-day registrations that you're aware of that we

20  haven't discussed today that --

21       A.     Oh, no, not that we haven't discussed

22  already.

23       Q.    And that includes, like, requests from the

24  state board on that issue?

25       A.    No.

1      Q.    You're not aware of anything we haven't

2  discussed today?

3      A.    No.

4      Q.    Okay.  And anybody else?  You're not aware

5  of any other study from a third party --

6      A.    No.

7      Q.    -- that we haven't discussed today?

8            Did you request any same-day registration

9  data with any demographic breakdowns during the

10  legislative process for Senate Bill 747?

11      A.    No.

12      Q.    Are you aware of whether anybody else did?

13      A.    No, I'm not sure.

14      Q.    Okay.  So you didn't see any breakdown like

15  that?

16      A.    No, other than the comment that was made, I

17  think, by Mr. Cox about -- just in this e-mail that I

18  saw today.

19      Q.    Did you request any -- from anyone data on,

20  you know, how many same-day registrants will fail the

21  first mail verification, but would fulfill the second

22  one during the old version of the law?

23      A.    No.

24      Q.    What about data on registrants that failed

25  both verifications, did you request any data on that

EXHIBIT
31

# Presentation to
# House Oversight and Reform Committee
# June 22, 2023

## Karen Brinson Bell, Executive Director



NORTH CAROLINA
STATE BOARD OF ELECTIONS

LEG_DEFS_0006343
LEG_DEFS_0006343

# Committee's Requested Presentation Topics

- North Carolina law, policy, and practice for same-day registration, voting, and verification

- North Carolina law, policy, and practice for voter record maintenance

- Presentation and explanation of voter election records online

- How a same-day registrant is added to the voter rolls and what happens to their vote, including the time it can take for each step of verification and confirmation

- Voter ID implementation plans for absentee voting by mail and in person, same-day registration, and election day voting

- Roles of observers during voting and vote tabulation

- Statistics from past elections of same-day registrations, their disposition on election day, on the official canvass, and on certification of election results, as well as the number of same-day registrations eventually accepted and rejected with reasons for that ultimate decision

- Policies and practices that can improve trust in elections

- State Board budget request/needs



NORTH CAROLINA
STATE BOARD OF ELECTIONS

LEG_DEFS_0006344
LEG_DEFS_0006343

# Same-Day Registration in NC

- Enacted in 2007
  - Permits a voter to **provide documentation of their residence and register to vote** and vote at an early voting site. *(Additional step from non-SDR registrants.)*
- Ballot is retrievable
- Subject to mail verification process that all registrants go through
- Repealed in 2013 – US Court of Appeals struck down repeal in 2016
  - Explained in State Board Numbered Memo 2016-15
- Use of SDR by North Carolinians:
  - Mid-term years – 35,000 and 45,000 individuals
  - Presidential years – 100,000 to 120,000 individuals



NORTH CAROLINA
STATE BOARD OF ELECTIONS

LEG_DEFS_0006345
LEG_DEFS_0006343

# Proof of Residence for Same-Day Registrant

This is an additional step compared to non-SDR registrants.

1. NC driver's license or other photo identification issued by a government agency

2. A copy of a current utility bill, bank statement, government check, paycheck, or other government document showing the voter's name and address

3. Documents issued by a college or university showing the student's on-campus housing address



LEG_DEFS_0006346
LEG_DEFS_0006343

# Same-Day Registration Process

- Poll worker walks through process with voter, providing a "Notice" which states first the eligibility requirements.

- Voter fills out the registration application in front of the poll worker and provides proof of residence.

- Voter signs the attestation that they are eligible to vote under penalty of perjury.

| 10 | Sign below to attest to your qualifications to vote. |
|---|---|

**FRAUDULENTLY OR FALSELY COMPLETING THIS FORM IS A CLASS I FELONY UNDER CHAPTER 163 OF THE NC GENERAL STATUTES.**

I attest, under penalty of perjury, that in addition to having read and understood the contents of this form, that: (1) I am a United States citizen, as indicated above; (2) I am at least 18 years of age, or will be by the date of the general election; or I am at least 16 years old and understand that I must be at least 18 years old on the day of the general election to vote; I shall have been a resident of North Carolina, this county, and precinct for 30 days before the date of the election in which I intend to vote; (3) I will not vote in any other county or state after submission of this form and if I am registered elsewhere, I am canceling that registration at this time; and (4) I have not been convicted of a felony, or if so, I have completed my sentence (including any probation, post-release supervision, or parole).

