# Exhibit 5

DEMOCRACY NORTH CAROLINA; NORTH    )
CAROLINA BLACK ALLIANCE; LEAGUE    )
OF WOMEN VOTERS OF NORTH           )
CAROLINA,                          )
                                   )
                Plaintiffs,        )
        vs.                        )
                                   )
ALAN HIRSCH, in his official       )
capacity as CHAIR OF THE STATE     )
BOARD OF ELECTIONS; JEFF CARMON    )
III, in his official capacity      )
as SECRETARY OF THE STATE BOARD    )
OF ELECTIONS; STACY EGGERS IV,     )
in his official capacity as        )
MEMBER OF THE STATE BOARD OF       )
ELECTIONS; KEVIN LEWIS, in his     )
official capacity as MEMBER OF     )
THE STATE BOARD OF ELECTIONS;      )
SIOBHAN O'DUFFY MILLEN, in her     )
official capacity as MEMBER OF     )
THE STATE BOARD OF ELECTIONS;      )
KAREN BRINSON BELL, in her         )
official capacity as EXECUTIVE     )
DIRECTOR OF THE STATE BOARD OF     )
ELECTIONS; NORTH CAROLINA STATE    )
BOARD OF ELECTIONS,                )
                                   )
                Defendants.        )


                30(b)(6) DEPOSITION OF
            NORTH CAROLINA BLACK ALLIANCE
                   By MARCUS BASS


                   HELD VIA ZOOM

    _____

                    9:33 A.M.

              TUESDAY, MARCH 25, 2025

    _____

By:  Denise Myers Byrd, CSR 8340, RPR

1   A.   We have an array of organizations that are

2        comprised of elected caucuses, so the school

3        board members, Black school board members,

4        Legislative Black Caucus, the North Carolina

5        Alliance of Black Municipal Officials.

6   Q.   How does NCBA receive its funding?

7   A.   We receive our funding through individual

8        donations and through foundations and other

9        organizations.

10  Q.   Does it receive grants?

11  A.   Yes.

12  Q.   To your knowledge, are any of these grants issue

13       specific?

14  A.   Yes.

15  Q.   Could you give me some examples?

16  A.   We have worked with funders to engage in GOTV.

17       A lot of times those GOTV funds will be directed

18       toward specific programs, our youth voter

19       engagement program, our faith voter engagement

20       program, and programs that engage civic and

21       service members across the state.

22  Q.   And just so the record is clear, when you say

23       GOTV -- I believe I know what you're saying, but

24       could you just explain what you mean by that or

25       what that stands for?

13

BY ATTORNEY KOONTS:

Q.   So taking a step back, just speaking more
     globally here, what sort of work does NCBA do?

A.   Yes.  The organization has several different
     issue areas in several different constituent
     bases that we work around.

          The organization seeks to ensure that
     residents understand the unique role that
     government plays in creating policy and how
     those policy changes can impact the Black
     community and the community overall, not just
     Black constituents.

          Our work has been focused primarily in
     the areas of youth voter engagement, engagement
     with the faith community of which there are a
     large number of young people that attend these
     faith community events, faith centers, attend
     churches in general.  We're in the Bible Belt.

          Also, we work with civic and service
     organizations like the Divine Nine.  These are
     fraternities and sororities of which a large
     number of those fraternities and sororities are
     bound by their mission to do voter engagement,
     civic engagement, and a lot of those are
     positioned on campuses.  A large membership are

17

1    college age.

2            We also work directly with

3    Black-elected officials across the state and

4    officials that serve Black communities.

5    Q.   So you mentioned that NCBA is focused on a

6         number of I believe you said issue areas and

7         constituent areas.

8            What are the issue areas that NCBA is

9    focused on?

10   A.   Yes.  So one of our issue areas is focusing on

11        education, access to education, another is

12        economic justice, another is environmental

13        justice, access to healthcare, criminal justice

14        reform and democracy.

15   Q.   How does NCBA define democracy?

16   A.   So we define democracy as the process by which

17        individual residents have access to government

18        through use of the political process.

19   Q.   You also mentioned constituent areas.  What

20        constituent areas is NCBA focused on?

21   A.   Our constituent areas include Black college

22        students, the faith community, civic and service

23        organizations, some of which I mentioned

24        earlier, and also Black-elected officials.

25   Q.   So you mentioned as well the NCBA -- let me ask

                                                          18

1        you:   Does NCBA do work on college campuses?

2   A.   Oh, yes.

3   Q.   Which ones?

4   A.   We're currently on 16 campuses across the state.

5        A number of those are Historically Black

6        Colleges, and several of those are predominantly

7        white institutions and community colleges.  That

8        doesn't take into account the number of college

9        students that may be receiving our materials

10       electronically or in person that reside on those

11       16 campuses.

