# Exhibit 9

```
              IN THE UNITED STATES DISTRICT COURT

         FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

DEMOCRACY NORTH CAROLINA;      )
NORTH CAROLINA BLACK           )
ALLIANCE; LEAGUE OF WOMEN      )
VOTERS OF NORTH CAROLINA,      )
                               )
              Plaintiffs,      )
                               )
     vs.                       )    Civil Action No.
                               )
ALAN HIRSCH, in his            )    1:23CV00878-TDS-JEP
official capacity as CHAIR     )
OF THE STATE BOARD OF          )
ELECTIONS; JEFF CAMERON        )
III, in his official           )
capacity as SECRETARY OF       )
THE STATE BOARD OF             )
ELECTIONS; STACY EGGERS IV,    )
in his official capacity as    )
MEMBER OF THE STATE BOARD      )
OF ELECTIONS; KEVIN LEWIS,     )
in his official capacity as    )
MEMBER OF THE STATE BOARD      )
OF ELECTIONS; SIOBHAN          )
O'DUFFY MILLEN, in her         )
official capacity as MEMBER    )
OF THE STATE BOARD OF          )
ELECTIONS; KAREN BRINSON       )
BELL, in her official          )
capacity as EXECUTIVE          )
DIRECTOR OF THE STATE BOARD    )
OF ELECTIONS; NORTH            )
CAROLINA STATE BOARD OF        )
ELECTIONS,                     )
                               )
              Defendants.      )


          DEPOSITION OF DAISUKE TIM TSUJII

                     9:03 A.M.

             WEDNESDAY, MARCH 12, 2025
```

1

```
 1   Q.   And does this pamphlet advise students that
 2        they can vote in either their hometown or
 3        their college address but not both?
 4   A.   I believe it does.  Yes, there is a section
 5        that refers to that.
 6   Q.   To your knowledge, are there any other
 7        instances where certain groups of voters are
 8        eligible in two different addresses to vote?
 9   A.   No.  Generally, across the country, you must
10        vote at a singular address that -- and -- and
11        a singular point of voter registration.
12   Q.   Okay.  And there's also sections on the
13        registration deadlines and process in this
14        pamphlet; is that right?
15   A.   That is correct.
16   Q.   And it instructs where a student can vote?
17        And for -- for the --
18   A.   Oh, yes.  I see.  Where to Vote.
19   Q.   All right.  I'd like to show you another
20        document that will be an electronic version,
21        but we'll mark it as Exhibit 9.
22             (TSUJII EXHIBIT 9, College Addresses,
23        Same Day Registration for Colleges and
24        Universities, was marked for identification.)
25   BY MS. HOLT:
```

                                                          97

```
 1   Q.    Let me zoom out a little bit.
 2              MR. LOPERFIDO:  Would you mind reading
 3   the Bates number so we can --
 4              MS. HOLT:  Absolutely.
 5              MR. LOPERFIDO:  -- find it?
 6              MS. HOLT:  And this is County Board
 7   PRR_000359.
 8   BY MS. HOLT:
 9   Q.    And I'll represent to you again, like before,
10         this is a document that we received from
11         plaintiffs that we understand to have been
12         produced in response to a public records
13         request.  And feel free to take my laptop if
14         you need, but I'm generally wondering what is
15         this document?
16   A.    This is primarily a training document that
17         I -- I had alluded to earlier.  It's -- it's
18         included in our early voting poll worker
19         training manual and as a separate document
20         that we provide -- that we supply to them in
21         their supplies out -- out at the early voting
22         sites.  This document is also shared with the
23         staff members so that when handling any voter
24         registrations for on-campus students here in
25         Forsyth County that we can verify the proper
```

                                                              98

## COLLEGE ADDRESSES

## Same Day Registration for Colleges and Universities

Students may use letters from their housing office or show a page from their university web portal that shows that they are a student to prove that they live on campus.

| School | Web Portal |
|---|---|
| WSSU | Banner Account |
| WFU | WIN Account |
| UNCSA | E-Z Arts |
| Salem College | SIS System |

Entering University addresses in SOSA:

**SALEM COLLEGE**

Residence Address:   601 S. Church Street
Winston-Salem, NC 27101
Box or Dorm Number goes in UNIT

**UNIVERSITY OF NORTH CAROLINA SCHOOL OF THE ARTS**

Residence Address:   1533 S. Main Street
Winston-Salem, NC 27127
Box or Dorm Number goes in UNIT

**WINSTON-SALEM STATE UNIVERSITY -** *601 S. MLK Dr. – DO NOT USE*

Physical Address:
**WSSU**
**Winston-Salem, NC 27110**

Mailing Address:
**Campus Box ### WSSU**
**Winston-Salem, NC 27110**
(Street/Unit # ❑ the unit #s are the street #s)

Campus Box goes in mailing address or can use another address (such as home) as mailing address.

EXHIBIT 9

## WAKE FOREST UNIVERSITY - *1834 Wake Forest Rd. – DO NOT USE*

Physical Address:  
**House #- "0", Residence Hall Name, Unit #**  
**Winston-Salem, NC 27109**  
(Street/Unit # = unit numbers are street numbers)

Mailing Address:  
**Campus Box ### WFU**  
**Winston-Salem, NC 27109**  
(Use hometown address if campus box # not given)

### Residence Hall/Dorm Names:

<u>South Campus Residences</u>   (precinct – 903, Harvest Bible Chapel)

| | |
|---|---|
| WFU Angelou Hall | WFU Babcock Hall |
| WFU Bostwick Hall | WFU Collins Hall |
| WFU Johnson Hall | WFU Luter Hall |
| WFU South Hall | WFU Davis Hall |
| WFU Efird Hall | WFU Huffman Hall |
| WFU Kitchin Hall | WFU Palmer Hall |
| WFU Piccolo Hall | WFU Poteat Hall |
| WFU Taylor Hall | |

<u>North Campus Residences</u>   (precinct -905, Bethabara Moravian Church)

| | |
|---|---|
| WFU Dogwood Hall | WFU Magnolia Hall |
| WFU Martin Hall | WFU North Campus Apartments |
| WFU Polo Hall | WFU Residential Community |
| WFU Student Apartments | |

Deacon Place Apartments (Winston-Salem, NC 27106)