# Exhibit 11

```
              UNITED STATES DISTRICT COURT
        FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
              CASE NO. 1:23CV00878-TDS-JEP
```

DEMOCRACY NORTH CAROLINA;
NORTH CAROLINA BLACK ALLIANCE;
LEAGUE OF WOMEN VOTERS OF
NORTH CAROLINA,

       Plaintiffs,

V.

ALAN HIRSCH, in his official
capacity as CHAIR OF THE STATE
BOARD OF ELECTIONS; JEFF CARMON III,
in his official capacity as
SECRETARY OF THE STATE BOARD OF
ELECTIONS; STACY EGGERS IV, in his
official capacity as MEMBER OF THE
STATE BOARD OF ELECTIONS; SIOBHAN
O'DUFFY MILLEN, in her official
capacity as MEMBER OF THE STATE
BOARD OF ELECTIONS; KAREN BRINSON
BELL, in her official capacity as
EXECUTIVE DIRECTOR OF THE STATE
BOARD OF ELECTIONS; NORTH CAROLINA
STATE BOARD OF ELECTIONS,

       Defendants.
_____/


                    DEPOSITION
                        OF

              KEVIN M. QUINN, Ph.D.


          On Wednesday, April 2, 2025, commencing at

10:05 a.m., the deposition of KEVIN M. QUINN, Ph.D., was taken

on behalf of Defendants via Zoom Videoconference, pursuant to

Rules 26 and 30 of the Federal Rules of Civil Procedure,

before Taura J. Vulcano, RPR, CRR for the State of Georgia.

1    primary report was within the scope of what I was

2    asked to do.

3         Q.    Okay.  Then were you also asked to respond

4    to Dr. White's opening report?

5         A.    Yes, that's correct.

6         Q.    So before we move into the meat and bones

7    of your report, I want to walk through some terms

8    and make sure that we have a shared understanding of

9    the language that we're going to use.  So just bear

10   with me for a few more minutes, and I promise we'll

11   get where we're going.

12         So, Dr. Quinn, if I use the term SDR

13   throughout this deposition, will you understand that

14   I mean same-day registration?

15         A.    Yes.

16         Q.    Would you agree with me, Dr. Quinn, in

17   North Carolina a voter can only use SDR during the

18   early voting period?

19         A.    Yes, that's correct.

20         Q.    Would you agree with me that, in general,

21   voter registration needs to be completed 25 days

22   before the election in North Carolina?

23         A.    Can you say more what you mean by "in

24   general"?

25         Q.    Sure.  So why don't we look at paragraph

23

1   46 of your report on page 14.  The last sentence

2   there reads, "Generally speaking, a completed

3   registration form must be submitted at least 25 days

4   prior to election day for it to be valid for that

5   election."

6         Do you see that?

7     A.   I do.

8     Q.   Okay.  So do you agree with me that, in

9   general, a completed registration form; i.e., the

10  voter registration, needs to be completed at least

11  25 days before the election to be able to vote in

12  that election in North Carolina?

13    A.   Generally speaking, yes.  The exception

14  would be same-day registration.

15    Q.   And are you aware that in North Carolina

16  voter registration can be done by mail, in person,

17  online, and at other state and federal offices?

18    A.   Yes.

19    Q.   Do you agree with me that when someone

20  registers using the general voter registration

21  mechanism 25 days before the election, that those

22  individuals are verified via mail verification?

23    A.   That's my understanding, yes.

24    Q.   And do you understand that those

25  individuals get two mail verification cards?

24

1        A.    That's my understanding, yes.

2        Q.    And do you understand that those cards are

3   sent via non-forwardable U.S. mail?

4        A.    Yes, that's correct.

5        Q.    Would you agree with me that in 2024,

6   North Carolina had 17 days of early voting?

7        A.    I believe that is the correct number given

8   the statute.

9        Q.    Okay.  And as we talked about earlier,

10  North Carolinians can register to vote and vote same

11  day via SDR during this early voting period; is that

12  right?

13       A.    Yes, that's correct.

14       Q.    Okay.  Do you have an understanding of

15  generally what months early voting occurs here in

16  North Carolina?

17       A.    So typically it would be approximately, as

18  we just talked about, 17 days from the election

19  approximately depending on exactly how the elections

20  fall.  So that would be -- for general election, it

21  would be end of October/beginning of November.  For

22  a primary to be -- depending exactly when the

23  primary is, first part of March.

