# Exhibit 12

```
         IN THE UNITED STATES DISTRICT COURT
    FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

DEMOCRACY NORTH CAROLINA;          )
NORTH CAROLINA BLACK ALLIANCE;     )
LEAGUE OF WOMEN VOTERS OF          )
NORTH CAROLINA,                    )
                                   )
         Plaintiffs,               )
                                   )
vs.                                )Civil Action No.
                                   )1:23CV00878-TDS-JEP
ALAN HIRSCH, in his official       )
capacity as CHAIR OF THE STATE     )
BOARD OF ELECTIONS; JEFF           )
CAMERON III, in his official       )
capacity as SECRETARY OF THE       )
STATE BOARD OF ELECTIONS;          )
STACY EGGERS IV, in his            )
official capacity  as MEMBER       )
OF THE STATE BOARD OF              )
ELECTIONS; KEVIN LEWIS, in his     )
official capacity as MEMBER OF     )
THE STATE BOARD OF ELECTIONS;      )
SIOBHAN O'DUFFY MILLEN, in her     )
official capacity as MEMBER OF     )
THE STATE BOARD OF ELECTIONS;      )
KAREN BRINSON BELL, in her         )
official capacity as EXECUTIVE     )
DIRECTOR OF THE STATE BOARD OF     )
ELECTIONS; NORTH CAROLINA          )
STATE BOARD OF ELECTIONS,          )
                                   )
         Defendants.               )
_____/


       VIDEOTAPED DEPOSITION OF CLETA MITCHELL
              (Taken by Plaintiffs)
             Raleigh, North Carolina
         Wednesday, September 25th, 2024



         Certified Stenographic Court Reporter
            Amy A. Brauser, RPR, RMR, CRR
```

1	A.	Well, I know that there is an
2	allegation that somehow I was involved with it as a
3	means of stopping college students from voting.
4	That's alleged.  It's not true, but I know that's
5	what's alleged.
6	Q.	Anything else that you know about this?
7	A.	Well, it's just sort of the same litany
8	of arguments that are always leveled at any effort
9	to strengthen the integrity of elections.
10	Q.	Now, you've told us that the -- when
11	we're talking about the integrity of elections,
12	that's a very broad scope.
13	A.	It is a very broad term.
14	Q.	Is this a very broad Complaint?
15	A.	No, it's very -- it's targeted to one
16	topic.
17	Q.	And what topic is that?
18	A.	Same-day registration.
19	Q.	So when you were saying that it
20	contains a litany of the same things that are --
21	A.	Well, it's --
22	Q.	-- always there -- let me finish my
23	question, please.
24		When you say that it has a litany of
25	the same Complaints about all election integrity,

65

```
1         A.    Okay.
2         Q.    I'm going to read it.   (Reading)
3                    Same-day registration, paren,
4         SDR, close paren, during early voting
5         is inadequately scrutinized -
6         electronic and unverified address
7         documentation allowed.
8                    Do you see that?
9         A.    I see that.
10        Q.    Do you remember a discussion at this
11   roundtable of that issue?
12        A.    I do not.
13        Q.    The second-to-the-last bullet says:
14   (Reading)
15                   Out-of-state college student
16        registration to vote in North Carolina
17        remains problematic.
18                   Do you see that?
19        A.    I see that.
20        Q.    Do you recall a discussion about that
21   at this meeting?
22        A.    No.
23        Q.    And then the last is:  (Reading)
24                   UOCAVA has created nonresident
25        registration fraud in some
```

                                                         229