IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Case No. 1:23-CV-878-TDS-JEP

| | |
|---|---|
| DEMOCRACY NORTH CAROLINA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ALAN HIRSCH, *et al.*,<br><br>Defendants,<br><br>and<br><br>DESTIN C. HALL, *et al.*,<br><br>Intervenor- Defendants. | **STATE BOARD DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br>Fed. R. Civ. P. 56 |

NOW COME Defendants Alan Hirsch, Jeff Carmon, Stacy Eggers, IV, Kevin N. Lewis, Siobhan O'Duffy Millen and Karen Brinson Bell, in their official capacities (collectively, the "State Board Defendants"), through undersigned counsel, to move for summary judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure. In the interests of efficiency, judicial economy, and avoiding the repetitious presentation of largely the same arguments, State Board Defendants hereby rely on Legislative Defendants' memorandum of law in support of this motion. [D.E. 120].

Respectfully submitted this the 11th day of April, 2025.

NORTH CAROLINA
DEPARTMENT OF JUSTICE

/s/ Terence Steed
Terence Steed
Special Deputy Attorney General
N.C. State Bar No. 52809
E-mail: tsteed@ncdoj.gov

North Carolina Department of Justice
Post Office Box 629
Raleigh, North Carolina 27602
Telephone: (919) 716-6567

*Counsel for State Board Defendants*

2