UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA

DEMOCRACY NORTH CAROLINA, et al.,

    Plaintiffs,

  v.

ALAN HIRSCH, in his official capacity as Chair of the State Board of Elections, et al.,

    Defendants.

**NOTICE OF SPECIAL APPEARANCE**

Case No. 1:23CV00878

    Please take notice that Wesley B. Ward hereby enters a notice of special appearance as counsel for Democracy North Carolina, North Carolina Black Alliance, and League of Women Voters of North Carolina in the above-captioned matter, in association with Local Civil Rule 83.1(d) counsel, Jeffrey Loperfido.

    I certify that I will submit any document to Local Civil Rule 83.1(d) counsel for review prior to filing the document with the Court.

*/s/ Wesley B. Ward*
Wesley B. Ward
STEPTOE LLP
1330 Connecticut Avenue NW
Washington, DC 20036
Telephone: (312) 577-1297
wward@steptoe.com

*/s/ Jeffrey Loperfido*
Jeffrey Loperfido (State Bar #52939)
SOUTHERN COALITION FOR SOCIAL JUSTICE
5517 Durham-Chapel Hill Blvd.
Durham, NC 27707
Telephone: 919-794-4213
Facsimile: 919-908-1525
jeffloperfido@scsj.org

*Counsel for Plaintiffs Democracy North Carolina, North Carolina Black Alliance, and League of Women Voters of North Carolina*