IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Case No. 1:23-cv-00878-TDS-JEP

DEMOCRACY NORTH CAROLINA; NORTH CAROLINA BLACK ALLIANCE; LEAGUE OF WOMEN VOTERS OF NORTH CAROLINA,

    *Plaintiffs,*

  v.

ALAN HIRSCH, in his official capacity as CHAIR OF THE STATE BOARD OF ELECTIONS; JEFF CARMON III, in his official capacity as SECRETARY OF THE STATE BOARD OF ELECTIONS; STACY EGGERS IV, in his official capacity as MEMBER OF THE STATE BOARD OF ELECTIONS; KEVIN LEWIS, in his official capacity as MEMBER OF THE STATE BOARD OF ELECTIONS; SIOBHAN O'DUFFY MILLEN, in her official capacity as MEMBER OF THE STATE BOARD OF ELECTIONS; KAREN BRINSON BELL, in her official capacity as EXECUTIVE DIRECTOR OF THE STATE BOARD OF ELECTIONS; NORTH CAROLINA STATE BOARD OF ELECTIONS,

    *Defendants,*

  and

PHILIP E. BERGER, in his official capacity as PRESIDENT *PRO TEMPORE* OF THE NORTH CAROLINA SENATE; and TIMOTHY K. MOORE, in his official capacity as SPEAKER OF THE NORTH CAROLINA HOUSE OF REPESENTATIVES,

    *Intervenor Defendants.*

**INDEX OF EXHIBITS
TO PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT**

| | |
|---|---|
| EXHIBIT A | Excerpts of the Deposition of Senator Warren T. Daniel on September 11, 2024 |
| EXHIBIT B | Excerpts of the Deposition of Representative Paul Grey Mills, Jr. on September 13, 2024 |
| EXHIBIT C | Excerpts of the Deposition of Cleta Mitchell on September 25, 2024 |
| EXHIBIT D | Excerpts of the 30(b)(6) Deposition of North Carolina Election Integrity Team by James K. Womack, Jr. on September 19, 2024 |
| EXHIBIT E | Excerpts of the 30(b)(6) Deposition of North Carolina State Board of Elections by Paul Cox on February 24, 2025 |
| EXHIBIT F | Excerpts of the 30(b)(6) Deposition of Cumberland County Board of Elections by Angela Amaro on March 11, 2025 |
| EXHIBIT G | Excerpts of the 30(b)(6) Deposition of New Hanover County Board of Elections by Susan Rae Hunter-Havens on March 20, 2025 |
| EXHIBIT H | Excerpts of the 30(b)(6) Deposition of Forsyth County Board of Elections by Daisuke Tim Tsujii on March 12, 2025 |
| EXHIBIT I | Excerpts of Deposition of Dr. Jacob Grumbach, April 1, 2025 |
| EXHIBIT J | Excerpts of Deposition of Dr. Kevin M. Quinn, April 2, 2025 |
| EXHIBIT K | Excerpts of Deposition of Dr. Andrew Taylor, March 28, 2025 |

| | |
|---|---|
| EXHIBIT L | Excerpts of the 30(b)(6) Deposition of North Carolina Black Alliance by Marcus Bass on March 25, 2025 |
| EXHIBIT M | Excerpts of the 30(b)(6) Deposition of Democracy North Carolina by Cheryl Carter on March 18, 2025 |
| EXHIBIT N | Excerpts of the 30(b)(6) Deposition of League of Women Voters of North Carolina by Jennifer McMillan Rubin on March 19, 2025 |
| EXHIBIT O | Email thread with attachment between Joanne Empie and Andy Perrigo (December 21, 2022, to January 17, 2023), (LEG_DEFS_0000539-580; marked as Exhibit 5 at deposition of Warren Daniel) |
| EXHIBIT P | Email thread with attachment between Sen. Warren Daniel and Dave Goetz (March 15, 2023) (LEG_DEFS_0004927-28, LEG_DEFS_0006718-88; marked as Exhibit 9 at deposition of Warren Daniel) |
| EXHIBIT Q | Email with attachment from Jim Womack to Rep. Grey Mills (March 1, 2023) (LEG_DEFS_0002129, 32-33; marked as Exhibit 7 at deposition of Warren Daniel) |
| EXHIBIT R | PowerPoint titled "Election Statute Presentation for Senate Election & Redistricting Committee Co-Chairs" (May 24, 2023) (NCEIT000008-31; marked as Exhibit 11 at deposition of Warren Daniel) |
| EXHIBIT S | Email from Jim Womack to Brent Woodcox, Cleta Mitchell, and Jay Delancy (May 24, 2023) (LEG_DEFS_0006694-95; marked as Exhibit 12 at deposition of Warren Daniel) |

