# Exhibit C

```
           IN THE UNITED STATES DISTRICT COURT
     FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

DEMOCRACY NORTH CAROLINA;            )
NORTH CAROLINA BLACK ALLIANCE;       )
LEAGUE OF WOMEN VOTERS OF            )
NORTH CAROLINA,                      )
                                     )
            Plaintiffs,              )
                                     )
vs.                                  )Civil Action No.
                                     )1:23CV00878-TDS-JEP
ALAN HIRSCH, in his official         )
capacity as CHAIR OF THE STATE       )
BOARD OF ELECTIONS; JEFF             )
CAMERON III, in his official         )
capacity as SECRETARY OF THE         )
STATE BOARD OF ELECTIONS;            )
STACY EGGERS IV, in his              )
official capacity  as MEMBER         )
OF THE STATE BOARD OF                )
ELECTIONS; KEVIN LEWIS, in his       )
official capacity as MEMBER OF       )
THE STATE BOARD OF ELECTIONS;        )
SIOBHAN O'DUFFY MILLEN, in her       )
official capacity as MEMBER OF       )
THE STATE BOARD OF ELECTIONS;        )
KAREN BRINSON BELL, in her           )
official capacity as EXECUTIVE       )
DIRECTOR OF THE STATE BOARD OF       )
ELECTIONS; NORTH CAROLINA            )
STATE BOARD OF ELECTIONS,            )
                                     )
            Defendants.              )
_____/

        VIDEOTAPED DEPOSITION OF CLETA MITCHELL
                  (Taken by Plaintiffs)
                  Raleigh, North Carolina
              Wednesday, September 25th, 2024



             Certified Stenographic Court Reporter
                 Amy A. Brauser, RPR, RMR, CRR
```

1       Q.    I didn't mean to go into them.
2       A.    Okay.
3       Q.    Actually, I want to focus on the
4    Election Integrity Network.
5       A.    Okay.
6       Q.    When I say the "Election Integrity
7    Network," what does that mean to you?
8       A.    Just what it says.  It's a network of
9    people working for election integrity.
10      Q.    Okay.  I have read that you are
11   considered to be one of the founders of the
12   Election Integrity Network.  Would that be a fair
13   characterization?
14      A.    It would.
15      Q.    How would you characterize the work of
16   the Election Integrity Network?
17      A.    To help train and mobilize citizens to
18   be knowledgeable about elections, election law, and
19   the administration of elections and a variety of --
20   encompassing a lot of different components and to
21   help give people tools and knowledge and
22   information that they can -- that empowers them to
23   be involved in the election process.
24      Q.    Were there other founders of the
25   Election Integrity Network?

```
 1   effect."
 2            So what are you talking about when you
 3   say "articles"?
 4        A.   I think we've got pretty far afield.
 5   Why don't we -- why are you asking me these things?
 6        Q.   You said articles and reports and
 7   effects.  I just want to understand --
 8        A.   I've read report -- I've read reports.
 9   I've done research.  I've looked at research that
10   others have done about the funding of the vast
11   number of leftist organizations in the election
12   space.
13        Q.   So that's what you're relying upon
14   rather than articles?
15        A.   Correct.
16        Q.   Okay.  We can agree that your efforts,
17   at least since the 2020 election, have been to
18   build an election system so that those who vote and
19   those who run know that the system is fair?
20        A.   Correct.
21        Q.   But that certain things need to be
22   fixed to make it fair?
23        A.   Correct.
24        Q.   Is same-day registration one of the
25   things that needs to be fixed?
```

77

DISCOVERY COURT REPORTERS    www.discoverydepo.com    1-919-424-8242
Case 1:23-cv-00878-TDS-JEP    Document 124-4    Filed 05/09/25    Page 4 of 18

```
 1        A.    Yes.
 2        Q.    Why?
 3        A.    Because it is impossible to confirm
 4   identity, residency or citizenship with same-day
 5   registration.
 6        Q.    Why do you say that?
 7        A.    There's no way to confirm that someone
 8   is who they say -- is who they say they are, that
 9   they're eligible to register to vote, and that
10   they're a citizen of the United States.  And the
11   ballot is counted before the opportunity is
12   available to confirm that those things are true.
13   And I think that's a huge problem.  I think that's
14   a threat to the integrity of our elections.
15        Q.    Do you have data supporting what you
16   say?
17        A.    No.  You are asking me about scientific
18   studies?
19        Q.    Sorry?
20        A.    I don't know.  I know -- well, I know
21   that there was an analysis in Michigan that most --
22   our side doesn't have funding to do these kinds of
23   things.  But there was a study that was performed
24   after the 2022 election in Michigan that showed
25   that there were, at particular precincts, I won't
```

