# Exhibit H

```
           IN THE UNITED STATES DISTRICT COURT

       FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

DEMOCRACY NORTH CAROLINA;      )
NORTH CAROLINA BLACK           )
ALLIANCE; LEAGUE OF WOMEN      )
VOTERS OF NORTH CAROLINA,      )
                               )
            Plaintiffs,        )
                               )
    vs.                        )   Civil Action No.
                               )
ALAN HIRSCH, in his            )   1:23CV00878-TDS-JEP
official capacity as CHAIR     )
OF THE STATE BOARD OF          )
ELECTIONS; JEFF CAMERON        )
III, in his official           )
capacity as SECRETARY OF       )
THE STATE BOARD OF             )
ELECTIONS; STACY EGGERS IV,    )
in his official capacity as    )
MEMBER OF THE STATE BOARD      )
OF ELECTIONS; KEVIN LEWIS,     )
in his official capacity as    )
MEMBER OF THE STATE BOARD      )
OF ELECTIONS; SIOBHAN          )
O'DUFFY MILLEN, in her         )
official capacity as MEMBER    )
OF THE STATE BOARD OF          )
ELECTIONS; KAREN BRINSON       )
BELL, in her official          )
capacity as EXECUTIVE          )
DIRECTOR OF THE STATE BOARD    )
OF ELECTIONS; NORTH            )
CAROLINA STATE BOARD OF        )
ELECTIONS,                     )
                               )
            Defendants.        )


           DEPOSITION OF DAISUKE TIM TSUJII

                    9:03 A.M.

              WEDNESDAY, MARCH 12, 2025
```

1

```
                    A P P E A R A N C E S
Counsel for the Plaintiffs:
        Steptoe
        BY:  Laurel Taylor
             Michael Dockterman
                 (Attended remotely)
             Jamie Witte
                 (Attended remotely)
        227 West Monroe Street, Suite 4700
        Chicago, Illinois 60606
        (312) 577-1300
        lataylor@steptoe.com
        mdockterman@steptoe.com
        jwitt@steptoe.com

             -and-

        Southern Coalition for Social Justice
        BY:  Jeffrey Loperfido
             Lily Talerman
                (Appeared remotely)
             Helena Abbott
                (Appeared remotely)
        5517 Durham-Chapel Hill Boulevard
        Durham, North Carolina 27707
        (919) 794-4213
        jeffloperfido@scsj.org
        lily@scsj.org
        helena@scsj.org
Counsel for the Deponent Daisuke Tim Tsujii:
        Forsyth County Attorney's Office
        BY:  Erica Glass
        201 North Chestnut Street
        Winston-Salem, North Carolina 27101
        (336) 703-2030
        glasses@forsyth.cc

Counsel for the Defendant-Intervenors:

        Nelson Mullins Riley & Scarborough
        BY:  Cassie A. Holt
        301 Hillsborough Street, Suite 1400
        Raleigh, North Carolina 27603
        (919) 329-3800
        cassie.holt@nelsonmullins.com
```

A P P E A R A N C E S (Continued)

Counsel for the Defendant North Carolina State
Board of Elections:

    North Carolina Department of Justice
    BY: Michael Bulleri
    114 West Edenton Street
    Raleigh, North Carolina 27603
    (919) 716-6400
    mbulleri@ncdoj.gov

Also Present: Kay Moore

Stenographically
   Reported By:   Discovery Court Reporters and
                    Legal Videographers
                BY: Lisa A. Wheeler, RPR, CRR
                4208 Six Forks Road, Suite 1000
                Raleigh, North Carolina 27609
                (919) 649-9998

--oOo--

1      the -- to the process.
2  Q.  Have you had to quickly adapt to other
3      changes in the election landscape in the
4      past?
5  A.  Yes.  Yeah.  On different occasions.
6  Q.  How did adjusting to S.B. 747 compare?
7  A.  Similar to those, yeah.
8  Q.  Did any -- did you or any of your board
9      members express any concerns about S.B. 747
10     to the State Board?
11 A.  No.
12 Q.  Okay.  We're going to talk a little bit about
13     processing same-day registrations now.
14 A.  Okay.
15 Q.  We'll walk through that process --
16 A.  Okay.
17 Q.  -- okay, and then if anything is better for
18     Ms. Moore to answer, we can do that.
19          Starting from the beginning, a voter
20     comes to an early voting site and asks to
21     same-day register.
22 A.  Yes.
23 Q.  What happens then?
24 A.  So the first thing they'll -- the poll
25     workers will ask generally is to -- inform

