# Exhibit J

```
                UNITED STATES DISTRICT COURT
           FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
                 CASE NO. 1:23CV00878-TDS-JEP


DEMOCRACY NORTH CAROLINA;
NORTH CAROLINA BLACK ALLIANCE;
LEAGUE OF WOMEN VOTERS OF
NORTH CAROLINA,

          Plaintiffs,
V.

ALAN HIRSCH, in his official
capacity as CHAIR OF THE STATE
BOARD OF ELECTIONS; JEFF CARMON III,
in his official capacity as
SECRETARY OF THE STATE BOARD OF
ELECTIONS; STACY EGGERS IV, in his
official capacity as MEMBER OF THE
STATE BOARD OF ELECTIONS; SIOBHAN
O'DUFFY MILLEN, in her official
capacity as MEMBER OF THE STATE
BOARD OF ELECTIONS; KAREN BRINSON
BELL, in her official capacity as
EXECUTIVE DIRECTOR OF THE STATE
BOARD OF ELECTIONS; NORTH CAROLINA
STATE BOARD OF ELECTIONS,

          Defendants.
_____/


                         DEPOSITION
                             OF

                    KEVIN M. QUINN, Ph.D.
```

On Wednesday, April 2, 2025, commencing at 10:05 a.m., the deposition of KEVIN M. QUINN, Ph.D., was taken on behalf of Defendants via Zoom Videoconference, pursuant to Rules 26 and 30 of the Federal Rules of Civil Procedure, before Taura J. Vulcano, RPR, CRR for the State of Georgia.

```
 1                A P P E A R A N C E S

 2             (ALL APPEARANCE VIA VIDEOCONFERENCE)

 3    For the Plaintiffs:

 4    SOUTHERN COALITION FOR SOCIAL JUSTICE
      BY: HELENA ABBOTT, ESQ.
 5        JEFF LOPERFIDO, ESQ.
          CHRIS SHENTON, ESQ.
 6        JAMES HUEY, ESQ.
          AISWARYA MURALI, ESQ.
 7        RACHEL ALLORE, ESQ.
          SARAH KENNEY WERNER, LEGAL FELLOW
 8        LILY A. TALERMAN, LEGAL FELLOW
          5517 Durham-Chapel Hill Blvd.
 9        Durham, North Carolina 27707
          919.794.4213
10        helena@scsj.org
          jeffloperfido@scsj.org
11        rachel@scsj.org
          chrisshenton@scsj.org
12        aiswarya@scsj.org
          lily@scsj.org
13

14

      For the Defendants:
15
       NELSON MULLINS RILEY & SCARBOROUGH, LLP
16     BY: ALYSSA M. RIGGINS, ESQ.
           KACIE ENGLAND, ESQ.
17         301 Hillsborough Street, Suite 1400
           Raleigh, North Carolina 27603
18         919.329.3810
           alyssa.riggins@nelsonmullins.com
19         kacie.england@nelsonmullins.com

20

21    For the State Board of Elections:

22     NORTH CAROLINA DEPARTMENT OF JUSTICE
       TERENCE STEED, ESQ.
23     SPECIAL DEPUTY ATTORNEY GENERAL
       919.716.6911
24     Tsteed@ncdoj.gov

25
                                                          2
```

```
 1   report -- would be the number of North Carolina
 2   voters who were verified on the second mailer.  One
 3   just small clarification.  I believe you said what I
 4   state is "second mail verification to register to
 5   vote."  The key thing, I think, is the "successfully
 6   register to vote" part of it.  A small thing but to
 7   note, yeah.
 8        Q.   So here what you're saying, if I'm
 9   understanding it, is that there was a 55 percent,
10   approximately, passage rate for those who became
11   verified on the second mailer, because 60 divided by
12   110,000 would be about 55 percent?
13             MS. ABBOTT:  Objection.
14             Go ahead.
15        A.   60 divided by 110 is approximately
16   55 percent.  Again, I could give you the exact
17   number, but that's -- I don't think anything hinges
18   on the exact number.  I think the key thing for my
19   analysis is that but for the second mailer, those
20   60,000 people would not have been successfully
21   registered.
22        Q.   Sure.  So I'd like to look at paragraph 24
23   of your initial report for a minute.
24        A.   Okay.
25        Q.   The first sentence you state, "Individuals
```

43