# Exhibit M

```
        IN THE UNITED STATES DISTRICT COURT
      FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
DEMOCRACY NORTH CAROLINA;      )
NORTH CAROLINA BLACK           )
ALLIANCE; LEAGUE OF WOMEN      )
VOTERS OF NORTH CAROLINA,      )
                               )
            Plaintiffs,        )
                               )
     vs.                       )    Civil Action No.
                               )
ALAN HIRSCH, in his            )    1:23CV00878-TDS-JEP
official capacity as CHAIR     )
OF THE STATE BOARD OF          )
ELECTIONS; JEFF CAMERON        )
III, in his official           )
capacity as SECRETARY OF       )
THE STATE BOARD OF             )
ELECTIONS; STACY EGGERS IV,    )
in his official capacity as    )
MEMBER OF THE STATE BOARD      )
OF ELECTIONS; KEVIN LEWIS,     )
in his official capacity as    )
MEMBER OF THE STATE BOARD      )
OF ELECTIONS; SIOBHAN          )
O'DUFFY MILLEN, in her         )
official capacity as MEMBER    )
OF THE STATE BOARD OF          )
ELECTIONS; KAREN BRINSON       )
BELL, in her official          )
capacity as EXECUTIVE          )
DIRECTOR OF THE STATE BOARD    )
OF ELECTIONS; NORTH            )
CAROLINA STATE BOARD OF        )
ELECTIONS,                     )
                               )
            Defendants.        )
   DEPOSITION OF DEMOCRACY NORTH CAROLINA, BY AND
         THROUGH ITS 30(B)(6) DESIGNEE,
                CHERYL CARTER
                 10:08 A.M.
            TUESDAY, MARCH 18, 2025
```

```
 1       years, we engage around municipal elections,
 2       but that's not the only work we do.  We also
 3       have -- one of our flagship programs is our
 4       Democracy Summer internship that is going
 5       into its 26th year.  That is a program we do
 6       every summer, but it's not just a summer
 7       program.  Those interns stay with us, engage
 8       with us throughout the year into the years
 9       when they become what we call Democracy
10       Summer alumni.
11              So we do a variety of programs and
12       campaigns that aren't just related to the
13       election, but we will engage around the
14       elections as well to inform, to educate, to
15       ensure that people understand where they need
16       to vote, what's on the ballot, and whatever
17       information that they need to ensure that
18       they can cast their ballot.
19   Q.  Okay.  So that's a great -- that's a great
20       overview.  Going to ask you a couple
21       follow-up questions.
22              So I think I heard you say that you'd
23       engage with -- Democracy NC engages with
24       their community members; is that right?
25   A.  Yes.
```

                                                              15

```
 1   A.   Yes, that's correct.
 2   Q.   Okay.  So under the How We Do It bullet kind
 3        of towards the bottom middle of the page --
 4        do you see that?
 5   A.   Yes, I do.
 6   Q.   Under Educate it says you produce nonpoter --
 7        partisan voting guides for federal, state,
 8        and local election candidates; is that right?
 9   A.   Yes, that's correct.
10   Q.   And do you guys still do that?
11   A.   Yes, we do.
12   Q.   Okay.  What sort of things are going in these
13        nonpartisan voter guides?
14   A.   In the voter guides we have information from
15        the candidates.  Also, we're providing
16        information about the current rules for that
17        particular election cycle, giving tips to
18        voters to ensure if there have been some new
19        legislation, that we're educating around
20        that.  It talks about how to use early
21        voting, the voter ID law, so anything that
22        can help voters in making their plan to vote.
23   Q.   Okay.  And does it include information for
24        who is on the ballot?
25   A.   Yes, it does.
```

33

1  Q.  Okay.  So you produce these nonpartisan voter
2      guides for every election; is that right?
3  A.  Not every election.  With -- in the odd years
4      we may produce something that's smaller and
5      sometimes we don't.
6  Q.  Okay.  But do you produce them for every
7      even-numbered election?
8  A.  I would say for the most part, yes, we do.
9  Q.  And then under Educate, there is also --
10     well, actually, in How We Do It, the third
11     bullet down says, A statewide voter
12     assistance hotline addressing voting issues
13     in real time; is that right?
14 A.  Yes.
15 Q.  Okay.  So what kind of issues are coming up
16     in the voter assistance hotline?
17 A.  A number of issues come up there.  Sometimes
18     it -- it may just be something pretty simple
19     where a person's just asking basic -- basic
20     questions.  Sometimes it may be that a voter
21     has tried to vote, they were unable to vote,
22     so they're seeking assistance.  Other times
23     it may be something where there could be
24     construction that's causing long lines at
25     the -- at the voting location.  So we get all

