# Exhibit N

IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA


CASE NO.:  1:23-CV-878


DEMOCRACY NORTH CAROLINA; ET AL.,      )
                                       )
                  Plaintiffs,          )
                                       )
        -vs-                           )
                                       )
ALAN HIRSCH, IN HIS OFFICIAL CAPACITY )
AS CHAIR OF THE STATE BOARD OF         )
ELECTIONS, ET AL.,                     )
                                       )
                  Defendants.          )
--------------------------------------)




RULE 30(b)(6) DEPOSITION OF

LEAGUE OF WOMEN VOTERS OF NORTH CAROLINA'S

DESIGNATED REPRESENTATIVE,

JENNIFER McMILLAN RUBIN

(Taken by Defendants)

Durham, North Carolina

Wednesday, March 19, 2025




Reported in Stenotype by

Lisa A. DeGroat, Registered Professional Reporter

Transcript produced by computer-aided transcription

1

```
 1                       APPEARANCES
 2
      ON BEHALF OF PLAINTIFFS:
 3
         JAMIE WITTE, Esquire
 4       KRISTIN HENDRIKSEN, Esquire (via videoconference)
         LAUREL TAYLOR, Esquire (via videoconference)
 5       Steptoe, L.L.P.
         227 West Monroe Street
 6       Suite 4700
         Chicago, Illinois  60606
 7       (312) 577-1235
         jwitte@steptoe.com
 8
             -and-
 9
         HILARY HARRIS KLEIN, Esquire
10       LILY A. TALERMAN, Esquire
         RACHEL ALLORE, Esquire (via videoconference)
11       HELENA ABBOTT, Esquire (via videoconference)
         GRAYSON HOFFMAN, Esquire (via videoconference)
12       JEFF LOPERFINDO, Esquire (via videoconference)
         Southern Coalition for Social Justice
13       5517 Durham-Chapel Hill Boulevard
         Durham, North Carolina  27707
14       (610) 574-5244
         hilaryhklein@scsj.org
15
16
17
18
19
20
21
22
23
24
25
```

                                                              2

1                    APPEARANCES (Cont'd)

2

   ON BEHALF OF LEGISLATIVE DEFENDANTS:

3

      CASSIE A. HOLT, Esquire

4      ALYSSA M. RIGGINS, Esquire

      Nelson Mullins Riley & Scarborough, L.L.P.

5      301 Hillsborough Street

      Suite 1400

6      Raleigh, North Carolina  27603

      (919) 329-3886

7      cassie.holt@nelsonmullins.com

8

9

10

11

12

13

14

15       RULE 30(b)(6) DEPOSITION OF LEAGUE OF WOMEN

16   VOTERS OF NORTH CAROLINA'S DESIGNATED REPRESENTATIVE,

17   JENNIFER McMILLAN RUBIN, a witness called on behalf of

18   Defendants, before Lisa A. DeGroat, RPR, Notary

19   Public, in and for the State of North Carolina, at the

20   offices of Southern Coalition for Social Justice,

21   5517 Durham-Chapel Hill Boulevard, Durham,

22   North Carolina, on Wednesday, March 19, 2025,

23   commencing at 9:56 a.m.

24

25

                                                        3

1    related to the case.

2        Q.    Do you remember what specific documentation

3    you might have looked at?

4        A.    I don't.

5        Q.    That's fine.

6              Did you speak to anyone besides your

7    counsel?

8        A.    No.

9        Q.    Is the League a nonprofit organization?

10       A.    Yes, it is.

11       Q.    Do you know if it's a 501(c)(3)?

12       A.    It is.  We have a 501(c)(4), but we -- this

13   is -- we're -- we have both, 501(c)(3) and 501(c)(4)

14   as part of -- as part of the state league.

15       Q.    Okay.  And the 501(c)(4) is a separate

16   entity?

17       A.    Uh-huh.

18       Q.    Okay.  And what is that entity called?

19       A.    It is called League of Women Voters of

20   North Carolina Advocacy.

21       Q.    Can you tell me a little bit about the

22   structure of the League?

23       A.    Sure.  We have three tiers writ large, as

24   far as the League goes.  The national organization,

25   the League of Women Voters of the U.S., the state

12

1  organization, which is the League of Women Voters of

2  North Carolina, and then local leagues.  We have 15

3  local leagues throughout the state.  We have almost

4  2,000 members around the state.

