# Exhibit Q

Message

| | |
|---|---|
| From: | Jim Womack [james.k.womack@gmail.com] |
| Sent: | 3/1/2023 10:22:22 PM |
| To: | Rep. Grey Mills [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=06c49373991e45f28a49ae82a02eec7e-Grey Mills] |
| Subject: | Election Legislation |
| Attachments: | Poll Observers_NCGS 163-45__NCEIT Proposed Changes.docx; Access to Cast Vote Records Bill_Bill Summary.docx; Legislative Priorities_NCEIT_25Feb2023.docx; Observer Bill Suggestions NCEIT_Revised.docx; Access to Voted Ballots 163-165_Revised Bill.docx |

**EXHIBIT 7**

Representative Mills;

Attached to this email are the electronic versions of the North Carolina Election Integrity Team's (NCEIT) Legislative Piroities for 2023-2024, along with Bill Summaries and Proposed Legislative Changes we have drafted to address two of the bills. In the past several months we briefed both Speaker Moore and Joe Coletti on these priorities and both seemed receptive to helping improve the quality of our election laws.

**Poll Watcher Bill-** Our team carefully analyzed all the many reported challenges and disconnects from the 2020 and 2022 election cycles, captured in our Statewide Election Integrity Reporting System (SEIRS). We compiled those reports then evaluated the NCGS for adequacy in conducting free and fair elections. The changes we have proposed in the attached statutes derive directly from concerns expressed by over one thousand poll workers across all 100 counties. These suggested changes would go a long way towards fulfilling the spirit and intent of the General Assembly for granting Poll Watchers the ability to assure free and fair elections throughout the state, with minimal ambiguity about their purpose and functions.

**Cast Vote Record (CVR) Bill-** The State of North Carolina's Board of Elections prohibits the release of the electronic records from tabulation machines. Most other states make those records publicly accessible, since they are deidentified and do not compromise the confidentiality of voters. The proposed bill would make our CVRs available upon public records request and will help build voter confidence that our tabulation machines are not being hacked or manipulated.

Thank you so much for helping us find sponsorship and support for these bills. We are also addressing the contents of these bills with Rep. Davis, Rep. Riddell, Rep. Warren, Rep. Pike, and Rep. Cleveland.

I can be available to meet at the LOB to discuss these and other legislative initiatives at pre-arranged times, Monday through Thursday of next week. I would welcome the opportunity to meet with you and discuss potential legislation at your convenience.

Warm Regards/

Jim Womack
President, North Carolina Election Integrity Team (NCEIT)
www.nceit.org
Tel. (919) 770-4783



# North Carolina Election Integrity Team (NCEIT) Legislative Priorities List

The NCEIT Team is drafting legislation in these major categories for consideration by the NCGA:

1. **Voter Identification, Voter Registration & List Maintenance (NCGS 163-55) (NCGS 163-82.14) (NCGS 163-166.12) (NCGS 163-166.17) (NCGS 163-166.18) (NCGS 163-258.5)**

    Tighten restrictions for certifying citizenship status for student and employer ID cards used for voter registration
    Upgrade List Maintenance Standards for local BOE's & NCSBE
    Refine processes for removal of invalid voters (duplicated, deceased, moved, or ineligible) from the rolls
    Require registration form regarding current registration in NC or another state be submitted
    Provide more transparency of public information
    Deny release of protected (identity) information to ERIC or other outside agencies; specify only
        The Voter Registration List and Voter History information that is publicly viewable may be transmitted for list maintenance purposes; all documents released for list maintenance purposes must be publicly accessible
    Out of State Students must sign an affidavit of emancipation in order to claim NC as a voting domicile specifying they are not registered to vote elsewhere
    UOCAVA reform- specify that UOCAVA voters who have not established physical residence in NC may only vote in federal elections and must vote from a central (specified) address at the state BOE

2. **Absentee by mail (NCGS 163-89) (NCGS 163-226) (NCGS 163-231)**

    Re-establish absentee ballot voting by reason code, eliminating 'no excuse' absentee by mail
    Increase security for storing/processing absentee ballots
    Enclose copy of valid photo ID within ballot envelope
    Make ballot envelopes inspectable during BOE acceptance meetings in early voting
    More access and transparency at ballot acceptance meetings
    Prevent bar coding of absentee ballot request forms by community organizations
    Expand the timeframe provision for challenging absentee by mail ballots
    Retention of Election Voting Records including absentee ballot container return envelopes and other documents for 22 months consistent with federal law.
    All (absentee) ballots must be received by closing of the polls on Election Day

3. **Poll Observer Appointments, Access & Permitted Activity (NCGS 163-45) (NCGS 163-166.3)**

    Clarify access in voting enclosure allowed for poll observers
    Describe approved monitoring provisions and tools PO's are permitted to use
    Clarify PO access to machines and poll tapes
    Define "Impede the Voting Process"
    Permit use of phones and other pervasive devices, audio recordings, and making images within the voting enclosure not otherwise prohibited by statute



4. **Board of Elections Election Management System Transparency (NCGS 163-165) (NCGS 163-165.1) (NCGS163-165.7) (NCGS 163-165.9) (NCGS 163-182.5)**
   Increase access to logic and accuracy testing of machines
   Increase access to ballot handling process for absentee and provisional ballots
   Increase time allowed to challenge absentee ballots before canvass
   Make Cast Vote Record machine files a public document as they are in many other states
   Increased transparency and access to BOE ballot processing meetings

5. **Election Litigation and Authority Concerns (NCGS 163-273) (NCGS 163-274)**
   The General Assembly's authority in elections should not be infringed from the federal government
   Changes to state law via court settlement require approval of the state legislature
   The State legislature shall have legal standing to sue other state officials.
   Citizens have standing to bring an action in court to enforce election laws
   Prohibit private funding either directly or indirectly or through in kind services, scholarships or other means for elections
   Stiffen penalties for violation of election statutes

6. **Assistance to Voters (NCGS 163-166.8)**
   Clarification needed on rules for voters requiring assistance in voting enclosure
   The procedures for assistance to disabled voters must be clarified in light of the federal district court decision.

7. **Voting Locations & Curbside Voting (NCGS 163-166.2) (NCGS 163-166.4) (NCGS 166-163.9) (NCGS 163-227.6)**
   The procedures for handling curbside vehicles with multiple voters must be clarified
   Voting location requirements need to be upgraded (include publicly accessible rest rooms and sufficient space to allow for proper voting enclosure configuration)

8. **Early Voting & Same Day Registration (NCGS 163-227.2) (NCGS 163-227.6)**
   Reduce early voting duration to 10 days
   Make same day registrants eligible only for Provisional ballots- which can be researched and challenged prior to canvass
   Retain electronic images of photo ID and address verification documents used in SDR at local BOE; make them inspectable as public records after redactions

9. **Reconciliations & Independent Audits of Elections (NCGS 163-182.12A)**
   Need to establish a more robust audit capability to validate results and build public confidence

10. **Prohibit 'Ranked Choice Voting' anywhere in NC. (New Statute)**

**Contact:** North Carolina Election Integrity Team, Jim Womack, james.k.womack@gmail.com

*Paid for by: North Carolina Election Integrity Team (NCEIT)*