# Exhibit R







# Election Statute Presentation for Senate Election & Redistricting Committee Co-Chairs
## -May 24, 2023-



NCEIT000008



# Citizen Concerns Leading Up to 2022 General Election

NCEIT000009



**Top Voter Midterm Issues**
All U.S. Likely Voters
Rasmussen Reports
**June 30, 2022**

1 - **Rising Gas Prices** – 92% Concerned, 68% Very Concerned

2 - **Inflation** - 91% Concerned, 69% Very Concerned

3 - **The Economy** - 89% Concerned, 69% Very Concerned

4 - **Violent Crime** - 86% Concerned, 58% Very Concerned

5 - **Election Integrity** - 83% Concerned, 61% Very Concerned

6 - **School Issues** - 76% Concerned, 58% Very Concerned

7 - **Abortion Rights** - 75% Important, 54% Very Important

8 - **Election Cheating** - 75% Concerned, 53% Very Concerned

9 - **Illegal Immigration** - 73% Important, 42% Very Important

**U.S. Legacy Media Top Midterm Issues**
All U.S. Likely Voters
Rasmussen Reports
**June 30, 2022**

1 – **Climate Change** - 64% Concerned, 39% Very Concerned

2 - **Ukraine War** - 60% Important, 20% Very Important

3 – **Capitol Riot Investigation** - 57% Important, 41% Very Important

4 – **COVID-19** - 57% Concerned, 22% Very Concerned

5 – **LGBTQ Issues** - 42% Support, 23% Strongly Support

\* Issue newly retested this week

NCEIT000010

# CPAC 2022 - Most Important Issues

**Single Most Important Issue for America is: Election Integrity**

McLaughlin & Associates

2

NCEIT000011





# Rasmussen's National Post-Election Survey





**Welcome to the Number of the Day**

**November 25, 2022**

**Sixty-seven percent (67%) of voters strongly favor making it easy to vote and hard to chea**t. A Scott Rasmussen national survey found that an additional 20% somewhat favor the objective. Just 8% oppose it. There is **broad bipartisan support with 78% of Republicans and 66% of Democrats** strongly favoring the objective.

NCEIT000012



# Election Integrity Challenges Facing North Carolina

NCEIT000013



# The Eight Lanes of Election Integrity



1. <u>County Board of Election Liaison</u> (Leads all local Task Force interactions with CBE)

2. <u>Poll Observers, employees, and greeters</u> (Recruited & trained at all voting locations)

3. <u>Mail Voting Processes</u> (Monitors how USPS & CBE handles all absentee ballots)

4. <u>List Maintenance</u> (Analyzes voter rolls and monitors SBE voter roll maintenance)

5. <u>Vulnerable Voters</u> (Assists with elder care, handicapped, and military ballots.)

6. <u>Machines & Technology</u> (Monitors certification of machines & software)

7. <u>Statutory Provisions & Compliance</u> (Legislative oversight and advocacy)

8. <u>Audit Oversight & Development</u> (Advancing the best practices for auditing elections)

Snap the QR code or visit us at [www.NCEIT.org](http://www.NCEIT.org) to help establish a trusted, statewide infrastructure, comprised of a network of regional and county Election Integrity Task Forces with operators who are trained, certified, and geographically positioned to ensure secure and legitimate election processes, November 2022 and beyond.

NCEIT000014

# Challenge #1



## Voter Rolls & List Maintenance

- State & Federal analyses show that 1 in 7 Voters on NC Voter Registration File is invalid (duplicated, deceased, moved, or ineligible)
- NCSBE & Local Boards of Elections are slow and ineffective in removing invalid Registrants
- Inaccurate voter rolls enable vote fraud – especially without strict Voter ID in force
- Same Day Registration (SDR) during early voting is inadequately scrutinized- electronic & unverified address documentation allowed
- There are few enumerated federal standards for Voter List Maintenance and state standards/procedures reject citizen-provided evidence of invalid registrations and neglect to remove foreign nationals
- Out of state college student registration to vote in NC remains problematic
- UOCAVA has created non-resident registration fraud in some jurisdictions

NCEIT000015

# Challenge #2

## Absentee by Mail (ABM) Voting

- 'No Excuse' Absentee by Mail (ABM) Voting is virtually unsupervised

- ABM Voting accounts for 20-30% of all votes cast (and rising)

