# Exhibit S

| | |
|---|---|
| Message | |
| From: | Jim Womack [james.k.womack@gmail.com] |
| Sent: | 5/24/2023 10:37:22 PM |
| To: | Brent Woodcox [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=5ef0399f516045e8ba4fd723ff10ae93-Brent Woodc] |
| CC: | Cleta Mitchell [cleta@cletamitchell.com]; Jay Delancy VIP [jay.delancy@gmail.com] |
| Subject: | Recap of the Election Law Discussions with Senate Elections & Redistricting Committee Co-Chairs - May 24, 2023 |
| Attachments: | Florida List Maintenance Language_extract.docx |

EXHIBIT 12

Brent;

Thanks again for participating in today's round-table on election law. Cleta, Jay and I stand ready to assist with proposed language and statutory citations wherever you might need our assistance. Here is a recap of vitally important features we discussed and that we would like to see prioritized in the upcoming Omnibus bill:

1. **Voter rolls** - specifically require removal of non-citizens, duplicates, movers and bad addresses, including registrations at non-residential addresses.
Allow receipt of ineligible voter input from citizen researchers (see "other sources" citation in the Florida list maintenance law, attached below). Require proof of citizenship for UOCAVA registrants.

2. **Absentee by Mail (ABM) Voting** - verify identity of ABM voters by allowing observers to inspect container return envelopes prior to their contents being separated and counted (rather than being processed and counted without observation). Prohibit bar codes from 3d party / NGO political mail on ABM request forms (mail to/from election offices is defined as election mail; third party mail is political mail). Require copy of voter ID for return with every ABM ballot, including UOCAVA ballots.

3. **Poll Observers** - detail the specific authorities and responsibilities for poll observers in NCGS 163-45, eliminating discretionary interpretations by local boards and the NCSBE; see House Bill 772 for a reasonable list of permitted activities and restrictions for PO's; allow the reasonable capture of evidence via camera phones or audio recordings so long as the voting process is not disrupted.

4. **Extend the Election Day statutory requirements to early voting (EV) sites**; specifically, require parity between political parties for paid workers and site administration in EV sites. Allow poll observers and paid workers to serve in any county so long as they are registered voters somewhere in the state.

5. **Same-day registrants may only vote provisionally** and the ballot cannot be counted until identity, eligibility, and address are verified (prior to canvass). Verification documentation records are public records and cannot be discarded for 24 months.

6. **Voting machines** - Logic and accuracy testing required for all machines well in advance of early voting. Require meaningful observer access and participation, ability to confirm compliance with EAC VVSG; Any software changes will require new L&A testing. Post-election cast vote records (CVRs) from vote tabulators must be made available as public records (as they are in more than 20 other states).

7. **Post election audits and accountability** - Independent- state auditor to oversee, manage, and direct audits; random selection of races & precincts to be audited; eliminate fake audits (risk limiting audits); require cooperation in conducting the audits by county and state election officials.

Warm Regards/

Jim Womack

President, NCEIT
Tel. (919) 770-4783

Virus-free.www.avast.com

LEG_DEFS_0006695
LEG_DEFS_0006694