# Exhibit T

EXHIBIT 55

Message

| | |
|---|---|
| From: | Rep. Ted Davis [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=EB87D2D9DA2D4C5F9E3FBBB55148B03E-REP. TED DA] |
| Sent: | 3/11/2023 6:48:49 PM |
| To: | Jim Womack [james.k.womack@gmail.com] |
| CC: | Rep. Ted Davis [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=eb87d2d9da2d4c5f9e3fbbb55148b03e-Rep. Ted Da]; Martha Jenkins (Rep. Ted Davis) [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=cf6676e7a5dc43a7b682ea8cb4a6b879-Andrew Bowe]; Rep. Grey Mills [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=06c49373991e45f28a49ae82a02eec7e-Grey Mills] |
| Subject: | Re: Election Integrity Legislation for Rep. Davis |

Jim,

I have reviewed the attached documents. I have already filed 2 election bills, reducing the length of the early voting period and requiring mail-in ballots be received on election day. I have also prepared a 3rd election bill dealing with same-day registration that I have not filed yet. House Elections Committee Chair Grey Mills will be discussing other election bills that might be filed. By copy of this email to Rep. Grey, I am asking that he review the attachments so we can decide whether or not to file either or both of your suggested legislation. We may want you to meet with us to discuss.

While the Senate has no deadline for filing election bills, the House has a deadline of March 22 to request that a bill be prepared by Bill Drafting and April 18 for a Bill to be filed.

My best,

Rep. Ted Davis Jr.

Sent from my Verizon, Samsung Galaxy smartphone
Get Outlook for Android

---

**From:** Jim Womack <james.k.womack@gmail.com>
**Sent:** Wednesday, March 1, 2023, 2:11 PM
**To:** Rep. Ted Davis <Ted.Davis@ncleg.gov>; Martha Jenkins <marthanjenkins@gmail.com>
**Subject:** Election Integrity Legislation for Rep. Davis

Greetings.

Attached to this email are the Bill Summaries and Proposed Legislative Changes my NCEIT Team has drafted to address important election law inadequacies.

Poll Watcher Bill- Our team carefully analyzed all the many reported challenges and disconnects from the 2020 and 2022 election cycles, captured in our Statewide Election Integrity Reporting System (SEIRS). We compiled those reports then evaluated the NCGS for adequacy in conducting free and fair elections. The changes we have proposed in the attached statutes derive directly from concerns expressed by over one thousand poll workers across all 100 counties. These suggested changes would go a long way towards fulfilling the spirit and intent of the General Assembly for granting Poll Watchers the ability to assure free and fair elections throughout the state, with minimal ambiguity about their purpose and functions.

LEG_DEFS_0002143

Case 1:23-cv-00878-TDS-JEP    Document 124-21    Filed 05/09/25    Page 2 of 3

Cast Vote Record (CVR) Bill- The State of North Carolina's Board of Elections prohibits the release of the electronic records from tabulation machines. Most other states make those records publicly accessible, since they are deidentified and do not compromise the confidentiality of voters. The proposed bill would make our CVRs available upon public records request and will help build voter confidence that our tabulation machines are not being hacked or manipulated.

Thank you so much for your kind offer to help us find sponsorship and promote these bills. We would be honored if Rep. Davis would consider being the Primary Sponsor for either or both of these bills. We are also addressing the contents of these bills with Rep. Pike, Rep. Riddell, Rep. Warren, and Rep. Cleveland.

Warm Regards/

Jim Womack
President, North Carolina Election Integrity Team (NCEIT)
www.nceit.org
Tel. (919) 770-4783