# Exhibit U

EXHIBIT 56

Message

**From:** Jim Womack [james.k.womack@gmail.com]
**Sent:** 3/11/2023 7:50:52 PM
**To:** Rep. Ted Davis [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=eb87d2d9da2d4c5f9e3fbbb55148b03e-Rep. Ted Da]
**CC:** Martha Jenkins (Rep. Ted Davis) [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=cf6676e7a5dc43a7b682ea8cb4a6b879-Andrew Bowe]; Rep. Grey Mills [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=06c49373991e45f28a49ae82a02eec7e-Grey Mills]
**Subject:** Re: Election Integrity Legislation for Rep. Davis

**Flag:** Follow up

Thanks for your review, sir.

Election law attorney Cleta Mitchell and I would welcome the opportunity to pop up to Raleigh to meet with you, Representative Warren, Representative Mills, or any other legislators to address the suite of proposed statutory changes we have submitted, all of which stemmed from our thorough review of the state statues and documented experiences in the last two election cycles.

As indicated in our team's list of Election Integrity priorities, we believe it essential to fix: (A) Voter List Maintenance requirements so we may rid our state list of the 14% or so invalid registrants; (B) Mail-in ballot handling procedures which seriously lack security and oversight; (C) the abuse of Poll Observers who are vital to ensuring adequate in-person voting processes; and (D) the lack of Transparency in Board of Election activities that reduces voter confidence in election outcomes.

We applaud the House initiatives to limit the length of the early voting period, to compel Same Day Registrants to use a provisional ballot, and to require delivery of mail-in ballots by the end of election day. All of these are superb initiatives that will help eliminate abuses in our current election system. If those measures are passed and if our court system restores the provisions of Voter ID, then the 2024 election cycle will be much better managed. The additional bill language our team is proposing would nicely complement the existing initiatives for running a high quality election that produces optimal voter confidence and satisfaction.

Warm Regards/

Jim Womack
President, North Carolina Election Integrity Team
www.nceit.org
Tel. (919) 770-4783

LEG_DEFS_0002595
Case 1:23-cv-00878-TDS-JEP    Document 124-22    Filed 05/09/25    Page 2 of 2