# Exhibit V

Home / Bills & Laws / Bill Lookup

**◀ H484** 

# House Bill 485

**H486 ▶**

Provisional Ballot/Same-Day Registration.
2023-2024 Session

| VIEW BILL DIGEST |
|:---:|
| **VIEW AVAILABLE BILL SUMMARIES** |

| EDITION | FISCAL NOTE |
|---|---|
| Filed | |
| Edition 1 | |

| | |
|---|---|
| **Last Action:** | Ref to the Com on Election Law and Campaign Finance Reform, if favorable, Rules, Calendar, and Operations of the House on 3/28/2023 |
| **Sponsors:** | Davis; Mills; Warren; Blackwell (Primary) Clampitt; Cleveland; Crutchfield; Greene; Iler; McNeely; Shepard; Carson Smith; Tyson; Ward; Zenger |
| **Attributes:** | Public |
| **Counties:** | No counties specifically cited |
| **Statutes:** | 163 (Chapters); 163-82.6B (Sections) |
| **Keywords:** | ELECTIONS, PUBLIC, VOTER REGISTRATION, BALLOTS & BALLOT ISSUES |

| | HISTORY | Date ⬆ |
|---|---|---|
| **Date:** | 3/28/2023 | |
| **Chamber:** | House | |
| **Action:** | Ref to the Com on Election Law and Campaign Finance Reform, if favorable, Rules, Calendar, and Operations of the House | |
| **Votes:** | None | |
| **Documents:** | None | |
| **Date:** | 3/28/2023 | |
| **Chamber:** | House | |
| **Action:** | Passed 1st Reading | |
| **Votes:** | None | |
| **Documents:** | None | |
| **Date:** | 3/27/2023 | |
| **Chamber:** | House | |
| **Action:** | Filed | |
| **Votes:** | None | |
| **Documents:** | DRAFT: DRH10222-LU-73 | |



EXHIBIT

61

**GENERAL ASSEMBLY OF NORTH CAROLINA**
**SESSION 2023**

**H.B. 485**
**Mar 27, 2023**
HOUSE PRINCIPAL CLERK

H                                                                                    D

**HOUSE BILL DRH10222-LU-73**

| | | |
|---|---|---|
| Short Title: | Provisional Ballot/Same-Day Registration. | (Public) |
| Sponsors: | Representative Davis. | |
| Referred to: | | |

1     A BILL TO BE ENTITLED
2 AN ACT TO REQUIRE THAT CERTAIN INDIVIDUALS SEEKING TO REGISTER AND
3      VOTE ON THE SAME DAY MUST VOTE A PROVISIONAL BALLOT.
4 The General Assembly of North Carolina enacts:
5          **SECTION 1.**  Article 7A of Chapter 163 of the General Statutes is amended by
6 adding a new section to read:
7 "**§ 163-82.6B.  Provisional ballot required; same-day registration.**
8          Notwithstanding any provision of law to the contrary, an individual who is qualified to
9 register to vote may register in person and then vote at a one-stop voting site in the individual's
10 county of residence during the period for one-stop voting provided under G.S. 163-227.2.
11 However, the individual shall vote by provisional ballot only."
12          **SECTION 2.**  This act is effective when it becomes law and applies to individuals
13 seeking same-day registration on or after that date.

