# Exhibit W

Home / Bills & Laws / Bill Lookup

⬅ H769                                    # House Bill 770                                    H771 ➡

**Cast Vote Records.**
2023-2024 Session

| VIEW BILL DIGEST |
|---|
| VIEW AVAILABLE BILL SUMMARIES |

| EDITION | FISCAL NOTE |
|---|---|
| Filed | |
| Edition 1 | |
| Edition 2 | |



EXHIBIT 64

| | |
|---|---|
| Last Action: | Ref To Com On Rules and Operations of the Senate on 9/20/2023 |
| Sponsors: | Davis; Cleveland; Mills; Warren (Primary)<br>Cairns; Fontenot; Humphrey; Kidwell; McNeely; Willis |
| Attributes: | Public; Text has changed |
| Counties: | No counties specifically cited |
| Statutes: | 163 (Chapters); 163-165, 163-165.1, 163-165.7, 163-165.9, 163-33 (Sections) |
| Keywords: | BOARDS, COUNTIES, COURTS, DEFINITIONS, ELECTIONS, ELECTIONS BOARDS, ELECTIONS, STATE BOARD OF, LOCAL GOVERNMENT, PUBLIC, PUBLIC OFFICIALS, PUBLIC RECORDS, PURCHASING, RECORDS, BALLOTS & BALLOT ISSUES |

| ALL VOTES | | | |
|---|---|---|---|
| Date: 9/19/2023 4:30 p.m. | | Subject: Second Reading | |
| RCS#: [H]-564 | | | |
| Aye: 73 | No: 29 | | N/V: 0 |
| Exc.Abs.: 18 | Exc.Vote: 0 | | |
| Total: 102 | Result: PASS | | |

| HISTORY | Date ↕ |
|---|---|

| | |
|---|---|
| Date: | 9/20/2023 |
| Chamber: | Senate |
| Action: | Ref To Com On Rules and Operations of the Senate |
| Votes: | None |
| Documents: | None |
| Date: | 9/20/2023 |
| Chamber: | Senate |
| Action: | Passed 1st Reading |
| Votes: | None |
| Documents: | None |
| Date: | 9/20/2023 |
| Chamber: | Senate |
| Action: | Regular Message Received From House |
| Votes: | None |
| Documents: | None |
| Date: | 9/20/2023 |
| Chamber: | House |
| Action: | Regular Message Sent To Senate |

| | |
|---|---|
| Votes: | None |
| Documents: | None |

| | |
|---|---|
| Date: | 9/19/2023 |
| Chamber: | House |
| Action: | Passed 3rd Reading |
| Votes: | None |
| Documents: | None |

| | |
|---|---|
| Date: | 9/19/2023 |
| Chamber: | House |
| Action: | Passed 2nd Reading |
| Votes: | PASS: 73-29 |
| Documents: | None |

| | |
|---|---|
| Date: | 9/19/2023 |
| Chamber: | House |
| Action: | Added to Calendar |
| Votes: | None |
| Documents: | None |

| | |
|---|---|
| Date: | 9/19/2023 |
| Chamber: | House |
| Action: | Cal Pursuant Rule 36(b) |
| Votes: | None |
| Documents: | None |

| | |
|---|---|
| Date: | 9/19/2023 |
| Chamber: | House |
| Action: | Reptd Fav |
| Votes: | None |
| Documents: | None |

| | |
|---|---|
| Date: | 9/19/2023 |
| Chamber: | House |
| Action: | Re-ref Com On Rules, Calendar, and Operations of the House |
| Votes: | None |
| Documents: | None |

| | |
|---|---|
| Date: | 9/19/2023 |
| Chamber: | House |
| Action: | Reptd Fav Com Substitute |
| Votes: | None |
| Documents: | CS: PCS40519-CM-1 |

| | |
|---|---|
| Date: | 9/18/2023 |
| Chamber: | House |
| Action: | Re-ref to the Com on Election Law and Campaign Finance Reform, if favorable, Rules, Calendar, and Operations of the House |
| Votes: | None |
| Documents: | None |

| | |
|---|---|
| Date: | 9/18/2023 |
| Chamber: | House |
| Action: | Withdrawn From Com |
| Votes: | None |
| Documents: | None |

| | |
|---|---|
| Date: | 9/18/2023 |
| Chamber: | House |
| Action: | Re-ref Com On Rules, Calendar, and Operations of the House |
| Votes: | None |
| Documents: | None |

