# Exhibit DD



Jun 11

# NCEIT Accomplishments since 2021

emoved ERIC from the NC Budget Bill (Thanks to Jim Womack & Heather Honey for their NC Senate presentation)
- See here
- Trained over 1000 poll observers across 100 NC counties in person for 2022 and on-line for 2023
- Created NCEIT.org website for educational purposes and to be an interactive and on-demand training tool for poll observers to empower them to train others in their counties (includes videos)

- NCEIT created SEIRS - Statewide Election Integrity Reporting System ap- a reporting system for poll observer incident reports

- Transformed SEIRS PO reports into affidavits to use as proof to take to legislature to change/modify election law statutes.

- Wrote the language included in the passed bills below using affidavits to substantiate the changes

- Legislative Success: S747 Election Law Changes/S749 No Partisan Advantage in Elections

- Organized approx 45 NC counties with County Coordinators

- Collected FOIAs across the state to ascertain relationship of BOE with leftist 501c3's/collection of poll tapes

- NCEIT on the ground floor getting Eagle I up and running for list maintenance

- Jim Womack, NCEIT CEO, EIN Leader for List Maintenance and Audits

-----

North Carolina Election Integrity Team (NCEIT) Organization: The NCEIT team expanded its number of organized county-level task forces from 19 to 45, and continues to grow each quarter with new counties coming into the fold. NCEIT members have joined and now provide substantive inputs to all EIN national working groups.

Administration: NCEIT continued, nonstop, in conducting weekly statewide zoom calls to keep our participants informed and engaged. During the year, the NCEIT team expanded from just over 1000 to 1400 active registrants, including a number of members from county boards of elections, election judges, and GOP party officials. The NCEIT Team now has active republican, democrat, libertarian, and unaffiliated participants.

Training: NCEIT team leaders performed more than a dozen interim training sessions this season to prepare county task forces and poll workers for the fall municipal elections. New training programs are now being developed to address substantive statutory changes passed this past session.

Legislation: NCEIT leaders successfully prepared documentation and advocated for important statutory changes to help secure the 2024 election cycle and systems. The North Carolina General Assembly passed important election-related bills this session with sweeping changes in several areas including: a ban on private funding of elections; a ban on the private bar coding of ballot request forms; a ban on exchange of voter registration data with ERIC; new requirements for all ballots to be received by election day; and the removal of non-citizens from voter rolls. NCEIT played a major role in collaborating for passage of all these measures.

Systems: NCEIT continued to extend the functionality of its statewide election integrity reporting system (SEIRS) with modules to document Board of Elections meetings and to cross reference poll observer reports to pending legislation. A scheduling component was developed for SEIRS poll observer scheduling this year and is soon to be piloted.

Jim Womack
CEO NCEIT.org



EXHIBIT 90