# Exhibit FF

Home / Bills & Laws / Bill Lookup

◀ S746        **Senate Bill 747 / SL 2023-140**        S748 ▶

**Elections Law Changes.**
2023-2024 Session

| GOVERNOR'S VETO OF SENATE BILL 747 | |
|---|---|
| VIEW BILL DIGEST | |
| VIEW AVAILABLE BILL SUMMARIES | |
| **EDITION** | **FISCAL NOTE** |
| Filed | |
| Edition 1 | |
| Edition 2 | |
| Edition 3 | Incarceration |
| Edition 4 | Fiscal Note |
| Ratified | |
| SL 2023-140 | |

**EXHIBIT 13**

| | |
|---|---|
| Last Action: | Ch. SL 2023-140 on 10/10/2023 |
| Sponsors: | Hise; P. Newton; Daniel (Primary) <br> Corbin; Ford; Johnson; Sawrey |
| Attributes: | Public; Text has changed |
| Counties: | No counties specifically cited |
| Statutes: | 136, 143, 143B, 163, 18B, 9 (Chapters); 136-32, 143-166.42, 143B-919, 163-111, 163-119, 163-123, 163-132.5G, 163-165, 163-166.01, 163-166.11, 163-166.12, 163-166.25, 163-166.26, 163-166.3, 163-166.35, 163-166.36, 163-166.4, 163-166.40, 163-166.41, 163-166.45, 163-166.46, 163-166.50, 163-166.7, 163-166.8, 163-182.1, 163-182.15, 163-182.2, 163-182.4, 163-182.6, 163-182.7A, 163-210, 163-213, 163-22, 163-226.3, 163-227.10, 163-227.2, 163-227.5, 163-227.6, 163-228, 163-229, 163-230.1, 163-230.2, 163-231, 163-232, 163-232.1, 163-232.2, 163-233, 163-234, 163-237, 163-258.29, 163-27.2, 163-274, 163-275, 163-278, 163-278.69, 163-302, 163-33, 163-37, 163-37.1, 163-45, 163-45.1, 163-45.2, 163-47, 163-82.14, 163-82.6A, 163-82.6B, 163-82.7, 163-82.8A, 163-87, 163-88, 163-88.1, 163-89, 163-90.2, 18B-601, 9-3, 9-6, 9-6.1, 9-6.2 (Sections) |
| Keywords: | AOC, BOARDS, COUNCIL OF STATE, COUNTIES, COURT CLERKS, COURTS, ELECTIONS, ELECTIONS BOARDS, ELECTIONS, STATE BOARD OF, GOVERNOR, IMMIGRATION, JUDICIAL DEPT., JURIES, LOCAL GOVERNMENT, PRESENTED, PUBLIC, PUBLIC OFFICIALS, PUBLIC RECORDS, RATIFIED, VETOED, VOTER REGISTRATION, WITNESSES, RECORDS, NATIONAL ELECTIONS, SUPERIOR COURT, ALIENS, BALLOTS & BALLOT ISSUES |

| LATEST 2 VOTES | | | |
|---|---|---|---|
| Date: 10/10/2023 2:25 p.m. | | Subject: Veto Override | |
| RCS#: [H]-596 | | | |
| Aye: 72 | No: 44 | | N/V: 0 |
| Exc.Abs.: 4 | Exc.Vote: 0 | | |
| Total: 116 | Result: PASS | | |
| Date: 10/10/2023 1:00 p.m. | | Subject: Motion 11 Veto Override | |
| RCS#: [S]-482 | | | |
| Aye: 30 | No: 19 | | N/V: 0 |
| Exc.Abs.: 1 | Exc.Vote: 0 | | |
| Total: 49 | Result: PASS | | |

