# Exhibit KK

| | |
|---|---|
| From: | Olivia McCall <Olivia.McCall@wake.gov> |
| Sent: | Monday, December 04, 2023 10:18 AM |
| To: | Cox, Paul |
| Subject: | [External] Wake College Address Standards |
| Attachments: | College Address Standards VoterScan 08.24.22.pdf |

**CAUTION:** External email. Do not click links or open attachments unless verified. Report suspicious emails with the Report Message button located on your Outlook menu bar on the Home tab.

Hi Paul,

This may help sum up what we have to work with regarding the college and university addressing standards, see attached.

Some addresses you will see have a mailing address that require a dorm/unit number and others do not.
If a unit/dorm number is provided then we do incorporate it but majority of the time it is not listed.

Through geocode research and working with the college/university we are able to know what mailing addresses correspond to dorms. We have found that each college/university have different mailroom systems so I am sure this varies across the state.
However, regardless of the unit/dorm number it goes to the mailroom first in most cases and the college/university gets it to the voter through their internal system.

Olivia

## Olivia S. McCall
Director
Wake County Government
Board of Elections
Olivia.McCall@wake.gov
919.404.4052 office
1200 N New Hope Rd., Raleigh, NC 27610/ PO Box 695, Raleigh, NC 27602
ReadyToVote.com


E-mail correspondence sent to and received from this address may be subject to disclosure under the North Carolina Public Records Act unless made confidential under applicable law.



EXHIBIT 30
WIT: P. Cox
DATE: 2/24/25
DENISE MYERS BYRD

1

NCSBE_0000513

Case 1:23-cv-00878-TDS-JEP    Document 124-38    Filed 05/09/25    Page 2 of 6

*Address Standards for Student Voter Registration*

## NCSU Residential Dormitories

| If the voter provides this address: | | | Enter Below in VoterScan | | Mailing Address |
|---|---|---|---|---|---|
| | | | Residential Address | | |
| 2821 | THURMAN | DR | NCSU BOWEN | 27607 | Insert Room #, if provided, and Dorm name on the second line. 2751 Cates Avenue Room #, _____ Hall Raleigh, NC 27607 |
| 2811 | THURMAN | DR | NCSU METCALF | 27607 | |
| 2801 | THURMAN | DR | NCSU CARROLL | 27607 | |
| 2800 | CATES | AVE | NCSU TUCKER | 27607 | |
| 2720 | CATES | AVE | NCSU OWEN | 27607 | |
| 2751 | CATES | AVE | NCSU OWEN | 27607 | |
| 2710 | CATES | AVE | NCSU TURLINGTON | 27607 | |
| 2700 | CATES | AVE | NCSU ALEXANDER | 27607 | |
| 2201 | DUNN | AVE | NCSU BAGWELL | 27607 | 2221 Dunn Avenue Room #, _____ Hall Raleigh, NC 27607 |
| 2221 | DUNN | AVE | NCSU BECTON | 27607 | |
| 2231 | DUNN | AVE | NCSU BECTON | 27607 | |
| 2211 | DUNN | AVE | NCSU BERRY | 27607 | |
| 2210 | BAVER | DR | NCSU SYME | 27607 | |
| 70 | PULLEN | RD | NCSU GOLD | 27607 | |
| 80 | PULLEN | RD | NCSU WELCH | 27607 | |
| 2200 | HILLSBOROUGH | ST | NCSU NORTH | 27607 | |
| 2200 | STINSON | DR | NCSU WATAUGA | 27607 | |
| 210 | DAN ALLEN | DR | NCSU BRAGAW | 27607 | 210 Dan Allen Drive Room #, _____ Hall Raleigh, NC 27607 |
| 2530 | SULLIVAN | DR | NCSU LEE | 27607 | |
| 2921 | THURMAN | DR | NCSU SULLIVAN | 27607 | |
| 2951 | THURMAN | DR | NCSU SULLIVAN | 27607 | |
| 2521 | WARREN CARROLL | DR | NCSU WOOD | 27607 | 2541 Warren Carroll Dr. Room #, _____ Hall Raleigh, NC 27607 |
| 2531 | WARREN CARROLL | DR | NCSU WOOD | 27607 | |
| 2541 | WARREN CARROLL | DR | NCSU WOOD | 28607 | |

## Example of how to enter an NCSU Dorm Address

**Voter Registration Form:**





VoterScan Mailing Address:

**VoterScan Residential Address:**

## University Towers
Enter as: 111 Friendly Dr
Raleigh, NC 27607

## Wolf Village Apartments
*House number must be between 2710-2780.*
Enter Residential: ____ Wolf Village Way
Unit #,
Raleigh, NC 27607
Enter Mailing: 2730 Wolf Village Way,
Unit #, Building Name
Raleigh, NC 27607

| Building Name | Street # | Building Name | Street # |
|---|---|---|---|
| MacKenzie Hall | 2710 | Caspian Hall | 2750 |
| Timber Hall | 2720 | Hudson Hall | 2760 |
| Gray Hall | 2730 | Arctic Hall | 2770 |
| Red Hall | 2740 | Baffin Hall | 2780 |

