# Exhibit LL

| county_name | voter_reg_num | ncid | election_date | voted_date | SDR_Undeliverable_Cure_Status | Current_Voter_Registration_Status | Ballot_Status | SDR_Undeliverable_Creation_Date | SDR_Undeliverable_New_Mailing_Date | SDR_Undeliverable_Cure_Process_Start_Date | SDR_Undeliverable_Last_Update_Date |
|---|---|---|---|---|---|---|---|---|---|---|---|
| NEW HANOVER | 498346 | CW1437623 | 3/5/2024 | 2/19/2024 | DENIED - DEFAULT TIME LIMIT | D | SDR-FAILED VERIFICATION | 3/4/2024 | NULL | NULL | 3/15/2024 |
| NEW HANOVER | 515887 | DB373209 | 11/5/2024 | 10/17/2024 | DENIED - DEFAULT TIME LIMIT | D | SDR-FAILED VERIFICATION | 10/29/2024 | NULL | 11/12/2024 | 11/16/2024 |
| NEW HANOVER | 515913 | EL102821 | 11/5/2024 | 10/18/2024 | DENIED - DEFAULT TIME LIMIT | D | SDR-FAILED VERIFICATION | 10/29/2024 | NULL | 11/12/2024 | 11/16/2024 |
| NEW HANOVER | 515952 | DL298342 | 11/5/2024 | 10/19/2024 | DENIED - DEFAULT TIME LIMIT | D | SDR-FAILED VERIFICATION | 11/4/2024 | NULL | 11/12/2024 | 11/16/2024 |
| NEW HANOVER | 515959 | DB373235 | 11/5/2024 | 10/19/2024 | DENIED - DEFAULT TIME LIMIT | D | SDR-FAILED VERIFICATION | 10/29/2024 | NULL | 11/12/2024 | 11/16/2024 |
| NEW HANOVER | 515967 | DB373240 | 11/5/2024 | 10/19/2024 | DENIED - DEFAULT TIME LIMIT | D | SDR-FAILED VERIFICATION | 11/4/2024 | NULL | 11/12/2024 | 11/16/2024 |
| NEW HANOVER | 516007 | DB373263 | 11/5/2024 | 10/20/2024 | DENIED - DEFAULT TIME LIMIT | D | SDR-FAILED VERIFICATION | 11/4/2024 | NULL | 11/12/2024 | 11/16/2024 |
| NEW HANOVER | 516009 | DH41939 | 11/5/2024 | 10/20/2024 | DENIED - DEFAULT TIME LIMIT | D | SDR-FAILED VERIFICATION | 11/5/2024 | NULL | 11/12/2024 | 11/16/2024 |
| NEW HANOVER | 516015 | DB373266 | 11/5/2024 | 10/20/2024 | DENIED - DEFAULT TIME LIMIT | D | SDR-FAILED VERIFICATION | 11/5/2024 | NULL | 11/12/2024 | 11/16/2024 |
| NEW HANOVER | 516024 | EH1477519 | 11/5/2024 | 10/20/2024 | DENIED - DEFAULT TIME LIMIT | D | SDR-FAILED VERIFICATION | 11/7/2024 | NULL | 11/12/2024 | 11/16/2024 |
| NEW HANOVER | 516032 | DB373272 | 11/5/2024 | 10/20/2024 | DENIED - DEFAULT TIME LIMIT | D | SDR-FAILED VERIFICATION | 11/4/2024 | NULL | 11/12/2024 | 11/16/2024 |
| NEW HANOVER | 516053 | DB373283 | 11/5/2024 | 10/21/2024 | DENIED - DEFAULT TIME LIMIT | D | SDR-FAILED VERIFICATION | 11/5/2024 | NULL | 11/12/2024 | 11/16/2024 |
| NEW HANOVER | 516082 | DB373296 | 11/5/2024 | 10/21/2024 | DENIED - DEFAULT TIME LIMIT | D | SDR-FAILED VERIFICATION | 11/5/2024 | NULL | 11/12/2024 | 11/16/2024 |
| NEW HANOVER | 516103 | DZ82716 | 11/5/2024 | 10/21/2024 | DENIED - DEFAULT TIME LIMIT | D | SDR-FAILED VERIFICATION | 11/7/2024 | NULL | 11/12/2024 | 11/16/2024 |
| NEW HANOVER | 516104 | CJ234323 | 11/5/2024 | 10/21/2024 | DENIED - DEFAULT TIME LIMIT | D | SDR-FAILED VERIFICATION | 11/7/2024 | NULL | 11/12/2024 | 11/16/2024 |
| NEW HANOVER | 516156 | AW224666 | 11/5/2024 | 10/22/2024 | DENIED - DEFAULT TIME LIMIT | D | SDR-FAILED VERIFICATION | 11/4/2024 | NULL | 11/12/2024 | 11/16/2024 |
| NEW HANOVER | 516173 | DB373334 | 11/5/2024 | 10/22/2024 | DENIED - DEFAULT TIME LIMIT | D | SDR-FAILED VERIFICATION | 11/7/2024 | NULL | 11/12/2024 | 11/16/2024 |
| NEW HANOVER | 516219 | DB373356 | 11/5/2024 | 10/22/2024 | DENIED - DEFAULT TIME LIMIT | D | SDR-FAILED VERIFICATION | 11/7/2024 | NULL | 11/12/2024 | 11/16/2024 |
| NEW HANOVER | 516232 | EH1261132 | 11/5/2024 | 10/23/2024 | DENIED - DEFAULT TIME LIMIT | D | SDR-FAILED VERIFICATION | 11/7/2024 | NULL | 11/12/2024 | 11/16/2024 |
| NEW HANOVER | 516238 | BY780653 | 11/5/2024 | 10/23/2024 | DENIED - DEFAULT TIME LIMIT | D | SDR-FAILED VERIFICATION | 11/5/2024 | NULL | 11/12/2024 | 11/16/2024 |
| NEW HANOVER | 516248 | DB373367 | 11/5/2024 | 10/23/2024 | DENIED - DEFAULT TIME LIMIT | D | SDR-FAILED VERIFICATION | 11/7/2024 | NULL | 11/12/2024 | 11/16/2024 |
| NEW HANOVER | 516250 | AL335683 | 11/5/2024 | 10/23/2024 | DENIED - DEFAULT TIME LIMIT | D | SDR-FAILED VERIFICATION | 11/7/2024 | NULL | 11/12/2024 | 11/16/2024 |
| NEW HANOVER | 516252 | DB373369 | 11/5/2024 | 10/23/2024 | DENIED - DEFAULT TIME LIMIT | D | SDR-FAILED VERIFICATION | 11/7/2024 | NULL | 11/12/2024 | 11/16/2024 |
| NEW HANOVER | 516254 | EB90748 | 11/5/2024 | 10/23/2024 | DENIED - DEFAULT TIME LIMIT | D | SDR-FAILED VERIFICATION | 11/7/2024 | NULL | 11/12/2024 | 11/16/2024 |
| NEW HANOVER | 516264 | DB373373 | 11/5/2024 | 10/23/2024 | DENIED - DEFAULT TIME LIMIT | D | SDR-FAILED VERIFICATION | 11/7/2024 | NULL | 11/12/2024 | 11/16/2024 |
| NEW HANOVER | 516273 | DB373380 | 11/5/2024 | 10/23/2024 | DENIED - DEFAULT TIME LIMIT | D | SDR-FAILED VERIFICATION | 10/29/2024 | NULL | 11/12/2024 | 11/16/2024 |
| NEW HANOVER | 516280 | DE326896 | 11/5/2024 | 10/23/2024 | DENIED - DEFAULT TIME LIMIT | D | SDR-FAILED VERIFICATION | 11/5/2024 | NULL | 11/12/2024 | 11/16/2024 |
| NEW HANOVER | 516283 | DB373382 | 11/5/2024 | 10/23/2024 | DENIED - DEFAULT TIME LIMIT | D | SDR-FAILED VERIFICATION | 10/29/2024 | NULL | 11/12/2024 | 11/16/2024 |
