# Exhibit NN

Thank you.


**Rae Hunter-Havens**
Director Board of Elections
New Hanover County - Elections
(910) 798-7287 p | (910) 798-7295 f
rhavens@nhcgov.com
1241A Military Cutoff Road
Wilmington, NC 28405
www.NHCgov.com

**From:** Dawkins, Caroline <cdawkins@nhcgov.com>
**Sent:** Tuesday, September 24, 2024 12:12 PM
**To:** Hunter-Havens, Rae <rhavens@nhcgov.com>
**Subject:** FW: Student Information for 2024 General Election Early Voting Period - Confidential


As we discussed, here is the information about UNCW's on-campus mailing address structure.


**Caroline Dawkins** *(she/her/hers)*
Elections Director, Deputy
New Hanover County - Elections
(910) 798-7203 p | (910) 798-7295 f
cdawkins@nhcgov.com
1241A Military Cutoff Road
Wilmington, NC 28405
www.NHCgov.com

**From:** Hilliard, Megan E. <hilliardm@uncw.edu>
**Sent:** Tuesday, September 24, 2024 10:33 AM
**To:** Dawkins, Caroline <cdawkins@nhcgov.com>
**Subject:** RE: Student Information for 2024 General Election Early Voting Period - Confidential


** External Email: Do not click links, open attachments, or reply until you know it is safe **

Thanks for following up. So the building addresses included are a student's physical address on campus (which is what was needed previously I guess?). Mailing addresses are not managed by our office sadly (we don't even have students' campus box addresses). Campus mail is managed by the campus post office, called Seahawk Mail. Student mail goes to the student's po box located in the Fisher Student Center and is addressed as follows, per their webpage:

[Student's Full Name]
UNCW Station CB # _____



EXHIBIT

5

601 S College Rd
Wilmington, NC 28407

I am including Seahawk Mail's webpage below if you have any questions, or need to contact them

https://uncw.edu/seahawk-life/services/mail/student

**Megan Hilliard '03**
**Assignments and Systems Coordinator – HRL**
University of North Carolina Wilmington
*(910) 962-4190 | Fax (910) 962-7032*
**Love Where You Live**
Follow us: facebook.com/UNCW.Housing | instagram.com/uncwhrl/

NOTICE: Emails sent and received in the course of university business are subject to the North Carolina Public Records Act (N.C.G.S. §132-1 et seq.) and may be released to the public unless an exception applies.

**From:** Dawkins, Caroline <cdawkins@nhcgov.com>
**Sent:** Tuesday, September 24, 2024 10:21 AM
**To:** Hilliard, Megan E. <hilliardm@uncw.edu>
**Subject:** RE: Student Information for 2024 General Election Early Voting Period - Confidential

> You don't often get email from cdawkins@nhcgov.com. Learn why this is important

*[This email originated from outside of UNCW]*

Hi Megan,

Thank you for this information! I have saved off the Student Roster and updated our facility list to include this new location.

In that initial email we included a new question that we are required to ask of you all ahead of each election cycle so that we can ensure the smoothest voting and registration process possible for UNCW students this fall. Could you please provide us with a template/example of how to properly record the mailing addresses of on-campus resident students, using on-campus mail facilities? We must ensure this information is recorded correctly during the Same Day Registration process so that we can successfully register UNCW students and verify their registration by mail.

Other than that, we should be good to go. Thank you for getting back to us so quickly.

Best,
Caroline

**Caroline Dawkins *(she/her/hers)***

Elections Director, Deputy
New Hanover County - Elections
(910) 798-7203 p | (910) 798-7295 f
cdawkins@nhcgov.com
1241A Military Cutoff Road
Wilmington, NC 28405
www.NHCgov.com

**From:** Hilliard, Megan E. <hilliardm@uncw.edu>
**Sent:** Friday, September 20, 2024 12:54 PM
**To:** Dawkins, Caroline <cdawkins@nhcgov.com>
**Cc:** Hunter-Havens, Rae <rhavens@nhcgov.com>
**Subject:** RE: Student Information for 2024 General Election Early Voting Period - Confidential

** External Email: Do not click links, open attachments, or reply until you know it is safe **
Hello Caroline,
Thanks for your email. The current student roster is attached Our facility addresses have not
changed, but we did lease an additional building off campus at Plato's Lofts at Randall. You
will see 72 students assigned there and that street address is:

4612 Randall Pkwy
Wilmington, NC 28403


Happy Voting!!!


**Megan Hilliard '03**
**Assignments and Systems Coordinator - HRL**
University of North Carolina Wilmington
*(910) 962-4190 | Fax (910) 962-7032*
**Love Where You Live**
Follow us: facebook.com/UNCW.Housing | instagram.com/uncwhrl/

---

NOTICE: Emails sent and received in the course of university business are subject to the North Carolina Public Records Act (N.C.G.S. §132-1 et seq.) and may be released to the public unless an exception applies.

**From:** Dawkins, Caroline <cdawkins@nhcgov.com>
**Sent:** Friday, September 20, 2024 10:58 AM
**To:** Hilliard, Megan E. <hilliardm@uncw.edu>
**Cc:** Hunter-Havens, Rae <rhavens@nhcgov.com>
**Subject:** Student Information for 2024 General Election Early Voting Period - Confidential

You don't often get email from cdawkins@nhcgov.com. Learn why this is important
*[This email originated from outside of UNCW]*

Good Afternoon, Megan,

My name is Caroline Dawkins, and I am the Deputy Director of Elections here in New Hanover

County. Previously we had reached out to Wes McPhee, but he indicated via email back in April that he would be leaving and to reach out to you if/when we needed anything. If there is a better point of contact for the following information please feel free to forward this information along to them and let us know so that we can update our records for future elections.

As we are very quickly approaching early voting, I am requesting an updated electronic student list for those students residing on campus. This list should include each students' first and last name as well as their facility/dormitory name. I have attached a copy of this information that you shared with us previously for reference. I am requesting this information to assist with the Same-Day registration process during Early Voting for the 2024 General Election. The early voting period will begin on Thursday, October 17th and end on Saturday, November 2nd. The updated electronic file will enable the election officials to verify a student's address on site without requiring the students to produce a document with their name and residence address on official letterhead from UNCW.

We are also requesting an updated list of all on-campus with facility/dormitory names and addresses. I have attached a copy of this information that you shared with us previously for reference.

Finally, to best comply with all statutory obligations, we are asking that UNCW please provide our staff with a template example of how to properly record the mailing addresses of on-campus resident students. We must ensure this information is recorded correctly during the Same Day Registration process so that we can successfully register UNCW students and verify their registration by mail.

Thank you in advance for your cooperation.

Best,
Caroline Dawkins

**Caroline Dawkins** *(she/her/hers)*
Elections Director, Deputy
New Hanover County - Elections
(910) 798-7203 p | (910) 798-7295 f
cdawkins@nhcgov.com
1241A Military Cutoff Road
Wilmington, NC 28405
www.NHCgov.com