# Exhibit OO



# Student Election Guide

- **Qualifications to Pre-Register and Register to Vote**
- **How to Register**
- **Where to Vote as a Student**
- **How to Vote**
- **Serve as a Student Poll Worker**



201 N Chestnut Street
Winston-Salem, NC 27101
(336) 703-2800
Fax: (336) 727-2893

## Registration Deadlines and Process



- The deadline to register to vote is 25 days before Election Day.
- Forms received by the county board of elections office or post marked by the deadline are accepted as valid applications for the upcoming election.
- If there is any incomplete information, you will be notified and a new application will be sent.
- Applicants will be notified by the county board of elections of their polling place and voting district assignments.

## Where to Vote as a Student

As a college student, you have a choice as to where to cast your ballot. However, it is important to note that you may vote only once in any given election.

- If you live at home while attending school, you would vote in your hometown election, at your neighborhood polling place.
- If you live on campus, you may vote either at your hometown polling place (as long as you still have a permanent residence there), or you may vote at the polling place in the neighborhood where your school is located. You **cannot** vote at both places.

## Student Election and College Poll Workers



In Forsyth County, both high school and college students may work the polls during Election Day and Early Voting. High school students may participate as student election assistants if meeting the following requirements.

### Eligibility Requirements for Student Election Assistants

- Be a United States citizen.
- Be at least 17 years old on or by Election Day.
- Be a resident of the county in which you will serve.
- Be enrolled in a public or private high school or home school.
- Be in good academic standing.
- Have permission from your parent, guardian, or legal custodian.
- Have permission from your school principal or director.

Student election assistants and college poll workers will get paid for their training and time spent working at the polls. Please visit this website for more information and application.
https://www.co.forsyth.nc.us/elections/one_stop_workers.aspx

Visit our website for more information on Elections.



Edited 10.4.2023



DEM NC_INT0010834



## Voter Eligibility

You may register to vote in North Carolina if you:

- Are a United States Citizen.
- Will have been a resident of North Carolina for 30 days before the election date.
- Will be at least 18 years old by the next General election*.
- Are not registered to vote in any other county or state.
- Have not been convicted of a felony, or if so, citizen has completed sentence (including any probation, post-release supervision, or parole).

## Voter Pre-Registration for 16-17 Year-Olds

Pre-registration allows 16 to17 year-olds to become automatically registered upon reaching the age of eligibility.*

You may pre-register to vote if you:

- Are a United States Citizen.
- Live in the county of your registration, and have resided there for at least 30 days prior to the date of the election.
- Are at least 16 years of age.

\* *If you are 17 years-old, you may vote in a primary election if you will be 18 at the time of the General election.*



## Registering to Vote

You can choose to register in any number of ways in North Carolina. The following is a brief overview on how and where to register to vote.

**DMV**- You can register to vote at any North Carolina Driver's License examination office when conducting official DMV business. The DMV's link [https://payments.ncdot.gov/profile] will also allow you to update your address or party affiliation.

**By-Mail**-North Carolina has made available mail-in voter registration forms through the county boards of elections offices. The county boards of elections offices have distributed the mail-in voter registration forms to numerous visible locations throughout the counties. The completed forms should be mailed directly to the appropriate county board of elections.

**In Person**-You may come to the elections office to complete and submit a voter registration form during office hours.

**Same Day Registration-**In this process, a citizen must 1. go to an early voting site in the county of residence during the Early Voting period, 2. fill out a voter registration application and 3. provide proof of residency by showing the elections official an appropriate form of identification that includes the voter's current name and current address. The new registrant may vote ONLY during early voting and NOT on election day.

If you live off campus at school, you may vote either at your home town polling place (as long as you still have a permanent residence there), or you may vote at the polling place in your school-year neighborhood. You **cannot** vote at both places.

For more information, visit: www.fcvotes.com



## How to Vote

There are several ways to cast your ballot once you are registered to vote.

**Election Day**– If you submitted a voter registration application 25 days or more prior to the election, you should receive a voter registration card in the mail. This card details your registration information including your precinct in which you can vote at during election day. You must vote at your assigned precinct on election day.

**Early Voting**– Early voting gives you the opportunity to vote before the election day. You may vote at any polling place in Forsyth County during early voting over a 14 day span prior to election. Early voting also allows you to update your registration e.g.: change your address or name. If you miss the registration deadline, you may register during Early Voting.

**Absentee By-Mail**—Voters may request an absentee ballot by-mail prior to each election. The request forms are available on our website or you may call our office to request a form.



FORSYTH COUNTY
**BOARD OF ELECTIONS**

DEM NC_INT0010834