# Exhibit PP

# COLLEGE ADDRESSES

## Same Day Registration for Colleges and Universities

Students may use letters from their housing office or show a page from their university web portal that shows that they are a student to prove that they live on campus.

| School | Web Portal |
|---|---|
| WSSU | Banner Account |
| WFU | WIN Account |
| UNCSA | E-Z Arts |
| Salem College | SIS System |

Entering University addresses in SOSA:

**SALEM COLLEGE**

Residence Address:   601 S. Church Street
Winston-Salem, NC 27101
Box or Dorm Number goes in UNIT

**UNIVERSITY OF NORTH CAROLINA SCHOOL OF THE ARTS**

Residence Address:   1533 S. Main Street
Winston-Salem, NC 27127
Box or Dorm Number goes in UNIT

**WINSTON-SALEM STATE UNIVERSITY -** *601 S. MLK Dr. – DO NOT USE*

Physical Address:
**WSSU**
**Winston-Salem, NC 27110**

Mailing Address:
**Campus Box ### WSSU**
**Winston-Salem, NC 27110**
(Street/Unit # ▯ the unit #s are the street #s)

Campus Box goes in mailing address or can use another address (such as home) as mailing address.

EXHIBIT 9
Swift 3/12/25

# WAKE FOREST UNIVERSITY - *1834 Wake Forest Rd. – DO NOT USE*

Physical Address:
**House #- "0", Residence Hall Name, Unit #**
**Winston-Salem, NC 27109**
(Street/Unit # = unit numbers are street numbers)

Mailing Address:
**Campus Box ### WFU**
**Winston-Salem, NC 27109**
(Use hometown address if campus box # not given)

**Residence Hall/Dorm Names:**

<u>South Campus Residences</u>    (precinct – 903, Harvest Bible Chapel)

| | |
|---|---|
| WFU Angelou Hall | WFU Babcock Hall |
| WFU Bostwick Hall | WFU Collins Hall |
| WFU Johnson Hall | WFU Luter Hall |
| WFU South Hall | WFU Davis Hall |
| WFU Efird Hall | WFU Huffman Hall |
| WFU Kitchin Hall | WFU Palmer Hall |
| WFU Piccolo Hall | WFU Poteat Hall |
| WFU Taylor Hall | |

<u>North Campus Residences</u>    (precinct -905, Bethabara Moravian Church)

| | |
|---|---|
| WFU Dogwood Hall | WFU Magnolia Hall |
| WFU Martin Hall | WFU North Campus Apartments |
| WFU Polo Hall | WFU Residential Community |
| WFU Student Apartments | |

Deacon Place Apartments (Winston-Salem, NC 27106)