# Exhibit QQ

# FREQUENTLY ASKED QUESTIONS

College students in North Carolina may register to vote in their school's county instead of their home county if they do not have a "clear intent to return" to their original address after graduation. Alternatively, they may maintain their registration in their home county and vote there with an absentee ballot.

- **If I register to vote in Forsyth County, will my registration in my North Carolina home county be removed?**
  Yes

- **Will where I register to vote affect my scholarships, financial aid, or tuition status?**
  Registering to vote in Forsyth County establishes residency for voting purposes only. Contact your school's admissions or financial aid office for more information.

- **What address should I use to register if I live in a dorm?**
  For WFU dorm residents, you will use the dorm name as the residential address. Dorm residents from the other local schools will use the physical address to your respective college/university. You must also provide your mailing address, whether it's your campus box or home address.

- **Where can I find information about registering to vote from home?**
  You may visit https://www.bestcolleges.com/resources/voting-by-state/ for more information.

- **How do I vote if I'm studying abroad?**
  You may vote an overseas absentee ballot. Visit www.fvap.gov to learn more about overseas absentee voting.

If you have any additional questions, please contact the Forsyth County Board of Elections at (336) 703-2800 or email us at fcvotes@forsyth.cc.

**FORSYTH COUNTY BOARD OF ELECTIONS**


EXHIBIT
10
Tsuji  3/12/25



# Format for Students that Live on Campus



**SALEM COLLEGE** - Residence Address: 601 S. Church Street
Winston-Salem, NC 27101 - Box or Dorm Number goes in Address line 2 *





**WINSTON-SALEM STATE UNIVERSITY** *DO NOT USE — 601 S. MLK Dr.*
**Physical Address:** "WSSU" Winston-Salem, NC 27110

**Mailing Address:** Campus Box Number - "WSSU" Winston-Salem, NC 27110

(Use campus box number or hometown address.)





**UNIVERSITY OF NORTH CAROLINA SCHOOL OF THE ARTS**

Residence Address: 1533 S. Main Street -

Winston-Salem, NC 27127 - Box or Dorm Number goes in Address line 2*





**WAKE FOREST UNIVERSITY** - *DO NOT USE - 1834 Wake Forest Rd.*
**Physical Address:** Residence Hall Name - Winston-Salem, NC 27109

**Mailing Address:** Campus Box Number- "WFU" - Winston-Salem, NC 27109
(Use hometown address if campus box number not given)



Case 1:23-cv-00878-TDS-JEP   Document 124-44   Filed 05/09/25   Page 3 of 4

County Board_PRR_0000369



**Wake Forest Residence Hall/Dorm Names:**

<u>South Campus Residences</u>   (precinct – 903, Harvest Bible Chapel)
WFU Angelou Hall            WFU Babcock Hall
WFU Bostwick Hall           WFU Collins Hall
WFU Johnson Hall            WFU Luter Hall
WFU South Hall              WFU Davis Hall
WFU Efird Hall              WFU Huffman Hall
WFU Kitchin Hall            WFU Palmer Hall
WFU Piccolo Hall            WFU Poteat Hall
WFU Taylor Hall

<u>North Campus Residences</u>   (precinct -905, Bethabara Moravian Church)
WFU Dogwood Hall            WFU Magnolia Hall
WFU Martin Hall             WFU North Campus Apartments
WFU Polo Hall               WFU Residential Community
WFU Student Apartments

Deacon Place Apartments (Winston-Salem, NC 27106)