# Exhibit RR

| county_name | voter_reg_num | ncid | election_date | voted_date | SDR_Undeliverable_Cure_Status | Current_Voter_Registration_Status | Ballot_Status | SDR_Undeliverable_Creation_Date | SDR_Undeliverable_New_Mailing_Date | SDR_Undeliverable_Cure_Process_Start_Date | SDR_Undeliverable_Last_Update_Date |
|---|---|---|---|---|---|---|---|---|---|---|---|
| FORSYTH | 30427103 | BY735942 | 3/5/2024 | 2/21/2024 | DENIED - DEFAULT TIME LIMIT | D | SDR-FAILED VERIFICATION | 3/5/2024 | NULL | 3/7/2024 | 3/7/2024 |
| FORSYTH | 30427114 | CW1473372 | 3/5/2024 | 2/21/2024 | DENIED - DEFAULT TIME LIMIT | D | SDR-FAILED VERIFICATION | 3/8/2024 | NULL | 3/8/2024 | 3/8/2024 |
| FORSYTH | 30450062 | BN489532 | 11/5/2024 | 10/17/2024 | DENIED - DEFAULT TIME LIMIT | D | SDR-FAILED VERIFICATION | 11/4/2024 | NULL | 11/5/2024 | 11/16/2024 |
| FORSYTH | 30450092 | BN605529 | 11/5/2024 | 10/17/2024 | DENIED - DEFAULT TIME LIMIT | D | SDR-FAILED VERIFICATION | 11/4/2024 | NULL | 11/5/2024 | 11/16/2024 |
| FORSYTH | 30450144 | BN605556 | 11/5/2024 | 10/18/2024 | DENIED - DEFAULT TIME LIMIT | D | SDR-FAILED VERIFICATION | 11/5/2024 | NULL | 11/6/2024 | 11/16/2024 |
| FORSYTH | 30450182 | BN605575 | 11/5/2024 | 10/18/2024 | DENIED - DEFAULT TIME LIMIT | D | SDR-FAILED VERIFICATION | 11/2/2024 | NULL | 11/2/2024 | 11/16/2024 |
| FORSYTH | 30450202 | BN605583 | 11/5/2024 | 10/18/2024 | DENIED - DEFAULT TIME LIMIT | D | SDR-FAILED VERIFICATION | 11/2/2024 | NULL | 11/2/2024 | 11/16/2024 |
| FORSYTH | 30450266 | BN223476 | 11/5/2024 | 10/19/2024 | DENIED - DEFAULT TIME LIMIT | D | SDR-FAILED VERIFICATION | 11/4/2024 | NULL | 11/5/2024 | 11/16/2024 |
| FORSYTH | 30450280 | BN605620 | 11/5/2024 | 10/19/2024 | DENIED - DEFAULT TIME LIMIT | D | SDR-FAILED VERIFICATION | 11/5/2024 | NULL | 11/6/2024 | 11/16/2024 |
| FORSYTH | 30450285 | BN605623 | 11/5/2024 | 10/19/2024 | DENIED - DEFAULT TIME LIMIT | D | SDR-FAILED VERIFICATION | 11/2/2024 | NULL | 11/2/2024 | 11/16/2024 |
| FORSYTH | 30450401 | AN245629 | 11/5/2024 | 10/20/2024 | DENIED - DEFAULT TIME LIMIT | D | SDR-FAILED VERIFICATION | 11/5/2024 | NULL | 11/6/2024 | 11/16/2024 |
| FORSYTH | 30450489 | BN605717 | 11/5/2024 | 10/21/2024 | DENIED - DEFAULT TIME LIMIT | D | SDR-FAILED VERIFICATION | 11/5/2024 | NULL | 11/6/2024 | 11/16/2024 |
| FORSYTH | 30450495 | BN605720 | 11/5/2024 | 10/21/2024 | DENIED - DEFAULT TIME LIMIT | D | SDR-FAILED VERIFICATION | 10/28/2024 | NULL | 10/28/2024 | 11/16/2024 |
| FORSYTH | 30450519 | BN395856 | 11/5/2024 | 10/21/2024 | DENIED - DEFAULT TIME LIMIT | D | SDR-FAILED VERIFICATION | 10/28/2024 | NULL | 10/28/2024 | 11/16/2024 |
