# Exhibit TT

| county_name | voter_reg_num | ncid | election_date | voted_date | SDR_Undeliverable_Cure_Status | Current_Voter_Registration_Status | Ballot_Status | SDR_Undeliverable_Creation_Date | SDR_Undeliverable_New_Mailing_Date | SDR_Undeliverable_Cure_Process_Start_Date | SDR_Undeliverable_Last_Update_Date |
|---|---|---|---|---|---|---|---|---|---|---|---|
| CUMBERLAND | 166307644 | BE520053 | 11/5/2024 | 10/17/2024 | DENIED - DEFAULT TIME LIMIT | D | SDR-FAILED VERIFICATION | 11/7/2024 | NULL | 11/12/2024 | 11/16/2024 |
| CUMBERLAND | 166307766 | BE520130 | 11/5/2024 | 10/17/2024 | DENIED - DEFAULT TIME LIMIT | D | SDR-FAILED VERIFICATION | 10/29/2024 | NULL | 11/12/2024 | 11/16/2024 |
| CUMBERLAND | 166307782 | BE520140 | 11/5/2024 | 10/17/2024 | DENIED - DEFAULT TIME LIMIT | D | SDR-FAILED VERIFICATION | 11/1/2024 | NULL | 11/12/2024 | 11/16/2024 |
| CUMBERLAND | 166308099 | BE520328 | 11/5/2024 | 10/18/2024 | DENIED - DEFAULT TIME LIMIT | D | SDR-FAILED VERIFICATION | 10/30/2024 | NULL | 11/12/2024 | 11/16/2024 |
| CUMBERLAND | 166308120 | BE520341 | 11/5/2024 | 10/18/2024 | DENIED - DEFAULT TIME LIMIT | D | SDR-FAILED VERIFICATION | 11/7/2024 | NULL | 11/12/2024 | 11/16/2024 |
| CUMBERLAND | 166308190 | BE494111 | 11/5/2024 | 10/18/2024 | DENIED - DEFAULT TIME LIMIT | D | SDR-FAILED VERIFICATION | 11/7/2024 | NULL | 11/12/2024 | 11/16/2024 |
| CUMBERLAND | 166308208 | BE520399 | 11/5/2024 | 10/18/2024 | DENIED - DEFAULT TIME LIMIT | D | SDR-FAILED VERIFICATION | 11/7/2024 | NULL | 11/12/2024 | 11/16/2024 |
| CUMBERLAND | 166308236 | DD119748 | 11/5/2024 | 10/18/2024 | DENIED - DEFAULT TIME LIMIT | D | SDR-FAILED VERIFICATION | 11/7/2024 | NULL | 11/12/2024 | 11/16/2024 |
| CUMBERLAND | 166308255 | BE520424 | 11/5/2024 | 10/18/2024 | DENIED - DEFAULT TIME LIMIT | D | SDR-FAILED VERIFICATION | 11/7/2024 | NULL | 11/12/2024 | 11/16/2024 |
| CUMBERLAND | 166308269 | BE28770 | 11/5/2024 | 10/18/2024 | DENIED - DEFAULT TIME LIMIT | D | SDR-FAILED VERIFICATION | 11/7/2024 | NULL | 11/12/2024 | 11/16/2024 |
| CUMBERLAND | 166308395 | BE520492 | 11/5/2024 | 10/19/2024 | DENIED - DEFAULT TIME LIMIT | D | SDR-FAILED VERIFICATION | 11/1/2024 | NULL | 11/12/2024 | 11/16/2024 |
| CUMBERLAND | 166308565 | CA93886 | 11/5/2024 | 10/18/2024 | DENIED - DEFAULT TIME LIMIT | D | SDR-FAILED VERIFICATION | 11/1/2024 | NULL | 11/12/2024 | 11/16/2024 |
| CUMBERLAND | 166309227 | BE383082 | 11/5/2024 | 10/21/2024 | DENIED - DEFAULT TIME LIMIT | D | SDR-FAILED VERIFICATION | 11/7/2024 | NULL | 11/12/2024 | 11/16/2024 |