X _____     _____

                            Signature Required                                  Date



**NORTH CAROLINA**
STATE BOARD OF ELECTIONS

LEG_DEFS_0006347
LEG_DEFS_0006343

# Same-Day Registration Mail Verification



**2016**
1799
100578

**2018**
696
45666

**2020**
2151
116326

**2022**
391
34289

Same-day registrants are mail-verified at a rate of 98-99% in recent elections



NORTH CAROLINA
STATE BOARD OF ELECTIONS

LEG_DEFS_0006348
LEG_DEFS_0006343

# Voter List Maintenance

- Federal and state law require voter list maintenance to be **uniform** and **nondiscriminatory**

- G.S. 163-82.14 provides specific reasons for removing voters and procedures.

  - **Death** – monthly reports from DHHS via vital records

  - **Felony conviction** – daily feed from DAC, quarterly reports from US Attorneys

  - **Change of address** – daily feed of voters who cancel or change registration, biennial address confirmation process prescribed in federal/state law, twice yearly address confirmation using Postal Service change-of-address data

- County boards of elections regularly remove registrants for the reasons above



NORTH CAROLINA
STATE BOARD OF ELECTIONS
LEG_DEFS_0006349
LEG_DEFS_0006343

# Voter List Maintenance

- North Carolina Voter List Maintenance Policy
  - https://s3.amazonaws.com/dl.ncsbe.gov/Voter_Registration/North_Carolina_List_Maintenance_Policy_Updated_20230621.pdf

- Procedures for county boards to follow to ensure uniformity and the minimization of errors

- Includes additional measures to remove ineligible voters or erroneous entries:
  - Duplicate registrant queries – 3 mechanisms to identify duplicates, including a new procedure we just rolled out
  - Procedures in addition to biennial mailing to initiate the address confirmation if a county board gets an undeliverable mailing
  - SBE sends county boards weekly reports identifying data errors/inconsistencies – numbers in names, possible confidential data in a public field, possible invalid DOB, possible invalid registration date



NORTH CAROLINA
STATE BOARD OF ELECTIONS

LEG_DEFS_0006350
LEG_DEFS_0006343

# Election Records Online

## ncsbe.gov/results-data

- **Election Results** – unofficial and official tabulation of votes

- **Voter Registration data** – current voter-level registration records or snapshots of voter registration records across 15+ years
  - Includes group-level voter demographic counts or election-specific voter demographic counts over the last 20+ years.

- **Absentee files** – records of each absentee voter *(not the voter's ballot selections)*, including absentee-by-mail ballot requests and one-stop ballots from the in-person early voting period, and demographic stats

- **Provisional files** – records of each provisional voter *(not voter's ballot selections)*, including reasons for provisional voting, disposition, and demographic stats



LEG_DEFS_0006351
LEG_DEFS_0006343

# Election Records Online (cont.)

## ncsbe.gov/results-data

- **Polling place data** – Election Day polling place data and one-stop early voting site data for current and past elections

- **Voter History data** – weekly-updated voter history data from over the past 10 years, or group-level, voter demographic counts for every election over the last 20+ years on this page
  - Voter history records a voter's participation in an election in our statewide database; this entry includes voter county, precinct, and voting method *(not voter's ballot selections)*
- **Voter Turnout data** – voter turnout across decades of primaries and general elections in U.S. presidential and non-presidential election years



NORTH CAROLINA
STATE BOARD OF ELECTIONS

LEG_DEFS_0006352
LEG_DEFS_0006343

# Election Records Online (cont.)

## vt.ncsbe.gov

- **Voter tools webpage –** dynamic web tools where the user submits a query and the system processes current results. Includes:

    - County board contact information and hours

    - Election Day polling place search

    - One-stop voting sites list/search

    - Petition search (status of petitions/signatures verified)

    - Provisional search (specific to the voter)

    - Voter registration statistics (snapshots of aggregate, countywide data)

    - Voter search ("find my registration")



NORTH CAROLINA
STATE BOARD OF ELECTIONS

LEG_DEFS_0006353
LEG_DEFS_0006343

# Voter ID Implementation

**Ongoing/in progress** efforts include:

- Website updates, social media posts, press releases, media availabilities

- Rulemaking for procedures for poll workers and county boards to follow

- Voter and polling place materials creation

- Training materials for poll workers

- Updates to absentee envelopes/instructions, voting forms

- Software development to insert photo ID processes into election management system used by all counties

- Software development for county boards to issue IDs from voter records and securely store photos

- Approval process for student & public employee IDs



NORTH CAROLINA
STATE BOARD OF ELECTIONS

LEG_DEFS_0006354
LEG_DEFS_0006343

# Voter ID Implementation

All items below are **<u>contingent</u>** on new funds…

- Instructional videos for voters and poll workers

- Advertisements/PSAs for web, social media, print, radio, TV, billboards

- Mailings to all voters, targeted mailing to voters who lack DMV ID

- Additional ID printing machines for county boards to ensure all voters have access to free IDs

- State staff to do community outreach events

- Graphic designer contract to make more effective voter materials



NORTH CAROLINA
STATE BOARD OF ELECTIONS

LEG_DEFS_0006355
LEG_DEFS_0006343

# Party Observers

- Appointed by political party

- Serve an important role of observing the process on behalf of their party

- **_Different_** from poll workers who are appointed by county boards upon recommendation of both county political parties.