12  Q.   Could you list for me those 16 campuses?

13  A.   Yes.   Shaw university, St. Augustine University,

14       Elizabeth City State University, Fayetteville

15       State University, North Carolina Central

16       University, Bennett College, North Carolina A&T

17       State University, Winston-Salem State

18       University, Johnson C. Smith University.  I

19       think I mentioned Livingstone College.   Maybe I

20       did not mention Livingstone College.

21  Q.   I don't believe you did.

22  A.   Livingstone College.  Barber-Scotia College,

23       Rowan-Cabarrus Community College, Chowan

24       University, UNC Pembroke.

25              Is that 14?

19

1  Q.   That's 14.

2  A.   Yes.   There are two other community colleges.

3       They escape me, but we engaged with them in

4       2024.   I would have to check back in with our

5       team to see which additional community colleges

6       are on our list.

7  Q.   I appreciate that.   It's certainly not a memory

8       test, but I appreciate you identifying those for

9       me.

10            So, Mr. Bass, let me ask you, of these

11      universities, community colleges, how does NCBA

12      identify which ones they want to partner with or

13      work on those campuses?

14 A.   Yes, and that's a very good question.   So

15      historically, there have been issues with voter

16      engagement primarily with all students.

17      First-time voters in particular on campuses have

18      reported issues in numerous ways.

19            We work with college campuses primarily

20      that have an interest in civic engagement.   All

21      campuses have kind of a mission for civic

22      engagement, but more directly some campuses

23      don't have the resources to fully engage with

24      the students to ensure that every student is

25      prepared to vote.   More so, the Historically

20

1    Black College campuses in North Carolina have a

2    large number of Black college students that need

3    support in navigating and understanding the

4    changes to policies and laws that may impact

5    their right to vote.  So we work primarily on

6    those HBCU campuses.  A number of those are

7    stated supported.  And the private campuses as

8    well that have large populations of Black

9    students.  We tend to find that the issues

10   involving the changes oftentimes don't reach

11   those students.  So we work primarily on those

12   campuses and other campuses with large

13   populations of Black voters.

14   Q.   I appreciate that.

15             ATTORNEY KOONTS:  So I am going to put

16   into the chat what we will mark as Exhibit 2.

17   It's a document NCBA-0001340.

18             (WHEREUPON, Exhibit 2 was marked for

19   identification.)

20   BY ATTORNEY KOONTS:

21   Q.   Just let me know when you've been able to

22   download it and take a look at it.

23   A.   All right.  I have the document in front of me.

24   Q.   Okay.  Mr. Bass, do you recognize this document?

25   A.   Yes.

1              There's a wide array of policies that

2         impact the general public, and we focus

3         primarily with those groups and organizations

4         that are working towards policy change to

5         improve lives of residents across the state.

6    Q.   So looking at the next part of that mission that

7         we read from this Exhibit 2, specifically the

8         phrase "to participate in a conference."

9    A.   Yes.

10   Q.   What conference is that referring to?

11   A.   So historically, we have an event called the

12        North Carolina Black Summit.  That is our annual

13        convening of all of our individual partners and

14        stakeholders in the organization.  We still host

15        that annual event, but the framing of conference

16        is now more extended and akin to not just a

17        physical space but almost a conference as in

18        like an athletic conference where we know

19        conference is in play all yearlong.

20              So when we say we're in conference, it

21        is a more broader understanding of what that

22        connective tissue is with those important

23        partners, public policymakers, and those

24        individuals interested in public policy in a

25        setting that is more akin to a yearlong

26

1    collaboration than just a one-time conference

2    that some folks may be more used to in the frame

3    of a conference.

4            We still hold our annual Black Summit,

5    and then there are larger programs and bodies of

6    work and efforts that derive from that

7    conference, and so we are in conference a

8    majority of the year with our stakeholders at

9    the state level and at the local level.

10   Q.    Okay.  I appreciate that clarification.  And

11   just to make sure -- make sure I understand, you

12   know, how NCBA views itself as part of this

13   conference.

14            To take an analogy I think you said

15   about an athletic conference, would it be fair

16   to say that NCBA might see itself as the ACC and

17   then those partnerships or constituents we

18   identified earlier could be NC State, UNC, Duke.

19            Is that a fair description?

20   A.    I think if that helps you understand better,

21   yes.

22   Q.    And so speaking on the NC Black Summit, is that

23   an event that NCBA still hosts?

24   A.    Yes.

25   Q.    Will it occur this year?

27

1    A.    Yes.   This will be our 19th annual session.

2    Q.    When will that event occur?

3    A.    April 17th and 18th.

4    Q.    So coming up.

5              Do you all have an idea of how many

6          attendees you might have?

7    A.    We would -- we have a pretty large attendance in

8          person and virtual.  I would imagine we would

9          see anywhere between 400 to 500 individuals

10         attend.