24       Q.    Are you aware North Carolinians can also

25  vote by mail?

25

 1      A.    I believe that's correct, yes.

 2      Q.    Did your analysis consider mail-in voting

 3 to be a form of early voting?

 4      A.    I would need to check this to be sure, but

 5 I believe that mail voting would show up as early

 6 voting in the analysis.

 7      Q.    Is that because of the North Carolina

 8 State Board of Elections classifies mail-in voting

 9 as early voting?

10      A.    I believe that's correct.

11      Q.    Okay.  Dr. Quinn, do you know what the

12 NVRA is?

13      A.    I believe you're likely referring to the

14 National Voter Registration Act.

15      Q.    Exactly.  Have you ever heard of a process

16 called list maintenance that occurring pursuant to

17 the NVRA?

18      A.    Yes.

19      Q.    What is your understanding of how list

20 maintenance is conducted in North Carolina?

21      A.    It's been some time since I've looked at

22 the exact cutoffs.  But my recollection is that when

23 a voter goes to the inactive status, they have a

24 certain amount of time at the inactive status.  And

25 if they do that transition to an active status,

1    A.   Again, I'm not an expert in fair lending

2 practices.  I think that that's one question one

3 could certainly ask.  I also think, though, that one

4 question might also be is:  Why are some types of

5 people more likely to seek out loans than others

6 after adjusting for background factors potential

7 possibly?

8    Q.   But that other question that you're

9 raising why some groups of people are more likely to

10 apply for loans than others, is that essential to

11 conducting a disparate impact test?

12         MS. ABBOTT:   Objection.

13         Go ahead.

14    A.   So I'm not someone who has done much work

15 on disparate impact laws.  So I don't want to state

16 what the legal requirements are.  And I have not

17 been asked to opine upon that.  To me, that seems

18 like a legal question rather than a data question or

19 a factual question.

20    Q.   Okay.  I think I've reached the end of my

21 term questions.  But if I use a term that you don't

22 understand or you think we're using it differently

23 as we move through your report, will you please let

24 me know?

25    A.   Yes, absolutely.  Thank you for asking.

37

1        Q.    So let's turn to page 5 of your report.

2    I'd like to discuss your summary of findings for a

3    few minutes.

4        A.    This is page 5 of the original primary

5    report, the March 5th report?

6        Q.    Yes, sir, Exhibit 1.

7        A.    Okay.

8        Q.    All right.  So is it fair to say that you

9    concluded that in North Carolina early voting is

10   widely used?

11       A.    That's what paragraph 16 states, yes.

12       Q.    Okay.  And you also concluded, Dr. Quinn,

13   the use of early voting is becoming more common over

14   time; is that right?

15       A.    Yes, that's what paragraph 17 states.

16       Q.    And you reported in paragraph 17 that for

17   the North Carolina November 2024 general election,

18   4.2 million people cast early votes; is that right?

19       A.    Yes.  That's what's stated in paragraph

20   17.

21       Q.    Okay.  And then in 2024 for the November

22   general election, 130,000 North Carolinians utilized

23   SDR; is that right?

24       A.    Yes, that's what paragraph 18 states.

25       Q.    All right.  And would you agree with me

                                                      38

1    that 130,000 out of 4.2 million is approximately

2    3 percent?

3         A.    Approximately.

4         Q.    So approximately 3 percent of North

5    Carolina's early voting was done via SDR; is that

6    right?

7         A.    Yes.

8         Q.    Do you know approximately how many people

9    voted in total in North Carolina in the November

10   2024 general election?

11        A.    Apologies.  Someone is at the door.  I

12   won't answer that.

13        Q.    We could pause if you need to answer it.

14        A.    No.  It's -- I'm nearly certain it's

15   nothing important, so they can wait.

16             Could you repeat the question, please?  I

17   lost my place with the doorbell ringing.

18        Q.    That's okay.  Do you know approximately

19   how many people voted in North Carolina in total in

20   the November 2024 general election?

21        A.    I thought that was in my report somewhere,

22   but I'm not finding it.  If you'd like to represent

23   to me what that number is, that's fine.

24        Q.    Does approximately 5.7 million people

25   sound about right to you?