| | |
|---|---|
| EXHIBIT T | Email thread with Rep. Ted Davis, Jim Womack, Martha Jenkins, and Rep. Grey Mills (March 1, 2023 to March 11, 2023) (LEG_DEFS_0002143-44; marked as Exhibit 55 at deposition of Grey Mills) |
| EXHIBIT U | Email from Jim Womack to Rep. Ted Davis, Martha Jenkins, and Rep. Grey Mills (March 11, 2023) (LEG_DEFS_0002595; marked as Exhibit 56 at deposition of Grey Mills) |
| EXHIBIT V | House Bill 485 (2023-2024 Session) information and text (marked as Exhibit 61 at deposition of Grey Mills) |
| EXHIBIT W | House Bill 770 (2023-2024 Session) information and text (marked as Exhibit 64 at deposition of Grey Mills) |
| EXHIBIT X | House Bill 772 (2023-2024 Session) information and text (marked as Exhibit 65 at deposition of Grey Mills) |
| EXHIBIT Y | "NCEIT's Access to Voted Ballots (Cast Vote Records)" (LEG_DEFS_0002139-40; marked as Exhibit 91 at deposition of James Womack) |
| EXHIBIT Z | "NCEIT's POLL OBSERVER BILL- Version 5 Update" proposed bill (LEG_DEFS_0002134-38; marked as Exhibit 92 at deposition of James Womack) |
| EXHIBIT AA | North Carolina Election Integrity Team , "Election Statute Presentation for Senate Election & Redistricting Committee Co-Chairs" (May 24, 2023) (NCEIT000008-31; marked as Exhibit 98 at the deposition of Cleta Mitchell) |
| EXHIBIT BB | "Look What WE Did! NC Lawmakers Expected to Roll Out Major Election Law Changes!" (June 1, 2023) (marked as Exhibit 89 at deposition of James Womack) |

| | |
|---|---|
| EXHIBIT CC | Email with attachment from constituent to legislators (June 26, 2023) (LEG_DEFS_0002209-13; marked as Exhibit 75 at deposition of Grey Mills) |
| EXHIBIT DD | NCEIT Accomplishments Since 2021 (marked as Exhibit 90 at deposition of James Womack) |
| EXHIBIT EE | Email thread with attachment between Lindsey Wakely and Rep. Allen Buansi (June 2, 2023) (NCSBE_0000604-614; marked as Exhibit 4 at deposition of Warren Daniel) |
| EXHIBIT FF | Senate Bill 747 Bill History (marked as Exhibit 13 at deposition of Warren Daniel) |
| EXHIBIT GG | Email thread with attachment between Paul Cox and Kristen Guillory (June 1, 2023) (NCSBE_001144-1154; marked as Exhibit 11 at deposition of Paul Cox) |
| EXHIBIT HH | Email thread with attachment between North Carolina State Board of Elections and Joe Coletti (July 28, 2023) (NCSBE_Public Records_0000025-51; marked as Exhibit 31 at deposition of Paul Cox) |
| EXHIBIT II | Email thread between Paul Cox and Gerry Cohen (June 15, 2023) (NCSBE_001343-45; marked as Exhibit 12 at deposition of Paul Cox) |
| EXHIBIT JJ | Email thread between Paul Cox and Gerry Cohen (July 14, 2023) (NCSBE_001453-56; marked as Exhibit 19 at deposition of Paul Cox) |
| EXHIBIT KK | Email thread between Wake County Board of Elections and Paul Cox (December 4, 2023) (NCSBE_0000513-517; marked as Exhibit 30 at deposition of Paul Cox) |