1    Q.   The statute.

2    A.   The statute itself?

3    Q.   Uh-huh.

4    A.   I don't know.

5    Q.   Do you know whether the statute was
6  reviewed by the federal district courts in --

7    A.   I have no idea.

8    Q.   Or the United States Court of Appeals
9  for the Seventh Circuit?

10   A.   I have no idea.

11   Q.   Or the United States Supreme Court?

12   A.   I have no idea.

13   Q.   So you don't know whether the procedure
14 that's followed in Wisconsin was, in fact, dictated
15 by a United States Supreme Court decision in 2020?

16   A.   No.

17   Q.   Okay.  Would that have any impact on
18 your view as to whether it's an appropriate
19 statute?

20   A.   Not necessarily.

21   Q.   Okay.  Other than the two instances in
22 Wisconsin and the one in Michigan, is there any
23 other data on which you would rely?

24   A.   For what?

25   Q.   For your criticism of SDR.

86

1    A.    I don't believe that it is a proper
2    methodology.  I believe that people should have to
3    register to vote at a period of time preceding the
4    election so that their identity and residency and
5    citizenship can be confirmed, that their
6    eligibility to cast a vote can be confirmed.  That
7    is not possible when they register and vote on the
8    same day.
9         Q.    I'm going to get to the elements of SDR
10   in North Carolina in a few minutes.
11        A.    Okay.
12        Q.    Okay.  But you say so categorically
13   that it's not possible on the same day.  You --
14   those votes that they cast in same-day
15   registration, those are not counted that day, are
16   they?
17        A.    I don't know.
18        Q.    Do you know when those votes are
19   counted?
20        A.    No.
21        Q.    Does that make a difference to whether
22   you think that there can be verification?
23        A.    There could be -- whether there could
24   be verification?
25        Q.    Yes.

                                                              87

1      A.    It would depend.  It would depend on
2 what is the process for confirming the identity,
3 residency, and citizenship, the basic eligibility.
4 Are they doing that?
5      Q.    Is it possible in your view for
6 same-day registration to be done and maintain the
7 integrity of an election?
8      A.    No.  Not in my view.
9      Q.    And to be sure I understand.  Because
10 there's inadequate time to confirm the identity of
11 the voter?
12     A.    The identity, residency, citizenship,
13 all of those things that comprise eligibility.
14     Q.    Okay.  As I recall, you grew up in
15 Oklahoma.
16     A.    I did.
17     Q.    And you voted in Oklahoma the first
18 time?
19     A.    Yes.
20     Q.    Okay.  How old were you when you voted
21 for the first time?
22     A.    I think I was 21 because it had not
23 been -- because the amendment had not been adopted
24 until after I turned 18.
25     Q.    When you were 21, were you still in

88

```
 1        involved with conservative groups.
 2              And I'm just trying to understand that
 3        statement.
 4        A.    Well, that was within a context
 5        about -- being asked about what was going on in the
 6        postelection of 2020 and why I was getting so many
 7        inquiries.
 8        Q.    You said:  (Reading)
 9                    I represented a number of the
10              organizations where Lois Lerner and
11              the IRS came after them and the
12              conservatives in the targeting of the
13              Tea Party and conservative groups in
14              2010, '11, '12, and '13.  So I'm a
15              trusted source for information.
16        A.    That's true.
17        Q.    Would you say --
18        A.    But that's -- I'm a trusted source for
19        information by conservatives.
20        Q.    Okay.  What do you mean by
21        "conservatives"?
22        A.    What do I mean by "conservatives"?
23        Q.    Yeah.
24        A.    Okay.  I would say that a conservative
25        is someone who believes in the rule of law, who
```