32

1    and -- and ask the voter if they have the
2    necessary identification that is required for
3    completing same-day registration.  And so the
4    ID has to include the voter's name and
5    current Forsyth County address.  It's
6    essentially the list of HAVA IDs and -- which
7    could be utility bill, bank statement.  In
8    cases of college students that live on
9    campus, here in Forsyth County, again, it's a
10   best practice that we maintain as provided by
11   the State Board where we reach out to our
12   local universities to request for -- their
13   student roster of their on-campus housing
14   students and that spreadsheet will include
15   the student's name, their dorm address, and
16   their mailing address.  And so if in the
17   event a student appears that lives on campus,
18   they can essentially show their student ID
19   and we would verify their housing information
20   off of that list or if they don't appear on
21   that list for whatever reason, or if they
22   choose to where they arrive with the student
23   ID and a housing letter that verifies that I,
24   voter, live at such and such dorm on campus,
25   that is sufficient.  For any other voter,

33

DISCOVERY COURT REPORTERS     www.discoverydepo.com     1-919-424-8242
Case 1:23-cv-00878-TDS-JEP    Document 124-9    Filed 05/09/25    Page 6 of 14

1  again, it could -- it could be utility be- --
2  bill, bank statement, and/or
3  government-issued ID that has those two key
4  pieces of information.  They'll then -- if
5  they do have the ID, they'll then proceed to
6  complete their voter registration information
7  in SOSA.
8           Now, just to backtrack, if in the event
9  the voter does not have the ID, the poll
10 worker will indicate to the voter that they
11 have the option to go and retrieve that
12 required ID and come back and we -- we shared
13 this in training where if -- in situations
14 like that that we encourage or let the -- let
15 the voters know that, you know, if you go
16 home and get that ID and you come back, we'll
17 make sure -- we'll put you right in front of
18 the line, so that's sort of out of common
19 courtesy.
20          The other option is -- that is presented
21 to the voter if they don't have the ID is to
22 vote a provisional ballot and then they can
23 appear at the Board of Elections up to the
24 day before canvass to present that necessary
25 ID in order for their provision to count.

34

1               But going back to the process where if
2       the voter has the necessary ID, they'll then
3       enter in the information on the screen in
4       SOSA, the -- the poll book system.  Again,
5       as -- we do our best in training to remind
6       all the workers to try to complete every
7       and -- ev- -- every and any information on
8       the screen as best as possible, including the
9       phone number.  And -- and, again, we -- we
10      remind the workers that the phone number is
11      pertinent because if in the event there's any
12      discrepancies or issues with their voter
13      registration, this will allow the -- the
14      Board of Elections office to reach out to the
15      voter and cure any of those deficiencies.
16              After entering in the required -- any --
17      any and all the information on the screen,
18      they then proceed to print the voter's voter
19      registration application and their early
20      voting application that -- we ask the voter
21      to sign both pieces of document.  We are a
22      ballot-on-demand county so subsequent to
23      clicking vote on the screen, it will then
24      print their specific ballot and the voter can
25      proceed to cast their ballot and feed it

                                                    35

```
 1             through the tabulator.
 2                   Do you want me to keep going?
 3      Q.     We can break some of that down --
 4      A.     Okay.
 5      Q.     -- a little bit.
 6      A.     Okay.
 7      Q.     So you mentioned you obtain student lists
 8             from universities.
 9      A.     Yes.
10      Q.     Did the State Board advise you to obtain
11             those lists?
12      A.     I believe it's mentioned in the numbered
13             memo, but it's not -- it's not a requirement
14             or a mandate.  But this was a practice that
15             we've been doing ourselves for -- for many
16             years prior to 7- -- even prior to 747.
17      Q.     Do you know if other counties also obtain
18             lists?
19      A.     So during my time in Guilford County, we did
20             the same thing.
21      Q.     Talking about ballots on demand, are other
22             counties also ballot-on-demand counties or is
23             Forsyth unique?
24      A.     There are several other counties with ballot
25             on demand during early voting.
```