34

DISCOVERY COURT REPORTERS     www.discoverydepo.com      1-919-424-8242
Case 1:23-cv-00878-TDS-JEP    Document 124-14    Filed 05/09/25   Page 5 of 14

```
 1        types of calls at -- through the hotline.
 2   Q.   Okay.  And so the basic information you
 3        referenced earlier, is that something like,
 4        can you help me find my polling place, or
 5        some -- or, what are the hours of my polling
 6        place, something like that?
 7   A.   Yes.
 8   Q.   Okay.  All right.  Now we can move on.
 9        Mobilize under the How We Do It.  So it says
10        here that you guys partner with face-ba- --
11        faith-based communities and other advocacy
12        groups; is that right?
13   A.   Yes, that's correct.
14   Q.   All right.  And we've talked about the other
15        advocacy groups that Democracy NC partners
16        with already; is that right?
17   A.   Yes, that's correct.
18   Q.   What sort of faith-based communities are you
19        guys partnering with?
20   A.   We partner with a number of faith-based
21        communities, Baptist communities, AME Zion
22        communities, just pretty much any faith-based
23        organization that has similar beliefs and
24        wants to ensure that we are removing the
25        barriers to vote.
```

35

```
 1   A.   Yes, we are.
 2   Q.   Okay.  And then the last bolded bullet here
 3        on this first page is, protect access to
 4        voting rights through bold action.
 5             Do you see that?
 6   A.   On this first page?
 7   Q.   Yeah.  The last bolded thing says, protect --
 8   A.   Oh, okay.
 9   Q.   Yeah.
10   A.   Yes.  Uh-huh.
11   Q.   Okay.  And then the very last bullet says,
12        deploying poll volunteers; is that right?
13   A.   Yes.
14   Q.   Okay.  And Democracy NC is not challenging
15        any of the changes to poll monitors in 747 in
16        this case; is that right?
17   A.   Not to my knowledge, no.
18   Q.   And so then the next page of this exhibit
19        talks about all of the work that Democracy
20        did -- NC did in 2020 at a high level; is
21        that right?
22   A.   Yes, that's correct.
23             MS. SPOTO:  Object to form, but you can
24        answer.
25   A.   Yes, that's correct.
```

38

1  Q.  And it says -- do you see sort of -- I think
2      it's three-fourths of the way down the page a
3      bullet that starts, We increased voter
4      engagement and mobilization through our get
5      out the vote program?
6  A.  Yes, I do.
7  Q.  Okay.  And so is that get out the vote
8      program the last week before the election
9      that you were just talking about or do you
10     think that means something else here?
11 A.  It means more general that period of time so
12     it's not just that last week.  That can be
13     the -- the -- the months leading up to the
14     election as well.
15 Q.  Okay.  So here it seems like the document's
16     using get out the vote -- the more expansive
17     term that we --
18 A.  Exactly.
19 Q.  Okay.
20 A.  Exactly.
21 Q.  All right.  And then it appears that on the
22     last page it lists maybe some goals for 2021
23     for Democracy NC; is that right?
24 A.  Yes, that's correct.
25 Q.  Okay.  And it lists some goals for advancing

39

```
1    A.    Yes.
2    Q.    Okay.  And then the in person on election day
3          is 44 percent; is that right?
4    A.    That's correct.
5    Q.    Okay.  So what sorts of programs does
6          Democracy NC have targeted to this 18 to 25
7          demographic that we've been talking about?
8    A.    We've talked about our Democracy Summer
9          program.  That is our main program that's
10         targeted at -- at that age group.  There may
11         be other programs, whether it's with our
12         faith-based work, our nonprofit voter
13         engagement work, the -- the voter protection
14         program that we run.  Any of our programs can
15         be touching on that -- that age group and
16         so -- and we also have what we call -- where
17         our friendterns go back to school.  They take
18         the information -- and we call them
19         friendterns instead of interns.  That's just
20         an -- anyway, and they take the information
21         back and they may be eligible for a grant.
22         We call that our Fund a Friendtern program.
23         I'm trying to think of other programs we may
24         run that's -- there was something that came
25         into my mind and it slipped away so -- sorry
```

68

DISCOVERY COURT REPORTERS     www.discoverydepo.com     1-919-424-8242
Case 1:23-cv-00878-TDS-JEP    Document 124-14    Filed 05/09/25    Page 9 of 14

```
 1             about that.
 2   Q.        No.  That's fine.
 3                   So you may have told me this earlier
 4             and, if you did, I'm sorry.  Approximately
 5             how many Democracy Summer internships do you
 6             guys give out every year?
 7   A.        Anywhere from 20 to, I'd say, 22.
 8   Q.        And I know that in order to be eligible to
 9             participate in the Democracy Summer program,
10             you've got to attend a North Carolina
11             university, college, or community college.
12             You've got to be a North Carolina resident.
13                   What if you went to college a little
14             later and you were 26, is there an age
15             restriction on the program in addition to
16             being in college or could you be in college
17             and be 26 and participate in the program?
18   A.        There is not an age restriction.
19   Q.        Okay.  And then you talked about how when
20             you're -- is it friendterns with a D --
21   A.        (Nods head).
22   Q.        Okay.  -- friendterns go back to their
23             campuses --
24   A.        Uh-huh.
25   Q.        -- they might be eligible for a grant; is
```