5          When you join the league, as a local league

6  member, you also become a member of the state league

7  and the national organization.  So you receive

8  information from all three entities, the local, the

9  state and the national organization.

10     Q.    And does the League -- and, again, I'm

11  referring to the North Carolina --

12     A.    Uh-huh.

13     Q.    -- state affiliate -- have a board?

14     A.    Yes, it does.

15     Q.    Okay.  And who is on it?

16     A.    We have officers.  Do you need -- do you

17  need their names, or do you just want the titles of

18  what they do?

19     Q.    Both, if you can.

20     A.    Okay.  Sure.  So I'm the president.  We have

21  a vice president, Marian Lewin.  Our treasurer is Mary

22  Thompson.  Our secretary is Sandra Mowell.

23          And then we have directors on the board;

24  Regan Aduddell, Tiffany Canaday.  Have to make sure I

25  don't forget anybody.  Suzanne Fisher, Rebecca Klase,

13

1          A.      Uh-huh.

2          Q.      And I think you mentioned that the state

3    affiliate -- which, to clarify for the record, I'm --

4    when I say, "the state affiliate," I'm referring to

5    the League of Women Voters of North Carolina, Inc. --

6    partners with local leagues.  Did I hear that

7    correctly?

8          A.      Yes, we can.  Uh-huh.

9          Q.      Are there any other partnerships that the

10   state affiliate does?

11         A.      Yes.  We partner with other

12   Democracy-focused organizations on events or on

13   activities or just sharing information.

14         Q.      Okay.  And what is a Democracy-focused

15   organization?

16         A.      Well, we're -- our focus is on helping to

17   empower voters and defend Democracy.  Those are --

18   that's our mission.

19                 For us that means we try to empower voters

20   with the information that they need to vote, and we

21   have mechanisms and programming that helps bring

22   information to voters so that they're informed voters.

23                 They're aware of issues impacting them and

24   that they have the information that they need, both

25   that they understand the issues and that they know how

                                                          28

1    to vote and make sure that their vote counts.

2        Q.    Okay.  So that led into my next question --

3        A.    Uh-huh.

4        Q.    -- which was:  What is the League's mission?

5        A.    Well, it's -- the League's mission -- writ

6    large the League organization -- the state and

7    national organization is defending Democracy and

8    empowering voters, and it means just what I said

9    earlier, that it -- we try to empower voters with the

10   information that they need to vote, with the

11   information about elections, as far as candidates,

12   issues, what's on their ballot.

13           We do that through our VOTE411.org website

14   and other local league activities.  And then we make

15   sure that they know how to vote legally, what the

16   requirements are, what the laws are governing voting,

17   so that their vote will count.

18       Q.    Okay.  So how does the state affiliate go

19   about defending Democracy?

20       A.    Well, we look at -- at what's happening.

21   And if there are issues that affect civil rights or

22   are affecting, you know, impinging on Democracy, we

23   take positions about those -- about those activities

24   or those actions.

25       Q.    What sorts of programming does the state

                                                      29

1    affiliate have for that?

2        A.    Well, it really depends.  I mean, we --

3    we -- like I said, we did one about the federal

4    judiciary to help people understand the importance of

5    voting in the judicial races.

6            We have -- we help people understand the --

7    the statewide issues that are on the ballot.  The

8    constitutional amendment that was on the ballot last

9    year, we helped to communicate about that.

10            So we -- we look at the -- at the issues

11   affecting voters and what they need to vote on and

12   make sure that they're aware of what those are.

13       Q.    And when you say, "inform voters" --

14       A.    Uh-huh.

15       Q.    -- do you mean North Carolinians generally?

16       A.    Yes.

17       Q.    And I believe another part of the mission

18   you highlighted was empowering voters --

19       A.    Uh-huh.

20       Q.    -- is that right?

21       A.    Uh-huh.

22       Q.    How does -- strike that.  Let me start over.

23            Aside from VOTE411 and local league

24   activities, what work does the state affiliate do to

25   empower voters?