- ABM has few safeguards- no Identity or Signature Verification; Prone to Ballot Harvesting; and Prone to Manipulation by left-wing 501(c)3's- of which there are 50+ listed on NC Secretary of State's Site

- Invalid ABM ballots are nearly impossible to challenge under current procedures

- ABM ballot acceptance meetings are not transparent- ABM voters are not identified; container return envelopes not made available for viewing (even with Public Records Requests)

- USPS handling of ABM ballots is suspect- monitoring & inspections were denied in all NC jurisdictions

- 501(c)3's are allowed to bar code their ballot request forms and have unauthorized knowledge of ABM voters – leading to ballot manipulation & harvesting

NCEIT000016

# Challenge #3



## Poll Observation

- Poll Observer Mobility is unnecessarily restricted in virtually ALL Early Voting Sites & Precincts
- Registration Desk is best location to identify suspicious voters but access is very limited and listening to names/addresses is very challenging because of poor acoustics
- NCSBE does not allow audio recordings (even though no statutory prohibition)
- NCSBE denies photographing machines, voting enclosure layout, etc. (even though no statutory prohibition other than photos of voters & ballots)
- Access to Authorization to Vote (ATV) documents unnecessarily restricted
- Poll Observers unable to converse with election officials (other than Chief Judge)- very problematic in resolving problems
- Poll Observers are prohibited from approaching tabulators and inspecting poll tapes
- Some Poll Observers prohibited from viewing start-up and shut-down operations

NCEIT000017

# Challenge #4



## Board of Elections – Election Management Transparency

- Logic & Accuracy testing is heavily restricted for no good reason- denies proper validation of tabulation machine readiness and compliance
- Local Boards of Election lack transparency in ABM and provisional ballot handling processes – allowing fraudulent ballots to be approved and scanned (witnessed repeatedly)
- Voter challenge processes do not work- virtually impossible to challenge ABM or provisional voters when their names are not announced or published in time to file the challenge
- Board of Election meetings during election cycle ought to have same transparency and viewability as during early voting and on election day

NCEIT000018

# Challenge #5



## Election Official & Poll Observer Training on & Access to Equipment

- Election Officials (including Chief Judges) receive very limited access to and training on Tabulation machines- they do not know how to operate properly, causing backlogs, long lines, and voter disenfranchisement in some counties
- NCSBE denies Poll Observers *ANY* access to machines for any form of supervised training (instructed the Corporate producer of Tabulators to deny PO access as well)
- Logic & Accuracy Tests are not conducted in logical fashion- scripts and sample ballots provided by machine maker (rather than by election officials); inadequate QC to determine firmware certification or detection of illegal machine algorithms

NCEIT000019

# Challenge #6



## Lack of Public Trust in Tabulation & Vote Tallies

- Substantial lack of trust & confidence in voting integrity & election outcomes throughout the state and country- particularly among the swing states
- Year-round seclusion of tabulation machines from observation and PO training contributes to the level of distrust
- Machine failures with inadequate fault isolation & repairs are widely reported
- Machine makers have been instructed by NCSBE to deny access for Poll Observer training purposes
- Report of "back door" code sharing to bypass machine lock-ups in one NC county
- Reports of machine overheating & failures in a number of counties
- Some counties already seeking to mothball tabulators and hand count all ballots

NCEIT000020







**Trustworthy Elections**

Thorough, Independent Audits

Intensive Machine Monitoring & Transparency

Election Laws that Prevent Manipulation by NGOs

Partisan Participation & Parity in Oversight of _all_ Ballot Handling Operations

Strictly Controlled & Supervised Mail-in Voting

Accurate, Well-Maintained Voter Lists

**NC Election Status Today**

VULNERABILITY

NCEIT000021



# Election Integrity Legislative Recommendations from EIN's Cleta Mitchell & NCEIT President Jim Womack

NCEIT000022

## 1.  Independent Audits of Elections.

*Random complete audits on a rotating basis, announced post election – create categories by size of jurisdiction, and so many from each category are audited after every election – but some can be audited twice in a row, etc.   Point being- the audited jurisdictions never know when they will be audited

*Access to Ballots, Machines, and  Cast Vote Records from every machine for use in auditing

*All jurisdictions audited at least once every 5 years (or some number of years, less than 10)