| | |
|---|---|
| Date: | 9/18/2023 |
| Chamber: | House |
| Action: | Withdrawn From Com |
| Votes: | None |
| Documents: | None |

| | |
|---|---|
| Date: | 4/19/2023 |

| | |
|---|---|
| **Chamber:** | House |
| **Action:** | Ref to the Com on Election Law and Campaign Finance Reform, if favorable, Rules, Calendar, and Operations of the House |
| **Votes:** | None |
| **Documents:** | None |
| **Date:** | 4/19/2023 |
| **Chamber:** | House |
| **Action:** | Passed 1st Reading |
| **Votes:** | None |
| **Documents:** | None |
| **Date:** | 4/18/2023 |
| **Chamber:** | House |
| **Action:** | Filed |
| **Votes:** | None |
| **Documents:** | **DRAFT:** DRH10380-LU-135A |

GENERAL ASSEMBLY OF NORTH CAROLINA
SESSION 2023

H.B. 770
Apr 18, 2023
HOUSE PRINCIPAL CLERK

H                                                                                      D

HOUSE BILL DRH10380-LU-135A

| Short Title: | Access to Voted Ballots. | (Public) |
|---|---|---|
| Sponsors: | Representative Davis. | |
| Referred to: | | |

```
 1                        A BILL TO BE ENTITLED
 2   AN ACT TO PROVIDE ACCESS TO VOTED BALLOTS.
 3   The General Assembly of North Carolina enacts:
 4           SECTION 1. G.S. 163-165 reads as rewritten:
 5   "§ 163-165.  Definitions.
 6      In addition to the definitions stated below, the definitions set forth in Article 15A of this
 7   Chapter also apply to this Part. As used in this Part:
 8           …
 9           (3a)    "Cast vote record" means a de-identified electronic record of each voter's
10                   ballot selections, electronically retained on a ballot tabulation machine that
11                   may be used to count election results for each ballot entry on that machine.
12           …
13           (9)     "Voting enclosure" means the room area within the voting place location that
14                   is used for voting.to complete the voting process. The term includes any
15                   vehicle compartment containing one or more voters parked in the designated
16                   curbside voting area.
17           …."
18           SECTION 2. G.S. 163-165.1(e) reads as rewritten:
19   "(e)     Access to Voted Ballots. – Voted ballots and any paper and electronic records of
20   associated with those individual voted ballots shall be treated as confidential, and no person other
21   than elections officials performing their duties may have access to voted ballots or paper or
22   electronic records of individual voted ballots those documents except by court order or order one
23   of the following means:
24           (1)     Court order.
25           (2)     Order of the appropriate board of elections as part of the resolution of an
26                   election protest or investigation of an alleged election irregularity or violation.
27           (3)     Response to a public records request for all cast vote records (CVRs) or voted
28                   ballots captured in a tabulation or voting machine, precinct, ward, district,
29                   city, or county.
30   Voted ballots and paper and electronic records of individual voted ballots ballots, including cast
31   vote records, shall not be disclosed to members of the public in such a way as to disclose how a
32   particular voter voted, unless a court orders otherwise.disclose the identity of a voter. Elections
33   officials shall redact any information identifying the voter before releasing these documents to
34   the public.
```

(f) Violation. – Any person who has access to an official voted ballot or record and knowingly discloses in violation of this section how an individual has voted that ballot is guilty of a Class 1 misdemeanor."

**SECTION 3.** G.S. 163-165.7(a) is amended by adding a new subdivision to read:

"(9) That the voting system must support the casting of a ballot that records each vote precisely as indicated by the voter, subject to the rules of the election jurisdiction, and creates a de-identified cast vote record (CVR) that can be tabulated, audited, and publicly disclosed."

**SECTION 4.** G.S. 163-165.9(b) reads as rewritten:

"(b) After the acquisition of any voting system, the county board of elections shall comply with any requirements of the State Board of Elections regarding training and support of the voting system by completing all of the following:

...

(3) The county board of elections shall ~~not~~ notify the State Board of Elections of its intent to replace any voting system, or any portion ~~thereof, without approval of the State Board of Elections.~~ thereof.

...

(5) The county board of elections shall require all tabulators or other electronic voting systems to create and retain cast vote records (CVRs) for the duration specified for election-related records."

**SECTION 5.** This act is effective when it becomes law and applies to voting systems used in elections held on or after that date.