HISTORY      Date ↓

| | |
|---|---|
| Date: | 10/10/2023 |
| Chamber: | |
| Action: | Ch. SL 2023-140 |
| Votes: | None |
| Documents: | None |

| | |
|---|---|
| Date: | 10/10/2023 |
| Chamber: | House |
| Action: | Veto Overridden |
| Votes: | PASS: 72-44 |
| Documents: | None |

| | |
|---|---|
| Date: | 10/10/2023 |
| Chamber: | House |
| Action: | Added to Calendar |
| Votes: | None |
| Documents: | None |

| | |
|---|---|
| Date: | 10/10/2023 |
| Chamber: | House |
| Action: | Veto Received from Senate |
| Votes: | None |
| Documents: | None |

| | |
|---|---|
| Date: | 10/10/2023 |
| Chamber: | Senate |
| Action: | Veto Overridden |
| Votes: | PASS: 30-19 |
| Documents: | None |

| | |
|---|---|
| Date: | 10/9/2023 |
| Chamber: | Senate |
| Action: | Placed On Cal For 10/10/2023 |
| Votes: | None |
| Documents: | None |

| | |
|---|---|
| Date: | 10/9/2023 |
| Chamber: | Senate |
| Action: | Withdrawn From Com |
| Votes: | None |
| Documents: | None |

| | |
|---|---|
| Date: | 8/28/2023 |
| Chamber: | Senate |
| Action: | Ref To Com On Rules and Operations of the Senate |
| Votes: | None |
| Documents: | None |

| | |
|---|---|
| Date: | 8/24/2023 |
| Chamber: | |
| Action: | Vetoed 08/24/2023 |
| Votes: | None |
| Documents: | Veto Document |

| | |
|---|---|
| Date: | 8/18/2023 |
| Chamber: | |
| Action: | Pres. To Gov. 8/18/2023 |
| Votes: | None |
| Documents: | None |

| | |
|---|---|
| Date: | 8/17/2023 |
| Chamber: | |
| Action: | Ratified |
| Votes: | None |
| Documents: | None |

| | |
|---|---|
| Date: | 8/16/2023 |
| Chamber: | Senate |
| Action: | Ordered Enrolled |
| Votes: | None |

|            |                                                                      |
|-----------:|----------------------------------------------------------------------|
| Documents: | None                                                                 |
|      Date: | 8/16/2023                                                            |
|   Chamber: | Senate                                                               |
|    Action: | Concurred In H Com Sub                                               |
|     Votes: | PASS: 27-18                                                          |
| Documents: | None                                                                 |
|      Date: | 8/16/2023                                                            |
|   Chamber: | Senate                                                               |
|    Action: | Placed on Today's Calendar                                           |
|     Votes: | None                                                                 |
| Documents: | None                                                                 |
|      Date: | 8/16/2023                                                            |
|   Chamber: | Senate                                                               |
|    Action: | Special Message Received For Concurrence in H Com Sub and H Amend    |
|     Votes: | None                                                                 |
| Documents: | None                                                                 |
|      Date: | 8/16/2023                                                            |
|   Chamber: | House                                                                |
|    Action: | Special Message Sent To Senate                                       |
|     Votes: | None                                                                 |
| Documents: | None                                                                 |
|      Date: | 8/16/2023                                                            |
|   Chamber: | House                                                                |
|    Action: | Passed 3rd Reading                                                   |
|     Votes: | None                                                                 |
| Documents: | None                                                                 |
|      Date: | 8/16/2023                                                            |
|   Chamber: | House                                                                |
|    Action: | Passed 2nd Reading                                                   |
|     Votes: | PASS: 69-47                                                          |
| Documents: | None                                                                 |
|      Date: | 8/16/2023                                                            |
|   Chamber: | House                                                                |
|    Action: | Amend Adopted A7                                                     |
|     Votes: | PASS: 113-3                                                          |
| Documents: | A7: ACH-37-V-4                                                       |
|      Date: | 8/16/2023                                                            |
|   Chamber: | House                                                                |
|    Action: | Amend Adopted A18                                                    |
|     Votes: | PASS: 91-26                                                          |
| Documents: | A18: Amendment                                                       |
|      Date: | 8/16/2023                                                            |
|   Chamber: | House                                                                |
|    Action: | Amend Failed A17                                                     |
|     Votes: | FAIL: 47-68                                                          |
| Documents: | A17: ACH-45-V-1                                                      |
|      Date: | 8/16/2023                                                            |
|   Chamber: | House                                                                |
|    Action: | Amend Failed A16                                                     |
|     Votes: | FAIL: 46-69                                                          |
| Documents: | A16: ACH-41-V-2                                                      |
|      Date: | 8/16/2023                                                            |
|   Chamber: | House                                                                |
|    Action: | Amend Failed A15                                                     |
|     Votes: | FAIL: 47-69                                                          |
| Documents: | A15: ACH-42-V-1                                                      |
|      Date: | 8/16/2023                                                            |
|   Chamber: | House                                                                |
|    Action: | Amend Failed A14                                                     |