## Vie at Raleigh

| | | | | | | |
|---|---|---|---|---|---|---|
| 200 | Wolf | Way | 5902 | Wolf Glen | Ct |
| 201 | Wolf | Way | 5903 | Wolf Glen | Ct |
| 312 | Wolf Creek | Cir | 307 | Wolf Green | Dr |
| 403 | Wolf Creek | Cir | 317 | Wolf Green | Dr |
| 412 | Wolf Creek | Cir | 6108 | Wolf Park | Dr |
| 5906 | Wolf Dale | Ct | 6118 | Wolf Park | Dr |
| 5907 | Wolf Dale | Ct | 404 | Wolf View | Dr |
| 309 | Wolf Den | Ln | 405 | Wolf View | Dr |
| 6105 | Wolf Glade | Ct | 5909 | Wolf Walk | Way |

## Village Green Apartments
*House number must be between 2011-2141.*
Enter as: ____ Thesis Cir Unit__
Raleigh, NC 27603
*Or*
Enter as: ____ Neuse Bluff Ct Unit__
Raleigh, NC 27603
*Or*
Enter as: 2000 Village Bluff Pl
Raleigh, NC 27603

## Wolf Ridge Apartments
Tower, Plaza, Innovation, Valley, Grove, Lakeview Halls
*House number must be between 1900-1940.*
Enter Residential: ____ Entrepreneur Dr,
Unit #,
Raleigh, NC 27606
*Or*
*House number must be between 351-381*
Enter Residential: ____ Initiative Way, Unit #,
Raleigh, NC 27606

Enter Mailing: 1910 Entrepreneur Dr,
Unit #, Building Name,
Raleigh, NC 27606

## Campus Edge Apartments

| Raleigh, NC 27606 | |
|---|---|
| Building # | Enter address as: |
| 1 | 3611 Cum Laude Ct |
| 2 | 3621 Cum Laude Ct |
| 3 | 3601 Cum Laude Ct |
| 4 | 3531 Cum Laude Ct |
| 5 | 1861 Scholar Cir |
| 6 | 1841 Scholar Cir |
| 7 | 1830 Scholar Cir |
| 8 | 1840 Scholar Cir |
| 9 | 1860 Scholar Cir |
| 10 | 3500 Cum Laude Ct |
| 11 | 3520 Cum Laude Ct |
| 12 | 1811 Diploma Ct |
| 13 | 1801 Diploma Ct |

## Avent Ferry Residence Halls

| Dorm/Apt | Enter address as: |
|---|---|
| Auroro Hall | 2110 Avent Ferry Rd Raleigh, NC 27606 Include dorm/apt number in UNIT field if provided |
| Bayview Hall | |
| Swan Quarter Hall | |
| Ocracoke Hall | |
| Fort Fisher Hall | |

## E.S. King Village Apartments

| #    | Street      | Letter | Hall        |
|------|-------------|--------|-------------|
| 2911 | Ligon St.   | A      | Chowan      |
| 2921 | Ligon St.   | B      | Currituck   |
| 2941 | Ligon St.   | D      | Tyrrell     |
| 2951 | Ligon St.   | E      | Onslow      |
| 3001 | Ligon St.   | F      | Northhampton|
| 3950 | Jackson St. | H      | Johnston    |
| 3920 | Jackson St. | I      | Bladen      |
| 3910 | Jackson St. | J      | New Hanover |
| 3840 | Jackson St. | K      | Bertie      |
| 3830 | Jackson St. | L      | Carteret    |
| 3810 | Jackson St. | M      | Craven      |
| 740  | Gorman St.  | N      | Pasquotank  |
| 3930 | Jackson St. | Q      | Edgecombe   |

## Fraternity Court

Do not include a street direction (South or West).

## The College Inn

Enter as:     2717 Western Blvd
               Raleigh, NC  27606

## Valentine Commons

Enter as:     3009 M E Valentine Dr Unit __
               Raleigh, NC  27607

---

**Student Voter Registration other than NCSU**

## Meredith College

| Dorm/Apt         | Enter address as: |
|------------------|-------------------|
| Barefoot Hall    | 3800 Hillsborough St Raleigh, NC  27607 <br><br> Include dorm/apt number in UNIT field if provided |
| Brewer Hall      | |
| Faircloth Hall   | |
| Heilman Hall     | |
| Poteat Hall      | |
| Stringfield Hall | |
| Vann Hall        | |
| The Oaks         | |

## St Augustine's College

| Dorm           | Enter address as: |
|----------------|-------------------|
| Atkinson Hall  | 1315 Oakwood Ave Raleigh, NC  27610 <br><br> Include room number in UNIT field if provided |
| Baker Hall     | |
| Boyer Hall     | |
| Falkcrest Hall | |
| Latham Hall    | |
| Weston Hall    | |

## Shaw University

| Address                          | Enter address as:                                                                        |
|----------------------------------|------------------------------------------------------------------------------------------|
| 724 S Person St Raleigh, NC 27601 | 118 E South St Raleigh, NC  27601                                                        |
| 734 S Person St Raleigh, NC 27601 | Include box number in UNIT field if provided                                             |

## William Peace University

Enter address as:    15 E Peace St
                     Raleigh, NC  27604

*Do **not** include a box or unit number.*

## Southeastern Baptist Theological Seminary

Residential Address:   Use Street Address
                              Wake Forest, NC  27587

**Mailing Address**       **Use SEBTS Box Number**
**for Dormitories:**       Wake Forest, NC  27587
**SEBTS Box Format:**   SEBTS BOX GO -
(write your box number    SEBTS BOX BO -
    after the hyphen)       SEBTS BOX LO -
                               SEBTS BOX SH

NCSBE_0000517