| NEW HANOVER | 516285 | EH1258081 | 11/5/2024 | 10/23/2024 | DENIED - DEFAULT TIME LIMIT | D | SDR-FAILED VERIFICATION | 11/4/2024 | NULL | 11/12/2024 | 11/16/2024 |
| NEW HANOVER | 516289 | EH969488 | 11/5/2024 | 10/23/2024 | DENIED - DEFAULT TIME LIMIT | D | SDR-FAILED VERIFICATION | 11/5/2024 | NULL | 11/12/2024 | 11/16/2024 |
| NEW HANOVER | 516332 | CW1501510 | 11/5/2024 | 10/23/2024 | DENIED - DEFAULT TIME LIMIT | D | SDR-FAILED VERIFICATION | 11/5/2024 | NULL | 11/12/2024 | 11/16/2024 |
| NEW HANOVER | 516349 | BJ43450 | 11/5/2024 | 10/23/2024 | DENIED - DEFAULT TIME LIMIT | D | SDR-FAILED VERIFICATION | 10/29/2024 | NULL | 11/12/2024 | 11/16/2024 |
| NEW HANOVER | 516353 | BY810845 | 11/5/2024 | 10/24/2024 | DENIED - DEFAULT TIME LIMIT | D | SDR-FAILED VERIFICATION | 11/7/2024 | NULL | 11/12/2024 | 11/16/2024 |
| NEW HANOVER | 516354 | BG66191 | 11/5/2024 | 10/24/2024 | DENIED - DEFAULT TIME LIMIT | D | SDR-FAILED VERIFICATION | 11/7/2024 | NULL | 11/12/2024 | 11/16/2024 |
| NEW HANOVER | 516356 | DR131045 | 11/5/2024 | 10/24/2024 | DENIED - DEFAULT TIME LIMIT | D | SDR-FAILED VERIFICATION | 11/8/2024 | NULL | 11/12/2024 | 11/16/2024 |
| NEW HANOVER | 516366 | BH206050 | 11/5/2024 | 10/24/2024 | DENIED - DEFAULT TIME LIMIT | D | SDR-FAILED VERIFICATION | 11/7/2024 | NULL | 11/12/2024 | 11/16/2024 |
| NEW HANOVER | 516367 | EH1451426 | 11/5/2024 | 10/24/2024 | DENIED - DEFAULT TIME LIMIT | D | SDR-FAILED VERIFICATION | 11/7/2024 | NULL | 11/12/2024 | 11/16/2024 |
| NEW HANOVER | 516383 | CW1526785 | 11/5/2024 | 10/24/2024 | DENIED - DEFAULT TIME LIMIT | D | SDR-FAILED VERIFICATION | 11/8/2024 | NULL | 11/12/2024 | 11/16/2024 |
| NEW HANOVER | 516385 | DB373412 | 11/5/2024 | 10/24/2024 | DENIED - DEFAULT TIME LIMIT | D | SDR-FAILED VERIFICATION | 11/7/2024 | NULL | 11/12/2024 | 11/16/2024 |
| NEW HANOVER | 516387 | CG219308 | 11/5/2024 | 10/24/2024 | DENIED - DEFAULT TIME LIMIT | D | SDR-FAILED VERIFICATION | 11/7/2024 | NULL | 11/12/2024 | 11/16/2024 |
| NEW HANOVER | 516396 | DB373416 | 11/5/2024 | 10/24/2024 | DENIED - DEFAULT TIME LIMIT | D | SDR-FAILED VERIFICATION | 11/7/2024 | NULL | 11/12/2024 | 11/16/2024 |
| NEW HANOVER | 516415 | DB373421 | 11/5/2024 | 10/24/2024 | DENIED - DEFAULT TIME LIMIT | D | SDR-FAILED VERIFICATION | 11/9/2024 | NULL | 11/12/2024 | 11/16/2024 |
| NEW HANOVER | 516423 | BW73777 | 11/5/2024 | 10/24/2024 | DENIED - DEFAULT TIME LIMIT | D | SDR-FAILED VERIFICATION | 11/7/2024 | NULL | 11/12/2024 | 11/16/2024 |
| NEW HANOVER | 516426 | DR89973 | 11/5/2024 | 10/24/2024 | DENIED - DEFAULT TIME LIMIT | D | SDR-FAILED VERIFICATION | 11/5/2024 | NULL | 11/12/2024 | 11/16/2024 |
| NEW HANOVER | 516429 | DB373424 | 11/5/2024 | 10/24/2024 | DENIED - DEFAULT TIME LIMIT | D | SDR-FAILED VERIFICATION | 11/8/2024 | NULL | 11/12/2024 | 11/16/2024 |
| NEW HANOVER | 516503 | DB373459 | 11/5/2024 | 10/25/2024 | DENIED - DEFAULT TIME LIMIT | D | SDR-FAILED VERIFICATION | 11/9/2024 | NULL | 11/12/2024 | 11/16/2024 |
| NEW HANOVER | 516520 | DB373470 | 11/5/2024 | 10/25/2024 | DENIED - DEFAULT TIME LIMIT | D | SDR-FAILED VERIFICATION | 11/7/2024 | NULL | 11/12/2024 | 11/16/2024 |
| NEW HANOVER | 516538 | CW1385157 | 11/5/2024 | 10/25/2024 | DENIED - DEFAULT TIME LIMIT | D | SDR-FAILED VERIFICATION | 11/9/2024 | NULL | 11/12/2024 | 11/16/2024 |
| NEW HANOVER | 516556 | DB28944 | 11/5/2024 | 10/25/2024 | DENIED - DEFAULT TIME LIMIT | D | SDR-FAILED VERIFICATION | 11/9/2024 | NULL | 11/12/2024 | 11/16/2024 |

| County | ID | Number | Date 1 | Date 2 | Status | Code | Reason | Date 3 | Field | Date 4 | Date 5 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| NEW HANOVER | 516567 | AX90422 | 11/5/2024 | 10/25/2024 | DENIED - DEFAULT TIME LIMIT | D | SDR-FAILED VERIFICATION | 11/9/2024 | NULL | 11/12/2024 | 11/16/2024 |
| NEW HANOVER | 516581 | AW246659 | 11/5/2024 | 10/25/2024 | DENIED - DEFAULT TIME LIMIT | D | SDR-FAILED VERIFICATION | 11/9/2024 | NULL | 11/12/2024 | 11/16/2024 |
| NEW HANOVER | 516659 | AK79641 | 11/5/2024 | 10/26/2024 | DENIED - DEFAULT TIME LIMIT | D | SDR-FAILED VERIFICATION | 11/3/2024 | NULL | 11/12/2024 | 11/16/2024 |
| NEW HANOVER | 516680 | DB373540 | 11/5/2024 | 10/27/2024 | DENIED - DEFAULT TIME LIMIT | D | SDR-FAILED VERIFICATION | 11/12/2024 | NULL | 11/13/2024 | 11/16/2024 |
| NEW HANOVER | 516681 | AL396771 | 11/5/2024 | 10/27/2024 | DENIED - DEFAULT TIME LIMIT | D | SDR-FAILED VERIFICATION | 11/12/2024 | NULL | 11/13/2024 | 11/16/2024 |
| NEW HANOVER | 516698 | AL291301 | 11/5/2024 | 10/26/2024 | DENIED - DEFAULT TIME LIMIT | D | SDR-FAILED VERIFICATION | 11/12/2024 | NULL | 11/13/2024 | 11/16/2024 |
| NEW HANOVER | 516703 | DE345146 | 11/5/2024 | 10/26/2024 | DENIED - DEFAULT TIME LIMIT | D | SDR-FAILED VERIFICATION | 11/9/2024 | NULL | 11/12/2024 | 11/16/2024 |
| NEW HANOVER | 516704 | BE365683 | 11/5/2024 | 10/26/2024 | DENIED - DEFAULT TIME LIMIT | D | SDR-FAILED VERIFICATION | 11/12/2024 | NULL | 11/13/2024 | 11/16/2024 |