| FORSYTH | 30450603 | EA59945 | 11/5/2024 | 10/22/2024 | DENIED - DEFAULT TIME LIMIT | D | SDR-FAILED VERIFICATION | 11/5/2024 | NULL | 11/6/2024 | 11/16/2024 |
| FORSYTH | 30450700 | BN605813 | 11/5/2024 | 10/22/2024 | DENIED - DEFAULT TIME LIMIT | D | SDR-FAILED VERIFICATION | 11/4/2024 | NULL | 11/6/2024 | 11/16/2024 |
| FORSYTH | 30450709 | CW1476670 | 11/5/2024 | 10/22/2024 | DENIED - DEFAULT TIME LIMIT | D | SDR-FAILED VERIFICATION | 11/4/2024 | NULL | 11/5/2024 | 11/16/2024 |
| FORSYTH | 30450889 | BN605891 | 11/5/2024 | 10/23/2024 | DENIED - DEFAULT TIME LIMIT | D | SDR-FAILED VERIFICATION | 11/5/2024 | NULL | 11/5/2024 | 11/16/2024 |
| FORSYTH | 30450935 | BN405750 | 11/5/2024 | 10/23/2024 | DENIED - DEFAULT TIME LIMIT | D | SDR-FAILED VERIFICATION | 11/4/2024 | NULL | 11/5/2024 | 11/16/2024 |
| FORSYTH | 30451111 | BN605991 | 11/5/2024 | 10/24/2024 | DENIED - DEFAULT TIME LIMIT | D | SDR-FAILED VERIFICATION | 11/5/2024 | NULL | 11/5/2024 | 11/16/2024 |
| FORSYTH | 30451199 | EA53598 | 11/5/2024 | 10/24/2024 | DENIED - DEFAULT TIME LIMIT | D | SDR-FAILED VERIFICATION | 11/5/2024 | NULL | 11/6/2024 | 11/16/2024 |
| FORSYTH | 30451222 | BN606039 | 11/5/2024 | 10/24/2024 | DENIED - DEFAULT TIME LIMIT | D | SDR-FAILED VERIFICATION | 11/4/2024 | NULL | 11/5/2024 | 11/16/2024 |
| FORSYTH | 30451241 | BN387371 | 11/5/2024 | 10/24/2024 | DENIED - DEFAULT TIME LIMIT | D | SDR-FAILED VERIFICATION | 11/2/2024 | NULL | 11/2/2024 | 11/16/2024 |
| FORSYTH | 30451245 | BL549435 | 11/5/2024 | 10/24/2024 | DENIED - DEFAULT TIME LIMIT | D | SDR-FAILED VERIFICATION | 11/2/2024 | NULL | 11/2/2024 | 11/16/2024 |
| FORSYTH | 30451298 | BN606063 | 11/5/2024 | 10/24/2024 | DENIED - DEFAULT TIME LIMIT | D | SDR-FAILED VERIFICATION | 11/4/2024 | NULL | 11/6/2024 | 11/16/2024 |
| FORSYTH | 30451335 | BN606077 | 11/5/2024 | 10/24/2024 | DENIED - DEFAULT TIME LIMIT | D | SDR-FAILED VERIFICATION | 11/4/2024 | NULL | 11/5/2024 | 11/16/2024 |
| FORSYTH | 30451346 | BY589670 | 11/5/2024 | 10/24/2024 | DENIED - DEFAULT TIME LIMIT | D | SDR-FAILED VERIFICATION | 11/2/2024 | NULL | 11/2/2024 | 11/16/2024 |
| FORSYTH | 30451355 | BH161542 | 11/5/2024 | 10/24/2024 | DENIED - DEFAULT TIME LIMIT | D | SDR-FAILED VERIFICATION | 11/2/2024 | NULL | 11/2/2024 | 11/16/2024 |
| FORSYTH | 30451381 | DS121385 | 11/5/2024 | 10/24/2024 | DENIED - DEFAULT TIME LIMIT | D | SDR-FAILED VERIFICATION | 11/5/2024 | NULL | 11/6/2024 | 11/16/2024 |