| CUMBERLAND | 166309499 | BE521204 | 11/5/2024 | 10/21/2024 | DENIED - DEFAULT TIME LIMIT | D | SDR-FAILED VERIFICATION | 11/7/2024 | NULL | 11/12/2024 | 11/16/2024 |
| CUMBERLAND | 166314180 | BE524384 | 11/5/2024 | 11/2/2024 | DENIED - DEFAULT TIME LIMIT | D | SDR-FAILED VERIFICATION | 11/13/2024 | NULL | 11/13/2024 | 11/16/2024 |
| CUMBERLAND | 166314183 | BE524385 | 11/5/2024 | 11/2/2024 | DENIED - DEFAULT TIME LIMIT | D | SDR-FAILED VERIFICATION | 11/13/2024 | NULL | 11/13/2024 | 11/16/2024 |
| CUMBERLAND | 166314201 | CW1541373 | 11/5/2024 | 10/31/2024 | DENIED - DEFAULT TIME LIMIT | D | SDR-FAILED VERIFICATION | 11/9/2024 | NULL | 11/12/2024 | 11/16/2024 |
| CUMBERLAND | 166314255 | BE524437 | 11/5/2024 | 11/1/2024 | DENIED - DEFAULT TIME LIMIT | D | SDR-FAILED VERIFICATION | 11/13/2024 | NULL | 11/13/2024 | 11/16/2024 |
| CUMBERLAND | 166314298 | DR125452 | 11/5/2024 | 11/2/2024 | DENIED - DEFAULT TIME LIMIT | D | SDR-FAILED VERIFICATION | 11/13/2024 | NULL | 11/13/2024 | 11/16/2024 |
| CUMBERLAND | 166314322 | BE43173 | 11/5/2024 | 11/2/2024 | DENIED - DEFAULT TIME LIMIT | D | SDR-FAILED VERIFICATION | 11/13/2024 | NULL | 11/13/2024 | 11/16/2024 |
| CUMBERLAND | 166314331 | BE524489 | 11/5/2024 | 11/2/2024 | DENIED - DEFAULT TIME LIMIT | D | SDR-FAILED VERIFICATION | 11/13/2024 | NULL | 11/13/2024 | 11/16/2024 |
| CUMBERLAND | 166314332 | BE524490 | 11/5/2024 | 11/2/2024 | DENIED - DEFAULT TIME LIMIT | D | SDR-FAILED VERIFICATION | 11/13/2024 | NULL | 11/13/2024 | 11/16/2024 |
| CUMBERLAND | 166314333 | BE524491 | 11/5/2024 | 11/2/2024 | DENIED - DEFAULT TIME LIMIT | D | SDR-FAILED VERIFICATION | 11/13/2024 | NULL | 11/13/2024 | 11/16/2024 |
| CUMBERLAND | 166314354 | CJ197954 | 11/5/2024 | 11/1/2024 | DENIED - DEFAULT TIME LIMIT | D | SDR-FAILED VERIFICATION | 11/13/2024 | NULL | 11/13/2024 | 11/16/2024 |
| CUMBERLAND | 166314369 | BE524517 | 11/5/2024 | 11/1/2024 | DENIED - DEFAULT TIME LIMIT | D | SDR-FAILED VERIFICATION | 11/12/2024 | NULL | 11/13/2024 | 11/16/2024 |
| CUMBERLAND | 166314373 | BE524519 | 11/5/2024 | 11/1/2024 | DENIED - DEFAULT TIME LIMIT | D | SDR-FAILED VERIFICATION | 11/13/2024 | NULL | 11/13/2024 | 11/16/2024 |
| CUMBERLAND | 166314384 | BE524526 | 11/5/2024 | 11/1/2024 | DENIED - DEFAULT TIME LIMIT | D | SDR-FAILED VERIFICATION | 11/13/2024 | NULL | 11/13/2024 | 11/16/2024 |