  - Bipartisan poll workers are bound by law to carry out an impartial election and receive official training.

  - Observers take no oath and have partisan interests, are not trained by election officials.



NORTH CAROLINA
STATE BOARD OF ELECTIONS

LEG_DEFS_0006356
LEG_DEFS_0006343

# Party Observers

- Shall do "no electioneering," "shall in no manner impede the voting process or interfere or communicate with or observe any voter in casting a ballot," but may "make such observation and take such notes as the observer may desire." GS 163-45(c).

- May not: wear or distribute campaign material; enter voting booth area; approach voting equipment or poll workers stations close enough to view confidential info; position themselves to view confidential voter information on poll books or check-in laptops; position themselves to see the contents of voted ballots; board a vehicle containing curbside voters; provide voter assistance; or photograph, video, or record a voter without consent of the chief judge/one-stop manager, then the voter. 08 NCAC 20 .0101.



NORTH CAROLINA
STATE BOARD OF ELECTIONS
LEG_DEFS_0006357
LEG_DEFS_0006343

# Efforts to Improve Trust in Elections

- Voter confidence campaign, ***#YourVoteCountsNC***, launched in 2019
- Data transparency – most robust website in country, revamped in 2020 – ncsbe.gov
- Social media campaign to dispel myths and educate voters
- Info on election security in the statewide judicial voter guide mailing
- County board education initiatives – Brunswick's "expo," Forsyth's "election academy"
- Democracy Heroes – recruiting more people to become poll workers *(EAC award)*
- Recommend legislators and other local leaders attend county board of elections meetings, logic and accuracy testing, hand-eye sample recount, county canvass – all are open to the public
- Before you amplify misinformation (or simply misunderstand information), please reach out to election officials, state or local



NORTH CAROLINA
STATE BOARD OF ELECTIONS

LEG_DEFS_0006358
LEG_DEFS_0006343

# Highlights of NCSBE Budget Request

## Nonrecurring Services
- $6.5 million for Voter ID Implementation
- $13.6 million for SEIMS and CF Modernization

## Recurring Services
- $350,000 Absentee Ballot Portal
- $50,000 Absentee Ballot Tracking
- $300,000 Hosting County Access to Elections Applications

## Recurring NCSBE Personnel Needs
- 5 FTEs Regional SSTs $422,063*
- 1 FTE CISO $225,000
- 2 FTEs Database Support $317,085*
- 1 FTE In-Person Voting Specialist $84,412*
- 2 FTEs Software Development $268,345*
- 2 FTEs IT Infrastructure $234,137
- 1 FTE Web Manager $100,472

\* Provides additional Voter ID Support



LEG_DEFS_0006359
LEG_DEFS_0006343

# Criticality of Recurring NCSBE Personnel Funding

**These figures** show the loss of human capital and institutional knowledge in the agency's IT Division, which is responsible for maintaining the backbone of the operation of elections and campaign finance in NC. Stable, recurring funding of positions guards against loss of human capital and is key to maintaining critical information management systems and databases.







LEG_DEFS_0006360
LEG_DEFS_0006343

# Funding for Voter ID Implementation

- FY2021-22: $5 million for "a mobile program to assist individuals who need photo identification in order to vote in person." *See* SB 105 (SL 2021-180), <u>Jt. Conf. Comm. Rept.</u>, p. F 65.

- OSBM authorized carry forward of funds in 2022-23, if injunction on the photo ID law was dissolved.

- Request an expanded scope for $5 million fund for additional photo ID implementation efforts.
  - public education
  - poll worker training
  - statewide and targeting mailings
  - county photo ID printing and a secure photo database
  - training materials for the nearly 3,000 voting sites across the State

- An additional $1.5 million appropriation to the fund would support full photo ID implementation over the biennium



LEG_DEFS_0006361
LEG_DEFS_0006343

# Funding for SEIMS and CF Modernization

- **NR, Information Technology Reserve $13,606,411**
  - $8,492,592.29 for SEIMS Modernization
  - $5,113,818.75 for Campaign Finance Modernization

  - Software suite & supporting databases; backbone of every election process and campaign finance reporting
  - Developed starting in 1998; antiquated, inefficient, and vulnerable to defects
  - 800+ users, mostly at county level
  - Completely state funded
  - Multiyear capital improvement project; contract project-specific teams for build & cross-training



NORTH CAROLINA
STATE BOARD OF ELECTIONS

LEG_DEFS_0006362
LEG_DEFS_0006343



Questions?



LEG_DEFS_0006363
LEG_DEFS_0006343