11   Q.    What is the purpose of the North Carolina Black

12         Summit?

13   A.    So the Black Summit is a space for co-governance

14         in this model in which our individual affiliate

15         members are not elected officials, but they are

16         concerned about policy and changes at the

17         government level are able to talk with

18         individuals that are actually in spaces through

19         their elected office to engage in policy change.

20              We believe in the systemic roots of

21         policy and the origins of those policies and how

22         they impact the Black community.  And during the

23         summit, we work to really discuss ways in which

24         government can be more accountable to the

25         people.

28

1          being situated in solutions that help remedy

2          access to government for the Black community is

3          the best use of our time.

4     Q.   Could you give me some examples of initiatives

5          that NCBA considers as improves the African

6          American community?

7     A.   Yes.   Public education.

8     Q.   Okay.   Anything else?

9     A.   Voting rights.

10    Q.   Anything else?

11    A.   Healthcare.

12    Q.   Anything else?

13    A.   Tax policy.

14    Q.   Sounds like a broad range of issues.   Is that

15         fair?

16    A.   Correct.   Correct.

17    Q.   You can set that document to the side, and I am

18         going to put in the chat what we will mark as

19         Exhibit 3.   It is a several page document, but

20         it begins with NCBA_0000035.

21              (WHEREUPON, Exhibit 3 was marked for

22         identification.)

23    BY ATTORNEY KOONTS:

24    Q.   All right.   It should be coming through now.

25         Let us know when you've got it, and let us know

                                                       31

1       government, it is coined as progressive.  And so

2       in that way, we work towards creating change

3       with those organizations that believe in an

4       expansive role of government.

5    Q.  So we've talked a little bit about

6       collaborating.  Is NCBA hosting events or are

7       they supporting others who might be hosting

8       events?

9    A.  Well, there are varying degrees of

10      collaboration.  We will have events in community

11      and then we will also support our partners with

12      events in community that align with the mission.

13   Q.  What does that support look like?

14   A.  That support looks like staff time.  That

15      support may look like research.  It may look

16      like training.  It may look like supporting

17      through resourcing events, providing

18      sponsorships for events, varying degrees of

19      support.

20   Q.  So moving to the second sentence in that

21      paragraph on the second page of Exhibit 3, I'm

22      looking at the sentence:

23          "These issues range from voting

24          rights, gerrymandering, criminal

25          justice reform, health and wellness,

                                                    35

1          vote.

2    Q.    Does NCBA consider the requirement that an

3          individual votes in the district in which they

4          reside?  Does NCBA consider that a restriction?

5    A.    I think NCBA would take pause on the definition

6          of residence.

7    Q.    So could you explain that a little more, please.

8    A.    Yes.  Particularly because North Carolina has a

9          robust system of community colleges and

10         four-year institutions, you will have some

11         individuals that are in residence outside of

12         their birth county or county of origin for an

13         extended period of time.

14              Similar to military personnel or

15         professional that may not reside in

16         North Carolina but also has the right to vote,

17         we would consider any restrictions on or any

18         definition of residency that limits anyone's

19         ability to vote in the county in which they will

20         be living in to be a problem.

21   Q.    How does NCBA collaborate on voting rights

22         issues?

23   A.    So we collaborate in various ways.  Through our

24         conferences, we're able to hear from leaders in

25         community about the changes that policies have

                                               38

1      or restrictions to voting has.

2              We work with individuals also at the

3      local level, to work with their county boards of

4      elections around understanding how to impact or

5      effect change at the local level in regards to

6      supporting the board of elections in carrying

7      out policies.

8              We also work directly at a state level

9      improving policies where we see policy changes

10     could impact individual's right to vote.

11  Q.  So I believe one of the things you mentioned was

12     working with individuals to work with their

13     county boards of election.

14             Does NCBA ever work directly with

15     county boards of election?

16  A.  Yes.

17  Q.  What percentage of NCBA's programming or

18     networking efforts is focused on issues relating

19     to voting rights?

20             ATTORNEY LOPERFIDO:  Objection to form.

21             You can answer it.

22  BY ATTORNEY KOONTS:

23  Q.  You can answer if you understand the question.

24  A.  I did.  It's hard to gauge because a lot of our

25     work focuses on voters, individual's access to

39

1  democracy. Thereby, most of our sessions, even

2  if it is based in healthcare or based in

3  economic justice, we have a huge portion of our

4  work that is crafted and ultimately utilizing

5  the political process and improving the

6  political process by means of improving in their

7  issue area, whatever specific issue area the

8  community works in. And so a huge percentage of

9  our work revolves around voting and voting

10  rights.

11  Q.  Okay. What about NCBA's expenditures, what

12  percentage of its expenditures relate or are

13  used in voting rights?