                                                      39

1    general, and I believe you said the percentage was

2    around 2.3 and you're seeing the percentage is 2.29.

3         Q.   Okay.  On page 3, can you give a brief

4    explanation what Table 5 shows?

5         A.   Again, we're looking at cross-tabulating

6    elections by the age categories.  And we're looking

7    at votes in a given election via same-day

8    registration as a percentage of the same-day

9    registration -- all same-day registration voters in

10   that election.  It basically breaks down those who

11   same-day registered in a particular election, it

12   breaks them down into the proportions across the age

13   categories.

14        Q.   What does Figure 9 on page 31 show?

15        A.   So this provides essentially the same

16   information as in Table 5.  It just does so

17   graphically.

18        Q.   For the general elections only, right?

19        A.   Yes.  Figure 9 is general elections and

20   Figure 10 is the primary elections.

21        Q.   Correct.  Okay.  Looking at paragraph 91

22   you indicate that 42,000 youth voters, so voters

23   under 26, registered and voted via same-day

24   registration in the November 2024 general election;

25   is that right?

                                                              91

1        A.    That's what this states in paragraph 91,

2   yes.

3        Q.    Okay.   And this was approximately 7

4   percent of the votes cast by those younger than 26;

5   is that right?

6        A.    Yes.

7        Q.    Okay.   Would you agree with me that 42,000

8   divided by 5.7 million, which is the approximate

9   total number of votes in the North Carolina election

10  for the November 2024 general, is .7 percent?

11       A.    So you're dividing by the total number of

12  voters, not the votes cast by youth voters?

13       Q.    Yes.   So if we look at 42,000, which is

14  the number of youth voters registered and voted via

15  SDR, and you look at that as a proportion of the

16  total votes, 5.7 million, do you agree with me

17  that's approximately .7 percent?

18       A.    That's correct.   That's not what's being

19  calculated in the second sentence of paragraph 91,

20  though.

21       Q.    I understand.   I'm just getting the full

22  picture to make sure that -- you know, of what we're

23  looking at.

24       A.    I just wanted to be clear, yeah.

25       Q.    And then page [sic] 92 you reference an

1       Q.   Great.  Dr. Quinn, do you have an

2  understanding of what Appendix F to Dr. White's

3  opening report shows?

4       A.   We could go back to his report and read

5  off what he reports that it shows.  Essentially

6  what's happening here is that he is tabulating a

7  dichotomous age indicator, under 26, 26 and older,

8  on a dichotomous denial indicator.  So whether the

9  registration attempt was denied or not.  And he's

10 doing that for each election, but looking at that

11 across all counties.

12           So you can think of that sort of like for

13 one election, there are a series of two-by-two

14 tables for those dichotomous age indicators and

15 denial status, denied, not denied, one specific to

16 each county for that election.  And I forget the

17 total number of counties he has.  It's not a

18 hundred.  I think it's more like 56 or something

19 because of data issues.

20      Q.   Okay.  So in summary, Appendix F is

21 reporting the denial rate analysis results at the

22 individual election level across all counties.  Is

23 that a succinct way to put it?

24      A.   That is a much more succinct way to put

25 it, yes.

127

1    Q.   Oh, my God, I understood what you said.  I

2    was like -- I'm like a student in statistics class.

3    I'm like, I don't know, if I try to put it back in

4    my own words, am I going to get it right?

5         Okay.  So if we look at the first line of

6    this table, do you agree that this is the analysis

7    for the March 15, 2016 primary election?

8    A.   Yes, the first row in the table.

9    Q.   Okay.  And the "227" that's represented in

10   that row for the 2016 primary, does this represent

11   the number of registrants age 18 to 25 who received

12   a second mailer?

13   A.   It's -- I believe it's the number of

14   individuals that he classifies as SDR registrants in

15   the youth category, 18 to 25, who received a second

16   mailer.

17   Q.   Okay.

18   A.   She doesn't use the SDR indicator to be

19   sure that those are actual SDR registrants, but

20   there -- she's using a time window to make that

21   determination.

22   Q.   Okay.  Do you have any reason to dispute

23   the 227 number, sitting here today?

24   A.   As a general matter, this isn't about that

25   specific number.  But in my rebuttal report, I did

                                                    128

1    note that the use of a time window to identify SDR

2    voters runs into the problem that other people could

3    enter the registration pool in that early voting

4    window who may not actually be SDR voters.