| | |
|---|---|
| EXHIBIT LL | New Hanover County Undeliverable Information from 2024 Elections (excerpt of NCSBE_003097) |
| EXHIBIT MM | New Hanover County Undeliverable Verification History from 2024 Elections (excerpt of NCSBE_003098) |
| EXHIBIT NN | Email thread between New Hanover County Board of Elections and University of North Carolina Wilmington, (New Hanover CBE_0000086-89; marked as Exhibit 5 at deposition of Rae Hunter-Havens) |
| EXHIBIT OO | Forsyth County Board of Elections, Student Election Guide (marked as Exhibit 8 at deposition of Tim Tsujii) |
| EXHIBIT PP | Forsyth County Board of Elections, College Address List for Same Day Registration for Colleges and Universities (marked as Exhibit 9 at deposition of Tim Tsujii) |
| EXHIBIT QQ | Forsyth County Board of Elections, College Voter FAQ (County Board PRR_0000368, marked as Exhibit 10 at deposition of Tim Tsujii) |
| EXHIBIT RR | Forsyth County Undeliverable Information from 2024 Elections (excerpt of NCSBE_003097) |
| EXHIBIT SS | Forsyth County Undeliverable Verification History from 2024 Elections (excerpt of NCSBE_003098) |
| EXHIBIT TT | Cumberland County Undeliverable Information from 2024 Elections (excerpt of NCSBE_003097) |
| EXHIBIT UU | Cumberland County Undeliverable Verification History from 2024 Elections (excerpt of NCSBE_003098) |

| | |
|---|---|
| EXHIBIT VV | Declaration of Ansen Chase Everett, April 29, 2025 |
| EXHIBIT WW | U.S. Election Assistance Commission, August 2024 Memorandum Re: Election Mail for the 2024 Presidential Election (USPS_0000032-34) |
| EXHIBIT XX | Expert Report of Dr. Kevin M. Quinn, submitted March 5, 2025 |
| EXHIBIT YY | Supplemental Expert Report of Dr. Kevin M. Quinn, submitted March 20, 2025 |
| EXHIBIT ZZ | Expert Rebuttal Report of Dr. Kevin M. Quinn, submitted March 26, 2025 |
| EXHIBIT AAA | Statewide Undeliverable Information from 2024 Elections (NCSBE_003097) |
| EXHIBIT BBB | Expert Report of Dr. Jacob M. Grumbach, submitted March 5, 2025 |
| EXHIBIT CCC | Expert Report of Dr. Andrew Taylor, March 5, 2025 |
| EXHIBIT DDD | North Carolina Black Alliance, Form 990 (2022) (NCBA_0001340; marked as Exhibit 2 at deposition of Marcus Bass) |
| EXHIBIT EEE | North Carolina Black Alliance, About Us (saved January 31, 2024) (NCBA_0000035-43; marked as Exhibit 3 at deposition of Marcus Bass) |

| | |
|---|---|
| EXHIBIT FFF | North Carolina Black Alliance 2024 Organization Overview (NCBA_0000676-82; marked as Exhibit 4 at deposition of Marcus Bass) |
| EXHIBIT GGG | Democracy North Carolina Audited Financial Statements (2022-2023) (DemNC_0006973-6996) |
| EXHIBIT HHH | Democracy North Carolina, Impact Report 2023 (DemNC_000407-13) |
| EXHIBIT III | Democracy North Carolina, Impact Report 2024 (DemNC_0007461-68) |
| EXHIBIT JJJ | Democracy North Carolina, Impact Report 2022 (DemNC_0000051-57) |
| EXHIBIT LLL | Democracy North Carolina, 2024 General Election #CountEveryVote Toolkit (October 23, 2024) (DemNC_0005610-5618) |
| EXHIBIT MMM | Complaint, Lee v. Virginia State Board of Elections, No. 3:15-CV-357 (E.D. Va. June 11, 2015) |
| EXHIBIT NNN | Expert Rebuttal Report of Dr. Jacob M. Grumbach, March 26, 2025 |
| EXHIBIT OOO | Presentation to House Oversight and Reform Committee by Karen Brinson Bell (June 22, 2023) (LEG_DEFS_0006343-6363; marked as Exhibit 31 at deposition of Warren Daniel) |