                                                            114

1      A.   It may not even require a week.  That
2 might be able to be shortened, but I don't think
3 that it should be the same day.
4      Q.   Okay.
5           Do you know whether -- I'm sorry.
6           Does the participation of college
7 students contribute to the manipulation of
8 outcome -- of election outcomes?
9      A.   Ask me that again.
10     Q.   Sure.
11          Does the participation of college
12 students contribute to the manipulation of election
13 outcomes?
14     A.   It does.
15     Q.   How?
16     A.   It's a voting block that the Democrats
17 seized upon at least a decade ago because they knew
18 that it's a Democrat voting block.  So if -- the
19 easier you can make it for their demographics to be
20 able to participate, that's more votes for the
21 Democrats.  That's what they decided.
22     Q.   But I used the term "manipulation."
23 How is that --
24     A.   I think that's a manipulation, because
25 the laws have been changed to make it possible for

                                                     129

1 a preferred voting block to have basic preferential
2 treatment under the statute.
3     Q.    So what's the alternative for a college
4 student to be able to vote?
5     A.    Alternative to what?
6     Q.    Alternative to voting in the way
7 they're voting now.  You're saying the way they
8 vote now is a manipulation.  So how would you do
9 it --
10     A.    The laws --
11     Q.    Let me finish my question.
12     How would you do it so that it's not a
13 manipulation?
14     A.    A college student should have to meet
15 the same residency requirements as anyone else in
16 the state.  They should not be given any kind of
17 preferential treatment in terms of location of
18 polling places, in terms of use of student IDs,
19 which do not verify citizenship or residency,
20 because you don't have to be a citizen or a
21 resident to get a student ID.  And all of the
22 different changes in the laws that have made it
23 possible for this collection of this Democrat
24 voting block to be able to generate more votes for
25 Democrats is, I think, a use of the statute that is

130

1    improper.
2         Q.    That's an opinion that you have
3    repeated many times, isn't it?
4         A.    What?
5         Q.    That description of why college
6    students -- allowing college students to vote in
7    the way that they do now is effectively
8    manipulation of elections?
9         A.    I've seen -- I know what the leftist
10   groups do.  I'm on the e-mail list.  I just got --
11   we saw this probably most predominantly, most
12   publicly during the Obama campaign where there were
13   left wing groups that were organizing to get
14   students to cast their votes in certain states
15   rather than others.  Don't vote in California, we
16   got California.  If you're from California and
17   you're at a school not in California, vote here
18   because that your impact will be greater.
19              So there's been a deliberate planned
20   effort for at least, what, 15 years to manipulate
21   the college student vote to benefit one political
22   party.  I don't think the statute should be part of
23   supporting one political party or the other.
24        Q.    So let me break that down.
25              Is it, in your view, inappropriate for

```
 1   that you have to intend to live in a dorm forever
 2   to be a resident of the state of North Carolina?
 3              MR. BROOKS:  Objection to form.
 4              THE WITNESS:  I've never said that.
 5         I've never said that.
 6   BY MR. DOCKTERMAN:
 7         Q.   I'm just looking at the transcript
 8   here, Ms. Mitchell, and --
 9         A.   Well, I do not believe that there is
10   sufficient effort to confirm residency of college
11   students.
12         Q.   Okay.  I'm going to ask you again
13   whether you have any data to support that.
14         A.   I know of no effort to confirm
15   residency of college students for purposes of
16   allowing students to register to vote.  It's very
17   porous, and I think college students are treated
18   differently than other persons.
19         Q.   Do you distinguish between students
20   paying in-state tuition and those paying
21   out-of-state tuition?
22              MR. BROOKS:  Objection.
23              THE WITNESS:  I don't know what the
24         context of that is.
25
```

133

1        I think you said that in your view,
2   student voters are not exactly a protected class.
3        A.   They are not.
4        Q.   And we need to pay attention to that.
5        A.   Yes, we do.
6        Q.   What do you mean by "pay attention to
7   that"?
8        A.   I think that we need to be aware of how
9   the statutes have been enacted for the purpose of
10  giving special privileges to a class that should
11  not -- that is not entitled to those special
12  privileges.
13       Q.   So give me an example of the statutes
14  in North Carolina that give those students special
15  privileges of the type you just described.
16            MR. BROOKS:  Objection, asked and
17       answered.
18            THE WITNESS:  I think that the North
19       Carolina statute is violated on a regular
20       basis, in my opinion, by virtue of the
21       location of polling places on college
22       campuses.
23  BY MR. DOCKTERMAN:
24       Q.   Is there a statute that says that there
25  has to be a polling place on a college campus?