                                                                36

```
 1        same-day registration applications just like
 2        how I outlined.
 3    Q.  You said you were a connected county.
 4        What -- what does that mean?
 5    A.  So being a connected county means that the
 6        laptops out at the early voting sites are --
 7        are networked through remote desktop and
 8        it -- it transfers data every 30 minutes from
 9        each individual laptop back to our server
10        or -- yeah, our -- our main hub here at the
11        Board of Elections.
12    Q.  Okay.  So once you transfer the information,
13        is the information -- it's then checked at
14        that point and verified?
15    A.  Could you elaborate on that --
16    Q.  Yeah.
17    A.  -- on what you mean by --
18    Q.  Does anything in --
19    A.  -- checked and verified?
20    Q.  -- particular get checked with addresses or
21        are they entered exactly as written on the
22        registrant's application?  Are you
23        checking --
24    A.  Right.  So there are occasions where -- and I
25        had mentioned previously that there are
```

43

1    occasions where addresses may be partial or
2    incomplete or incorrect even.  Our geocode
3    file does have certain addresses that are
4    specific to our county GIS files.  So
5    while -- and it -- it does differ with the
6    Postal Service's mail- -- mailing addresses
7    or address files that they utilize.  And
8    so -- or even the DMV.  The address that
9    the -- the affected voter might provide to
10   the DMV might be different than the address
11   that we have on our geocode file.  And in
12   order for it to be properly processed and to
13   sync up with our voter registration database,
14   we will make that modification.  But SOSA is
15   already -- already has that geocode file to
16   where -- and it has -- what is it called --
17   the auto- -- if you start to type the first
18   couple of letters, it -- it produces a
19   dropdown with possible addresses that
20   matches.  And so it -- it's -- it's very rare
21   that an address will be submitted if it
22   doesn't already match our -- our county GIS
23   geocode file, but there are situations where
24   there can be differences in the address
25   information where we need to modify.

44

1              Sometimes we do get situations --
2         perfect example with students that live on
3         campus where they are -- for -- for our
4         geocode file, they are to provide their dorm
5         name as their street name, but they'll
6         instead provide -- for example, Winston-Salem
7         State students, they might provide 301 North
8         Martin Luther King Jr. Drive because that's
9         the university's primary address and so if we
10        see that, we would correct that.  So those --
11        those are just two examples that I can think
12        all -- think of off the top of my head.  But,
13        yeah, we -- we can -- and -- and there are
14        occasions where if -- if need be and if a
15        phone number is provided, we will reach out
16        to the voter to verify that address
17        information if need be.
18   Q.   Okay.  During the address verification
19        process, what status does the ballot and
20        registration get at that time?
21   A.   So at that time, I mean, the ballot has been
22        tabulated through the scanner, but it hasn't
23        been -- I mean, all early voting ballots
24        are -- are reserved -- I -- I use that
25        term -- until election day because they can't

                                                    45

```
 1   A.   We have Winston-Salem State University, Wake
 2        Forest University, UNC School of the Arts,
 3        and Salem College.  Those are the -- the
 4        primary residential -- colleges that maintain
 5        on-campus residences.  We also have Forsyth
 6        Tech, which is the -- the community college
 7        here.  There are other universities such as
 8        Carolina University.  I believe that's all
 9        the schools but --
10   Q.   Did you notice issues with undeliverable mail
11        at colleges, at campuses?
12   A.   I do not know.
13   Q.   Are there any military bases in Forsyth
14        County?
15   A.   No, there are not.
16   Q.   Did you notice any bounce-back rates that are
17        higher for senior or assisted living homes?
18   A.   I do not know.
19   Q.   Homeless shelters?
20   A.   I don't know.
21   Q.   Did you observe any difficulties for sort of
22        these unconventional types of residents,
23        colleges, senior homes with mail
24        verification?
25   A.   So as -- as mentioned before -- and thanks to
```

68

1     having been provided with the college
2     rosters, we were able to use that as a tool
3     to remedy any discrepancies of on-campus
4     residences.  So the -- I -- I know that Kay
5     did not have to speak to any of the
6     universities or communicate with the
7     universities to verify on any individual
8     on-campus students at --
9  Q. All of the universities created lists that
10    you requested?
11 A. They -- they created it and provided it to
12    us.  We just tell them what we need.
13 Q. Do you have a sense of whether same-day
14    registration is common among college
15    students?
16 A. I do not know.  That's not data that we
17    track.
18 Q. Did you request template examples for
19    addresses from colleges?
20 A. So we provide -- we supply the universities
21    and we make it public on our websites and so
22    it's kind of an effort on our end to share
23    with the universities and -- and for them to
24    disseminate to their students and to -- to
25    communicate to their students that this --

                                                                  69