                                                            69

```
 1          that's correct.
 2   Q.     Okay.
 3   A.     Yes.
 4   Q.     So it wouldn't be true that 18- to
 5          25-year-olds in 2020 utilized same-day
 6          registration at a higher rate?
 7              MS. SPOTO:  Objection to form.  You can
 8          answer to the extent you know.
 9   A.     I wouldn't know their comparison to other
10          voters because that's what we're talking --
11   Q.     Uh-huh.
12   A.     -- that they use it at a higher rate than
13          other demographic of voters.
14   Q.     Okay.  And the voter turnout has not been
15          published for 2024; is that right?
16   A.     That's correct.
17              MS. SPOTO:  Objection to form.  You can
18          answer.
19   A.     That's correct.
20   Q.     How has Democracy NC been harmed by the
21          same-day registration change in 747?
22   A.     How we've been harmed.  As I referenced
23          earlier, engaging in voter education, civic
24          education, it takes considerable work because
25          it's not always the person that you're
```

                                                              88

1    speaking directly to that you're
2    disseminating that information to.  You -- we
3    may speak at a church.  We may speak at a
4    organization's gathering and what we're doing
5    is educating the people in front of us with
6    the thinking that they're then going to take
7    it back to their networks, to their
8    communities.  So whenever there's a change --
9    and especially in this situation, this is so
10   technical and in the weeds that helping
11   people to understand -- we have to strike a
12   balance between arming them with the
13   information so that they can be prepared with
14   not scaring people so that they say, well, if
15   it's that difficult, I'm just not going to
16   bother to vote, because that's one thing we
17   don't want to happen.  We want to ensure that
18   people are voting so giving them as much
19   information as possible.
20           So those are ways.  I would say another
21   way is with our resources because, as you saw
22   with the voter guides, with all the other
23   resources, any time there's a change, we have
24   to change our resources.  And so that's a
25   printing cost, that's a staff cost, personnel

89

DISCOVERY COURT REPORTERS    www.discoverydepo.com    1-919-424-8242
Case 1:23-cv-00878-TDS-JEP    Document 124-14    Filed 05/09/25    Page 12 of 14

```
 1         because we have to review all of that
 2         information to ensure that we're being as
 3         accurate as possible.
 4                 So in all of those ways that Democracy
 5         NC can be impacted.  And, as I mentioned, our
 6         organizing team, our policy team, our comms
 7         team, development team -- I mean, our whole
 8         staff has to have a basic understanding if
 9         they're not as much in the weeds as some of
10         the experts on staff.
11    Q.   Okay.  But nothing in 747 prevented Democracy
12         NC from advising North Carolina voters on how
13         to use same-day registration; is that right?
14                 MS. SPOTO:  Objection to form.  You can
15         answer.
16    A.   Can you say that again?
17    Q.   Sure.  Did anything in Senate Bill 747
18         prevent Democracy NC from advising North
19         Carolina voters on how to use same-day
20         registration?
21                 MS. SPOTO:  And same objection.
22                 MS. RIGGINS:  What was wrong with the
23         form on that?
24                 MS. SPOTO:  It's the -- it seemed
25         confusing --
```

90

1   A.   Educate.
2   Q.   Okay.  So let's try it this way:  Did
3        anything in Senate Bill 747 make it illegal
4        for Democracy NC to educate North Carolina
5        voters on how to use SDR?
6   A.   I don't believe it made it illegal for us to
7        educate.  It made it harder for us to educate
8        and it required more time.  And whether we're
9        talking about personnel time, the resource
10       printing time, and ensuring that people had
11       the information so that they could take it
12       back to their communities as well.
13  Q.   And the March -- would you agree with me that
14       the March 2024 primary was the first year
15       that Senate Bill 747 took effect?
16  A.   I -- I'd say yes.
17  Q.   Did Democracy NC still conduct its election
18       protection hotline in 2024?
19  A.   Yes, we did.
20  Q.   Okay.  Was -- in 2024, was Democracy NC still
21       able to organize on college campuses?
22  A.   Yes, we were.
23  Q.   Okay.  And would you agree with me that
24       college students have a choice as to which
25       address to cast their ballot for?

93