                                                          30

1      A.     Well, we do a lot of -- we have newsletters

2  that provide information about issues.  We have a

3  legislative update that comes out periodically that

4  helps our members understand what legislation is being

5  proposed or what legislation is being evaluated or

6  voted on in the state legislature.

7             What else?  We -- I mean, everything we do

8  helps voters understand the issues that they need

9  to -- to be aware of to be informed voters.

10     Q.     How does the League measure success of that

11  educational programming?

12             MS. WITTE:  Objection; form.

13             THE WITNESS:  It's -- we look at how

14  many voters we register.  We register voters.  We

15  hold events, and we try to evaluate -- you know,

16  we look at how many people turned out.

17             We do evaluate turnout in areas where

18  we have VOTE411 active and try to see whether

19  we've reached voters, how many voters have

20  actually used that -- that tool.

21             So we -- we can tell how many people

22  have logged into VOTE411 to find out information

23  about voting.  So we kind of track the usage of

24  that tool.

25  BY MS. HOLT:

                                                            31

1        Q.    Okay.  When did the state affiliates start

2    using VOTE411?

3        A.    I do not know.  It's been around for a

4    while.  It's a national program.  It's national in

5    reach.  So I don't exactly know when it started.

6    Before my time.

7        Q.    Okay.  And what sorts of information does

8    VOTE411 provide?

9        A.    It provides pretty much everything you need

10   to know.  When you log into VOTE411, you can -- you

11   put your address in.  It will give your voting -- your

12   polling place.  It will tell you dates and times for

13   early voting.  It will give you a sample ballot.

14              And it also includes questions to

15   candidates, who hopefully fill those out.  And then

16   voters can actually compare answers from different

17   candidates, which we publish unedited from the

18   candidates themselves.

19       Q.    How is the information on the VOTE411

20   platform different than what the state board of

21   elections provides?

22              MS. WITTE:  Objection; form.

23              THE WITNESS:  It's very similar.  I

24       mean, the state board of elections doesn't

25       provide candidate information or the questions

                                                        32

1    can't.  I'd have to think about it.

2        Q.    Okay.  And are these questions for

3    candidates submitted in primary elections --

4        A.    Yes.

5        Q.    -- and general elections?

6        A.    Yes.

7        Q.    Okay.  In -- let's see.  What sorts of

8    programs does the state affiliate have that's targeted

9    to 18 to 25-year-olds?

10        A.    Well, again, we provide resources for the

11    local leagues.  So the local leagues are the ones who

12    do on-campus work, but we provide resources for them.

13            So, for example, in the last election we had

14    materials for local leagues to use when they did

15    campus outreach.  You know, how to vote, what you need

16    to know to vote.

17            We had little bracelets that said, "Vote."

18    We had materials to encourage voting.  So we provided

19    those materials.

20            The local leagues did the actual

21    on-the-ground work in -- on campuses with young people

22    or events where people were.

23        Q.    Do you know if the local leagues partner

24    with universities or colleges in their counties?

25        A.    They can.

                                                          35

1          we have with college students, but the

2          information is basically the same.  So I

3          couldn't -- I couldn't tease that out

4          necessarily.

5     BY MS. HOLT:

6          Q.     Does the state affiliate receive any grants

7     targeted to college students?

8          A.     We see -- we receive grants, and part of

9     that money is used to target college students or to

10    target programming in college campuses and college

11    students.

12         Q.     And what part of that money is used to

13    target?

14         A.     Again, it's -- it depends on what the local

15    league is -- does.  I mean, we include that as part of

16    our outreach, that -- you know, getting information to

17    college students is a really important objective of

18    ours, but it really depends on what the local league's

19    priorities are.

20              And some local leagues don't have college

21    campuses in their -- in their neck of the woods.  So

22    they would not be involved in that, but others do.

23         Q.     So is it fair to say that the voter

24    resources that are provided to college students are

25    generally the same as the resources provided to other

                                                    38

1  voters?

2           MS. WITTE:  Objection; form.

3           THE WITNESS:  The same in what regard?

4  BY MS. HOLT:

5     Q.    Is the information provided to college

6  students the same as what's provided to other North

7  Carolinians?

8     A.    It can be.  I mean, obviously, we know that

9  college students, for example, utilize same-day

10  registration more -- at probably a larger rate than --

11  a bigger rate than the other -- than the general

12  population.