*Audits conducted *NOT* by election offices themselves, but by State Auditor

*Audits consist of financial, program, auditing of ballots/voters/votes to ensure all were reconciled; technology, chain of custody, and compliance with ALL state laws governing elections

*Criminal penalties for failure to cooperate with audits / auditors

*Civil penalties, removal from office for officials from jurisdictions that fail audits
*Records retained and delivered to auditors, then retained for public inspection post audit; Audit findings and documentation publicly available

NCEIT000023



2. **Reconciliations required by statute**: the number of votes must equal the number of voters, must equal the number of ballots in an election.  Cannot certify election until all are precincts reconciled & documented.  (Penalties for failure to reconcile.)

3. **Transparency and accountability for voting technology**:  contracts must be public records, demonstrations of equipment must be open, publicly available for training of observers, equipment must be certified and no 'critical changes' post – certification without some process for public inspection and oversight ; machines must be accessible to poll observers, Logic & Accuracy Tests and supporting documentation must be open and fully accessible to observers

4. **Eliminate same day registrations (SDRs) during early voting**- or at least require SDRs be issued provisional ballots so that addresses can be verified and challenges permitted prior to canvass.

NCEIT000024

## 5.  **UOCAVA reform:**

•All registrations by citizens living abroad must be accompanied by photocopy of passport of registrant (or military identification record), which becomes a permanent part of the voter's records (not subject to destruction until voter is removed from list).

•All overseas registrants who have not taken up residence in NC must vote from a single UOCAVA address provided by NCSBE

•All overseas mail-in ballots must be accompanied by photocopy of passport (or military document) used in registration

•All UOCAVA ballots should be sent to central UOCAVA registration address at NCSBE for review and adjudication

•No registration and voting on same UOCAVA application

•Confirmation of identity is accomplished by matching the passport photocopy on file with the passport photocopy accompanying the ballot application / ballot (or military identification)

•Access solely to federal ballot for UOCAVA voters if they have not previously taken up residence in NC

NCEIT000025

**6. All container return envelopes must contain a photocopy of an approved government-issued photo ID and an affidavit** that the ballot is submitted by the voter himself/herself (or a legal guardian/family member), who must also swear under penalty of perjury that the person submitting the ballot is known to the voter, and meets the qualifications of 'family member, guardian, personal friend' and is accompanied by notarized affidavit signed by the person submitting the ballot on behalf of the voter

**7. Reinstate with additional protections the Multi-Party Assistance Team (MAT) program that the AG did not defend in federal district court**.  Prior statutory guidelines were reasonable to protect these vulnerable voters from exploitation.   Put MAT provisions back into the code with provisions to protect these vulnerable voters while honoring the federal decision allowing broad access to voting assistance (upon request by the voter).

**8. Prohibit mailing of ballot request forms by third parties & no excuse mail-in voting**; only the voter can request the absentee ballot and every vote by absentee ballot must meet statutory criteria: over the age of 70, infirmed and cannot vote in person, hospitalized, out of the jurisdiction for ALL days of in-person voting (end no-excuse absentee voting)

NCEIT000026



**9. Processing of absentee ballots conducted with observers from both parties** in a publicly accessible meeting with the identity of each absentee voter publicly announced/disclosed, allowing inspection of the container return envelopes by poll observers, with the verification of identity conducted publicly in the presence of observers

**10. Citizens and the NC General Assembly should have standing to bring an action in court** to enforce the election laws when violated by election officials

**11. Limit the standing to challenge election laws enacted by the legislature:** require personalized injury for any individual or entity to challenge a provision of the election code – no general allegations, but facts verified under penalty of perjury of particular injury caused to that plaintiff of the challenged election law provision; require the legislature to be a necessary party to any election law challenges

**12. Stiffen penalties for violation of election statutes, including limiting observer access beyond what is allowable under state law (and 18 US Code 245)**

NCEIT000027

13. **<u>Require DMV and other agencies registering voters to provide to registrants a form to be signed by the registrant</u>**, identifying the county and state of former residence and registration, with voter signing a directive to the location of former residence / registration that the registrant has relocated to North Carolina, that he/she has registered to vote in North Carolina, and that the registration on file in the former state/county of residence should be cancelled. The signed instructions to remove the individual from the former state's voter rolls shall be transmitted to the NCSBE along with the new registration in NC and shall be sent by NCSBE to the former county/state of residence with instructions to remove the registrant from that state's voter rolls.