| | |
|---:|:---|
| Votes: | FAIL: 47-69 |
| Documents: | A14: AST-132-V-1 |
| Date: | 8/16/2023 |
| Chamber: | House |
| Action: | Amend Failed A13 |
| Votes: | FAIL: 46-70 |
| Documents: | A13: ACH-39-V-2 |
| Date: | 8/16/2023 |
| Chamber: | House |
| Action: | Amend Failed A12 |
| Votes: | FAIL: 46-71 |
| Documents: | A12: ACH-38-V-2 |
| Date: | 8/16/2023 |
| Chamber: | House |
| Action: | Amend Failed A11 |
| Votes: | FAIL: 47-70 |
| Documents: | A11: ACH-33-V-3 |
| Date: | 8/16/2023 |
| Chamber: | House |
| Action: | Amend Failed A10 |
| Votes: | FAIL: 47-69 |
| Documents: | A10: AST-134-V-2 |
| Date: | 8/16/2023 |
| Chamber: | House |
| Action: | Amend Failed A9 |
| Votes: | FAIL: 47-68 |
| Documents: | A9: Amendment |
| Date: | 8/16/2023 |
| Chamber: | House |
| Action: | Amend Failed A8 |
| Votes: | FAIL: 47-70 |
| Documents: | A8: AST-130-V-3 |
| Date: | 8/16/2023 |
| Chamber: | House |
| Action: | Amend Failed A6 |
| Votes: | FAIL: 47-70 |
| Documents: | A6: ACH-34-V-1 |
| Date: | 8/16/2023 |
| Chamber: | House |
| Action: | Amend Failed A5 |
| Votes: | FAIL: 46-70 |
| Documents: | A5: AST-137-V-1 |
| Date: | 8/16/2023 |
| Chamber: | House |
| Action: | Amend Failed A4 |
| Votes: | FAIL: 47-69 |
| Documents: | A4: AST-135-V-2 |
| Date: | 8/16/2023 |
| Chamber: | House |
| Action: | Amend Failed A3 |
| Votes: | FAIL: 47-70 |
| Documents: | A3: ACH-32-V-1 |
| Date: | 8/16/2023 |
| Chamber: | House |
| Action: | Amend Failed A2 |
| Votes: | FAIL: 46-70 |
| Documents: | A2: ACH-43-V-1 |
| Date: | 8/16/2023 |
| Chamber: | House |

| | |
|---|---|
| Action: | Amend Failed A1 |
| Votes: | FAIL: 46-68 |
| Documents: | A1: ACH-40-V-2 |
| Date: | 8/16/2023 |
| Chamber: | House |
| Action: | Added to Calendar |
| Votes: | None |
| Documents: | None |
| Date: | 8/16/2023 |
| Chamber: | House |
| Action: | Cal Pursuant Rule 36(b) |
| Votes: | None |
| Documents: | None |
| Date: | 8/16/2023 |
| Chamber: | House |
| Action: | Reptd Fav |
| Votes: | None |
| Documents: | None |
| Date: | 8/15/2023 |
| Chamber: | House |
| Action: | Re-ref Com On Rules, Calendar, and Operations of the House |
| Votes: | None |
| Documents: | None |
| Date: | 8/15/2023 |
| Chamber: | House |
| Action: | Reptd Fav Com Substitute |
| Votes: | None |
| Documents: | CS: PCS45363-BK-37 |
| Date: | 6/26/2023 |
| Chamber: | House |
| Action: | Ref to the Com on Election Law and Campaign Finance Reform, if favorable, Rules, Calendar, and Operations of the House |
| Votes: | None |
| Documents: | None |
| Date: | 6/26/2023 |
| Chamber: | House |
| Action: | Passed 1st Reading |
| Votes: | None |
| Documents: | None |
| Date: | 6/22/2023 |
| Chamber: | House |
| Action: | Regular Message Received From Senate |
| Votes: | None |
| Documents: | None |
| Date: | 6/22/2023 |
| Chamber: | Senate |
| Action: | Regular Message Sent To House |
| Votes: | None |
| Documents: | None |
| Date: | 6/21/2023 |
| Chamber: | Senate |
| Action: | Engrossed |
| Votes: | None |
| Documents: | None |
| Date: | 6/21/2023 |
| Chamber: | Senate |
| Action: | Passed 3rd Reading |
| Votes: | None |
| Documents: | None |