| NEW HANOVER | 516724 | AN259475 | 11/5/2024 | 10/26/2024 | DENIED - DEFAULT TIME LIMIT | D | SDR-FAILED VERIFICATION | 11/9/2024 | NULL | 11/12/2024 | 11/16/2024 |
| NEW HANOVER | 516725 | CW1470834 | 11/5/2024 | 10/27/2024 | DENIED - DEFAULT TIME LIMIT | D | SDR-FAILED VERIFICATION | 11/9/2024 | NULL | 11/12/2024 | 11/16/2024 |
| NEW HANOVER | 516749 | DB373575 | 11/5/2024 | 10/27/2024 | DENIED - DEFAULT TIME LIMIT | D | SDR-FAILED VERIFICATION | 11/9/2024 | NULL | 11/12/2024 | 11/16/2024 |
| NEW HANOVER | 516750 | DB373576 | 11/5/2024 | 10/27/2024 | DENIED - DEFAULT TIME LIMIT | D | SDR-FAILED VERIFICATION | 11/12/2024 | NULL | 11/13/2024 | 11/16/2024 |
| NEW HANOVER | 516758 | DB373578 | 11/5/2024 | 10/27/2024 | DENIED - DEFAULT TIME LIMIT | D | SDR-FAILED VERIFICATION | 11/9/2024 | NULL | 11/12/2024 | 11/16/2024 |
| NEW HANOVER | 516779 | DF25177 | 11/5/2024 | 10/28/2024 | DENIED - DEFAULT TIME LIMIT | D | SDR-FAILED VERIFICATION | 11/12/2024 | NULL | 11/13/2024 | 11/16/2024 |
| NEW HANOVER | 516804 | EL109761 | 11/5/2024 | 10/28/2024 | DENIED - DEFAULT TIME LIMIT | D | SDR-FAILED VERIFICATION | 11/12/2024 | NULL | 11/13/2024 | 11/16/2024 |
| NEW HANOVER | 516806 | DX75771 | 11/5/2024 | 10/28/2024 | DENIED - DEFAULT TIME LIMIT | D | SDR-FAILED VERIFICATION | 11/12/2024 | NULL | 11/13/2024 | 11/16/2024 |
| NEW HANOVER | 516827 | DB373603 | 11/5/2024 | 10/28/2024 | DENIED - DEFAULT TIME LIMIT | D | SDR-FAILED VERIFICATION | 11/12/2024 | NULL | 11/13/2024 | 11/16/2024 |
| NEW HANOVER | 516849 | EH1415578 | 11/5/2024 | 10/28/2024 | DENIED - DEFAULT TIME LIMIT | D | SDR-FAILED VERIFICATION | 11/12/2024 | NULL | 11/13/2024 | 11/16/2024 |
| NEW HANOVER | 516863 | DH83294 | 11/5/2024 | 10/28/2024 | DENIED - DEFAULT TIME LIMIT | D | SDR-FAILED VERIFICATION | 11/12/2024 | NULL | 11/13/2024 | 11/16/2024 |
| NEW HANOVER | 516877 | EH203827 | 11/5/2024 | 10/28/2024 | DENIED - DEFAULT TIME LIMIT | D | SDR-FAILED VERIFICATION | 11/12/2024 | NULL | 11/13/2024 | 11/16/2024 |
| NEW HANOVER | 516883 | DB373623 | 11/5/2024 | 10/28/2024 | DENIED - DEFAULT TIME LIMIT | D | SDR-FAILED VERIFICATION | 11/12/2024 | NULL | 11/13/2024 | 11/16/2024 |
| NEW HANOVER | 516893 | DE355530 | 11/5/2024 | 10/28/2024 | DENIED - DEFAULT TIME LIMIT | D | SDR-FAILED VERIFICATION | 11/12/2024 | NULL | 11/13/2024 | 11/16/2024 |
| NEW HANOVER | 516964 | CE65458 | 11/5/2024 | 10/28/2024 | DENIED - DEFAULT TIME LIMIT | D | SDR-FAILED VERIFICATION | 11/12/2024 | NULL | 11/13/2024 | 11/16/2024 |
| NEW HANOVER | 516985 | DB319691 | 11/5/2024 | 10/28/2024 | DENIED - DEFAULT TIME LIMIT | D | SDR-FAILED VERIFICATION | 11/7/2024 | NULL | 11/12/2024 | 11/16/2024 |
| NEW HANOVER | 517022 | BY800016 | 11/5/2024 | 10/29/2024 | DENIED - DEFAULT TIME LIMIT | D | SDR-FAILED VERIFICATION | 11/12/2024 | NULL | 11/13/2024 | 11/16/2024 |
| NEW HANOVER | 517034 | DB373682 | 11/5/2024 | 10/29/2024 | DENIED - DEFAULT TIME LIMIT | D | SDR-FAILED VERIFICATION | 11/12/2024 | NULL | 11/13/2024 | 11/16/2024 |
| NEW HANOVER | 517047 | DB373689 | 11/5/2024 | 10/29/2024 | DENIED - DEFAULT TIME LIMIT | D | SDR-FAILED VERIFICATION | 11/12/2024 | NULL | 11/13/2024 | 11/16/2024 |
| NEW HANOVER | 517050 | DB373691 | 11/5/2024 | 10/29/2024 | DENIED - DEFAULT TIME LIMIT | D | SDR-FAILED VERIFICATION | 11/12/2024 | NULL | 11/13/2024 | 11/16/2024 |
| NEW HANOVER | 517055 | AW246094 | 11/5/2024 | 10/29/2024 | DENIED - DEFAULT TIME LIMIT | D | SDR-FAILED VERIFICATION | 11/12/2024 | NULL | 11/13/2024 | 11/16/2024 |
| NEW HANOVER | 517064 | DB373700 | 11/5/2024 | 10/29/2024 | DENIED - DEFAULT TIME LIMIT | D | SDR-FAILED VERIFICATION | 11/12/2024 | NULL | 11/13/2024 | 11/16/2024 |
| NEW HANOVER | 517074 | BR261851 | 11/5/2024 | 10/29/2024 | DENIED - DEFAULT TIME LIMIT | D | SDR-FAILED VERIFICATION | 11/12/2024 | NULL | 11/13/2024 | 11/16/2024 |
| NEW HANOVER | 517075 | EB89180 | 11/5/2024 | 10/29/2024 | DENIED - DEFAULT TIME LIMIT | D | SDR-FAILED VERIFICATION | 11/12/2024 | NULL | 11/13/2024 | 11/16/2024 |
| NEW HANOVER | 517082 | DB373711 | 11/5/2024 | 10/29/2024 | DENIED - DEFAULT TIME LIMIT | D | SDR-FAILED VERIFICATION | 11/12/2024 | NULL | 11/13/2024 | 11/16/2024 |
| NEW HANOVER | 517098 | CW1423230 | 11/5/2024 | 10/29/2024 | DENIED - DEFAULT TIME LIMIT | D | SDR-FAILED VERIFICATION | 11/12/2024 | NULL | 11/13/2024 | 11/16/2024 |
| NEW HANOVER | 517103 | BF43051 | 11/5/2024 | 10/29/2024 | DENIED - DEFAULT TIME LIMIT | D | SDR-FAILED VERIFICATION | 11/12/2024 | NULL | 11/13/2024 | 11/16/2024 |
| NEW HANOVER | 517109 | BY811082 | 11/5/2024 | 10/29/2024 | DENIED - DEFAULT TIME LIMIT | D | SDR-FAILED VERIFICATION | 11/12/2024 | NULL | 11/13/2024 | 11/16/2024 |
| NEW HANOVER | 517114 | BN581409 | 11/5/2024 | 10/29/2024 | DENIED - DEFAULT TIME LIMIT | D | SDR-FAILED VERIFICATION | 11/12/2024 | NULL | 11/13/2024 | 11/16/2024 |
| NEW HANOVER | 517121 | BE429663 | 11/5/2024 | 10/29/2024 | DENIED - DEFAULT TIME LIMIT | D | SDR-FAILED VERIFICATION | 11/12/2024 | NULL | 11/13/2024 | 11/16/2024 |