| FORSYTH | 30451392 | BN606103 | 11/5/2024 | 10/24/2024 | DENIED - DEFAULT TIME LIMIT | D | SDR-FAILED VERIFICATION | 11/5/2024 | NULL | 11/5/2024 | 11/16/2024 |
| FORSYTH | 30451461 | EL71055 | 11/5/2024 | 10/25/2024 | DENIED - DEFAULT TIME LIMIT | R | SDR-FAILED VERIFICATION | 11/5/2024 | NULL | 11/5/2024 | 11/16/2024 |
| FORSYTH | 30451471 | BH209918 | 11/5/2024 | 10/25/2024 | DENIED - DEFAULT TIME LIMIT | D | SDR-FAILED VERIFICATION | 11/5/2024 | NULL | 11/6/2024 | 11/16/2024 |
| FORSYTH | 30451519 | BN606158 | 11/5/2024 | 10/25/2024 | DENIED - DEFAULT TIME LIMIT | D | SDR-FAILED VERIFICATION | 11/13/2024 | NULL | NULL | 11/16/2024 |
| FORSYTH | 30451523 | BN606160 | 11/5/2024 | 10/25/2024 | DENIED - DEFAULT TIME LIMIT | D | SDR-FAILED VERIFICATION | 11/5/2024 | NULL | 11/6/2024 | 11/16/2024 |
| FORSYTH | 30451535 | BN606169 | 11/5/2024 | 10/25/2024 | DENIED - DEFAULT TIME LIMIT | D | SDR-FAILED VERIFICATION | 11/5/2024 | NULL | 11/6/2024 | 11/16/2024 |
| FORSYTH | 30451541 | CW1468669 | 11/5/2024 | 10/25/2024 | DENIED - DEFAULT TIME LIMIT | D | SDR-FAILED VERIFICATION | 11/13/2024 | NULL | NULL | 11/16/2024 |
| FORSYTH | 30451561 | BY801148 | 11/5/2024 | 10/25/2024 | DENIED - DEFAULT TIME LIMIT | D | SDR-FAILED VERIFICATION | 11/13/2024 | NULL | 11/13/2024 | 11/16/2024 |
| FORSYTH | 30451670 | BL546725 | 11/5/2024 | 10/25/2024 | DENIED - DEFAULT TIME LIMIT | D | SDR-FAILED VERIFICATION | 11/13/2024 | NULL | 11/13/2024 | 11/16/2024 |
| FORSYTH | 30451708 | EH1365438 | 11/5/2024 | 10/25/2024 | DENIED - DEFAULT TIME LIMIT | D | SDR-FAILED VERIFICATION | 11/13/2024 | NULL | NULL | 11/16/2024 |
| FORSYTH | 30451710 | BN606249 | 11/5/2024 | 10/25/2024 | DENIED - DEFAULT TIME LIMIT | D | SDR-FAILED VERIFICATION | 11/13/2024 | NULL | 11/13/2024 | 11/16/2024 |
| FORSYTH | 30451775 | BN606284 | 11/5/2024 | 10/26/2024 | DENIED - DEFAULT TIME LIMIT | D | SDR-FAILED VERIFICATION | 11/5/2024 | NULL | 11/6/2024 | 11/16/2024 |
| FORSYTH | 30451786 | BN606287 | 11/5/2024 | 10/26/2024 | DENIED - DEFAULT TIME LIMIT | D | SDR-FAILED VERIFICATION | 11/13/2024 | NULL | 11/13/2024 | 11/16/2024 |
| FORSYTH | 30451906 | BN202208 | 11/5/2024 | 10/26/2024 | DENIED - DEFAULT TIME LIMIT | D | SDR-FAILED VERIFICATION | 11/13/2024 | NULL | 11/13/2024 | 11/16/2024 |
| FORSYTH | 30451910 | BN445965 | 11/5/2024 | 10/26/2024 | DENIED - DEFAULT TIME LIMIT | D | SDR-FAILED VERIFICATION | 11/5/2024 | NULL | 11/5/2024 | 11/16/2024 |
| FORSYTH | 30451922 | AL364509 | 11/5/2024 | 10/26/2024 | DENIED - DEFAULT TIME LIMIT | D | SDR-FAILED VERIFICATION | 11/5/2024 | NULL | 11/6/2024 | 11/16/2024 |