| CUMBERLAND | 166314412 | BE524539 | 11/5/2024 | 11/2/2024 | DENIED - DEFAULT TIME LIMIT | D | SDR-FAILED VERIFICATION | 11/13/2024 | NULL | 11/13/2024 | 11/16/2024 |
| CUMBERLAND | 166314424 | DT184565 | 11/5/2024 | 11/2/2024 | DENIED - DEFAULT TIME LIMIT | D | SDR-FAILED VERIFICATION | 11/13/2024 | NULL | 11/13/2024 | 11/16/2024 |
| CUMBERLAND | 166314513 | AK174743 | 11/5/2024 | 11/1/2024 | DENIED - DEFAULT TIME LIMIT | D | SDR-FAILED VERIFICATION | 11/12/2024 | NULL | 11/13/2024 | 11/16/2024 |
| CUMBERLAND | 166314534 | BE524610 | 11/5/2024 | 11/1/2024 | DENIED - DEFAULT TIME LIMIT | D | SDR-FAILED VERIFICATION | 11/13/2024 | NULL | 11/13/2024 | 11/16/2024 |
| CUMBERLAND | 166314602 | BE524654 | 11/5/2024 | 10/30/2024 | DENIED - DEFAULT TIME LIMIT | D | SDR-FAILED VERIFICATION | 11/12/2024 | NULL | 11/13/2024 | 11/16/2024 |
| CUMBERLAND | 166314607 | BE524656 | 11/5/2024 | 10/30/2024 | DENIED - DEFAULT TIME LIMIT | D | SDR-FAILED VERIFICATION | 11/13/2024 | NULL | 11/13/2024 | 11/16/2024 |
| CUMBERLAND | 166314643 | EF170382 | 11/5/2024 | 11/2/2024 | DENIED - DEFAULT TIME LIMIT | D | SDR-FAILED VERIFICATION | 11/13/2024 | NULL | 11/13/2024 | 11/16/2024 |
| CUMBERLAND | 166314653 | BE262377 | 11/5/2024 | 10/31/2024 | DENIED - DEFAULT TIME LIMIT | D | SDR-FAILED VERIFICATION | 11/13/2024 | NULL | 11/13/2024 | 11/16/2024 |
| CUMBERLAND | 166314665 | BE524686 | 11/5/2024 | 10/30/2024 | DENIED - DEFAULT TIME LIMIT | D | SDR-FAILED VERIFICATION | 11/13/2024 | NULL | 11/13/2024 | 11/16/2024 |
| CUMBERLAND | 166314703 | CE70974 | 11/5/2024 | 11/1/2024 | DENIED - DEFAULT TIME LIMIT | D | SDR-FAILED VERIFICATION | 11/12/2024 | NULL | 11/13/2024 | 11/16/2024 |
| CUMBERLAND | 166314738 | BE524737 | 11/5/2024 | 11/1/2024 | DENIED - DEFAULT TIME LIMIT | D | SDR-FAILED VERIFICATION | 11/13/2024 | NULL | 11/13/2024 | 11/16/2024 |
| CUMBERLAND | 166314742 | BE385430 | 11/5/2024 | 11/1/2024 | DENIED - DEFAULT TIME LIMIT | D | SDR-FAILED VERIFICATION | 11/13/2024 | NULL | 11/13/2024 | 11/16/2024 |
| CUMBERLAND | 166314751 | BE524745 | 11/5/2024 | 11/1/2024 | DENIED - DEFAULT TIME LIMIT | D | SDR-FAILED VERIFICATION | 11/13/2024 | NULL | 11/13/2024 | 11/16/2024 |
| CUMBERLAND | 166314753 | BE524747 | 11/5/2024 | 11/2/2024 | DENIED - DEFAULT TIME LIMIT | D | SDR-FAILED VERIFICATION | 11/13/2024 | NULL | 11/13/2024 | 11/16/2024 |
| CUMBERLAND | 166314754 | BE524748 | 11/5/2024 | 11/2/2024 | DENIED - DEFAULT TIME LIMIT | D | SDR-FAILED VERIFICATION | 11/13/2024 | NULL | 11/13/2024 | 11/16/2024 |