14  A.  I would say a little over 50 percent.

15  Q.  So moving to the next issue in this list,

16  gerrymandering. What does this encompass for

17  NCBA?

18  A.  It is education, education around what

19  gerrymandering is, what redistricting is, the

20  broader sense of redistricting, the historical

21  context for redistricting, and then also

22  alternatives to redistricting based on what

23  other practices from governing bodies across the

24  country have enacted, and an assessment of our

25  end product of redistricting and the impact of

40

1    gerrymandering from a racial standpoint.

2              Also, we look at the impact not just in

3    communities of color but other communities of

4    interest and the process by which those that are

5    elected have the opportunity to draw lines for

6    themselves for then voters to decide in some way

7    around the process.  So we're involved in every

8    level of understanding and impacting

9    gerrymandering and redistricting in the broader

10   sense for community.

11   Q.   How does NCBA collaborate on this issue?

12   A.   On campuses across the state, we have done

13   workshops where we help residents understand the

14   different languages or language in regards to

15   gerrymandering, the packing, cracking, and

16   stacking of districts, the process by which the

17   legislature or other governing bodies because

18   redistricting happens also at the county level,

19   at the school board level.  We talk about those

20   varying levels and the similarities in that

21   process.

22              In some cases we've helped community

23   members and our campus groups understand how

24   maps are drawn.  The process in some cases

25   is -- needs to be demystified.  Some people

41

1    think there's a magic formula, and we'll go into

2    different ways in which our state has drawn

3    maps.  Those are just some examples.

4    Q.   So in these campus workshops, are they limited

5    to just college students?  You might have

6    mentioned community members.  Is it an open

7    invitation?

8    A.   So we have varying levels of programs.  All are

9    not on college campuses.  A lot of them are in

10    community as well.

11    Q.   So what percentage of NCBA's programming efforts

12    is focused on issues relating to gerrymandering?

13    A.   Issues relating to gerrymandering?

14    Q.   Yes.

15    A.   Issues related to gerrymandering is a very kind

16    of broad -- I mean, my interpretation is very

17    broad.  If a district is gerrymandered and laws

18    change because of that gerrymander or because of

19    the protection of an individual sponsoring a

20    bill or working on a set of issues in community,

21    then that is an issue related to gerrymandering.

22    Q.   Okay.  What about expenditures?

23    A.   Expenditures directly allocated for

24    redistricting or gerrymandering?

25    Q.   Let's do both.

42

1          ATTORNEY LOPERFIDO:  I'm going to

2    object to the form.

3          THE WITNESS:  I would say that we

4    spend -- maybe 15 to 20 percent of our work is

5    focused on or is connected to gerrymandering and

6    redistricting and the impacts of gerrymandering

7    and redistricting.

8    BY ATTORNEY KOONTS:

9    Q.    I appreciate that.

10   A.    We -- and it's difficult to gauge because in

11         some cases we have -- North Carolina A&T, for

12         instance, the largest Historically Black College

13         in the nation was split down the middle

14         congressionally, and for a number of years we

15         worked on campaigns to educate students about

16         the nature in which that gerrymander impacted

17         the voting bloc of students in that community so

18         much so that they received national recognition

19         for the way in which lawmakers carved out

20         segments of that population.

21              That went on for a period of about two

22         to three years before the campus was

23         actually -- the gerrymander was remedied, but it

24         just goes to show how difficult it may be to

25         pinpoint an exact percentage when in some cases

43

1    we spend an exorbitant amount of time depending

2    on the degree of education needed around

3    redistricting and the severity of gerrymanders

4    in certain areas in our state.

5    Q.  So would you agree with me that a lot of those

6    issues, including those listed here in

7    Exhibit 3, they're interrelated?

8    A.  Yes.

9    Q.  So looking at the next in that list, criminal

10   justice reform, what does that encompass for

11   NCBA?

12   A.  So we consider any engagement of the Black

13   community and the carceral state that has

14   questions in regards to the fairness of justice

15   to be a criminal justice reform issue.

16              There is a broad history in

17   North Carolina by which the criminal justice

18   system has been built around and the entire

19   carceral state has been created around the

20   policing and controlling of black residents.

21              Systemically, we look at this notion of

22   sheriffs in community which were derived from

23   these slave patrols.  We look at the notion that

24   those origins of policing in community were

25   based in the economic concern, not a social

44

1    concern or a concern for violence but a concern

2    for maintaining property, and then we look at

3    today the impact of that origin in issues of

4    policing and criminal justice in our country.

5              We look at data trends in regards to

6    the number of Black individuals that have been

7    incarcerated unjustly, and we focus at every

8    level, starting with school-to-prison pipeline,

9    the way in which policing or over-policing

10    happens on our college campuses, and then also

11    in the ways in which criminal justice has been

12    used or the carceral state has been used to

13    limit the franchise of voting for residents that

14    are part of the carceral state.