5        Q.   Okay.  And we'll talk about that and

6    whether that could be correct in a little while.

7             But do you see that -- in two columns

8    over, do you see for the 2016 primary row, the

9    number of "Younger Group Denied" is listed as "17"?

10       A.   I do.

11       Q.   Okay.  So 227 minus 17 is 210; is that

12   right?

13       A.   Yep, that's correct.

14       Q.   That would mean that there were 210 youth

15   registrants who were verified after receiving the

16   second mailer; is that right?

17       A.   Yes.

18       Q.   Okay.

19       A.   At least not denied.  But, presumably,

20   those are largely verified folks, yes.

21       Q.   Okay.  Great.  Now, let's look down at the

22   November 2024 general election for ages 18 to 25

23   versus 26 and older.  Do you see that there are 614

24   voters in the "Younger Group" pool?

25       A.   Let's see.  Okay.  So this is about

1    halfway down, right?

2         Q.   And if --

3         A.   Because, yeah, after that the break is on

4    30 rather than 26.  614 voters in the "Younger" pool

5    in the November 5, 2024 election.

6         Q.   Right.  And then of those, two columns

7    over, 54 in the "Younger Group" were ultimately

8    denied.  Do you see that?

9         A.   Yep.

10        Q.   Okay.  So that means, if we do some simple

11   subtraction, that there were 560 youth that were

12   somehow verified or had their ballots accepted?

13        A.   Yes, 614 minus 54 is 560.

14        Q.   Perfect.  And Senate Bill 747 went into

15   effect in 2024; is that right?

16        A.   It was enacted in 2024, but the actual

17   implementation is different than the text in the

18   statute because of the Numbered Memo that came out

19   adding the notice-and-cure procedure.

20        Q.   Right.  I think -- sorry.  I just want to

21   make sure we understand.

22             You understand that 747 was passed in

23   October of 2023, but then it went into effect along

24   with notice-and-cure process in -- for the 2024

25   elections, right?

130

 1      A.    That's correct.  With the notice-and-cure

 2  procedure, yes, that's right.

 3      Q.    Okay.  And so if we look at -- if we

 4  calculate this as a percentage, that would mean

 5  approximately 8.8 percent of youth were denied

 6  during the November 2024 election; is that right?

 7              MS. ABBOTT:  Objection.

 8              Go ahead.

 9      A.    We're talking about the November 5, 2024

10  election and youth voters?

11      Q.    Yeah.  So 54 divided by 614, I think it's

12  roughly 8.8 percent?

13      A.    Yes, approximately.

14      Q.    Okay.  So looking at the "Older Group"

15  pool for November 5, 2024, it looks like there are

16  742 people in that pool; is that right?

17      A.    742, yes, that's correct.

18      Q.    Then two columns over, 62 that were

19  ultimately denied?

20      A.    Yes.

21              MS. ABBOTT:  Could I just jump in?  I

22      think I'm seeing 748 for that "Younger Group"

23      pool.  If somebody could just confirm?

24              MS. RIGGINS:  I said 742 for the

25      "Older Group" pool.  So that would be

                                                        131

1          MS. RIGGINS:  Okay.

2          THE WITNESS:  That sounds good.

3     Thank you.

4          (Recess from 2:41 p.m. to 3:06 p.m.)

5     Q.   (By Ms. Riggins) Dr. Quinn, you directed a

6     rebuttal report to Dr. White's March 5, 2025 report;

7     is that right?

8     A.   Yes.

9     Q.   Okay.  I would -- I believe you have a

10    printed copy in front of you, but I would like to

11    transmit your rebuttal report through the chat, and

12    we'll mark that as Exhibit 6.

13          (Exhibit 6 marked for identification.)

14    Q.   (By Ms. Riggins) Do you have your rebuttal

15    report handy, Dr. Quinn?

16    A.   Give me one second.  I have the wrong --

17    okay.  All set.

18    Q.   Okay.  Does your rebuttal report contain

19    all the concerns that you have with Dr. White's

20    original report?

21    A.   I believe so, yes.

22    Q.   Okay.  Did you agree that in Dr. White's

23    analysis there is generally no statistical

24    significance adverse to younger registrants when

25    comparing the denial rates among those who were

139

1    given the second mailing?