143

```
 1   being enforced by the State Board of Elections and
 2   the county Boards of Elections?
 3        A.    Correct.
 4        Q.    I think you've said that it is the
 5   Democratic Party's strategy to support same-day
 6   registration and put polling places on campuses.
 7        A.    Yes.
 8        Q.    And you've said, "That's so college
 9   students can just roll out of bed, vote, and get
10   back into bed."
11        A.    Yes.
12        Q.    Because you think that students are
13   going to vote 95 percent for one party?
14        A.    That's right.
15        Q.    And that party is not the Republican
16   Party?
17        A.    That's right.
18        Q.    And therefore, it's not a fair
19   election?
20        A.    It's not fair.  Those locations and
21   those rules benefit one party over another, and I
22   don't think the election rules should be shaped to
23   benefit one party over another.
24        Q.    Do you have any data to support that
25   assertion?
```

                                                              145

```
 1   BY MR. DOCKTERMAN:
 2        Q.   I think you've also said, but you'll
 3   correct me if I misheard this on one of the
 4   podcasts If a college campus does not insist on
 5   having speakers from all political persuasions, all
 6   political parties, they can't have a polling
 7   placing there.
 8        A.   Right.
 9        Q.   Right?
10        A.   Yeah.  They shouldn't be able to.
11        Q.   I'm trying to --
12        A.   Figure that out?
13        Q.   Well, I'm trying to figure out the
14   difference between that and that there shouldn't
15   being polling places on campuses, period.
16        A.   I think that it's a mistake.  I think
17   that it is unfair to locate polling places on
18   college campuses, and not just because of the
19   students but because of the faculty.  I mean, what
20   you create is a -- it's why this was one of the
21   priorities when this started about ten years ago,
22   to put polling places on college campuses, to have
23   same-day registration so that it would be much
24   easier for college students to vote because it was
25   a known pocket of Democrat votes.  Same with the
```

147

DISCOVERY COURT REPORTERS    www.discoverydepo.com    1-919-424-8242
Case 1:23-cv-00878-TDS-JEP    Document 124-4    Filed 05/09/25    Page 16 of 18

```
 1          Q.   Okay.
 2          A.   I do remember a discussion about that,
 3   but that's the only thing I remember.
 4          Q.   And those are Numbers 10 and 11 on
 5   page 27 of this document?
 6          A.   Correct.
 7          Q.   Okay.  Going back to page 24, it shows
 8   that there was a discussion -- excuse me, there's a
 9   discussion point about eliminating same-day
10   registrations during early voting.
11               Do you see that?
12          A.   I do.
13          Q.   And I think you're telling us you don't
14   remember a discussion about that?
15          A.   I don't.
16          Q.   Do you remember whether this was left
17   with anybody in the room?
18          A.   I don't know.
19          Q.   Okay.  I'd ask you also to take a look
20   at page 26.
21          A.   Okay.
22          Q.   Okay.  And you'll understand why I'm
23   talking about this in a minute.  But take a look at
24   Number 6.
25          A.   Number 6?
```

                                                                  232

1     you very much.
2              THE WITNESS:  I have one thing I would
3     like to add.
4              MR. DOCKTERMAN:  Certainly.
5              THE WITNESS:  What I realize here is
6     people who support election integrity invoke
7     my name as a means of showing I support.
8     People who hate election integrity invoke my
9     name as a means of discrediting whatever
10    they're trying to oppose.  So my name gets
11    invoked a lot, and I'm often -- oftentimes
12    have nothing to do with what they're invoking
13    my name about.  Just -- that's just a fact.
14    It's just the fact.
15             MR. DOCKTERMAN:  I appreciate that.
16    Thank you very much.
17             MR. BROOKS:  No questions.
18             MR. DOCKTERMAN:  No questions.  Okay.
19             We're going to have this written up --
20    stay on for a minute.
21             We're going to have this written up and
22    you'll have the opportunity to review the
23    transcript.
24             THE WITNESS:  Okay.
25             MR. DOCKTERMAN:  And then you'll have a