13           So that has traditionally been a big part of

14  our messaging for students, to make sure that they

15  know that they can register and vote on the same day.

16  So that -- that is -- you know, that's, you know, part

17  of our messaging to anybody, but it's particularly

18  important for college students.

19     Q.    Has the state affiliate done any research or

20  produced any reports on the rates of same-day

21  registration users at college campuses?

22           MS. WITTE:  Objection; form.

23           THE WITNESS:  I don't know that we

24     have.  No.  We -- but we -- we do -- we do a lot

25     of -- we have a very extensive county board of

39

1    elections monitoring program, where our members

2    go to county boards of elections to monitor

3    canvas and monitor voting, the process of

4    validating votes and looking at votes.

5              So they would get a sense perhaps at

6    those meetings of, you know, how many people

7    utilize same-day registration.

8    BY MS. HOLT:

9        Q.    Is -- how -- is the number of people who

10   utilize same-day registration something that the state

11   affiliate tracks over election cycles?

12             MS. WITTE:  Objection; form.

13             THE WITNESS:  No.  I mean, I don't

14   think we have the capacity to track that

15   information.

16       Q.    And the county board of elections monitoring

17   program that you mentioned --

18       A.    Uh-huh.

19       Q.    -- is that run by the state affiliate?

20       A.    That is organized by the state affiliate.

21   The volunteers come from the local leagues.  So we

22   provide support training and -- and forms for them to

23   fill out, and we track that information very

24   carefully.  It comes back to us from the county board

25   of elections monitors.

40

1    day.

2            We would include vote-by-mail information.

3    So that all would be provided to -- to any audience.

4    So, as far as segregating, you know, we just provide

5    this information to these voters, we provide all the

6    information to every voter.

7        Q.    Okay.  So does the state affiliate have any

8    specific handouts or -- or pamphlets that are specific

9    as to voting on a college campus?

10        A.    As to voting?

11        Q.    (NODS HEAD UP AND DOWN.)

12        A.    We provide that information.  The local

13    leagues can tailor that for college campuses, if they

14    would like to.  They can insert, like, polling places.

15    They can insert local information.  They can tailor

16    that to their college campuses.  We can't do that at

17    the state level.

18        Q.    Do you know what the local leagues are doing

19    on college campuses?

20        A.    Generally, yes.

21        Q.    If I had specific questions about that,

22    would I need to ask the local leagues?

23        A.    Yeah, I think so.  I mean, I could tell you

24    what activities we do on local campuses, but, as far

25    as, you know, specific events or if they were holding

48

1    candidate forums on college campuses, they would have

2    to tell you that specific information.

3         Q.    And, aside from college campuses, are you

4    aware of any other events or activities by the local

5    leagues directed at 18 to 25-year-olds?

6         A.    Sure.  We have -- we do tabling at events.

7    We register voters at restaurants and bars.  So we --

8    we try to go where young people are to make sure that

9    we can, you know, make -- make it easy for them to

10   register to vote.

11        Q.    And when you say, "we go to colleges and

12   bars," are you referring to the state affiliate or the

13   local leagues?

14        A.    The local leagues.

15             MS. HOLT:  Let's see.  I'd like to show

16        you what's going to be marked as Exhibit 5.  I

17        thought you were --

18             MS. RIGGINS:  Exhibit 5.  Sorry.

19             (DEFENDANTS' EXHIBIT 5 WAS MARKED FOR

20        IDENTIFICATION.)

21   BY MS. HOLT:

22        Q.    Have you seen this document before?

23        A.    Yes, I believe so.

24        Q.    Sure.

25        A.    I'm not sure.

                                                    49

1          MS. WITTE:  Objection; form.

2          THE WITNESS:  I don't -- I know there

3      was a numbered memo that came out that had some

4      impact that appeared to address some of that.

5  BY MS. HOLT:

6      Q.    So the change of moving from two mailers to

7  one --

8      A.    Uh-huh.

9      Q.    -- who does that change harm?

10          MS. WITTE:  Objection; form.

11          THE WITNESS:  It harms people who make

12      a mistake on their voter registration or who

13      write down a physical address as opposed to a

14      mailing address.

15          It also harms people who have

16      unreliable mail delivery or people who don't

17      check mailboxes and don't -- don't have an

18      opportunity to see their mail.