14. **<u>Withdraw NC from ERIC</u>** and prohibit any NC taxpayer funds from being used or spent in membership in ERIC to prevent exploitation of private citizen data

15. **<u>Prohibit private funding, directly or indirectly, of election offices</u>**, including prohibition on payment by private organizations for travel, grants, training, and other things of value from the private organization or individual to any election office, or official, in NC

NCEIT000028



# Back-Up Slides

NCEIT000029

# Example of List Maintenance Challenge



| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 34 | ABERCROMBIE | MARY | ENGEL | 500 Dudley Ave Apt 507 | Sanford | NC | 27330 | 4783 |
| 35 | ABERCROMBIE | RIDER | JESSE EVERETT | 68 Bradford Pear Ln | Sanford | NC | 27330 | 2571 |
| 36 | ABERCROMBIE | VINCE | EVERETT | 68 Bradford Pear Ln | Sanford | NC | 27330 | 2571 |
| 37 | ABERG | JEFFREY | STEVEN | 600 Carbonton Rd | Sanford | NC | 27330 | 3730 |
| 38 | ABERG | JOHN | ANDREW | 600 Carbonton Rd | Sanford | NC | 27330 | 3730 |
| 39 | ABERG | JOHN | HENRY | 600 Carbonton Rd | Sanford | NC | 27330 | 3730 |
| 40 | ABERG | MARGIE | ANN | 600 Carbonton Rd | Sanford | NC | 27330 | 3730 |
| 41 | ABERNATHY | DEBRA | BECKER | 1314 Oquinn Rd | Sanford | NC | 27330 | 9014 |
| 42 | ABERNATHY | FRANKIE | KELLY | 1386 Buckhorn Rd | Sanford | NC | 27330 | 9783 |
| 43 | ABERNATHY | MELISSA | JEAN | 5080 Wren Way | Sanford | NC | 27332 | 7316 |
| 44 | ABERNETHY | ALEX | CAMERON | 206 Streamside Dr | Sanford | NC | 27330 | 9693 |
| 45 | ABO AWAD | WAFDY | HASSAN | 809 Hawkins Ave | Sanford | NC | 27330 | 3341 |
| 46 | ABOUAWAD | WAFDY | HASSAN | 3201 Seth Dr | Sanford | NC | 27330 | 1065 |
| 47 | ABOUL-ALIM | ISMAIL | SADEEK | 2925 Cheshire Dr | Sanford | NC | 27332 | 9152 |
| 48 | ABOYTES | LORENZO | | 427 Oak Branch Ln | Sanford | NC | 27330 | 1071 |
| 49 | ABRAHAMSEN | CHERYL | LYNN | 830 S Park Way | Sanford | NC | 27332 | 1241 |
| 50 | ABRAM | AJAH | | 343 Fields Dr | Sanford | NC | 27330 | 5013 |
| 51 | ABRAMS | MICHAEL | GRANT | 7388 Sheriff Watson Rd | Sanford | NC | 27332 | 8129 |
| 52 | ABREGO BORJA | IDALIA | LETICIA | 46 Thornwood Dr | Sanford | NC | 27330 | 7746 |
| 53 | ABSHEAR | PEGGY | RUTH | 5405 S Plank Rd | Cameron | NC | 28326 | 7188 |
| 54 | ABUTAHA | ABDALFATAH | MOHAMED | 2004 Beechwood Dr | Sanford | NC | 27330 | 9271 |
| 55 | ACEVEDO | BIANCA | LINETTE | 5304 N Lakes Dr | Sanford | NC | 27330 | 9547 |
| 56 | ACEVEDO | CRISTY | SUE | 2599 Nicholson Rd | Cameron | NC | 28326 | 7259 |
| 57 | ACEVEDO | KARIANN | GOMEZ | 200 North Ave | Sanford | NC | 27330 | 4332 |
| 58 | ACEVEDO | NERY | DANILO | 97 Carpenter Ln | Sanford | NC | 27330 | 1035 |
| 59 | ACEVEDO | SUSAN | SESSOMS | 97 Carpenter Ln | Sanford | NC | 27330 | 1035 |
| 60 | ACKER | ALEXANDER | JAMES | 658 Hancock Rd | Sanford | NC | 27332 | 0897 |
| 61 | ACLEYANJU | KATURAH | | 120 Quartermaster Dr | Sanford | NC | 27330 | 7424 |
| 62 | ACORD | FRANCES | ROBERSON | 1797 N Plank Rd | Sanford | NC | 27330 | 7479 |
| 63 | ACORD | LARRY | DAVID | 1797 N Plank Rd | Sanford | NC | 27330 | 7479 |