| | |
|---|---|
| Date: | 6/21/2023 |
| Chamber: | Senate |
| Action: | Passed 2nd Reading |
| Votes: | PASS: 28-19 |
| Documents: | None |
| Date: | 6/21/2023 |
| Chamber: | Senate |
| Action: | Amend Tabled A10 |
| Votes: | PASS: 28-19 |
| Documents: | A10: ABK-46-V-6 |
| Date: | 6/21/2023 |
| Chamber: | Senate |
| Action: | Amend Tabled A9 |
| Votes: | PASS: 27-19 |
| Documents: | A9: ABK-45-V-3 |
| Date: | 6/21/2023 |
| Chamber: | Senate |
| Action: | Amend Tabled A8 |
| Votes: | PASS: 28-19 |
| Documents: | A8: ABK-47-V-3 |
| Date: | 6/21/2023 |
| Chamber: | Senate |
| Action: | Amend Tabled A7 |
| Votes: | PASS: 32-15 |
| Documents: | A7: ABK-48-V-2 |
| Date: | 6/21/2023 |
| Chamber: | Senate |
| Action: | Amend Tabled A6 |
| Votes: | PASS: 28-19 |
| Documents: | A6: ABK-60-V-2 |
| Date: | 6/21/2023 |
| Chamber: | Senate |
| Action: | Amend Tabled A5 |
| Votes: | PASS: 28-19 |
| Documents: | A5: ABK-56-V-2 |
| Date: | 6/21/2023 |
| Chamber: | Senate |
| Action: | Amend Tabled A4 |
| Votes: | PASS: 28-19 |
| Documents: | A4: ABK-61-V-1 |
| Date: | 6/21/2023 |
| Chamber: | Senate |
| Action: | Amend Adopted A3 |
| Votes: | PASS: 47-0 |
| Documents: | A3: AST-93-V-3 |
| Date: | 6/21/2023 |
| Chamber: | Senate |
| Action: | Amend Adopted A2 |
| Votes: | PASS: 47-0 |
| Documents: | A2: ATE-3-V-5 |
| Date: | 6/21/2023 |
| Chamber: | Senate |
| Action: | Amend Adopted A1 |
| Votes: | PASS: 28-19 |
| Documents: | A1: ABK-54-V-3 |
| Date: | 6/20/2023 |
| Chamber: | Senate |
| Action: | Reptd Fav |
| Votes: | None |

| | |
|---|---|
| Documents: | None |
| Date: | 6/15/2023 |
| Chamber: | Senate |
| Action: | Re-ref Com On Rules and Operations of the Senate |
| Votes: | None |
| Documents: | None |
| Date: | 6/15/2023 |
| Chamber: | Senate |
| Action: | Com Substitute Adopted |
| Votes: | None |
| Documents: | None |
| Date: | 6/15/2023 |
| Chamber: | Senate |
| Action: | Reptd Fav Com Substitute |
| Votes: | None |
| Documents: | CS: PCS35291-BK-31 |
| Date: | 6/12/2023 |
| Chamber: | Senate |
| Action: | Re-ref to Redistricting and Elections. If fav, re-ref to Rules and Operations of the Senate |
| Votes: | None |
| Documents: | None |
| Date: | 6/12/2023 |
| Chamber: | Senate |
| Action: | Withdrawn From Com |
| Votes: | None |
| Documents: | None |
| Date: | 6/5/2023 |
| Chamber: | Senate |
| Action: | Ref To Com On Rules and Operations of the Senate |
| Votes: | None |
| Documents: | None |
| Date: | 6/5/2023 |
| Chamber: | Senate |
| Action: | Passed 1st Reading |
| Votes: | None |
| Documents: | None |
| Date: | 6/1/2023 |
| Chamber: | Senate |
| Action: | Filed |
| Votes: | None |
| Documents: | DRAFT: DRS45341-LU-143 |

Case 1:23-cv-00878-TDS-JEP    Document 124-33    Filed 05/09/25    Page 8 of 8