| NEW HANOVER | 517124 | DB373720 | 11/5/2024 | 10/29/2024 | DENIED - DEFAULT TIME LIMIT | D | SDR-FAILED VERIFICATION | 11/12/2024 | NULL | 11/13/2024 | 11/16/2024 |
| NEW HANOVER | 517144 | DN178371 | 11/5/2024 | 10/29/2024 | DENIED - DEFAULT TIME LIMIT | D | SDR-FAILED VERIFICATION | 11/12/2024 | NULL | 11/13/2024 | 11/16/2024 |
| NEW HANOVER | 517146 | BG61469 | 11/5/2024 | 10/29/2024 | DENIED - DEFAULT TIME LIMIT | D | SDR-FAILED VERIFICATION | 11/12/2024 | NULL | 11/13/2024 | 11/16/2024 |
| NEW HANOVER | 517148 | DB373730 | 11/5/2024 | 10/29/2024 | DENIED - DEFAULT TIME LIMIT | D | SDR-FAILED VERIFICATION | 11/12/2024 | NULL | 11/13/2024 | 11/16/2024 |
| NEW HANOVER | 517191 | AW237970 | 11/5/2024 | 10/29/2024 | DENIED - DEFAULT TIME LIMIT | D | SDR-FAILED VERIFICATION | 11/12/2024 | NULL | 11/13/2024 | 11/16/2024 |
| NEW HANOVER | 517192 | DB68849 | 11/5/2024 | 10/29/2024 | DENIED - DEFAULT TIME LIMIT | D | SDR-FAILED VERIFICATION | 11/12/2024 | NULL | 11/13/2024 | 11/16/2024 |
| NEW HANOVER | 517193 | DB373747 | 11/5/2024 | 10/29/2024 | DENIED - DEFAULT TIME LIMIT | D | SDR-FAILED VERIFICATION | 11/12/2024 | NULL | 11/13/2024 | 11/16/2024 |
| NEW HANOVER | 517200 | DX75942 | 11/5/2024 | 10/29/2024 | DENIED - DEFAULT TIME LIMIT | D | SDR-FAILED VERIFICATION | 11/12/2024 | NULL | 11/13/2024 | 11/16/2024 |
| NEW HANOVER | 517204 | DB373751 | 11/5/2024 | 10/29/2024 | DENIED - DEFAULT TIME LIMIT | D | SDR-FAILED VERIFICATION | 11/12/2024 | NULL | 11/13/2024 | 11/16/2024 |
| NEW HANOVER | 517207 | DB373753 | 11/5/2024 | 10/28/2024 | DENIED - DEFAULT TIME LIMIT | D | SDR-FAILED VERIFICATION | 11/12/2024 | NULL | 11/13/2024 | 11/16/2024 |
| NEW HANOVER | 517210 | BK61872 | 11/5/2024 | 10/27/2024 | DENIED - DEFAULT TIME LIMIT | D | SDR-FAILED VERIFICATION | 11/12/2024 | NULL | 11/13/2024 | 11/16/2024 |
| NEW HANOVER | 517226 | BF45674 | 11/5/2024 | 10/30/2024 | DENIED - DEFAULT TIME LIMIT | D | SDR-FAILED VERIFICATION | 11/12/2024 | NULL | 11/13/2024 | 11/16/2024 |
| NEW HANOVER | 517227 | EH1447789 | 11/5/2024 | 10/30/2024 | DENIED - DEFAULT TIME LIMIT | D | SDR-FAILED VERIFICATION | 11/12/2024 | NULL | 11/13/2024 | 11/16/2024 |

| County | ID | Code | Date1 | Date2 | Status | Flag | Reason | Date3 | Null | Date4 | Date5 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| NEW HANOVER | 517246 | DB373767 | 11/5/2024 | 10/30/2024 | DENIED - DEFAULT TIME LIMIT | D | SDR-FAILED VERIFICATION | 11/12/2024 | NULL | 11/13/2024 | 11/16/2024 |
| NEW HANOVER | 517248 | DB373769 | 11/5/2024 | 10/30/2024 | DENIED - DEFAULT TIME LIMIT | D | SDR-FAILED VERIFICATION | 11/12/2024 | NULL | 11/13/2024 | 11/16/2024 |
| NEW HANOVER | 517255 | DB373775 | 11/5/2024 | 10/30/2024 | DENIED - DEFAULT TIME LIMIT | D | SDR-FAILED VERIFICATION | 11/12/2024 | NULL | 11/13/2024 | 11/16/2024 |
| NEW HANOVER | 517263 | CA157958 | 11/5/2024 | 10/30/2024 | DENIED - DEFAULT TIME LIMIT | D | SDR-FAILED VERIFICATION | 11/12/2024 | NULL | 11/13/2024 | 11/16/2024 |
| NEW HANOVER | 517272 | CW1550575 | 11/5/2024 | 10/30/2024 | DENIED - DEFAULT TIME LIMIT | D | SDR-FAILED VERIFICATION | 11/12/2024 | NULL | 11/13/2024 | 11/16/2024 |
| NEW HANOVER | 517284 | DB373785 | 11/5/2024 | 10/30/2024 | DENIED - DEFAULT TIME LIMIT | D | SDR-FAILED VERIFICATION | 11/12/2024 | NULL | 11/13/2024 | 11/16/2024 |
| NEW HANOVER | 517300 | AK115520 | 11/5/2024 | 10/30/2024 | DENIED - DEFAULT TIME LIMIT | D | SDR-FAILED VERIFICATION | 11/12/2024 | NULL | 11/13/2024 | 11/16/2024 |
| NEW HANOVER | 517309 | DB373794 | 11/5/2024 | 10/30/2024 | DENIED - DEFAULT TIME LIMIT | D | SDR-FAILED VERIFICATION | 11/12/2024 | NULL | 11/13/2024 | 11/16/2024 |
| NEW HANOVER | 517310 | DB373795 | 11/5/2024 | 10/30/2024 | DENIED - DEFAULT TIME LIMIT | D | SDR-FAILED VERIFICATION | 11/12/2024 | NULL | 11/13/2024 | 11/16/2024 |
| NEW HANOVER | 517324 | EF260688 | 11/5/2024 | 10/30/2024 | DENIED - DEFAULT TIME LIMIT | D | SDR-FAILED VERIFICATION | 11/12/2024 | NULL | 11/13/2024 | 11/16/2024 |
| NEW HANOVER | 517327 | DB49006 | 11/5/2024 | 10/30/2024 | DENIED - DEFAULT TIME LIMIT | D | SDR-FAILED VERIFICATION | 11/9/2024 | NULL | 11/12/2024 | 11/16/2024 |
| NEW HANOVER | 517347 | CJ165239 | 11/5/2024 | 10/30/2024 | DENIED - DEFAULT TIME LIMIT | D | SDR-FAILED VERIFICATION | 11/12/2024 | NULL | 11/13/2024 | 11/16/2024 |
| NEW HANOVER | 517356 | DB373818 | 11/5/2024 | 10/30/2024 | DENIED - DEFAULT TIME LIMIT | D | SDR-FAILED VERIFICATION | 11/12/2024 | NULL | 11/13/2024 | 11/16/2024 |
| NEW HANOVER | 517363 | DB373822 | 11/5/2024 | 10/30/2024 | DENIED - DEFAULT TIME LIMIT | D | SDR-FAILED VERIFICATION | 11/9/2024 | NULL | 11/12/2024 | 11/16/2024 |
| NEW HANOVER | 517366 | EL108239 | 11/5/2024 | 10/30/2024 | DENIED - DEFAULT TIME LIMIT | D | SDR-FAILED VERIFICATION | 11/12/2024 | NULL | 11/13/2024 | 11/16/2024 |
| NEW HANOVER | 517373 | EH1360617 | 11/5/2024 | 10/30/2024 | DENIED - DEFAULT TIME LIMIT | D | SDR-FAILED VERIFICATION | 11/12/2024 | NULL | 11/13/2024 | 11/16/2024 |