| FORSYTH | 30451933 | BN606354 | 11/5/2024 | 10/26/2024 | DENIED - DEFAULT TIME LIMIT | D | SDR-FAILED VERIFICATION | 11/5/2024 | NULL | 11/5/2024 | 11/16/2024 |
| FORSYTH | 30452018 | BH150226 | 11/5/2024 | 10/27/2024 | DENIED - DEFAULT TIME LIMIT | D | SDR-FAILED VERIFICATION | 11/13/2024 | NULL | 11/13/2024 | 11/16/2024 |
| FORSYTH | 30452225 | AA210908 | 11/5/2024 | 10/28/2024 | DENIED - DEFAULT TIME LIMIT | D | SDR-FAILED VERIFICATION | 11/13/2024 | NULL | 11/13/2024 | 11/16/2024 |
| FORSYTH | 30452256 | BN453908 | 11/5/2024 | 10/28/2024 | DENIED - DEFAULT TIME LIMIT | D | SDR-FAILED VERIFICATION | 11/13/2024 | NULL | 11/13/2024 | 11/16/2024 |

| County | ID | Ballot | Date1 | Date2 | Status | Code | Verification | Date3 | Null1 | Date4 | Date5 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| FORSYTH | 30452307 | BN606543 | 11/5/2024 | 10/28/2024 | DENIED - DEFAULT TIME LIMIT | D | SDR-FAILED VERIFICATION | 11/13/2024 | NULL | NULL | 11/16/2024 |
| FORSYTH | 30452378 | BN606583 | 11/5/2024 | 10/28/2024 | DENIED - DEFAULT TIME LIMIT | D | SDR-FAILED VERIFICATION | 11/4/2024 | NULL | 11/6/2024 | 11/16/2024 |
| FORSYTH | 30452462 | BN606618 | 11/5/2024 | 10/28/2024 | DENIED - DEFAULT TIME LIMIT | D | SDR-FAILED VERIFICATION | 11/13/2024 | NULL | 11/13/2024 | 11/16/2024 |
| FORSYTH | 30452491 | BN606631 | 11/5/2024 | 10/29/2024 | DENIED - DEFAULT TIME LIMIT | D | SDR-FAILED VERIFICATION | 11/13/2024 | NULL | 11/13/2024 | 11/16/2024 |
| FORSYTH | 30452573 | BN606660 | 11/5/2024 | 10/29/2024 | DENIED - DEFAULT TIME LIMIT | D | SDR-FAILED VERIFICATION | 11/13/2024 | NULL | 11/13/2024 | 11/16/2024 |
| FORSYTH | 30452676 | BN606703 | 11/5/2024 | 10/29/2024 | DENIED - DEFAULT TIME LIMIT | D | SDR-FAILED VERIFICATION | 11/13/2024 | NULL | 11/13/2024 | 11/16/2024 |
| FORSYTH | 30452687 | BN606708 | 11/5/2024 | 10/29/2024 | DENIED - DEFAULT TIME LIMIT | D | SDR-FAILED VERIFICATION | 11/12/2024 | NULL | 11/13/2024 | 11/16/2024 |
| FORSYTH | 30452749 | EM142886 | 11/5/2024 | 10/29/2024 | DENIED - DEFAULT TIME LIMIT | D | SDR-FAILED VERIFICATION | 11/13/2024 | NULL | NULL | 11/16/2024 |
| FORSYTH | 30452794 | BN606770 | 11/5/2024 | 10/29/2024 | DENIED - DEFAULT TIME LIMIT | D | SDR-FAILED VERIFICATION | 11/13/2024 | NULL | NULL | 11/16/2024 |
| FORSYTH | 30452801 | BN606774 | 11/5/2024 | 10/29/2024 | DENIED - DEFAULT TIME LIMIT | D | SDR-FAILED VERIFICATION | 11/13/2024 | NULL | 11/13/2024 | 11/16/2024 |
| FORSYTH | 30452895 | BY828957 | 11/5/2024 | 10/29/2024 | DENIED - DEFAULT TIME LIMIT | D | SDR-FAILED VERIFICATION | 11/13/2024 | NULL | NULL | 11/16/2024 |