| CUMBERLAND | 166314810 | EH1136296 | 11/5/2024 | 11/2/2024 | DENIED - DEFAULT TIME LIMIT | D | SDR-FAILED VERIFICATION | 11/13/2024 | NULL | 11/13/2024 | 11/16/2024 |
| CUMBERLAND | 166314851 | CE48644 | 11/5/2024 | 10/30/2024 | DENIED - DEFAULT TIME LIMIT | D | SDR-FAILED VERIFICATION | 11/12/2024 | NULL | 11/13/2024 | 11/16/2024 |
| CUMBERLAND | 166314958 | BE524867 | 11/5/2024 | 11/1/2024 | DENIED - DEFAULT TIME LIMIT | D | SDR-FAILED VERIFICATION | 11/13/2024 | NULL | 11/13/2024 | 11/16/2024 |
| CUMBERLAND | 166314980 | BE524881 | 11/5/2024 | 11/1/2024 | DENIED - DEFAULT TIME LIMIT | D | SDR-FAILED VERIFICATION | 11/13/2024 | NULL | 11/13/2024 | 11/16/2024 |
| CUMBERLAND | 166315024 | BN585554 | 11/5/2024 | 10/30/2024 | DENIED - DEFAULT TIME LIMIT | D | SDR-FAILED VERIFICATION | 11/13/2024 | NULL | 11/13/2024 | 11/16/2024 |
| CUMBERLAND | 166315061 | CZ29861 | 11/5/2024 | 11/1/2024 | DENIED - DEFAULT TIME LIMIT | D | SDR-FAILED VERIFICATION | 11/13/2024 | NULL | 11/13/2024 | 11/16/2024 |
| CUMBERLAND | 166315063 | BE524930 | 11/5/2024 | 11/2/2024 | DENIED - DEFAULT TIME LIMIT | D | SDR-FAILED VERIFICATION | 11/13/2024 | NULL | 11/13/2024 | 11/16/2024 |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| CUMBERLAND | 166315086 | BE524949 | 11/5/2024 | 11/2/2024 | DENIED - DEFAULT TIME LIMIT | D | SDR-FAILED VERIFICATION | 11/13/2024 | NULL | 11/13/2024 | 11/16/2024 |
| CUMBERLAND | 166315102 | DT150857 | 11/5/2024 | 10/31/2024 | DENIED - DEFAULT TIME LIMIT | A | SDR-FAILED VERIFICATION | 11/13/2024 | NULL | 11/13/2024 | 11/16/2024 |
| CUMBERLAND | 166315146 | CW1463336 | 11/5/2024 | 11/1/2024 | DENIED - DEFAULT TIME LIMIT | D | SDR-FAILED VERIFICATION | 11/9/2024 | NULL | 11/12/2024 | 11/16/2024 |
| CUMBERLAND | 166315152 | BE524993 | 11/5/2024 | 11/1/2024 | DENIED - DEFAULT TIME LIMIT | D | SDR-FAILED VERIFICATION | 11/13/2024 | NULL | 11/13/2024 | 11/16/2024 |
| CUMBERLAND | 166315171 | BW69342 | 11/5/2024 | 11/2/2024 | DENIED - DEFAULT TIME LIMIT | D | SDR-FAILED VERIFICATION | 11/13/2024 | NULL | 11/13/2024 | 11/16/2024 |
| CUMBERLAND | 166315176 | DN157636 | 11/5/2024 | 11/2/2024 | DENIED - DEFAULT TIME LIMIT | D | SDR-FAILED VERIFICATION | 11/13/2024 | NULL | 11/13/2024 | 11/16/2024 |
| CUMBERLAND | 166315198 | BE525018 | 11/5/2024 | 11/2/2024 | DENIED - DEFAULT TIME LIMIT | D | SDR-FAILED VERIFICATION | 11/12/2024 | NULL | 11/13/2024 | 11/16/2024 |
| CUMBERLAND | 166315202 | BE525021 | 11/5/2024 | 11/2/2024 | DENIED - DEFAULT TIME LIMIT | D | SDR-FAILED VERIFICATION | 11/12/2024 | NULL | 11/13/2024 | 11/16/2024 |