15    Q.   What percentage of NCBA's programming efforts is

16         focused on issues related to criminal justice

17         reform?

18    A.   I would say roughly around 10 to 15 percent of

19         our work is focused on the carceral state,

20         criminal justice reform.

21    Q.   And what about its expenditures?

22    A.   I would not be able to determine what percentage

23         of expenditures.

24    Q.   And why is that?

25    A.   The way that our program areas are situated in

45

1    the work, it is difficult to determine a set

2    amount.  Again, as members in community work

3    with the Black Alliance around certain issues,

4    there will be need to engage various aspects of

5    the work.  They may ask for a training.

6    Individuals in community may ask for a printed

7    infographic.  They may ask for us to show up in

8    community for a town hall.  We may do research

9    in certain areas.

10          So it's just very difficult to nail

11   down an exact expenditure in the criminal

12   justice space because of varying ways in which

13   we engage with criminal justice.  We don't have

14   a set, you know, process by which we expend

15   money for criminal justice work.

16          We have, as the need arises in

17   community, the ability to respond to issues, and

18   then the state level work around following the

19   system at a state level to determine policies

20   that may impact the criminal justice arena.

21          We have a life without the possibility

22   of parole program that we're working with right

23   now.  And so there are varying areas of

24   engagement that make it difficult to nail down

25   an exact expenditure on the criminal justice.

46

1   Q.   So is it fair to say that depending on the

2        nature of the specific request or need within a

3        community that that expenditure might fall into

4        another bucket, say, voting rights or one of

5        these other listed health and wellness, just

6        depending on the nature of the need?

7   A.   Correct.

8   Q.   So moving quickly into the last two listed here,

9        health and wellness.  How does NCBA -- what does

10       all that encompass for North Carolina Black

11       Alliance?

12  A.   Yeah.  For health and wellness, also looking at

13       environmental justice -- excuse me, I need to

14       sneeze.

15  Q.   Bless you.

16  A.   Sorry about that.

17            So our health and wellness and our

18       environmental justice programming are wrapped

19       into one where we believe that the conditions of

20       health are impacted deeply by how safe our

21       environment is.  The aspects of corporate

22       pollution in much of North Carolina impacting

23       our water table, impacting the quality of our

24       air, those have impacts on our health.

25            And so the interconnectedness of

47

1    wellness is around our environmental justice and

2    access to healthcare.  And in communities that

3    we work in North Carolina, we help them to

4    unpack the importance.  Beyond just the

5    expansion of Medicaid or Medicare, we look at

6    the overall systemic challenges to wellness in

7    our communities.

8  Q.  What percentage of NCBA's programming is focused

9    on issues relating to health and wellness?

10 A.  I would say we spend a considerable amount of

11    time and energy in health and wellness or

12    environmental justice and healthcare, access to

13    healthcare.  I would say, you know, 30 percent

14    of our work.

15 Q.  And what about NCBA's expenditures?

16 A.  I think because of our positioning in that

17    space, it is also a little bit more difficult to

18    tell.  I would say probably more than our

19    criminal justice work.

20 Q.  Okay.  And is it difficult to tell for the same

21    reasons we discussed with criminal justice, due

22    to that interrelated need-based --

23 A.  That's right.

24 Q.  And finally, economic development to education,

25    what does that encompass for North Carolina?

48

A.   Access to education is that issue area or that
commitment statement, that is one of our most
broad issue areas when we talk about the role
that public education has played and the
geographical plus socioeconomic indicators that
represent kind of a diminishing return in public
education across our state based on location or
race.

     I think that we look at public
education as one of the bigger opportunities for
equality in our state, and because of
that -- and also because of the expenditure.
North Carolina expends a lot of money on public
education, and that priority has shifted over
the past few years.

     We spend a considerable amount of our
time focusing on access to education at the
K through 12 level and then, more importantly,
at the higher education levels with our vast
college system in North Carolina and the changes
therein as well.

Q.   You said a considerable amount of time.  What
percentage of NCBA's programming efforts is
focused on issues relating to economic
development and education or to education?

49

1    A.   I would place it very high, almost equal to our

2         engagement in wellness, in environmental justice

3         and access to healthcare.

4    Q.   And then finally, what about NCBA's

5         expenditures, what percentage of those go

6         towards economic development to education?

7    A.   I would -- if I had to put an estimate on it, I

8         would still probably put it around the

9         15 -- 10 to 15 percent range.

10   Q.   So I appreciate you bearing with me through

11        that.  I'm now moving down to the -- it looks

12        like the final sentence, specifically:

13             "NCBA collaborates with

14          strategic partners to advance the

15          work of those organizations and to

16          enhance intentional collaboration

17          with black constituencies."

18             Did I read that correctly?

19   A.   Yes.

20   Q.   And is this referring to I believe the analogy I

21        used earlier was like that conference-type

22        structure you referenced?