2              MS. ABBOTT:   Objection.   Go ahead.

3         A.   I think what I state in my report is that

4    I believe the evidence in Dr. White's report is

5    consistent with a world where dichotomized age 26

6    and older versus 18 to 25 and second mailer denial

7    status are independent or conditionally independent

8    given county election, et cetera.

9         Q.   Did you find any errors in the mechanics

10   of Dr. White's calculations?

11        A.   The statistical tests?  As far as I can

12   tell, the tests were done correctly with the one

13   exception of it wasn't clear to me, as I noted, why

14   some observations were dropped for the

15   Mantel-Haenszel test.  But the calculations the,

16   spot-checking the P values, they're correct.

17        Q.   Okay.  Do you have any objection to the

18   statistical tests that he used, which would be the

19   Mantel-Haenszel test that you just referenced and

20   the Fisher's Exact test?

21        A.   Those are perfectly acceptable tests when

22   the question is about independence between two

23   binary variables by unconditional independence for

24   Fisher's Exact test or conditional independent given

25   some control variables for the Mantel-Haenszel test.

                                              140

1          Q.    Okay.  And we looked at those for the 2024

2     election, is that right, as well?

3          A.    We did, yes.

4          Q.    Okay.  And that is post 747; is that

5     right?

6          A.    It's post 747 with the notice and cure

7     procedure tacked on.  I don't think we've actually

8     seen data from what the pure form of SB 747 would

9     be.

10         Q.    Right.  It doesn't exist; is that right?

11         A.    Right, yes.

12         Q.    Okay.  You mentioned something a minute

13    ago about the dropping off of P values, is that

14    right, as a criticism of Dr. White?

15         A.    We were talking about P values, but I

16    don't know if we used the term "dropping off."  If

17    there is a particular part of the transcript you'd

18    like to reference, I'd be happy to take a look.

19         Q.    The dropping off of observations, I think

20    that's what you said.

21         A.    Oh, I believe what you're referencing is

22    Dr. White, for both the Fisher's Exact test and

23    Mantel-Haenszel test, a number of observations are

24    removed as noncomparable.  And I understand that

25    many implementations of the Mantel-Haenszel will do

                                                         142

1    reserve the right to modify if new information comes

2    available.  I haven't heard anything today that I

3    think would cause me to change that, but I still

4    could conceivably want to revise things.

5              In terms of Dr. White's rebuttal of my

6    report, because we're not writing surrebuttals in

7    this case, I've not gone through it a fine-tooth

8    comb to find everything that I could potentially

9    criticize.  So I don't want to say that there is

10   nothing else there I would eventually want to bring

11   up if I had the opportunity to write a surrebuttal.

12             As I sit here right now, I can't think of

13   anything.  But I -- as I said earlier, the initial

14   selection of points I raised as potential

15   disagreements between Dr. White and myself are not

16   exhaustive, and there likely are other aspects that

17   I would want to spend some time on if I had the

18   opportunity to actually write a proper surrebuttal.

19        Q.   Okay.  With the one exception for the

20   high-density address analysis that we looked at

21   related to the sample of the college addresses, am I

22   correct in understanding that you chose not to

23   perform any statistical test or make any statistical

24   inferences about your conclusions; is that right?

25        A.   Other than that one example that you

195

1    mentioned where I sampled addresses from the

2    high-density pool, all the other data I'm looking at

3    are population data.  And I was asked to analyze

4    historic patterns of voting.  I wasn't ask to

5    forecast what's going to happen in the future or

6    anything like that.

7            Given that I'm looking at past voting

8    registration behavior, I have population data.

9    There is nothing random or uncertain about that.

10   There's no need for hypothesis tests, estimation, et

11   cetera.

12           MS. RIGGINS:  Okay.  I think I'm

13   about done.  I have one correction I need to

14   make on the record.  Kacie, who keeps better

15   notes that I am, pointed out to me that when I

16   tried to mark Dr. White's rebuttal report as

17   Exhibit 7, I already marked it as Exhibit 4.

18   Is there any objection to not marking it a

19   second time?

20           MS. ABBOTT:  No objection.

21           MS. RIGGINS:  With that, can we take

22   a break.  Maybe come back at 4:50.  I may have

23   a couple more follow-up questions, but I think

24   I'm done.  Like I said, Kacie takes better

25   notes than me, so I might have missed