19  BY MS. HOLT:

20      Q.    Is that -- when you say, "people," are you

21  referring to North Carolinians generally?

22      A.    Yes.

23      Q.    And how has the state affiliate been harmed

24  by the SDR mailer provision of 747?

25      A.    Well, we have -- we have limited resources

75

1   as a nonprofit organization, and so we needed to

2   change our messaging and adapt to this new regulation,

3   the new requirements, the new processes, and provide

4   that information to voters.

5          So it involved us having to tailor

6   information and change a lot of our voting information

7   that we distribute to -- throughout the state to make

8   sure that we had accurate information for voters.

9      Q.    And when you say, "change the

10  information" --

11     A.    Uh-huh.

12     Q.    -- what specifically are you referring to?

13     A.    Well, the process.  When the process

14  changed, we needed to change what we were saying about

15  that process.

16     Q.    Does that include the information that you

17  provided to the local leagues?

18     A.    Yes.

19     Q.    Does that include the 411?

20     A.    I think what VOTE411 did was just refer back

21  to the State Board of Elections' website.  So I

22  don't -- I don't know that we updated, but 411 is

23  usually around election time.

24         So I'm not sure at this point in time those

25  changes would have made any difference, because I

76

1    don't think VOTE411 was -- I don't -- I don't know

2    when -- it goes live when there are elections.  So I

3    don't know when those changes would have been made.

4        Q.    Did the state affiliate have to spend any

5    more money as a result of the SDR provision of 747?

6        A.    Yes.  We had to target more money from

7    our -- our available budget to redo and provide more

8    outreach to voters, particularly voters on college

9    campuses that use same-day registration a lot, to make

10   sure that they knew what the process was and to

11   emphasize that they need to get their address correct.

12       Q.    Sure.  And did the state affiliate do that

13   college outreach, or was that done through the local

14   leagues?

15       A.    It was done through the local leagues.

16       Q.    Did the state affiliate have to undertake

17   more advocacy work as a result of the SDR provision of

18   747?

19       A.    We had to do more training of our

20   volunteers.  We did -- we have a number of different

21   statewide election teams that are made up of people

22   who in their local leagues just focus on elections.

23   They're called voter services folks.

24          And we have teams and meetings and training

25   sessions for those -- for those individuals.  And we

77

1    had to do more of that training just to update them on

2    these changes.

3         Q.    Who hosts those training sessions?

4         A.    The state league does.  Different people

5    within the state league.

6         Q.    Before 747 did the state affiliate conduct

7    training sessions before elections?

8         A.    Yes.

9         Q.    Whenever there's a change in an election law

10   does the state affiliate provide trainings on that

11   change?

12        A.    Yes.

13        Q.    And anytime there's a change in an election

14   law does the state affiliate spend more money to

15   inform voters?

16        A.    We do.  It depends -- I mean, we felt that

17   this change particularly impacted young voters.  So we

18   spent a lot of time, you know, helping our local

19   leagues understand that their outreach to young voters

20   needed to include information about making sure that

21   their address was correct, the fact that their vote

22   could be discarded if their postcard was returned

23   undeliverable.

24              So we -- we spent a little more time --

25   anything that potentially can -- can discount a vote,

                                                         78

1    we spend a little more time on that.

2         Q.    Did the state affiliate spend more time on

3    the SDR provisions of 747 than it did voter ID?

4         A.    Probably, yes.

5         Q.    And how does the SDR provision of 747 impact

6    the League's core mission?

7         A.    Well, our core mission is to make sure that

8    people vote.  So we want to get people to the poles.

9    We want to make it as simple as possible.  We want to

10   make it legal.

11           So that would -- that affects our ability to

12   make sure that that happens.  So anything that is a

13   barrier -- as we said before, is a barrier to voting

14   we would definitely pay attention to.

15        Q.    How does the state affiliate know that SDR

16   affects young voters?

17                MS. WITTE:  Objection; form.

18                THE WITNESS:  That's what we understand

19       based on experience of people who do the tracking

20       of voting.  We -- that's -- that was our

21       understanding.

22                And from our experience, talking to

23       voters on college campuses, that's one way that

24       they prefer to vote.  They prefer to register

25       same day and vote the same day.

79