→ Inactive

→ Active

*Note- This is the same voter, with a slight variation in name and with two Voter ID's.*

NCEIT000030

# Example of UOCAVA Abuse (Traveling Mailbox)



| LastName | FirstName | MiddleName | Suffix | PrimaryAddress1 | PrimaryCity | PrimaryState | PrimaryZip | PrimaryZip4 | Phone | Gender | OfficialParty | Pct | VoterKey | StateVoterId | Latitude | Longitude |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ALLEN | RICK | | | 500 Westover Dr #11941 | Sanford | NC | 27330 | 8941 | | M | Unaffiliated | D1 | 7319839 | CL68351 | 35.46191 | -79.20615 |
| ANDERSON | GLAIRE | D. | | 500 Westover Dr #13228 | Sanford | NC | 27330 | 8941 | 9.19E+09 | F | Democrat | D1 | 2635856 | DE234037 | 35.46191 | -79.20615 |
| ANDERSON | THOMAS | CLAY | | 500 Westover Dr #13228 | Sanford | NC | 27330 | 8941 | 9.19E+09 | M | Unaffiliated | D1 | 3036620 | DE234267 | 35.46191 | -79.20615 |
| BARTLETT | JOSEPH | HENRY | | 500 Westover Dr #6729 | Sanford | NC | 27330 | 8941 | 9.19E+09 | M | Unaffiliated | D1 | 2880888 | EH442771 | 35.46191 | -79.20615 |
| BARTLETT | NINA | GRAHAM | | 500 Westover Dr #6729 | Sanford | NC | 27330 | 8941 | 7.04E+09 | F | Unaffiliated | D1 | 2880889 | EH442799 | 35.46191 | -79.20615 |
| BATTLE | DANIEL | | | 500 Westover Dr #16079 | Sanford | NC | 27330 | 8941 | | M | Democrat | D1 | 7318260 | CL68304 | 35.46191 | -79.20615 |
| BATTLE | SHARON | | | 500 Westover Dr #16079 | Sanford | NC | 27330 | 8941 | | F | Democrat | D1 | 7318279 | CL68305 | 35.46191 | -79.20615 |
| BEAN | JOHN | MICHAEL | | 500 Westover Dr #10415 | Sanford | NC | 27330 | 8941 | 7.04E+09 | M | Democrat | D1 | 3583610 | CW246614 | 35.46191 | -79.20615 |
| BRODIN | CHRISTER | STIG | | 500 Westover Dr | Sanford | NC | 27330 | 8941 | | M | Democrat | D1 | 4318932 | AL195372 | 35.46191 | -79.20615 |
| BURDICK | CHRISTOPHER | SCOTT | | 500 Westover Dr #6619 | Sanford | NC | 27330 | 8941 | | M | Democrat | D1 | 7137189 | CL67635 | 35.46191 | -79.20615 |
| CORNWELL | DAVID | QUAY | | 500 Westover Dr #11180 | Sanford | NC | 27330 | 8941 | 8.29E+09 | M | Democrat | D1 | 2957308 | AL66172 | 35.46191 | -79.20615 |
| CRANDALL | KORY | H. | | 500 Westover Dr #13651 | Sanford | NC | 27330 | 8941 | | M | Unaffiliated | D1 | 7136262 | CL67632 | 35.46191 | -79.20615 |
| CRUZ | ROSALINDA | | | 500 Westover Dr | Sanford | NC | 27330 | 8941 | 9.29E+09 | F | Democrat | D1 | 2990961 | CL62283 | 35.46191 | -79.20615 |
| CUNLIFFE | WENDY | ANNE | | 500 Westover Dr #15069 | Sanford | NC | 27330 | 8941 | | F | Unaffiliated | D1 | 7319118 | CL67929 | 35.46191 | -79.20615 |
| FLINN | BEVERLY | ANN | | 500 Westover Dr #8474 | Sanford | NC | 27330 | 8941 | 9.19E+09 | F | Republican | D1 | 3042433 | CL57811 | 35.46191 | -79.20615 |