| NEW HANOVER | 517389 | EH1446959 | 11/5/2024 | 10/30/2024 | DENIED - DEFAULT TIME LIMIT | D | SDR-FAILED VERIFICATION | 11/12/2024 | NULL | 11/13/2024 | 11/16/2024 |
| NEW HANOVER | 517412 | EH1158373 | 11/5/2024 | 10/30/2024 | DENIED - DEFAULT TIME LIMIT | D | SDR-FAILED VERIFICATION | 11/12/2024 | NULL | 11/13/2024 | 11/16/2024 |
| NEW HANOVER | 517415 | DB373840 | 11/5/2024 | 10/30/2024 | DENIED - DEFAULT TIME LIMIT | D | SDR-FAILED VERIFICATION | 11/9/2024 | NULL | 11/12/2024 | 11/16/2024 |
| NEW HANOVER | 517419 | DB373841 | 11/5/2024 | 10/30/2024 | DENIED - DEFAULT TIME LIMIT | D | SDR-FAILED VERIFICATION | 11/12/2024 | NULL | 11/13/2024 | 11/16/2024 |
| NEW HANOVER | 517421 | DB373843 | 11/5/2024 | 10/30/2024 | DENIED - DEFAULT TIME LIMIT | D | SDR-FAILED VERIFICATION | 11/12/2024 | NULL | 11/13/2024 | 11/16/2024 |
| NEW HANOVER | 517426 | DB373844 | 11/5/2024 | 10/30/2024 | DENIED - DEFAULT TIME LIMIT | D | SDR-FAILED VERIFICATION | 11/12/2024 | NULL | 11/13/2024 | 11/16/2024 |
| NEW HANOVER | 517429 | DB373845 | 11/5/2024 | 10/30/2024 | DENIED - DEFAULT TIME LIMIT | D | SDR-FAILED VERIFICATION | 11/12/2024 | NULL | 11/13/2024 | 11/16/2024 |
| NEW HANOVER | 517434 | CW1421908 | 11/5/2024 | 10/30/2024 | DENIED - DEFAULT TIME LIMIT | D | SDR-FAILED VERIFICATION | 11/12/2024 | NULL | 11/13/2024 | 11/16/2024 |
| NEW HANOVER | 517435 | DB373847 | 11/5/2024 | 10/30/2024 | DENIED - DEFAULT TIME LIMIT | D | SDR-FAILED VERIFICATION | 11/12/2024 | NULL | 11/13/2024 | 11/16/2024 |
| NEW HANOVER | 517440 | EH1426716 | 11/5/2024 | 10/30/2024 | DENIED - DEFAULT TIME LIMIT | D | SDR-FAILED VERIFICATION | 11/12/2024 | NULL | 11/13/2024 | 11/16/2024 |
| NEW HANOVER | 517442 | DE351287 | 11/5/2024 | 10/30/2024 | DENIED - DEFAULT TIME LIMIT | D | SDR-FAILED VERIFICATION | 11/12/2024 | NULL | 11/13/2024 | 11/16/2024 |
| NEW HANOVER | 517452 | AX89759 | 11/5/2024 | 10/30/2024 | DENIED - DEFAULT TIME LIMIT | D | SDR-FAILED VERIFICATION | 11/12/2024 | NULL | 11/13/2024 | 11/16/2024 |
| NEW HANOVER | 517455 | DS130270 | 11/5/2024 | 10/30/2024 | DENIED - DEFAULT TIME LIMIT | D | SDR-FAILED VERIFICATION | 11/12/2024 | NULL | 11/13/2024 | 11/16/2024 |
| NEW HANOVER | 517456 | BN566188 | 11/5/2024 | 10/30/2024 | DENIED - DEFAULT TIME LIMIT | D | SDR-FAILED VERIFICATION | 11/12/2024 | NULL | 11/13/2024 | 11/16/2024 |
| NEW HANOVER | 517468 | AA230708 | 11/5/2024 | 10/30/2024 | DENIED - DEFAULT TIME LIMIT | D | SDR-FAILED VERIFICATION | 11/12/2024 | NULL | 11/13/2024 | 11/16/2024 |
| NEW HANOVER | 517469 | DH79577 | 11/5/2024 | 10/30/2024 | DENIED - DEFAULT TIME LIMIT | D | SDR-FAILED VERIFICATION | 11/12/2024 | NULL | 11/13/2024 | 11/16/2024 |
| NEW HANOVER | 517472 | CW1473169 | 11/5/2024 | 10/30/2024 | DENIED - DEFAULT TIME LIMIT | D | SDR-FAILED VERIFICATION | 11/12/2024 | NULL | 11/13/2024 | 11/16/2024 |
| NEW HANOVER | 517473 | EF267083 | 11/5/2024 | 10/30/2024 | DENIED - DEFAULT TIME LIMIT | D | SDR-FAILED VERIFICATION | 11/12/2024 | NULL | 11/13/2024 | 11/16/2024 |
| NEW HANOVER | 517474 | DB373859 | 11/5/2024 | 10/30/2024 | DENIED - DEFAULT TIME LIMIT | D | SDR-FAILED VERIFICATION | 11/12/2024 | NULL | 11/13/2024 | 11/16/2024 |
| NEW HANOVER | 517475 | EH1408379 | 11/5/2024 | 10/30/2024 | DENIED - DEFAULT TIME LIMIT | D | SDR-FAILED VERIFICATION | 11/12/2024 | NULL | 11/13/2024 | 11/16/2024 |
| NEW HANOVER | 517478 | DB373860 | 11/5/2024 | 10/30/2024 | DENIED - DEFAULT TIME LIMIT | D | SDR-FAILED VERIFICATION | 11/9/2024 | NULL | 11/12/2024 | 11/16/2024 |
| NEW HANOVER | 517481 | DB373861 | 11/5/2024 | 10/30/2024 | DENIED - DEFAULT TIME LIMIT | D | SDR-FAILED VERIFICATION | 11/12/2024 | NULL | 11/13/2024 | 11/16/2024 |
| NEW HANOVER | 517497 | BY664132 | 11/5/2024 | 10/30/2024 | DENIED - DEFAULT TIME LIMIT | D | SDR-FAILED VERIFICATION | 11/12/2024 | NULL | 11/13/2024 | 11/16/2024 |
| NEW HANOVER | 517507 | DB373875 | 11/5/2024 | 10/30/2024 | DENIED - DEFAULT TIME LIMIT | D | SDR-FAILED VERIFICATION | 11/12/2024 | NULL | 11/13/2024 | 11/16/2024 |
| NEW HANOVER | 517551 | DN172651 | 11/5/2024 | 10/31/2024 | DENIED - DEFAULT TIME LIMIT | D | SDR-FAILED VERIFICATION | 11/12/2024 | NULL | 11/13/2024 | 11/16/2024 |
| NEW HANOVER | 517556 | DB373897 | 11/5/2024 | 10/31/2024 | DENIED - DEFAULT TIME LIMIT | D | SDR-FAILED VERIFICATION | 11/12/2024 | NULL | 11/13/2024 | 11/16/2024 |
| NEW HANOVER | 517561 | EP99714 | 11/5/2024 | 10/31/2024 | DENIED - DEFAULT TIME LIMIT | D | SDR-FAILED VERIFICATION | 11/12/2024 | NULL | 11/13/2024 | 11/16/2024 |
| NEW HANOVER | 517565 | DB222801 | 11/5/2024 | 10/31/2024 | DENIED - DEFAULT TIME LIMIT | D | SDR-FAILED VERIFICATION | 11/12/2024 | NULL | 11/13/2024 | 11/16/2024 |
| NEW HANOVER | 517567 | EH1219950 | 11/5/2024 | 10/31/2024 | DENIED - DEFAULT TIME LIMIT | D | SDR-FAILED VERIFICATION | 11/12/2024 | NULL | 11/13/2024 | 11/16/2024 |