| FORSYTH | 30452901 | BY828410 | 11/5/2024 | 10/29/2024 | DENIED - DEFAULT TIME LIMIT | D | SDR-FAILED VERIFICATION | 11/13/2024 | NULL | 11/13/2024 | 11/16/2024 |
| FORSYTH | 30453004 | CW683835 | 11/5/2024 | 10/30/2024 | DENIED - DEFAULT TIME LIMIT | D | SDR-FAILED VERIFICATION | 11/13/2024 | NULL | 11/13/2024 | 11/16/2024 |
| FORSYTH | 30453082 | BN606921 | 11/5/2024 | 10/30/2024 | DENIED - DEFAULT TIME LIMIT | D | SDR-FAILED VERIFICATION | 11/13/2024 | NULL | NULL | 11/16/2024 |
| FORSYTH | 30453115 | CW1305281 | 11/5/2024 | 10/30/2024 | DENIED - DEFAULT TIME LIMIT | D | SDR-FAILED VERIFICATION | 11/13/2024 | NULL | NULL | 11/16/2024 |
| FORSYTH | 30453145 | BN606956 | 11/5/2024 | 10/30/2024 | DENIED - DEFAULT TIME LIMIT | D | SDR-FAILED VERIFICATION | 11/13/2024 | NULL | NULL | 11/16/2024 |
| FORSYTH | 30453174 | BN606974 | 11/5/2024 | 10/30/2024 | DENIED - DEFAULT TIME LIMIT | D | SDR-FAILED VERIFICATION | 11/13/2024 | NULL | NULL | 11/16/2024 |
| FORSYTH | 30453238 | BN607005 | 11/5/2024 | 10/30/2024 | DENIED - DEFAULT TIME LIMIT | D | SDR-FAILED VERIFICATION | 11/13/2024 | NULL | NULL | 11/16/2024 |
| FORSYTH | 30453251 | BN607011 | 11/5/2024 | 10/30/2024 | DENIED - DEFAULT TIME LIMIT | D | SDR-FAILED VERIFICATION | 11/13/2024 | NULL | 11/13/2024 | 11/16/2024 |
| FORSYTH | 30453273 | BY781531 | 11/5/2024 | 10/30/2024 | DENIED - DEFAULT TIME LIMIT | D | SDR-FAILED VERIFICATION | 11/13/2024 | NULL | NULL | 11/16/2024 |
| FORSYTH | 30453346 | AN94843 | 11/5/2024 | 10/30/2024 | DENIED - DEFAULT TIME LIMIT | D | SDR-FAILED VERIFICATION | 11/13/2024 | NULL | NULL | 11/16/2024 |
| FORSYTH | 30453348 | AL323628 | 11/5/2024 | 10/30/2024 | DENIED - DEFAULT TIME LIMIT | D | SDR-FAILED VERIFICATION | 11/13/2024 | NULL | NULL | 11/16/2024 |
| FORSYTH | 30453367 | BN442833 | 11/5/2024 | 10/30/2024 | DENIED - DEFAULT TIME LIMIT | D | SDR-FAILED VERIFICATION | 11/13/2024 | NULL | 11/13/2024 | 11/16/2024 |
| FORSYTH | 30453492 | CC149611 | 11/5/2024 | 10/31/2024 | DENIED - DEFAULT TIME LIMIT | D | SDR-FAILED VERIFICATION | 11/13/2024 | NULL | NULL | 11/16/2024 |
| FORSYTH | 30453770 | BY497253 | 11/5/2024 | 10/31/2024 | DENIED - DEFAULT TIME LIMIT | D | SDR-FAILED VERIFICATION | 11/13/2024 | NULL | NULL | 11/16/2024 |
| FORSYTH | 30453771 | BN396405 | 11/5/2024 | 10/31/2024 | DENIED - DEFAULT TIME LIMIT | D | SDR-FAILED VERIFICATION | 11/13/2024 | NULL | NULL | 11/16/2024 |
| FORSYTH | 30453803 | BN607269 | 11/5/2024 | 10/31/2024 | DENIED - DEFAULT TIME LIMIT | D | SDR-FAILED VERIFICATION | 11/13/2024 | NULL | NULL | 11/16/2024 |