| CUMBERLAND | 166315206 | BE525025 | 11/5/2024 | 11/2/2024 | DENIED - DEFAULT TIME LIMIT | D | SDR-FAILED VERIFICATION | 11/13/2024 | NULL | 11/13/2024 | 11/16/2024 |
| CUMBERLAND | 166315226 | AA192657 | 11/5/2024 | 11/2/2024 | DENIED - DEFAULT TIME LIMIT | D | SDR-FAILED VERIFICATION | 11/13/2024 | NULL | 11/13/2024 | 11/16/2024 |
| CUMBERLAND | 166315227 | BE525035 | 11/5/2024 | 11/2/2024 | DENIED - DEFAULT TIME LIMIT | D | SDR-FAILED VERIFICATION | 11/13/2024 | NULL | 11/13/2024 | 11/16/2024 |
| CUMBERLAND | 166315269 | BE525065 | 11/5/2024 | 11/1/2024 | DENIED - DEFAULT TIME LIMIT | D | SDR-FAILED VERIFICATION | 11/12/2024 | NULL | 11/13/2024 | 11/16/2024 |
| CUMBERLAND | 166315280 | BE223223 | 11/5/2024 | 10/30/2024 | DENIED - DEFAULT TIME LIMIT | D | SDR-FAILED VERIFICATION | 11/13/2024 | NULL | 11/13/2024 | 11/16/2024 |
| CUMBERLAND | 166315316 | BE525092 | 11/5/2024 | 11/2/2024 | DENIED - DEFAULT TIME LIMIT | D | SDR-FAILED VERIFICATION | 11/13/2024 | NULL | 11/13/2024 | 11/16/2024 |
| CUMBERLAND | 166315317 | BE401138 | 11/5/2024 | 11/2/2024 | DENIED - DEFAULT TIME LIMIT | D | SDR-FAILED VERIFICATION | 11/13/2024 | NULL | 11/13/2024 | 11/16/2024 |
| CUMBERLAND | 166315349 | BE525112 | 11/5/2024 | 10/30/2024 | DENIED - DEFAULT TIME LIMIT | D | SDR-FAILED VERIFICATION | 11/13/2024 | NULL | 11/13/2024 | 11/16/2024 |
| CUMBERLAND | 166315361 | BE396425 | 11/5/2024 | 10/30/2024 | DENIED - DEFAULT TIME LIMIT | D | SDR-FAILED VERIFICATION | 11/12/2024 | NULL | 11/13/2024 | 11/16/2024 |
| CUMBERLAND | 166315377 | BE382671 | 11/5/2024 | 10/31/2024 | DENIED - DEFAULT TIME LIMIT | D | SDR-FAILED VERIFICATION | 11/8/2024 | NULL | 11/12/2024 | 11/16/2024 |
| CUMBERLAND | 166309497 | BE521202 | 11/5/2024 | 10/21/2024 | STARTED NEW MAILING | D | SDR-FAILED VERIFICATION | 11/7/2024 | 11/12/2024 | NULL | 11/12/2024 |
| CUMBERLAND | 166308232 | BE403586 | 11/5/2024 | 10/18/2024 | VERIFIED - SDR CURE | A | ACCEPTED | 11/7/2024 | NULL | 11/12/2024 | 11/12/2024 |
| CUMBERLAND | 166308753 | BE520713 | 11/5/2024 | 10/20/2024 | VERIFIED - SDR CURE | I | ACCEPTED | 10/30/2024 | NULL | 11/7/2024 | 11/7/2024 |
| CUMBERLAND | 166308773 | CW773853 | 11/5/2024 | 10/20/2024 | VERIFIED - SDR CURE | A | ACCEPTED | 10/30/2024 | NULL | 11/7/2024 | 11/7/2024 |
| CUMBERLAND | 166309275 | BE521048 | 11/5/2024 | 10/21/2024 | VERIFIED - SDR CURE | A | ACCEPTED | 11/7/2024 | NULL | 11/12/2024 | 11/14/2024 |