23   A.   Yes.

24   Q.   So having gone through all these topics that

25        NCBA works in or is focused on, is it fair to

                                                      50

1    Q.    Is it published on NCBA's website?

2    A.    It may be if it's not already archived.

3    Q.    So looking at the top of the first page, 676, if

4          you could just read that very first paragraph to

5          yourself, beginning with "The North Carolina

6          Black Alliance" and ending with "Black voter

7          education."  If you can read that to yourself

8          and please let me know when you're ready.

9    A.    Yes.

10   Q.    So I'm specifically looking at the very last

11         sentence in that paragraph which reads:

12                "In the next two years, our

13            efforts will be to act as a

14            connector and sustainer of the

15            symbiotic relationships to create

16            a collaborative policy agenda that

17            seeks to engage the overall

18            community to increase Black voter

19            education."

20                Did I read that correctly?

21   A.    Yes.

22   Q.    What is does it mean that the NCBA wants to be

23         a, quote, connector or, quote, a sustainer?

24   A.    So in community, there are a lot of ways that

25         individuals receive information, and there's

                                                              54

1       also a lot of ways in which the community

2       engages in programs and activities.

3               Oftentimes, what we find is that

4       organizations and entities on the ground, at the

5       grassroots level, are not connected to each

6       other.  They are so busy doing their work that

7       they oftentimes don't have a moment to

8       understand how that work is connected.

9               And so we hope and worked in 2024 and

10      continue to do so to serve as a convener,

11      connecting through convening groups at the local

12      level and state level, similar to the Black

13      Summit formation in the local areas in which we

14      serve to create more long-lasting relationships

15      to create the change that we want to see.

16  Q.  And what about a sustainer -- what does it mean

17      when NCBA says they want to be a sustainer?

18  A.  Sustainer and being a consistent presence in

19      community for those connections and to be able

20      to resource those connections in ways in which

21      we can help organizations carry out their work

22      more effectively.

23  Q.  Is it fair to say that being a connector or a

24      sustainer between organizations is a key role

25      that NCBA hopes to fill as part of its strategic

                                                        55

```
 1              plan?
 2                    ATTORNEY LOPERFIDO:  Objection to form.
 3                    THE WITNESS:  Yes.
 4      BY ATTORNEY KOONTS:
 5      Q.   So turning to the next two pages, 0677 and 0678,
 6           I'm specifically looking at the bottom where it
 7           begins with Core Programming.
 8                    Are you with me?
 9      A.   Yes.
10      Q.   And the header Youth Voter Engagement, how does
11           NCBA define a youth voter?
12      A.   So there's two ways in which we look at youth
13           voters.  It could be a first-time individual
14           voting in North Carolina, it could be a
15           first-time voter altogether, and more broadly, a
16           voter that is between the ages of --
17           preregistration, or in this case registration,
18           18 to about 30 years of age.
19      Q.   What type of work does NCBA do in this area?
20      A.   Very broad but specific to this base of voters.
21           In this case, we understand that the
22           connectivity between the issues that Black
23           voters face through the electoral process in
24           regards to barriers to voting can also be
25           barriers -- even greater barriers to young
```

56

1            convening of elected officials and strategic

2            partners and this one-time conference notion but

3            more so this expanse of being able to address

4            issues and to address systemic change is

5            becoming more and more intentional as the work

6            in the North Carolina Black Alliance continues

7            to grow, but it's always in alignment with our

8            mission.

9      Q.    I appreciate that.

10                 So looking back to that paragraph I

11           previously read on page 0682 of Exhibit 4 --

12           make sure I'm in the right spot -- so

13           specifically the last part of that sentence that

14           says, quote, "continue to shift our focus from

15           broad election-oriented messaging to specific

16           issues faced by our community partners on the

17           ground."

18                 Did I read that correctly?

19     A.    Yes.

20     Q.    Is it fair to say that prior to 2024, or

21           whenever this document was written, the NCBA

22           considered its focus on elections as, quote,

23           broad?

24     A.    Yes.  Yes.  I think -- and we still have a broad

25           array of election-related issues.  I think the

                                                          67

1    way that we're going about creating change with

2    our partners on the ground, with our different

3    individuals that work with the Black Alliance

4    and our staff, I think it is becoming more

5    focused.  The elements -- the work and analysis

6    is still very broad.  The focus on creating

7    systemic change is more and more apparent as we

8    do this work and identify from residents in

9    community the harms that these policy changes

10   have on certain issues or constituent bases in

11   our organization.

12   Q.   So you can set that to the side.

13             And I'm going to mark what will be

14   Exhibit Number 5.

15             (WHEREUPON, Exhibit 5 was marked for

16   identification.)

17   BY ATTORNEY KOONTS:

18   Q.   And this is a document titled NCBA_0001962.  Put

19   that in the chat, and then if you'll just let us

20   know once you've received it and have had a

21   chance to review.