| FUGER | ANITA | REEVES | | 500 Westover Dr #10629 | Sanford | NC | 27330 | 8941 | 9.19E+09 | F | Unaffiliated | D1 | 2518668 | CJ65569 | 35.46191 | -79.20615 |
| GHEEN | ABBY | LYNN | | 500 Westover Dr #15071 | Sanford | NC | 27330 | 8941 | | F | Republican | D1 | 7317695 | BR221961 | 35.46191 | -79.20615 |
| GHEEN | DOUGLAS | PAUL | | 500 Westover Dr #15071 | Sanford | NC | 27330 | 8941 | 8.03E+09 | M | Democrat | D1 | 7290981 | BR221725 | 35.46191 | -79.20615 |
| HEALY | MAURA | ELIZABETH | | 500 Westover Dr #7926 | Sanford | NC | 27330 | 8941 | | F | Unaffiliated | D1 | 7318138 | CL67860 | 35.46191 | -79.20615 |
| JOHLER | JENNIFER | CRAWFORD | | 500 Westover Dr #5791 | Sanford | NC | 27330 | 8941 | 3.37E+09 | F | Democrat | D1 | 3145430 | BP46487 | 35.46191 | -79.20615 |
| LINCOLN | CONNOR | KIMBALL | | 500 Westover Dr #14622 | Sanford | NC | 27330 | 8941 | 9.2E+09 | M | Unaffiliated | D1 | 7136727 | CL67720 | 35.46191 | -79.20615 |
| LINCOLN | HELENE | MACKEY | | 500 Westover Dr #14622 | Sanford | NC | 27330 | 8941 | | F | Unaffiliated | D1 | 7136728 | CL67721 | 35.46191 | -79.20615 |
| LINCOLN | RICHARD | KIMBALL | JR | 500 Westover Dr #14622 | Sanford | NC | 27330 | 8941 | | M | Unaffiliated | D1 | 7136729 | CL67722 | 35.46191 | -79.20615 |
| MACK | KRISTEN | FAULKENBERRY | | 500 Westover Dr #1687 | Sanford | NC | 27330 | 8941 | | F | Unaffiliated | D1 | 7089005 | BY323098 | 35.46191 | -79.20615 |
| MACK | TIMOTHY | DAVID | | 500 Westover Dr #1687 | Sanford | NC | 27330 | 8941 | | M | Unaffiliated | D1 | 7089014 | BY446494 | 35.46191 | -79.20615 |
| MARTY | ABIGAILLE | LUZ ESPANTO | | 500 Westover Dr #19819 | Sanford | NC | 27330 | 8941 | 9.2E+09 | F | Unaffiliated | D1 | 1515285 | EH741187 | 35.46191 | -79.20615 |
| NADEAU | STEVEN | ALLEN | | 500 Westover Dr #2227 | Sanford | NC | 27330 | 8941 | 4.16E+09 | M | Democrat | D1 | 7097082 | CL67450 | 35.46191 | -79.20615 |
| OLIVER | WILLIAM | H. E. | | 500 Westover Dr #10162 | Sanford | NC | 27330 | 8941 | 4.8E+09 | M | Unaffiliated | D1 | 3244150 | CL63736 | 35.46191 | -79.20615 |
| RAY | CURTIS | | | 500 Westover Dr #10097 | Sanford | NC | 27330 | 8941 | 9.19E+09 | M | Republican | D1 | 3251502 | CL62528 | 35.46191 | -79.20615 |
| ROSS | DAVID | | | 500 Westover Dr #11703 | Sanford | NC | 27330 | 8941 | | M | Unaffiliated | D1 | 7320434 | CL68508 | 35.46191 | -79.20615 |
| TYLER | JACK | THOMAS | | 500 Westover Dr #10181 | Sanford | NC | 27330 | 8941 | 6.07E+09 | M | Republican | D1 | 6082381 | CW1043437 | 35.46191 | -79.20615 |

*Note- This is not a residence; Only 2 of these 32 people ever lived there. Most have never lived in NC. All live abroad but vote in Lee County elections.*

NCEIT000031