| NEW HANOVER | 517621 | DB373927 | 11/5/2024 | 10/31/2024 | DENIED - DEFAULT TIME LIMIT | D | SDR-FAILED VERIFICATION | 11/12/2024 | NULL | 11/13/2024 | 11/16/2024 |
| NEW HANOVER | 517625 | DB373929 | 11/5/2024 | 10/31/2024 | DENIED - DEFAULT TIME LIMIT | D | SDR-FAILED VERIFICATION | 11/12/2024 | NULL | 11/13/2024 | 11/16/2024 |
| NEW HANOVER | 517668 | BR248202 | 11/5/2024 | 10/31/2024 | DENIED - DEFAULT TIME LIMIT | D | SDR-FAILED VERIFICATION | 11/12/2024 | NULL | 11/13/2024 | 11/16/2024 |
| NEW HANOVER | 517688 | DB373958 | 11/5/2024 | 10/31/2024 | DENIED - DEFAULT TIME LIMIT | D | SDR-FAILED VERIFICATION | 11/12/2024 | NULL | 11/13/2024 | 11/16/2024 |
| NEW HANOVER | 517762 | BE497494 | 11/5/2024 | 10/31/2024 | DENIED - DEFAULT TIME LIMIT | D | SDR-FAILED VERIFICATION | 11/12/2024 | NULL | 11/13/2024 | 11/16/2024 |
| NEW HANOVER | 517793 | DB374002 | 11/5/2024 | 10/31/2024 | DENIED - DEFAULT TIME LIMIT | D | SDR-FAILED VERIFICATION | 11/12/2024 | NULL | 11/13/2024 | 11/16/2024 |

| County | ID | Code | Date1 | Date2 | Status | Flag | Reason | Date3 | Date4 | Date5 | Date6 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| NEW HANOVER | 517796 | BK57201 | 11/5/2024 | 10/31/2024 | DENIED - DEFAULT TIME LIMIT | D | SDR-FAILED VERIFICATION | 11/12/2024 | NULL | 11/13/2024 | 11/16/2024 |
| NEW HANOVER | 517801 | BH202193 | 11/5/2024 | 10/31/2024 | DENIED - DEFAULT TIME LIMIT | D | SDR-FAILED VERIFICATION | 11/12/2024 | NULL | 11/13/2024 | 11/16/2024 |
| NEW HANOVER | 517860 | EH1374342 | 11/5/2024 | 11/1/2024 | DENIED - DEFAULT TIME LIMIT | D | SDR-FAILED VERIFICATION | 11/12/2024 | NULL | 11/13/2024 | 11/16/2024 |
| NEW HANOVER | 517881 | AA236018 | 11/5/2024 | 11/1/2024 | DENIED - DEFAULT TIME LIMIT | D | SDR-FAILED VERIFICATION | 11/12/2024 | NULL | 11/13/2024 | 11/16/2024 |
| NEW HANOVER | 517898 | BK59169 | 11/5/2024 | 11/1/2024 | DENIED - DEFAULT TIME LIMIT | D | SDR-FAILED VERIFICATION | 11/12/2024 | NULL | 11/13/2024 | 11/16/2024 |
| NEW HANOVER | 517899 | EF259033 | 11/5/2024 | 11/1/2024 | DENIED - DEFAULT TIME LIMIT | D | SDR-FAILED VERIFICATION | 11/12/2024 | NULL | 11/13/2024 | 11/16/2024 |
| NEW HANOVER | 517910 | EF267028 | 11/5/2024 | 11/1/2024 | DENIED - DEFAULT TIME LIMIT | D | SDR-FAILED VERIFICATION | 11/12/2024 | NULL | 11/13/2024 | 11/16/2024 |
| NEW HANOVER | 517929 | CW1500552 | 11/5/2024 | 11/1/2024 | DENIED - DEFAULT TIME LIMIT | D | SDR-FAILED VERIFICATION | 11/12/2024 | NULL | 11/13/2024 | 11/16/2024 |
| NEW HANOVER | 517930 | CZ125785 | 11/5/2024 | 11/1/2024 | DENIED - DEFAULT TIME LIMIT | D | SDR-FAILED VERIFICATION | 11/12/2024 | NULL | 11/13/2024 | 11/16/2024 |
| NEW HANOVER | 517947 | DH66314 | 11/5/2024 | 11/1/2024 | DENIED - DEFAULT TIME LIMIT | D | SDR-FAILED VERIFICATION | 11/12/2024 | NULL | 11/13/2024 | 11/16/2024 |
| NEW HANOVER | 517967 | BB126082 | 11/5/2024 | 11/1/2024 | DENIED - DEFAULT TIME LIMIT | D | SDR-FAILED VERIFICATION | 11/12/2024 | NULL | 11/13/2024 | 11/16/2024 |
| NEW HANOVER | 517985 | DD254079 | 11/5/2024 | 11/1/2024 | DENIED - DEFAULT TIME LIMIT | D | SDR-FAILED VERIFICATION | 11/12/2024 | NULL | 11/13/2024 | 11/16/2024 |
| NEW HANOVER | 517987 | DB374070 | 11/5/2024 | 11/1/2024 | DENIED - DEFAULT TIME LIMIT | D | SDR-FAILED VERIFICATION | 11/12/2024 | NULL | 11/13/2024 | 11/16/2024 |
| NEW HANOVER | 518001 | CW1455706 | 11/5/2024 | 11/1/2024 | DENIED - DEFAULT TIME LIMIT | D | SDR-FAILED VERIFICATION | 11/12/2024 | NULL | 11/13/2024 | 11/16/2024 |
| NEW HANOVER | 518007 | DB374078 | 11/5/2024 | 11/1/2024 | DENIED - DEFAULT TIME LIMIT | D | SDR-FAILED VERIFICATION | 11/12/2024 | NULL | 11/13/2024 | 11/16/2024 |
| NEW HANOVER | 518049 | EF270543 | 11/5/2024 | 11/1/2024 | DENIED - DEFAULT TIME LIMIT | D | SDR-FAILED VERIFICATION | 11/12/2024 | NULL | 11/13/2024 | 11/16/2024 |
| NEW HANOVER | 518109 | DB374125 | 11/5/2024 | 11/1/2024 | DENIED - DEFAULT TIME LIMIT | D | SDR-FAILED VERIFICATION | 11/12/2024 | NULL | 11/13/2024 | 11/16/2024 |
| NEW HANOVER | 518121 | DS127973 | 11/5/2024 | 11/1/2024 | DENIED - DEFAULT TIME LIMIT | D | SDR-FAILED VERIFICATION | 11/12/2024 | NULL | 11/13/2024 | 11/16/2024 |
| NEW HANOVER | 518125 | EH1449741 | 11/5/2024 | 11/1/2024 | DENIED - DEFAULT TIME LIMIT | D | SDR-FAILED VERIFICATION | 11/12/2024 | NULL | 11/13/2024 | 11/16/2024 |
| NEW HANOVER | 518183 | DB374152 | 11/5/2024 | 11/1/2024 | DENIED - DEFAULT TIME LIMIT | D | SDR-FAILED VERIFICATION | 11/8/2024 | NULL | 11/12/2024 | 11/16/2024 |
| NEW HANOVER | 518191 | AG68404 | 11/5/2024 | 11/1/2024 | DENIED - DEFAULT TIME LIMIT | D | SDR-FAILED VERIFICATION | 11/12/2024 | NULL | 11/13/2024 | 11/16/2024 |
| NEW HANOVER | 518207 | DD235069 | 11/5/2024 | 11/1/2024 | DENIED - DEFAULT TIME LIMIT | D | SDR-FAILED VERIFICATION | 11/12/2024 | NULL | 11/13/2024 | 11/16/2024 |
| NEW HANOVER | 518209 | CG216318 | 11/5/2024 | 11/1/2024 | DENIED - DEFAULT TIME LIMIT | D | SDR-FAILED VERIFICATION | 11/12/2024 | NULL | 11/13/2024 | 11/16/2024 |