| FORSYTH | 30453859 | BN453392 | 11/5/2024 | 10/31/2024 | DENIED - DEFAULT TIME LIMIT | D | SDR-FAILED VERIFICATION | 11/13/2024 | NULL | 11/13/2024 | 11/16/2024 |
| FORSYTH | 30453904 | BN170953 | 11/5/2024 | 10/31/2024 | DENIED - DEFAULT TIME LIMIT | D | SDR-FAILED VERIFICATION | 11/13/2024 | NULL | NULL | 11/16/2024 |
| FORSYTH | 30453987 | BN607359 | 11/5/2024 | 10/31/2024 | DENIED - DEFAULT TIME LIMIT | D | SDR-FAILED VERIFICATION | 11/13/2024 | NULL | NULL | 11/16/2024 |
| FORSYTH | 30453994 | BY709660 | 11/5/2024 | 10/31/2024 | DENIED - DEFAULT TIME LIMIT | D | SDR-FAILED VERIFICATION | 11/13/2024 | NULL | NULL | 11/16/2024 |
| FORSYTH | 30454143 | BN607444 | 11/5/2024 | 11/1/2024 | DENIED - DEFAULT TIME LIMIT | D | SDR-FAILED VERIFICATION | 11/13/2024 | NULL | NULL | 11/16/2024 |
| FORSYTH | 30454536 | BN607628 | 11/5/2024 | 11/1/2024 | DENIED - DEFAULT TIME LIMIT | D | SDR-FAILED VERIFICATION | 11/13/2024 | NULL | NULL | 11/16/2024 |
| FORSYTH | 30454921 | BN607820 | 11/5/2024 | 11/2/2024 | DENIED - DEFAULT TIME LIMIT | D | SDR-FAILED VERIFICATION | 11/13/2024 | NULL | NULL | 11/16/2024 |
| FORSYTH | 30454963 | DE223850 | 11/5/2024 | 11/2/2024 | DENIED - DEFAULT TIME LIMIT | D | SDR-FAILED VERIFICATION | 11/13/2024 | NULL | NULL | 11/16/2024 |
| FORSYTH | 30455207 | BN390238 | 11/5/2024 | 11/2/2024 | DENIED - DEFAULT TIME LIMIT | D | SDR-FAILED VERIFICATION | 11/13/2024 | NULL | NULL | 11/16/2024 |
| FORSYTH | 30450870 | BN605883 | 11/5/2024 | 10/23/2024 | DENIED - FAILED CURE | D | SDR-FAILED VERIFICATION | 11/2/2024 | NULL | 11/2/2024 | 11/14/2024 |
| FORSYTH | 30450903 | BN605897 | 11/5/2024 | 10/23/2024 | DENIED - FAILED CURE | D | SDR-FAILED VERIFICATION | 10/31/2024 | NULL | 10/31/2024 | 11/14/2024 |
| FORSYTH | 30451249 | EH1338709 | 11/5/2024 | 10/24/2024 | DENIED - FAILED CURE | D | SDR-FAILED VERIFICATION | 11/2/2024 | NULL | 11/2/2024 | 11/14/2024 |
| FORSYTH | 30427187 | BN592130 | 3/5/2024 | 2/27/2024 | STARTED CURE PROCESS | A | SDR-FAILED VERIFICATION | 3/13/2024 | NULL | 3/13/2024 | 3/13/2024 |
| FORSYTH | 30450158 | BP32573 | 11/5/2024 | 10/18/2024 | VERIFIED - SDR CURE | A | ACCEPTED | 11/5/2024 | NULL | 11/5/2024 | 11/11/2024 |
| FORSYTH | 30450885 | BY518730 | 11/5/2024 | 10/23/2024 | VERIFIED - SDR CURE | A | ACCEPTED | 11/2/2024 | NULL | 11/2/2024 | 11/13/2024 |
| FORSYTH | 30451110 | BN605990 | 11/5/2024 | 10/24/2024 | VERIFIED - SDR CURE | A | ACCEPTED | 11/5/2024 | NULL | 11/5/2024 | 11/14/2024 |
| FORSYTH | 30451359 | BN185045 | 11/5/2024 | 10/24/2024 | VERIFIED - SDR CURE | A | ACCEPTED | 11/2/2024 | NULL | 11/2/2024 | 11/11/2024 |