22   A.   Okay.

23   Q.   Mr. Bass, do you recognize this document?

24   A.   Yes.

25   Q.   What is it?

68

1     as where they receive mail.  And even if there

2     are campuses that have a mail house as opposed

3     to mail being delivered directly to the dorm,

4     there is a certain way in which it has to be

5     written.

6              Typically, we like, as a best practice

7     when institutions communicate directly to the

8     state board giving their entire roster of

9     students, but we recognize that that's not

10    uniform.  There's not a process by which the

11    state has asked for that to happen, even though

12    we've asked for them to do that.

13             And so the best remedy, even though it

14    is not the most effective in ensuring that every

15    student can vote is by placing this information

16    in person with the student, digitally online,

17    and then through our workshops that we conduct

18    on the campuses.  We make sure that voters in

19    this case understand the nuance in their

20    residential address versus their mailing

21    address.

22    Q.   So when these B.A.R. fellows are on campus and

23         handing out voter information or registration

24         information to students, does NCBA update its

25         handouts any time there's a change in election

                                                          72

1          law?

2     A.   We have to.  It is an unfortunate cost or

3          expense in our work having to recreate documents

4          whenever there's a change, but it is necessary

5          especially with this specific group of voters

6          because of their differences in residency and

7          the newness of the electoral process.

8               This is a governmental task that

9          they're asked to perform, some of which being

10         18 years of age or younger and there is

11         hesitancy in getting it right and nervousness

12         around getting it wrong, and so we found our

13         role to be very significant in helping navigate.

14              Of all the paperwork that students have

15         to complete when they're first coming onto

16         campus and when they're first coming into these

17         settings, this is one of the most important and

18         most longest lasting, honestly, and so we want

19         to make sure we help our students navigate that

20         process.

21    Q.   And you mentioned that this is posted on NCBA's

22         website; is that right?

23    A.   Correct.  It's under our NC voter college

24         student section.

25    Q.   Does NCBA do any sort of tracking to see how

73

1   indicator of this low performance.  It was

2   enough so that we had to note because turnout by

3   virtue of the campus population was

4   significantly lower than what we would imagine

5   the average to be on the rest of the campuses.

6   Q.  How is NCBA measuring student voter turnout at

7       these polling sites?

8   A.  So we'll have our volunteers on campus to spot

9       check during the shift of actual hand counts of

10      voters or head counts of voters.  We'll also

11      check in with the boards of elections at each

12      polling site.  Whenever a voter exits, there is

13      an actual number that is attached.  That's not

14      always an indicator of how many voters, but we

15      keep a tally of those.  And also at the end of

16      each election cycle, the North Carolina State

17      Board of Elections produces reports of voter

18      turnout reports by precinct.

19  Q.  So another issue I believe is listed in here and

20      that is for NC A&T.  There were -- well, lines

21      were long; is that right?

22  A.  Correct.

23  Q.  And then at the four universities where there

24      are listed poll incidents during the 2024

25      primaries, would you agree with me that all four

81

1          have, quote, "A few registrations not on file"

2          listed as a problem?

3    A.    Yes.   Interesting to note that those issues are

4          happening in the larger campuses.

5    Q.    What does NCBA do when it receives reports of

6          poll incidents?

7    A.    So there are -- first, we like to be in

8          communication with our partners that are doing

9          election protection work to see if there's any

10         other entity that may be experiencing these

11         issues or having voters report those issues.

12         Then we communicate directly with the county

13         board of elections.   We call into the county

14         boards, speak to the executive director, in some

15         cases instances of volunteers onsite will

16         actually have them go in and speak to the

17         election official.

18   Q.    Does NCBA do any follow-up with the student

19         themselves?

20   A.    Yes, in some cases we will follow up with the

21         students.

22   Q.    But are there instances in which NCBA might not

23         follow up with a student?

24   A.    In some cases we may make a contact with the

25         student and they may not respond.   Again, just

82

1    based on the dynamics of the situation, we can't

2    make a voter vote.  We wouldn't get into that

3    process, but if a voter wants to vote and felt

4    as if they were not allowed to vote and they

5    contact us, we do our due diligence in ensuring

6    that we reach that voter during the time period

7    by which they can either remedy a problem on

8    their ballot, actually go in and renew their

9    registration in the appropriate manner or

10   determine if there's an issue with the way in

11   which they were communicated at the polling

12   site.

13   Q.   Thank you, Mr. Bass.  You can set that exhibit

14        to the side.

15             Excluding conversations with your

16        counsel, how did NCBA come to be a plaintiff in

17        this action?

18   A.   So as you can imagine, we follow the policies

19        that are introduced in the General Assembly.

20        Quite frequently, we are alerted to bills as

21        they are -- as they come in, especially during

22        close to the election cycle or are election

23        related.