| NEW HANOVER | 518216 | CG178722 | 11/5/2024 | 11/1/2024 | DENIED - DEFAULT TIME LIMIT | D | SDR-FAILED VERIFICATION | 11/12/2024 | NULL | 11/13/2024 | 11/16/2024 |
| NEW HANOVER | 518219 | EF276102 | 11/5/2024 | 11/1/2024 | DENIED - DEFAULT TIME LIMIT | D | SDR-FAILED VERIFICATION | 11/12/2024 | NULL | 11/13/2024 | 11/16/2024 |
| NEW HANOVER | 518225 | CG217018 | 11/5/2024 | 11/1/2024 | DENIED - DEFAULT TIME LIMIT | D | SDR-FAILED VERIFICATION | 11/12/2024 | NULL | 11/13/2024 | 11/16/2024 |
| NEW HANOVER | 518239 | CW1384738 | 11/5/2024 | 11/1/2024 | DENIED - DEFAULT TIME LIMIT | D | SDR-FAILED VERIFICATION | 11/12/2024 | NULL | 11/13/2024 | 11/16/2024 |
| NEW HANOVER | 518255 | DB374186 | 11/5/2024 | 10/31/2024 | DENIED - DEFAULT TIME LIMIT | D | SDR-FAILED VERIFICATION | 11/12/2024 | NULL | 11/13/2024 | 11/16/2024 |
| NEW HANOVER | 518256 | DB374187 | 11/5/2024 | 10/31/2024 | DENIED - DEFAULT TIME LIMIT | D | SDR-FAILED VERIFICATION | 11/12/2024 | NULL | 11/13/2024 | 11/16/2024 |
| NEW HANOVER | 518266 | DB374194 | 11/5/2024 | 11/2/2024 | DENIED - DEFAULT TIME LIMIT | D | SDR-FAILED VERIFICATION | 11/12/2024 | NULL | 11/13/2024 | 11/16/2024 |
| NEW HANOVER | 518286 | CG223972 | 11/5/2024 | 11/2/2024 | DENIED - DEFAULT TIME LIMIT | D | SDR-FAILED VERIFICATION | 11/12/2024 | NULL | 11/13/2024 | 11/16/2024 |
| NEW HANOVER | 518294 | EH1449439 | 11/5/2024 | 11/2/2024 | DENIED - DEFAULT TIME LIMIT | D | SDR-FAILED VERIFICATION | 11/12/2024 | NULL | 11/13/2024 | 11/16/2024 |
| NEW HANOVER | 518296 | EH1449967 | 11/5/2024 | 11/2/2024 | DENIED - DEFAULT TIME LIMIT | D | SDR-FAILED VERIFICATION | 11/12/2024 | NULL | 11/13/2024 | 11/16/2024 |
| NEW HANOVER | 518307 | DD242847 | 11/5/2024 | 11/2/2024 | DENIED - DEFAULT TIME LIMIT | D | SDR-FAILED VERIFICATION | 11/12/2024 | NULL | 11/13/2024 | 11/16/2024 |
| NEW HANOVER | 518311 | BP82231 | 11/5/2024 | 11/2/2024 | DENIED - DEFAULT TIME LIMIT | D | SDR-FAILED VERIFICATION | 11/12/2024 | NULL | 11/13/2024 | 11/16/2024 |
| NEW HANOVER | 518349 | CJ199918 | 11/5/2024 | 11/2/2024 | DENIED - DEFAULT TIME LIMIT | D | SDR-FAILED VERIFICATION | 11/12/2024 | NULL | 11/13/2024 | 11/16/2024 |
| NEW HANOVER | 518350 | EH1452761 | 11/5/2024 | 11/2/2024 | DENIED - DEFAULT TIME LIMIT | D | SDR-FAILED VERIFICATION | 11/12/2024 | NULL | 11/13/2024 | 11/16/2024 |
| NEW HANOVER | 518365 | DB374232 | 11/5/2024 | 11/2/2024 | DENIED - DEFAULT TIME LIMIT | D | SDR-FAILED VERIFICATION | 11/12/2024 | NULL | 11/13/2024 | 11/16/2024 |
| NEW HANOVER | 518366 | DB374233 | 11/5/2024 | 11/2/2024 | DENIED - DEFAULT TIME LIMIT | D | SDR-FAILED VERIFICATION | 11/12/2024 | NULL | 11/13/2024 | 11/16/2024 |
| NEW HANOVER | 518376 | CW1379715 | 11/5/2024 | 11/2/2024 | DENIED - DEFAULT TIME LIMIT | D | SDR-FAILED VERIFICATION | 11/12/2024 | NULL | 11/13/2024 | 11/16/2024 |
| NEW HANOVER | 518385 | CT62996 | 11/5/2024 | 11/2/2024 | DENIED - DEFAULT TIME LIMIT | D | SDR-FAILED VERIFICATION | 11/12/2024 | NULL | 11/13/2024 | 11/16/2024 |
| NEW HANOVER | 518396 | DB374246 | 11/5/2024 | 11/2/2024 | DENIED - DEFAULT TIME LIMIT | D | SDR-FAILED VERIFICATION | 11/12/2024 | NULL | 11/13/2024 | 11/16/2024 |
| NEW HANOVER | 518421 | DB374255 | 11/5/2024 | 11/2/2024 | DENIED - DEFAULT TIME LIMIT | D | SDR-FAILED VERIFICATION | 11/12/2024 | NULL | 11/13/2024 | 11/16/2024 |
| NEW HANOVER | 518431 | AS104962 | 11/5/2024 | 11/2/2024 | DENIED - DEFAULT TIME LIMIT | D | SDR-FAILED VERIFICATION | 11/12/2024 | NULL | 11/13/2024 | 11/16/2024 |
| NEW HANOVER | 518432 | AG69398 | 11/5/2024 | 11/2/2024 | DENIED - DEFAULT TIME LIMIT | D | SDR-FAILED VERIFICATION | 11/12/2024 | NULL | 11/13/2024 | 11/16/2024 |
| NEW HANOVER | 518436 | EH1424707 | 11/5/2024 | 11/2/2024 | DENIED - DEFAULT TIME LIMIT | D | SDR-FAILED VERIFICATION | 11/12/2024 | NULL | 11/13/2024 | 11/16/2024 |
| NEW HANOVER | 518443 | AS107709 | 11/5/2024 | 11/2/2024 | DENIED - DEFAULT TIME LIMIT | D | SDR-FAILED VERIFICATION | 11/12/2024 | NULL | 11/13/2024 | 11/16/2024 |
| NEW HANOVER | 518446 | DB374261 | 11/5/2024 | 11/2/2024 | DENIED - DEFAULT TIME LIMIT | D | SDR-FAILED VERIFICATION | 11/12/2024 | NULL | 11/13/2024 | 11/16/2024 |
| NEW HANOVER | 518457 | EF277308 | 11/5/2024 | 11/2/2024 | DENIED - DEFAULT TIME LIMIT | D | SDR-FAILED VERIFICATION | 11/12/2024 | NULL | 11/13/2024 | 11/16/2024 |
| NEW HANOVER | 518460 | DB374266 | 11/5/2024 | 11/2/2024 | DENIED - DEFAULT TIME LIMIT | D | SDR-FAILED VERIFICATION | 11/12/2024 | NULL | 11/13/2024 | 11/16/2024 |
| NEW HANOVER | 518464 | DB374269 | 11/5/2024 | 11/2/2024 | DENIED - DEFAULT TIME LIMIT | D | SDR-FAILED VERIFICATION | 11/12/2024 | NULL | 11/13/2024 | 11/16/2024 |

| County | ID | Doc | Date1 | Date2 | Status | Code | Verification | Date3 | Null | Date4 | Date5 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| NEW HANOVER | 518469 | DB374272 | 11/5/2024 | 11/2/2024 | DENIED - DEFAULT TIME LIMIT | D | SDR-FAILED VERIFICATION | 11/12/2024 | NULL | 11/13/2024 | 11/16/2024 |
| NEW HANOVER | 518475 | DB374274 | 11/5/2024 | 11/2/2024 | DENIED - DEFAULT TIME LIMIT | D | SDR-FAILED VERIFICATION | 11/12/2024 | NULL | 11/13/2024 | 11/16/2024 |