24             When we first learned about 747, it had

25        similarities to what was referred to as the

                                                          83

1           enough burden in our mind to believe that

2           college students in particular are singled out

3           specifically.  Unlike any other resident that

4           may have a more secure way of receiving mail,

5           college students in some cases there is enough

6           variance to say this bill creates an undue

7           burden.

8     Q.    How has NCBA been harmed by the same-day

9           registration provisions of 747?

10    A.    My stomach's growling, I don't know if that

11          comes through on the mic.

12                Significantly, our work on the campus

13          before same-day registration changes was more so

14          around turnout, making sure that voters had the

15          documents necessary and making sure they were

16          able to go vote.

17                Now we have spent a considerable amount

18          of time and energy and staff capacity in

19          identifying the different ways in which campus

20          mail processes may encumber or send back a voter

21          card unknowingly to the demise of the student

22          that is actually trying to vote.

23                All of this effort around same-day

24          registration changes have made it more difficult

25          for us to actually do the robust voter turnout

                                                    87

1    and mobilization during the early voting cycle

2    with the assurance that the voters that

3    participate in those programs are able to vote.

4              Our staff has had to spend time talking

5    to postmasters of which are not voting rights

6    experts, nor should they be in the position to

7    validate or invalidate a student's status, and

8    in some cases the difficulty of finding these

9    individuals who are already overworked has been

10   challenging too.

11             Our Raising the B.A.R. fellows are

12   having to go talk to postmasters and ask them

13   about challenges and changes, having to actually

14   find voters that may or may not have received

15   their verification card in a timely manner as

16   well, too.

17             So we've some challenges in ways in

18   which we would not have had to spend this much

19   time on the process, on ensuring that the

20   process was provided in a way in which a voter

21   was able to actually see their vote count or see

22   their registration count.

23             In this case, we would not have spent

24   this much time working with students to inform

25   them of the change, working with the student

88

1      affairs professionals, getting contacts and

2      communication with the postmasters, identifying

3      with the postmasters those that have processes

4      by which they send back a mail verification

5      form, so there's a lot of ways in which this has

6      impacted our work.

7   Q.  I believe you testified earlier, and please

8      correct me if I'm wrong, that NCBA updates its

9      materials and its efforts any time there's a

10     change in election law; isn't that right?

11  A.  Yes.  Yes.  And that is not something that is

12     always a budgeted expense.  When you think about

13     the fact that elections really should be the

14     same every single year and especially with a

15     policy that was not researched.  In some cases,

16     a lot of these bills flying from other states,

17     we're hearing from other areas that these are

18     not necessarily bills that have to do with voter

19     integrity in North Carolina, but the changes

20     require us to go back and scrap dozens of print

21     material, invest in reprinting those materials.

22           And so it is not a function of our work

23     to have to change the nature in which we educate

24     voters, but it is incumbent upon us because of

25     the hostile nature in which policies are enacted

                                                    89

1 around election laws that we have to, as a part

2 of our mission, if we're going to give voters

3 accurate information, then we're having to go

4 back and reconfigure these pieces and add

5 different elements to our digital print and our

6 training materials as well, too, and the way in

7 which we training and educate voters whenever

8 these changes happen.

9   We would like to have a set standard by

10 which elections are administered that allows us

11 to create a process that doesn't confuse voters.

12 And if we didn't change our pieces of material

13 or aspects of the resourcing of that work or

14 pulling together those documents, then we would

15 be misinforming voters.  So by nature of the

16 changes, we have to make those changes.  It's

17 not something that we do by virtue of a want,

18 but in effect, if we send out inaccurate

19 information because policy shifted, that would

20 be negligent on us.

21 Q. So how does the change to same-day registration

22 in 747 impact NCBA's core mission?

23 A. We see policy changes, systemic change to be

24 connected to the process of voting.  There are

25 voting policies, and those voting policies can

90

1    either improve the lives of constituents or it

2    can hinder -- further hinder lives of

3    constituents.

4            We see systemic issues and the voting

5    process as living in one spectrum, as in the

6    more individuals can participate in the

7    political process, the more they can create

8    systemic changes to policies.

9            Now, when you change the laws, in

10   particular when you make a change that encumbers

11   or hinders a college student from voting, of

12   which North Carolina has several hundred

13   thousand college students, these changes don't

14   just impact HBCU students.  And I think it is

15   incumbent upon us in our mission to make sure

16   that while we are working through our programs

17   on our HBCU campuses that our work improving the

18   voting process has implications far greater than

19   just the 16 campuses that we're currently on.

20   Q.   NCBA is still able to advocate in the community,

21        right?

22   A.   I think the utilization of our democratic

23        process in creating systemic change is hindered

24        by the introduction of discriminate change to a

25        requirement for registration.