| NEW HANOVER | 518479 | BY799093 | 11/5/2024 | 11/2/2024 | DENIED - DEFAULT TIME LIMIT | D | SDR-FAILED VERIFICATION | 11/12/2024 | NULL | 11/13/2024 | 11/16/2024 |
| NEW HANOVER | 518482 | DB374277 | 11/5/2024 | 11/2/2024 | DENIED - DEFAULT TIME LIMIT | D | SDR-FAILED VERIFICATION | 11/12/2024 | NULL | 11/13/2024 | 11/16/2024 |
| NEW HANOVER | 518488 | DB374278 | 11/5/2024 | 11/2/2024 | DENIED - DEFAULT TIME LIMIT | D | SDR-FAILED VERIFICATION | 11/12/2024 | NULL | 11/13/2024 | 11/16/2024 |
| NEW HANOVER | 518496 | AM118348 | 11/5/2024 | 11/2/2024 | DENIED - DEFAULT TIME LIMIT | D | SDR-FAILED VERIFICATION | 11/12/2024 | NULL | 11/13/2024 | 11/16/2024 |
| NEW HANOVER | 518501 | DN174568 | 11/5/2024 | 11/2/2024 | DENIED - DEFAULT TIME LIMIT | D | SDR-FAILED VERIFICATION | 11/12/2024 | NULL | 11/13/2024 | 11/16/2024 |
| NEW HANOVER | 518509 | DB374287 | 11/5/2024 | 11/2/2024 | DENIED - DEFAULT TIME LIMIT | D | SDR-FAILED VERIFICATION | 11/12/2024 | NULL | 11/13/2024 | 11/16/2024 |
| NEW HANOVER | 518511 | DB374288 | 11/5/2024 | 11/2/2024 | DENIED - DEFAULT TIME LIMIT | D | SDR-FAILED VERIFICATION | 11/12/2024 | NULL | 11/13/2024 | 11/16/2024 |
| NEW HANOVER | 518532 | DB374296 | 11/5/2024 | 11/2/2024 | DENIED - DEFAULT TIME LIMIT | D | SDR-FAILED VERIFICATION | 11/12/2024 | NULL | 11/13/2024 | 11/16/2024 |
| NEW HANOVER | 518546 | CE66939 | 11/5/2024 | 11/2/2024 | DENIED - DEFAULT TIME LIMIT | D | SDR-FAILED VERIFICATION | 11/12/2024 | NULL | 11/13/2024 | 11/16/2024 |
| NEW HANOVER | 518547 | DB374306 | 11/5/2024 | 11/2/2024 | DENIED - DEFAULT TIME LIMIT | D | SDR-FAILED VERIFICATION | 11/12/2024 | NULL | 11/13/2024 | 11/16/2024 |
| NEW HANOVER | 518548 | DB374307 | 11/5/2024 | 11/2/2024 | DENIED - DEFAULT TIME LIMIT | D | SDR-FAILED VERIFICATION | 11/12/2024 | NULL | 11/13/2024 | 11/16/2024 |
| NEW HANOVER | 518549 | DD256475 | 11/5/2024 | 11/2/2024 | DENIED - DEFAULT TIME LIMIT | D | SDR-FAILED VERIFICATION | 11/12/2024 | NULL | 11/13/2024 | 11/16/2024 |
| NEW HANOVER | 518554 | DB374309 | 11/5/2024 | 11/2/2024 | DENIED - DEFAULT TIME LIMIT | D | SDR-FAILED VERIFICATION | 11/12/2024 | NULL | 11/13/2024 | 11/16/2024 |
| NEW HANOVER | 518557 | DD235479 | 11/5/2024 | 11/2/2024 | DENIED - DEFAULT TIME LIMIT | D | SDR-FAILED VERIFICATION | 11/12/2024 | NULL | 11/13/2024 | 11/16/2024 |
| NEW HANOVER | 518559 | AS107238 | 11/5/2024 | 11/2/2024 | DENIED - DEFAULT TIME LIMIT | D | SDR-FAILED VERIFICATION | 11/12/2024 | NULL | 11/13/2024 | 11/16/2024 |
| NEW HANOVER | 518562 | CA136765 | 11/5/2024 | 11/2/2024 | DENIED - DEFAULT TIME LIMIT | D | SDR-FAILED VERIFICATION | 11/12/2024 | NULL | 11/13/2024 | 11/16/2024 |
| NEW HANOVER | 518587 | AK200429 | 11/5/2024 | 11/2/2024 | DENIED - DEFAULT TIME LIMIT | D | SDR-FAILED VERIFICATION | 11/12/2024 | NULL | 11/13/2024 | 11/16/2024 |
| NEW HANOVER | 518588 | DH55651 | 11/5/2024 | 11/2/2024 | DENIED - DEFAULT TIME LIMIT | D | SDR-FAILED VERIFICATION | 11/12/2024 | NULL | 11/13/2024 | 11/16/2024 |
| NEW HANOVER | 518591 | BH205797 | 11/5/2024 | 11/2/2024 | DENIED - DEFAULT TIME LIMIT | D | SDR-FAILED VERIFICATION | 11/12/2024 | NULL | 11/13/2024 | 11/16/2024 |
| NEW HANOVER | 518596 | DB284088 | 11/5/2024 | 11/2/2024 | DENIED - DEFAULT TIME LIMIT | D | SDR-FAILED VERIFICATION | 11/12/2024 | NULL | 11/13/2024 | 11/16/2024 |
| NEW HANOVER | 518621 | CW1498822 | 11/5/2024 | 11/2/2024 | DENIED - DEFAULT TIME LIMIT | D | SDR-FAILED VERIFICATION | 11/12/2024 | NULL | 11/13/2024 | 11/16/2024 |
| NEW HANOVER | 518622 | CC170377 | 11/5/2024 | 11/2/2024 | DENIED - DEFAULT TIME LIMIT | D | SDR-FAILED VERIFICATION | 11/12/2024 | NULL | 11/13/2024 | 11/16/2024 |
| NEW HANOVER | 518626 | EH1429843 | 11/5/2024 | 11/2/2024 | DENIED - DEFAULT TIME LIMIT | D | SDR-FAILED VERIFICATION | 11/12/2024 | NULL | 11/13/2024 | 11/16/2024 |
| NEW HANOVER | 518628 | DB374340 | 11/5/2024 | 11/2/2024 | DENIED - DEFAULT TIME LIMIT | D | SDR-FAILED VERIFICATION | 11/12/2024 | NULL | 11/13/2024 | 11/16/2024 |
| NEW HANOVER | 518630 | EH1483839 | 11/5/2024 | 11/2/2024 | DENIED - DEFAULT TIME LIMIT | D | SDR-FAILED VERIFICATION | 11/12/2024 | NULL | 11/13/2024 | 11/16/2024 |
| NEW HANOVER | 518635 | EH1451416 | 11/5/2024 | 11/2/2024 | DENIED - DEFAULT TIME LIMIT | D | SDR-FAILED VERIFICATION | 11/12/2024 | NULL | 11/13/2024 | 11/16/2024 |
| NEW HANOVER | 518675 | CW1414196 | 11/5/2024 | 11/2/2024 | DENIED - DEFAULT TIME LIMIT | D | SDR-FAILED VERIFICATION | 11/12/2024 | NULL | 11/13/2024 | 11/16/2024 |
| NEW HANOVER | 518029 | DL262807 | 11/5/2024 | 11/1/2024 | STARTED NEW MAILING | A | CANCELLED | 11/13/2024 | NULL | NULL | 11/26/2024 |
| NEW HANOVER | 518029 | DL262807 | 11/5/2024 | 11/1/2024 | STARTED NEW MAILING | A | ACCEPTED | 11/13/2024 | NULL | NULL | 11/26/2024 |
| NEW HANOVER | 518355 | BY780267 | 11/5/2024 | 11/2/2024 | STARTED NEW MAILING | A | ACCEPTED | 11/13/2024 | NULL | NULL | 11/26/2024 |