# Exhibit UU

| voter_reg_num | county_id | transact ion_id | transition_reason | mailed_dt | current_ state | reprint_ ind | batch_id | address_info_id | mailed_to_address | is_undeliverab le_return | return_dt | return_operator_i d | operator_id | updt_dt | rowguid |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 166307644 | 26 | 1 | NEWVOTER | NULL | 0 | | 1 | 0 | 3371 GALLERIA DR, FAYETTEVILLE, NC 28303 | 0 | NULL | NULL | 1 | 08:04.2 | 070D8D45-F164-4171-8642-2E36E1B32A3B |
| 166307644 | 26 | 2 | VFY1SNT1 | 10/24/2024 | 1 | | 1 | 0 | 3371 GALLERIA DR, FAYETTEVILLE, NC 28303 | 0 | NULL | NULL | 1191 | 15:25.8 | 54B8EA2B-C59B-419A-AACD-E4913BD51D59 |
| 166307644 | 26 | 3 | RTSDR1 | NULL | 4 | | 1 | 0 | 3371 GALLERIA DR, FAYETTEVILLE, NC 28303 | 0 | NULL | NULL | 1191 | 47:58.1 | DB66E694-3BFA-4356-A37A-6B3E183C1FE8 |
| 166307766 | 26 | 1 | NEWVOTER | NULL | 0 | | 1 | 0 | 124 GLENOLA ST, FAYETTEVILLE, NC 28311 | 0 | NULL | NULL | 117 | 39:03.4 | 7C6EE0D4-C6B6-4278-B196-2D5ACC101B50 |
| 166307766 | 26 | 2 | VFY1SNT1 | 10/24/2024 | 1 | | 1 | 0 | 124 GLENOLA ST, FAYETTEVILLE, NC 28311 | 0 | NULL | NULL | 1191 | 15:25.8 | E904B739-C369-406D-B35E-D18EE60126A1 |
| 166307766 | 26 | 3 | RTSDR1 | NULL | 4 | | 1 | 0 | 124 GLENOLA ST, FAYETTEVILLE, NC 28311 | 0 | NULL | NULL | 1905 | 02:21.7 | F88FDD65-42A3-420F-83A5-0B22E58738ED |
| 166307782 | 26 | 1 | NEWVOTER | NULL | 0 | | 1 | 0 | 7724 BEAVER DAM RD, AUTRYVILLE, NC 28318 | 0 | NULL | NULL | 1305 | 35:04.4 | ED966D9A-6E39-4C34-87E6-B4B60A553AC1 |
| 166307782 | 26 | 2 | VFY1SNT1 | 10/24/2024 | 1 | | 1 | 0 | 7724 BEAVER DAM RD, AUTRYVILLE, NC 28318 | 0 | NULL | NULL | 1191 | 15:25.8 | BCFD4753-A2DB-4A53-86D2-C8CB56288C94 |
| 166307782 | 26 | 3 | RTSDR1 | NULL | 4 | | 1 | 0 | 7724 BEAVER DAM RD, AUTRYVILLE, NC 28318 | 0 | NULL | NULL | 1191 | 22:18.0 | 9526350F-7395-48A4-A846-D6F5B7FD89F1 |
| 166308099 | 26 | 1 | NEWVOTER | NULL | 0 | | 1 | 0 | 4007 BEAUBIEN DR, FAYETTEVILLE, NC 28306 | 0 | NULL | NULL | 1191 | 14:00.9 | 3E576A4D-1D73-4607-B571-48BB3725869A |
| 166308099 | 26 | 2 | VFY1SNT1 | 10/24/2024 | 1 | | 1 | 0 | 4007 BEAUBIEN DR, FAYETTEVILLE, NC 28306 | 0 | NULL | NULL | 1191 | 15:25.8 | 797495CA-D9FC-45BD-8570-31E1C9DF6977 |
| 166308099 | 26 | 3 | RTSDR1 | NULL | 4 | | 1 | 0 | 4007 BEAUBIEN DR, FAYETTEVILLE, NC 28306 | 0 | NULL | NULL | 1191 | 59:18.5 | C3B29984-D575-4417-BB6E-7642298AE214 |
| 166308120 | 26 | 1 | NEWVOTER | NULL | 0 | | 1 | 0 | 1200 MURCHISON RD, FAYETTEVILLE, NC 28301 | 0 | NULL | NULL | 1191 | 33:03.2 | 31B4BE92-A87F-4464-B2D9-F358CC7F2120 |
| 166308120 | 26 | 2 | VFY1SNT1 | 10/24/2024 | 1 | | 1 | 0 | 1200 MURCHISON RD, FAYETTEVILLE, NC 28301 | 0 | NULL | NULL | 1191 | 15:25.8 | 7C9C77F7-8B01-49F9-82CF-157333D2ED63 |
| 166308120 | 26 | 3 | RTSDR1 | NULL | 4 | | 1 | 0 | 1200 MURCHISON RD, FAYETTEVILLE, NC 28301 | 0 | NULL | NULL | 1191 | 57:30.9 | 53C87E3D-0301-48F5-849A-5FA3B292F902 |
| 166308190 | 26 | 1 | NEWVOTER | NULL | 0 | | 1 | 0 | 850 SCOTCH HALL WAY # APT304, FAYETTEVILLE, NC 28303 | 0 | NULL | NULL | 1191 | 26:01.0 | 38C79FC7-309E-4CFA-A62F-A16DCFD17D2E |
| 166308190 | 26 | 2 | VFY1SNT1 | 10/24/2024 | 1 | | 1 | 0 | 850 SCOTCH HALL WAY # APT304, FAYETTEVILLE, NC 28303 | 0 | NULL | NULL | 1191 | 15:25.8 | 1F420CDD-2BCB-4675-A485-C53CFA97749B |
| 166308190 | 26 | 3 | RTSDR1 | NULL | 4 | | 1 | 0 | 850 SCOTCH HALL WAY # APT304, FAYETTEVILLE, NC 28303 | 0 | NULL | NULL | 1191 | 46:06.2 | 8B3695A4-3770-4F85-B467-E5D876D1E2E0 |
| 166308208 | 26 | 1 | NEWVOTER | NULL | 0 | | 1 | 0 | 5441 BASTOGNE DR # 106B, FORT LIBERTY, NC 28310 | 0 | NULL | NULL | 1191 | 52:00.5 | DDEDCC16-AE94-47C1-8827-3CFD4AE7D674 |
| 166308208 | 26 | 2 | VFY1SNT1 | 10/24/2024 | 1 | | 1 | 0 | 5441 BASTOGNE DR # 106B, FORT LIBERTY, NC 28310 | 0 | NULL | NULL | 1191 | 15:25.8 | 197CB6BA-2670-40B5-82BB-BB1CD3287115 |
| 166308208 | 26 | 3 | RTSDR1 | NULL | 4 | | 1 | 0 | 5441 BASTOGNE DR # 106B, FORT LIBERTY, NC 28310 | 0 | NULL | NULL | 1191 | 47:34.4 | 7A37F731-F7DD-46FA-9B52-FB1890A83E0B |
| 166308232 | 26 | 1 | NEWVOTER | NULL | 0 | | 1 | 0 | 6439 APPLECROSS AVE, FAYETTEVILLE, NC 28304 | 0 | NULL | NULL | 1191 | 31:01.4 | 30D0E7B7-BDA5-43E7-A786-67F84AEE172F |
| 166308232 | 26 | 2 | VFY1SNT1 | 10/24/2024 | 1 | | 1 | 0 | 6439 APPLECROSS AVE, FAYETTEVILLE, NC 28304 | 0 | NULL | NULL | 1191 | 15:25.8 | A0AFC535-84D8-4DA8-A0CD-EBBCBBE80E97 |
| 166528232 | 26 | 3 | RTSDR1 | NULL | 4 | | 1 | 0 | 6439 APPLECROSS AVE, FAYETTEVILLE, NC 28304 | 0 | NULL | NULL | 1191 | 46:12.9 | F528C2F6-8E5C-42EC-B273-FCAECB9D1AEA |
| 166302232 | 26 | 4 | WAIT2 | NULL | 2 | | 2 | 0 | 6439 APPLECROSS AVE, FAYETTEVILLE, NC 28304 | 0 | NULL | NULL | 1191 | 21:54.0 | 3E22D5E9-4C61-47A0-9E3F-E74B66F96C20 |
| 166308232 | 26 | 5 | VOTERCHG | NULL | 170 | | 3 | 0 | 6439 APPLECROSS AVE, FAYETTEVILLE, NC 28304 | 0 | NULL | NULL | 1191 | 46:01.0 | 14214BD8-59A8-4F08-B1D1-E4ABB94A7277 |
| 166308232 | 26 | 6 | ADDRCHG | NULL | 20 | | 4 | 0 | 2002 ROSEHILL RD, FAYETTEVILLE, NC 28301 | 0 | NULL | NULL | 1191 | 39:52.8 | 0E42E18E-0960-408E-A1E6-955721663603 |
| 166471232 | 26 | 7 | VFY1SNT21 | 12/6/2024 | 21 | | 4 | 0 | 2002 ROSEHILL RD, FAYETTEVILLE, NC 28301 | 0 | NULL | NULL | 1191 | 38:05.3 | 86471622-6F27-4632-98E7-BB06DBC8F510 |
| 166308232 | 26 | 8 | WAIT22 | NULL | 22 | | 4 | 0 | 2002 ROSEHILL RD, FAYETTEVILLE, NC 28301 | 0 | NULL | NULL | 8 | 34:18.3 | 73DB3960-EDF3-42B5-8A60-C93C2ADC3DF0 |
| 166308236 | 26 | 1 | NEWVOTER | NULL | 0 | | 1 | 0 | 544 VILLAGE LAKE CT, SPRING LAKE, NC 28390 | 0 | NULL | NULL | 1191 | 40:03.6 | F2D5DC08-1B54-41A7-98CB-35D4B31C062A |
| 166389236 | 26 | 2 | VFY1SNT1 | 10/24/2024 | 1 | | 1 | 0 | 544 VILLAGE LAKE CT, SPRING LAKE, NC 28390 | 0 | NULL | NULL | 1191 | 15:25.8 | 9389A284-0499-401C-8783-62AB1BCC5DC9 |
| 166308236 | 26 | 3 | RTSDR1 | NULL | 4 | | 1 | 0 | 544 VILLAGE LAKE CT, SPRING LAKE, NC 28390 | 0 | NULL | NULL | 1191 | 47:00.8 | D3127BDA-BBA4-4367-9A3F-FF733A448988 |
| 166477255 | 26 | 1 | NEWVOTER | NULL | 0 | | 1 | 0 | 4605 GRUBER RD, FORT LIBERTY, NC 28310 | 0 | NULL | NULL | 1191 | 03:03.2 | 70477925-7BD1-46DD-A773-3E41233978DB |
| 166514255 | 26 | 2 | VFY1SNT1 | 10/24/2024 | 1 | | 1 | 0 | 4605 GRUBER RD, FORT LIBERTY, NC 28310 | 0 | NULL | NULL | 1191 | 15:25.8 | FF514019-BB65-42D5-97EC-BF26E7861C32 |
| 166308255 | 26 | 3 | RTSDR1 | NULL | 4 | | 1 | 0 | 4605 GRUBER RD, FORT LIBERTY, NC 28310 | 0 | NULL | NULL | 1191 | 47:18.4 | 565413E7-4FFB-43B2-AAC0-93B05C741DB9 |
| 166EA0269 | 26 | 1 | NEWVOTER | NULL | 0 | | 1 | 0 | 3451 WOODFORD CIR, FAYETTEVILLE, NC 28314 | 0 | NULL | NULL | 1191 | 41:00.5 | 7EA01DFB-39C9-4DDD-957A-39E85B178D64 |
| 166198269 | 26 | 2 | VFY1SNT1 | 10/24/2024 | 1 | | 1 | 0 | 3451 WOODFORD CIR, FAYETTEVILLE, NC 28314 | 0 | NULL | NULL | 1191 | 15:25.8 | 0198B762-B7E7-47AC-8145-A62CECBAE542 |
| 166308269 | 26 | 3 | RTSDR1 | NULL | 4 | | 1 | 0 | 3451 WOODFORD CIR, FAYETTEVILLE, NC 28314 | 0 | NULL | NULL | 1191 | 47:41.2 | F8D11361-CBD9-41BF-9D89-E866554E5C14 |
| 166308395 | 26 | 1 | NEWVOTER | NULL | 0 | | 1 | 3619616 | 1605 ROCK MERRITT FORT LIBERTY, NC 28307 | 0 | NULL | NULL | 117 | 14:14.5 | 2E3576CB-C745-49DA-91A0-E6B359244F17 |
| 166308395 | 26 | 2 | VFY1SNT1 | 10/24/2024 | 1 | | 1 | 3619616 | 1605 ROCK MERRITT FORT LIBERTY, NC 28307 | 0 | NULL | NULL | 1191 | 15:25.8 | 1FB9E25B-B832-425D-82C8-ACE8B9825F31 |
| 166308395 | 26 | 3 | RTSDR1 | NULL | 4 | | 1 | 3619616 | 1605 ROCK MERRITT FORT LIBERTY, NC 28307 | 0 | NULL | NULL | 1191 | 17:12.0 | 14EAB9B8-0870-45DA-B39D-50FE98521E01 |
| 166308565 | 26 | 1 | NEWVOTER | NULL | 0 | | 1 | 0 | 301 MCKENZIE RD, SPRING LAKE, NC 28390 | 0 | NULL | NULL | 1 | 31:03.8 | 96E18016-D8A3-4BC7-B8B9-A9E77EBE88FB |
| 166307565 | 26 | 2 | VFY1SNT1 | 10/24/2024 | 1 | | 1 | 0 | 301 MCKENZIE RD, SPRING LAKE, NC 28390 | 0 | NULL | NULL | 1191 | 15:25.8 | 0FD7ACBF-6A2E-4D6D-9224-DC96E4011C7E |
| 166308565 | 26 | 3 | RTSDR1 | NULL | 4 | | 1 | 0 | 301 MCKENZIE RD, SPRING LAKE, NC 28390 | 0 | NULL | NULL | 1191 | 17:45.0 | 32EA75CE-88D8-4ED1-ABC6-910AEA997BC7 |
| 166308753 | 26 | 1 | NEWVOTER | NULL | 0 | | 1 | 0 | 1752 EMPRESS LN, FAYETTEVILLE, NC 28304 | 0 | NULL | NULL | 1191 | 30:02.3 | D4F1E100-445F-4112-9166-D2E0B50D07AF |
| 166308753 | 26 | 2 | VFY1SNT1 | 10/24/2024 | 1 | | 1 | 0 | 1752 EMPRESS LN, FAYETTEVILLE, NC 28304 | 0 | NULL | NULL | 1191 | 15:25.8 | BEC02397-ED6A-47AB-9D8A-45CD2B267AE6 |
| 166558753 | 26 | 3 | RTSDR1 | NULL | 4 | | 1 | 0 | 1752 EMPRESS LN, FAYETTEVILLE, NC 28304 | 0 | NULL | NULL | 1191 | 27:20.3 | A55DB674-5D9E-4B52-8D0D-B9203929F2C5 |
| 166308753 | 26 | 4 | WAIT2 | NULL | 2 | | 2 | 0 | 1752 EMPRESS LN, FAYETTEVILLE, NC 28304 | 0 | NULL | NULL | 1191 | 39:20.0 | B6A2A45F-60B3-48F2-AA03-C78A5E17944B |
| 166308753 | 26 | 5 | VOTERCHG | NULL | 170 | | 3 | 0 | 1752 EMPRESS LN, FAYETTEVILLE, NC 28304 | 0 | NULL | NULL | 1191 | 46:01.0 | CB1FBCF9-6FA7-4637-B08F-6D0E7DCB3875 |
| 166308753 | 26 | 6 | VFY1SNT170 | 12/6/2024 | 171 | | 3 | 0 | 1752 EMPRESS LN, FAYETTEVILLE, NC 28304 | 0 | NULL | NULL | 1191 | 38:05.3 | 4051C611-E789-415E-8786-23263FC81885 |
| 166308753 | 26 | 7 | RTUND172 | NULL | 28 | | 3 | 3671393 | 1752 EMPRESS LN FAYETTEVILLE, NC 28304 | 0 | NULL | NULL | 1 | 27:25.0 | 2DC060D4-D87F-44E3-BCE6-5527DA9F6B9B |
| 166308753 | 26 | 8 | CONFSNT25 | 12/23/2024 | 30 | | 3 | 3671393 | 1752 EMPRESS LN FAYETTEVILLE, NC 28304 | 0 | NULL | NULL | 1191 | 51:25.2 | B891E3BB-72E0-4D6A-97B3-B59A20353B7D |

| ID | | | Action | Date1 | | | Num | Address | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 166308753 | 26 | 9 | RTUND27 | NULL | 24 | 3 | 3671393 | 1752 EMPRESS LN FAYETTEVILLE, NC 28304 | 0 | NULL | NULL | 1903 | 49:15.8 | 1278CD93-0690-45E2-9911-751E8EF07C88 |
| 166308773 | 26 | 1 | NEWVOTER | NULL | 0 | 1 | 0 | 4341 FERNCREEK DR, FAYETTEVILLE, NC 28314 | 0 | NULL | NULL | 1 | 56:00.9 | 17328CE9-4CBD-4C37-979F-EF4BF6517736 |
| 166308773 | 26 | 2 | VFY1SNT1 | 10/24/2024 | 1 | 1 | 0 | 4341 FERNCREEK DR, FAYETTEVILLE, NC 28314 | 0 | NULL | NULL | 1191 | 15:25.8 | 7FDC741E-75B8-4185-AAD6-BBC83633FE26 |
| 166308773 | 26 | 3 | RTSDR1 | NULL | 4 | 1 | 0 | 4341 FERNCREEK DR, FAYETTEVILLE, NC 28314 | 0 | NULL | NULL | 1191 | 59:27.2 | 3000E879-8555-48D9-8248-B6E55E837567 |
| 166308773 | 26 | 4 | WAIT2 | NULL | 2 | 2 | 0 | 4341 FERNCREEK DR, FAYETTEVILLE, NC 28314 | 0 | NULL | NULL | 1191 | 39:13.0 | 88FFF0FE-CBE1-4CB3-86B2-52AE48F46F23 |
| 166308773 | 26 | 5 | VOTERCHG | NULL | 170 | 3 | 0 | 4341 FERNCREEK DR, FAYETTEVILLE, NC 28314 | 0 | NULL | NULL | 1191 | 46:01.0 | A4D0F7AE-E6D4-464F-8FA1-C1DF0B8162CD |
| 166308773 | 26 | 6 | VFY1SNT170 | 12/6/2024 | 171 | 3 | 0 | 4341 FERNCREEK DR, FAYETTEVILLE, NC 28314 | 0 | NULL | NULL | 1191 | 38:05.3 | 45C6FC04-8E28-4B9E-AAA7-71F8F5BF03C5 |
| 166308773 | 26 | 7 | FWDRTN176 | NULL | 26 | 3 | 3672889 | 5109 MADDIE CREEK LN FAYETTEVILLE, NC 28306-3745 | 0 | NULL | NULL | 1191 | 25:51.5 | 46A92817-7281-4A72-8EA5-B42AE2D36C7A |
| 166308773 | 26 | 8 | ADDRSNT28 | 12/23/2024 | 25 | 3 | 3672889 | 5109 MADDIE CREEK LN FAYETTEVILLE, NC 28306-3745 | 0 | NULL | NULL | 1191 | 51:25.2 | 0D467FF6-8F6F-491B-9180-67443A1303B0 |
| 166308773 | 26 | 9 | ADDRCHG | NULL | 20 | 4 | 0 | 5109 MADDIE CREEK LN, FAYETTEVILLE, NC 28306 | 0 | NULL | NULL | 1191 | 15:03.3 | 884823F5-2D10-4EAC-AFB5-9BA6F8D0DA14 |
| 166308773 | 26 | 10 | VFY1SNT21 | 2/12/2025 | 21 | 4 | 0 | 5109 MADDIE CREEK LN, FAYETTEVILLE, NC 28306 | 0 | NULL | NULL | 1191 | 15:54.8 | EEF24151-0F9A-498A-8AA2-8AC5C6E20FD3 |
| 166309227 | 26 | 1 | NEWVOTER | NULL | 0 | 1 | 0 | 6540 BROOKSTONE LN # 104, FAYETTEVILLE, NC 28314 | 0 | NULL | NULL | 117 | 03:01.0 | F853BF95-B28F-473F-96A9-E508381F7DB0 |
| 166309227 | 26 | 2 | VFY1SNT1 | 10/24/2024 | 1 | 1 | 0 | 6540 BROOKSTONE LN # 104, FAYETTEVILLE, NC 28314 | 0 | NULL | NULL | 1191 | 15:25.8 | BDC37F15-D76E-4782-B925-39A5FF9180F4 |
| 166309227 | 26 | 3 | RTSDR1 | NULL | 4 | 1 | 0 | 6540 BROOKSTONE LN # 104, FAYETTEVILLE, NC 28314 | 0 | NULL | NULL | 1191 | 46:34.9 | 399EFA92-B604-46AF-803C-9D1E665CC19B |
| 166309275 | 26 | 1 | NEWVOTER | NULL | 0 | 1 | 0 | 5611 FOUNTAIN GROVE CIR, FAYETTEVILLE, NC 28304 | 0 | NULL | NULL | 117 | 32:02.7 | 83A056CB-04FD-4562-AAC4-D8642DF80734 |
| 166309275 | 26 | 2 | VFY1SNT1 | 10/24/2024 | 1 | 1 | 0 | 5611 FOUNTAIN GROVE CIR, FAYETTEVILLE, NC 28304 | 0 | NULL | NULL | 1191 | 15:25.8 | 2688E3C5-6918-42C9-99E2-D195EAF06D65 |
| 166309275 | 26 | 3 | RTSDR1 | NULL | 4 | 1 | 0 | 5611 FOUNTAIN GROVE CIR, FAYETTEVILLE, NC 28304 | 0 | NULL | NULL | 1191 | 46:48.7 | 2C70EA05-4272-4493-856F-6D52CED66E67 |
| 166309275 | 26 | 4 | WAIT2 | NULL | 2 | 2 | 0 | 5611 FOUNTAIN GROVE CIR, FAYETTEVILLE, NC 28304 | 0 | NULL | NULL | 1191 | 09:27.0 | 2771AB6C-B804-49B0-8AED-732479821C3D |
| 166309270 | 26 | 5 | ADDRCHG | NULL | 20 | 3 | 0 | 5611 FOUNTAIN GROVE CIR # 13, FAYETTEVILLE, NC 28304 | 0 | NULL | NULL | 1191 | 10:55.3 | 2AF44670-F176-4DBF-8BF7-52CF095167BB |
| 166309275 | 26 | 6 | VFY1SNT21 | 12/6/2024 | 21 | 3 | 0 | 5611 FOUNTAIN GROVE CIR # 13, FAYETTEVILLE, NC 28304 | 0 | NULL | NULL | 1191 | 38:05.3 | 7EFEC298-DAD5-46F7-9498-5E6915716C3A |
| 166309275 | 26 | 7 | WAIT22 | NULL | 22 | 3 | 0 | 5611 FOUNTAIN GROVE CIR # 13, FAYETTEVILLE, NC 28304 | 0 | NULL | NULL | 8 | 34:18.3 | E8ABED24-BA0C-407A-96A0-1BDAEEAAEB49 |
| 166309497 | 26 | 1 | NEWVOTER | NULL | 0 | 1 | 0 | 5540 FOUNTAIN GROVE CIR, FAYETTEVILLE, NC 28304 | 0 | NULL | NULL | 1 | 29:01.3 | EF644DF4-197B-4466-8C0F-FB7F2B59BCA0 |
| 166309497 | 26 | 2 | VFY1SNT1 | 10/24/2024 | 1 | 1 | 0 | 5540 FOUNTAIN GROVE CIR, FAYETTEVILLE, NC 28304 | 0 | NULL | NULL | 1191 | 15:25.8 | 258D5DA3-9D57-4FBE-83FE-A9842C3F10FC |
| 166309497 | 26 | 3 | RTSDR1 | NULL | 4 | 1 | 0 | 5540 FOUNTAIN GROVE CIR, FAYETTEVILLE, NC 28304 | 0 | NULL | NULL | 1191 | 46:17.6 | E9C193D2-CD1F-4CD9-9BE1-A191F8CBF64F |
| 166309499 | 26 | 1 | NEWVOTER | NULL | 0 | 1 | 0 | 420 BERNSTEIN ST, FORT LIBERTY, NC 28307 | 0 | NULL | NULL | 1 | 29:04.5 | 8EB95929-815F-4CFF-98FB-3EFD20F9A4B7 |
| 166309499 | 26 | 2 | VFY1SNT1 | 10/24/2024 | 1 | 1 | 0 | 420 BERNSTEIN ST, FORT LIBERTY, NC 28307 | 0 | NULL | NULL | 1191 | 15:25.8 | 70FF1266-589E-4038-8CEF-DECE9311A009 |
| 166309499 | 26 | 3 | RTSDR1 | NULL | 4 | 1 | 0 | 420 BERNSTEIN ST, FORT LIBERTY, NC 28307 | 0 | NULL | NULL | 1191 | 47:50.8 | 93B02485-E2FE-4741-BB34-26D4D386361A |
| 166314180 | 26 | 1 | NEWVOTER | NULL | 0 | 1 | 3645808 | 4804 ALAMANCE ROAD APT A FAYETTEVILLE, NC 28304 | 0 | NULL | NULL | 117 | 46:01.1 | F9CD6F3D-F7AC-4097-B12A-05D0B0CB8D57 |
| 166314180 | 26 | 2 | VFY1SNT1 | 11/8/2024 | 1 | 1 | 3645808 | 4804 ALAMANCE ROAD APT A FAYETTEVILLE, NC 28304 | 0 | NULL | NULL | 1191 | 23:48.9 | 102716E3-7366-498C-BA56-8F21CB06E3A8 |
| 166314180 | 26 | 3 | RTSDR1 | NULL | 4 | 1 | 3645808 | 4804 ALAMANCE ROAD APT A FAYETTEVILLE, NC 28304 | 0 | NULL | NULL | 1191 | 26:47.7 | E91232B2-E18A-47D4-A94A-E8B6D4D7B625 |
| 166314183 | 26 | 1 | NEWVOTER | NULL | 0 | 1 | 0 | 2947 CHILLINGWORTH DR, FAYETTEVILLE, NC 28306 | 0 | NULL | NULL | 117 | 47:04.5 | 75515D50-E953-4CEE-9D02-BBCA6F89381A |
| 166314183 | 26 | 2 | VFY1SNT1 | 11/8/2024 | 1 | 1 | 0 | 2947 CHILLINGWORTH DR, FAYETTEVILLE, NC 28306 | 0 | NULL | NULL | 1191 | 23:48.9 | 0642E189-F6F5-4741-B1AA-83B41EE267D2 |
| 166139183 | 26 | 3 | RTSDR1 | NULL | 4 | 1 | 0 | 2947 CHILLINGWORTH DR, FAYETTEVILLE, NC 28306 | 0 | NULL | NULL | 1191 | 27:30.9 | E2139212-7ECC-4407-9A91-21DD55730891 |
| 166314201 | 26 | 1 | NEWVOTER | NULL | 0 | 1 | 3645810 | HACKLEY 103C FAYETTEVILLE | 0 | NULL | NULL | 1191 | 53:00.6 | C10242D3-68A9-4A06-B46B-A11FD3CB6D30 |
| 166314201 | 26 | 2 | VFY1SNT1 | 11/8/2024 | 1 | 1 | 3645810 | HACKLEY 103C FAYETTEVILLE | 0 | NULL | NULL | 1191 | 23:48.9 | 2BC5E46E-5125-4F7C-8CA5-A232FFD6083B |
| 166314201 | 26 | 3 | RTSDR1 | NULL | 4 | 1 | 3645810 | HACKLEY 103C FAYETTEVILLE | 0 | NULL | NULL | 1191 | 57:20.9 | DC17578D-9415-4C15-9D04-19D332C1FED0 |
| 166314255 | 26 | 1 | NEWVOTER | NULL | 0 | 1 | 0 | 420 ACACIA CIR, FAYETTEVILLE, NC 28314 | 0 | NULL | NULL | 1191 | 08:09.3 | 9888732E-503B-44FC-AD74-19068490FEBC |
| 166314255 | 26 | 2 | VFY1SNT1 | 11/8/2024 | 1 | 1 | 0 | 420 ACACIA CIR, FAYETTEVILLE, NC 28314 | 0 | NULL | NULL | 1191 | 23:48.9 | 7EED68D6-629A-4A75-B792-8ADCCF5A9371 |
| 166314255 | 26 | 3 | RTSDR1 | NULL | 4 | 1 | 0 | 420 ACACIA CIR, FAYETTEVILLE, NC 28314 | 0 | NULL | NULL | 1191 | 27:35.8 | EADD4557-9C26-4BAD-86E8-04D960952939 |
| 166314298 | 26 | 1 | NEWVOTER | NULL | 0 | 1 | 0 | 4041 WILLIAM BILL LUTHER DR, HOPE MILLS, NC 28348 | 0 | NULL | NULL | 117 | 23:04.0 | 664FA316-B13F-40F9-9C93-793DFD1C575F |
| 166314298 | 26 | 2 | VFY1SNT1 | 11/8/2024 | 1 | 1 | 0 | 4041 WILLIAM BILL LUTHER DR, HOPE MILLS, NC 28348 | 0 | NULL | NULL | 1191 | 23:48.9 | 49757264-EFAE-4A6C-BF54-4B496D327F20 |
| 166314298 | 26 | 3 | RTSDR1 | NULL | 4 | 1 | 0 | 4041 WILLIAM BILL LUTHER DR, HOPE MILLS, NC 28348 | 0 | NULL | NULL | 1191 | 14:38.0 | CFF5E6ED-1FB8-4806-AC16-CCA7E7E8C401 |
| 166314322 | 26 | 1 | NEWVOTER | NULL | 0 | 1 | 0 | 5710 FOUNTAIN GROVE CIR # 26, FAYETTEVILLE, NC 28304 | 0 | NULL | NULL | 117 | 29:02.7 | BEC69095-0E72-4C7B-9FE1-7F334F01E660 |
| 166314322 | 26 | 2 | VFY1SNT1 | 11/8/2024 | 1 | 1 | 0 | 5710 FOUNTAIN GROVE CIR # 26, FAYETTEVILLE, NC 28304 | 0 | NULL | NULL | 1191 | 23:48.9 | 4C5C1513-A4BB-4FFE-96C4-78920345580B |
| 166314322 | 26 | 3 | RTSDR1 | NULL | 4 | 1 | 0 | 5710 FOUNTAIN GROVE CIR # 26, FAYETTEVILLE, NC 28304 | 0 | NULL | NULL | 1191 | 27:25.9 | D3F6C3D9-4C32-4F19-A63E-781821A17BBF |
| 166314331 | 26 | 1 | NEWVOTER | NULL | 0 | 1 | 0 | 4335 WOLLATON PARK, FORT LIBERTY, NC 28310 | 0 | NULL | NULL | 117 | 33:00.9 | F9469B2E-A305-4D64-AE58-7A1D76E9ECF0 |
| 166314331 | 26 | 2 | VFY1SNT1 | 11/8/2024 | 1 | 1 | 0 | 4335 WOLLATON PARK, FORT LIBERTY, NC 28310 | 0 | NULL | NULL | 1191 | 23:48.9 | 0E64245C-70F9-4B84-A36D-CE927D97D830 |
| 166314331 | 26 | 3 | RTSDR1 | NULL | 4 | 1 | 0 | 4335 WOLLATON PARK, FORT LIBERTY, NC 28310 | 0 | NULL | NULL | 1191 | 27:21.2 | EC84D1BC-F43E-4393-979A-E25B993E9309 |
| 166314332 | 26 | 1 | NEWVOTER | NULL | 0 | 1 | 0 | 4335 WOLLATON PARK, FORT LIBERTY, NC 28310 | 0 | NULL | NULL | 117 | 33:03.1 | FB508AA2-42B2-458D-A19B-F87E8F075C94 |
| 166314332 | 26 | 2 | VFY1SNT1 | 11/8/2024 | 1 | 1 | 0 | 4335 WOLLATON PARK, FORT LIBERTY, NC 28310 | 0 | NULL | NULL | 1191 | 23:48.9 | 3468B1D3-79B3-4968-A311-BE0DC90EC8B |
| 166631332 | 26 | 3 | RTSDR1 | NULL | 4 | 1 | 0 | 4335 WOLLATON PARK, FORT LIBERTY, NC 28310 | 0 | NULL | NULL | 1191 | 26:35.4 | A90622E2-643B-4FF6-8FC4-ECAAFFDC435D |
| 166314333 | 26 | 1 | NEWVOTER | NULL | 0 | 1 | 0 | 4335 WOLLATON PARK # 205, FORT LIBERTY, NC 28310 | 0 | NULL | NULL | 117 | 33:04.7 | 2EC41813-1A49-4320-A2AF-A4CAD8D9D392 |
| 166314333 | 26 | 2 | VFY1SNT1 | 11/8/2024 | 1 | 1 | 0 | 4335 WOLLATON PARK # 205, FORT LIBERTY, NC 28310 | 0 | NULL | NULL | 1191 | 23:48.9 | 83BA4FC5-EA01-4F47-BBEE-0A68D8D4C7DA |
| 166314333 | 26 | 3 | RTSDR1 | NULL | 4 | 1 | 0 | 4335 WOLLATON PARK # 205, FORT LIBERTY, NC 28310 | 0 | NULL | NULL | 1191 | 26:23.8 | FD3A54ED-4724-4351-887D-167585195D06 |
| 166314354 | 26 | 1 | NEWVOTER | NULL | 0 | 1 | 0 | 2635 LANE ST # 5822, FORT LIBERTY, NC 28310 | 0 | NULL | NULL | 1191 | 51:01.1 | EA6F7571-4B8D-4A95-AC2A-DF14BFE2603D |

| ID | Col2 | Col3 | Action | Date | Col6 | Col7 | Col8 | Address | Col10 | Col11 | Col12 | Col13 | Time | UUID |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 166314354 | 26 | 2 | VFY1SNT1 | 11/8/2024 | 1 | 1 | 0 | 2635 LANE ST # 5822, FORT LIBERTY, NC 28310 | 0 | NULL | NULL | 1191 | 23:48.9 | 6C73C8B7-2A56-493E-945A-6961699B7176 |
| 166314354 | 26 | 3 | RTSDR1 | NULL | 4 | 1 | 0 | 2635 LANE ST # 5822, FORT LIBERTY, NC 28310 | 0 | NULL | NULL | 1191 | 26:37.9 | 8A603943-983D-46AE-AB5C-DAD09B87D7CF |
| 166314369 | 26 | 1 | NEWVOTER | NULL | 0 | 1 | 0 | 2466 GOLDBERG ST, FORT LIBERTY, NC 28310 | 0 | NULL | NULL | 1191 | 55:02.6 | 8BF27962-ADB9-43F9-8F3E-F9F7B4BA2C27 |
| 166314369 | 26 | 2 | VFY1SNT1 | 11/8/2024 | 1 | 1 | 0 | 2466 GOLDBERG ST, FORT LIBERTY, NC 28310 | 0 | NULL | NULL | 1191 | 23:48.9 | 209A98AA-B2DD-4C7B-95C6-48B38931A00E |
| 166314369 | 26 | 3 | RTSDR1 | NULL | 4 | 1 | 0 | 2466 GOLDBERG ST, FORT LIBERTY, NC 28310 | 0 | NULL | NULL | 1191 | 31:44.7 | 42DF8D37-DEFB-40AE-A932-6D8B1E2EEEA6 |
| 166314373 | 26 | 1 | NEWVOTER | NULL | 0 | 1 | 0 | 2531 READINESS ST, FORT LIBERTY, NC 28310 | 0 | NULL | NULL | 1191 | 55:07.0 | 10A66C1C-DD8F-4D8B-8CE7-BAD791EB3AFE |
| 166314373 | 26 | 2 | VFY1SNT1 | 11/8/2024 | 1 | 1 | 0 | 2531 READINESS ST, FORT LIBERTY, NC 28310 | 0 | NULL | NULL | 1191 | 23:48.9 | 9B03A1CB-DD0C-4B51-999D-AA6A103F1EB6 |
| 166314373 | 26 | 3 | RTSDR1 | NULL | 4 | 1 | 0 | 2531 READINESS ST, FORT LIBERTY, NC 28310 | 0 | NULL | NULL | 1191 | 27:18.1 | C76DF93E-00A0-41E8-BB42-4348B817C2F0 |
| 166314384 | 26 | 1 | NEWVOTER | NULL | 0 | 1 | 0 | 4344 RED DEVILS ST, FORT LIBERTY, NC 28307 | 0 | NULL | NULL | 1191 | 57:06.0 | F4F00204-7526-4637-BA1F-1531F5C03F7A |
| 166314384 | 26 | 2 | VFY1SNT1 | 11/8/2024 | 1 | 1 | 0 | 4344 RED DEVILS ST, FORT LIBERTY, NC 28307 | 0 | NULL | NULL | 1191 | 23:48.9 | B6DEABA4-BC75-48D7-B6B7-8ED65476DAB6 |
| 166314384 | 26 | 3 | RTSDR1 | NULL | 4 | 1 | 0 | 4344 RED DEVILS ST, FORT LIBERTY, NC 28307 | 0 | NULL | NULL | 1191 | 24:57.6 | 95AFEE92-E029-40EC-89F1-D57E8548562C |
| 166314412 | 26 | 1 | NEWVOTER | NULL | 0 | 1 | 0 | 4433 WOLLATON PARK, FORT LIBERTY, NC 28310 | 0 | NULL | NULL | 117 | 00:11.3 | 99298875-25FE-4ECF-BEA5-869E40A0AD89 |
| 166314412 | 26 | 2 | VFY1SNT1 | 11/8/2024 | 1 | 1 | 0 | 4433 WOLLATON PARK, FORT LIBERTY, NC 28310 | 0 | NULL | NULL | 1191 | 23:48.9 | 4EEC0A8E-05D4-420A-9A91-C168B8EE7615 |
| 166314412 | 26 | 3 | RTSDR1 | NULL | 4 | 1 | 0 | 4433 WOLLATON PARK, FORT LIBERTY, NC 28310 | 0 | NULL | NULL | 1191 | 28:40.2 | D48A8E39-A716-4114-BED7-BF3525C2361A |
| 166314424 | 26 | 1 | NEWVOTER | NULL | 0 | 1 | 0 | 5441 BASKING RIDGE DR # 107, FAYETTEVILLE, NC 28314 | 0 | NULL | NULL | 117 | 02:07.6 | 9B774B45-4D2C-4084-8CBA-07D00D8B129B |
| 166314424 | 26 | 2 | VFY1SNT1 | 11/8/2024 | 1 | 1 | 0 | 5441 BASKING RIDGE DR # 107, FAYETTEVILLE, NC 28314 | 0 | NULL | NULL | 1191 | 23:48.9 | 048B1F05-BEF7-496C-953F-648F2B758C60 |
| 166314424 | 26 | 3 | RTSDR1 | NULL | 4 | 1 | 0 | 5441 BASKING RIDGE DR # 107, FAYETTEVILLE, NC 28314 | 0 | NULL | NULL | 1191 | 27:03.7 | 9157EC9C-F5D4-424A-B24C-818B6D7211D8 |
| 166314513 | 26 | 1 | NEWVOTER | NULL | 0 | 1 | 0 | 1330 COLEY DR # 202B, FAYETTEVILLE, NC 28301 | 0 | NULL | NULL | 1191 | 16:01.0 | 876D2A8C-0B2D-4E2D-9F34-7770B04EF601 |
| 166314513 | 26 | 2 | VFY1SNT1 | 11/8/2024 | 1 | 1 | 0 | 1330 COLEY DR # 202B, FAYETTEVILLE, NC 28301 | 0 | NULL | NULL | 1191 | 23:48.9 | 82F25718-5597-4B22-BA0A-28328FD017F7 |
| 166314513 | 26 | 3 | RTSDR1 | NULL | 4 | 1 | 0 | 1330 COLEY DR # 202B, FAYETTEVILLE, NC 28301 | 0 | NULL | NULL | 1191 | 31:09.2 | C78967E9-F732-4747-9A42-B168C25F5525 |
| 166314534 | 26 | 1 | NEWVOTER | NULL | 0 | 1 | 0 | 7030 PANTEGO DR, FAYETTEVILLE, NC 28314 | 0 | NULL | NULL | 1191 | 18:17.4 | A506C193-EA23-4DBF-BE7D-4C259E0A8598 |
| 166314534 | 26 | 2 | VFY1SNT1 | 11/8/2024 | 1 | 1 | 0 | 7030 PANTEGO DR, FAYETTEVILLE, NC 28314 | 0 | NULL | NULL | 1191 | 23:48.9 | 964BC7CB-AAE2-4515-977E-B2F9F7DA9189 |
| 166050534 | 26 | 3 | RTSDR1 | NULL | 4 | 1 | 0 | 7030 PANTEGO DR, FAYETTEVILLE, NC 28314 | 0 | NULL | NULL | 1191 | 14:18.7 | 3050012B-E69F-486F-AB37-8FF9A98E8905 |
| 166314602 | 26 | 1 | NEWVOTER | NULL | 0 | 1 | 0 | 3970 DONOVAN ST, FORT LIBERTY, NC 28310 | 0 | NULL | NULL | 1191 | 38:11.8 | D9AE36A6-B349-4675-952C-48DA9C8D23F0 |
| 166314602 | 26 | 2 | VFY1SNT1 | 11/8/2024 | 1 | 1 | 0 | 3970 DONOVAN ST, FORT LIBERTY, NC 28310 | 0 | NULL | NULL | 1191 | 23:48.9 | DA818C47-9A1C-4351-9A0D-DA1A9160F4BA |
| 166314602 | 26 | 3 | RTSDR1 | NULL | 4 | 1 | 0 | 3970 DONOVAN ST, FORT LIBERTY, NC 28310 | 0 | NULL | NULL | 1191 | 31:47.3 | EC804D21-FEEF-4AEF-B551-CAE33E19B136 |
| 166314607 | 26 | 1 | NEWVOTER | NULL | 0 | 1 | 0 | 3970 DONOVAN ST, FORT LIBERTY, NC 28310 | 0 | NULL | NULL | 1191 | 39:04.2 | 8D8D11E6-217A-4DB5-BCE7-C35ADBB13271 |
| 166311607 | 26 | 2 | VFY1SNT1 | 11/8/2024 | 1 | 1 | 0 | 3970 DONOVAN ST, FORT LIBERTY, NC 28310 | 0 | NULL | NULL | 1191 | 23:48.9 | 0411B64F-1811-4C3D-9A8D-41CE838EA298 |
| 166314607 | 26 | 3 | RTSDR1 | NULL | 4 | 1 | 0 | 3970 DONOVAN ST, FORT LIBERTY, NC 28310 | 0 | NULL | NULL | 1191 | 27:07.7 | A99D0EED-6D11-476C-9738-C2C1FCE8FCAB |
| 166316543 | 26 | 1 | NEWVOTER | NULL | 0 | 1 | 0 | 3533 TORBAY DR, FAYETTEVILLE, NC 28311 | 0 | NULL | NULL | 197 | 45:06.5 | FF5B35D4-C00B-4181-929F-F735E4C9EDBE |
| 166314643 | 26 | 2 | VFY1SNT1 | 11/8/2024 | 1 | 1 | 0 | 3533 TORBAY DR, FAYETTEVILLE, NC 28311 | 0 | NULL | NULL | 1191 | 23:48.9 | E9984F60-2FD2-4285-BC2A-024DD16A4A40 |
| 166314643 | 26 | 3 | RTSDR1 | NULL | 4 | 1 | 0 | 3533 TORBAY DR, FAYETTEVILLE, NC 28311 | 0 | NULL | NULL | 1191 | 26:57.5 | 5EC8D717-8409-43CF-8398-0ADB3E65C788 |
| 166314653 | 26 | 1 | NEWVOTER | NULL | 0 | 1 | 0 | 7202 SHELBY CIR, FAYETTEVILLE, NC 28314 | 0 | NULL | NULL | 117 | 46:03.7 | 69F220D4-3179-46C7-AAB8-853AF6A23CCA |
| 166314653 | 26 | 2 | VFY1SNT1 | 11/8/2024 | 1 | 1 | 0 | 7202 SHELBY CIR, FAYETTEVILLE, NC 28314 | 0 | NULL | NULL | 1191 | 23:48.9 | 675A9528-9A87-4302-B72A-E1B317AEE9F8 |
| 166314653 | 26 | 3 | RTSDR1 | NULL | 4 | 1 | 0 | 7202 SHELBY CIR, FAYETTEVILLE, NC 28314 | 0 | NULL | NULL | 1191 | 26:50.6 | 3068578D-6B85-4575-8CAF-8680492A96FB |
| 166314665 | 26 | 1 | NEWVOTER | NULL | 0 | 1 | 0 | 3140 BOLIVIA ST, FAYETTEVILLE, NC 28306 | 0 | NULL | NULL | 1191 | 48:10.9 | E56ED79B-BAAE-486F-9FDB-75A5EAAB297B |
| 166314665 | 26 | 2 | VFY1SNT1 | 11/8/2024 | 1 | 1 | 0 | 3140 BOLIVIA ST, FAYETTEVILLE, NC 28306 | 0 | NULL | NULL | 1191 | 23:48.9 | 0D62D2E4-4168-4083-B55D-DF2E3BF9D9B6 |
| 166149665 | 26 | 3 | RTSDR1 | NULL | 4 | 1 | 0 | 3140 BOLIVIA ST, FAYETTEVILLE, NC 28306 | 0 | NULL | NULL | 1191 | 27:00.4 | C0149505-239C-45C7-8C34-E0754C1CA46C |
| 166314703 | 26 | 1 | NEWVOTER | NULL | 0 | 1 | 0 | 1543 ELLIE AVE, FAYETTEVILLE, NC 28314 | 0 | NULL | NULL | 117 | 54:03.5 | 6CA061B0-9396-483E-BDB7-2BBAF0FF0353 |
| 166314703 | 26 | 2 | VFY1SNT1 | 11/8/2024 | 1 | 1 | 0 | 1543 ELLIE AVE, FAYETTEVILLE, NC 28314 | 0 | NULL | NULL | 1191 | 23:48.9 | 042C6AAF-732B-45C3-A3FA-5FEB98701307 |
| 166314703 | 26 | 3 | RTSDR1 | NULL | 4 | 1 | 0 | 1543 ELLIE AVE, FAYETTEVILLE, NC 28314 | 0 | NULL | NULL | 1191 | 19:42.8 | FAD9B3FF-2450-4128-96A9-F9706DC72B53 |
| 166314738 | 26 | 1 | NEWVOTER | NULL | 0 | 1 | 0 | 3905 PRIVATEER WAY, FAYETTEVILLE, NC 28306 | 0 | NULL | NULL | 1191 | 59:00.4 | CBB6CF1D-C495-4745-A2BC-C554D5043491 |
| 166310738 | 26 | 2 | VFY1SNT1 | 11/8/2024 | 1 | 1 | 0 | 3905 PRIVATEER WAY, FAYETTEVILLE, NC 28306 | 0 | NULL | NULL | 1191 | 23:48.9 | 9180570E-D11E-43A6-A1B7-62E9EC6F959F |
| 166314738 | 26 | 3 | RTSDR1 | NULL | 4 | 1 | 0 | 3905 PRIVATEER WAY, FAYETTEVILLE, NC 28306 | 0 | NULL | NULL | 1191 | 14:16.5 | 08C1D8E2-BD41-4809-AD9D-697072028395 |
| 166314742 | 26 | 1 | NEWVOTER | NULL | 0 | 1 | 0 | 1316 COLEY DR # 303, FAYETTEVILLE, NC 28301 | 0 | NULL | NULL | 1191 | 59:08.8 | BE498512-5C27-4C4D-915B-F47F7EBA7985 |
| 166314742 | 26 | 2 | VFY1SNT1 | 11/8/2024 | 1 | 1 | 0 | 1316 COLEY DR # 303, FAYETTEVILLE, NC 28301 | 0 | NULL | NULL | 1191 | 23:48.9 | CFF5B4D6-57DE-42DB-ADFC-2FA5FBC37B39 |
| 166314742 | 26 | 3 | RTSDR1 | NULL | 4 | 1 | 0 | 1316 COLEY DR # 303, FAYETTEVILLE, NC 28301 | 0 | NULL | NULL | 1191 | 27:56.1 | 6CDEEB1D-0B81-4706-B7D0-257653CC0397 |
| 166314751 | 26 | 1 | NEWVOTER | NULL | 0 | 1 | 0 | 1992 YARBOROUGH RD, PARKTON, NC 28371 | 0 | NULL | NULL | 1191 | 00:20.1 | C9140B62-83F8-4463-98AF-C42EBA21E0D0 |
| 166314751 | 26 | 2 | VFY1SNT1 | 11/8/2024 | 1 | 1 | 0 | 1992 YARBOROUGH RD, PARKTON, NC 28371 | 0 | NULL | NULL | 1191 | 23:48.9 | D35F2B06-63B4-4732-95CE-5027DA3B6727 |
| 166314751 | 26 | 3 | RTSDR1 | NULL | 4 | 1 | 0 | 1992 YARBOROUGH RD, PARKTON, NC 28371 | 0 | NULL | NULL | 1191 | 29:46.0 | FF6EFF02-053B-4629-BA21-DB6697DA265D |
| 166314753 | 26 | 1 | NEWVOTER | NULL | 0 | 1 | 0 | 5135 ARDENNES ST, FORT LIBERTY, NC 28310 | 0 | NULL | NULL | 117 | 00:22.5 | 977BB63D-6466-4759-80CC-FCA224A390E4 |
| 166314753 | 26 | 2 | VFY1SNT1 | 11/8/2024 | 1 | 1 | 0 | 5135 ARDENNES ST, FORT LIBERTY, NC 28310 | 0 | NULL | NULL | 1191 | 23:48.9 | 33CAF108-F2F3-48F2-861C-96D65CE482F9 |
| 166348753 | 26 | 3 | RTSDR1 | NULL | 4 | 1 | 0 | 5135 ARDENNES ST, FORT LIBERTY, NC 28310 | 0 | NULL | NULL | 1191 | 27:39.9 | 83448332-EEC8-45DE-8E45-C52A01797669 |
| 166314754 | 26 | 1 | NEWVOTER | NULL | 0 | 1 | 0 | 5135 ARDENNES ST, FORT LIBERTY, NC 28310 | 0 | NULL | NULL | 117 | 00:23.7 | 0AD5D261-91FB-4524-B1E0-9254C1943683 |
| 166314754 | 26 | 2 | VFY1SNT1 | 11/8/2024 | 1 | 1 | 0 | 5135 ARDENNES ST, FORT LIBERTY, NC 28310 | 0 | NULL | NULL | 1191 | 23:48.9 | C545FEAA-C373-496F-BEF5-A5CD2E554FDB |

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 166314754 | 26 | 3 | RTSDR1 | NULL | 4 | 1 | 0 | 5135 ARDENNES ST, FORT LIBERTY, NC 28310 | 0 | NULL | NULL | 1191 | 28:45.0 | 6C6FAB73-764F-41AC-87D0-DABC895F4D14 |
| 166314810 | 26 | 1 | NEWVOTER | NULL | 0 | 1 | 0 | 2750 GLIDER ST, FORT LIBERTY, NC 28307 | 0 | NULL | NULL | 117 | 01:09.8 | 6408A933-1D84-4E73-9386-7E33AD893D7B |
| 166314810 | 26 | 2 | VFY1SNT1 | 11/8/2024 | 1 | 1 | 0 | 2750 GLIDER ST, FORT LIBERTY, NC 28307 | 0 | NULL | NULL | 1191 | 23:48.9 | C00325AF-BDAB-46C1-A6B7-0C331B62436B |
| 166314810 | 26 | 3 | RTSDR1 | NULL | 4 | 1 | 0 | 2750 GLIDER ST, FORT LIBERTY, NC 28307 | 0 | NULL | NULL | 1191 | 14:35.8 | 8DB15911-982A-4332-B2C3-293604CEC716 |
| 166314851 | 26 | 1 | NEWVOTER | NULL | 0 | 1 | 0 | 5404 HUBBLE DR, FAYETTEVILLE, NC 28314 | 0 | NULL | NULL | 1191 | 01:31.4 | 31BCF0F0-47A8-43EC-B206-32E58E13A40F |
| 166314851 | 26 | 2 | VFY1SNT1 | 11/8/2024 | 1 | 1 | 0 | 5404 HUBBLE DR, FAYETTEVILLE, NC 28314 | 0 | NULL | NULL | 1191 | 23:48.9 | 884887C2-52BF-4D11-B397-9BEC3A0CD12C |
| 166314851 | 26 | 3 | RTSDR1 | NULL | 4 | 1 | 0 | 5404 HUBBLE DR, FAYETTEVILLE, NC 28314 | 0 | NULL | NULL | 1191 | 31:11.7 | D2C3BE3F-A467-41DA-B238-3DDB5A3CA870 |
| 166314958 | 26 | 1 | NEWVOTER | NULL | 0 | 1 | 0 | 4687 ARDENNES ST, FORT LIBERTY, NC 28310 | 0 | NULL | NULL | 117 | 02:41.6 | 48921E01-C369-43DD-B5B0-0E6DB152FD76 |
| 166314958 | 26 | 2 | VFY1SNT1 | 11/8/2024 | 1 | 1 | 0 | 4687 ARDENNES ST, FORT LIBERTY, NC 28310 | 0 | NULL | NULL | 1191 | 23:48.9 | B02491BF-21D1-4E03-8E1A-3EDCA5FD8C4B |
| 166314958 | 26 | 3 | RTSDR1 | NULL | 4 | 1 | 0 | 4687 ARDENNES ST, FORT LIBERTY, NC 28310 | 0 | NULL | NULL | 1191 | 27:50.3 | 18D129CE-417D-4E13-AF37-C394DFAE14A4 |
| 166314980 | 26 | 1 | NEWVOTER | NULL | 0 | 1 | 0 | 5850 GRUBER RD, FORT LIBERTY, NC 28310 | 0 | NULL | NULL | 163 | 02:52.5 | 1D61CE19-E8E9-4781-A619-E2EDE89E7722 |
| 166314980 | 26 | 2 | VFY1SNT1 | 11/8/2024 | 1 | 1 | 0 | 5850 GRUBER RD, FORT LIBERTY, NC 28310 | 0 | NULL | NULL | 1191 | 23:48.9 | 5642825A-8DD9-4408-88D5-50798B897C28 |
| 166314980 | 26 | 3 | RTSDR1 | NULL | 4 | 1 | 0 | 5850 GRUBER RD, FORT LIBERTY, NC 28310 | 0 | NULL | NULL | 1191 | 27:23.3 | 6F7197C1-7C0A-4588-944F-0D1D1EDD59CB |
| 166315024 | 26 | 1 | NEWVOTER | NULL | 0 | 1 | 0 | 5400 RAMSEY ST, FAYETTEVILLE, NC 28311 | 0 | NULL | NULL | 1191 | 03:20.1 | A5586D85-6751-44F1-89D8-9C9B8FB424B4 |
| 166315024 | 26 | 2 | VFY1SNT1 | 11/8/2024 | 1 | 1 | 0 | 5400 RAMSEY ST, FAYETTEVILLE, NC 28311 | 0 | NULL | NULL | 1191 | 23:48.9 | 5C09BACD-74B7-4922-BB9C-F8CD35EF8EDC |
| 166315024 | 26 | 3 | RTSDR1 | NULL | 4 | 1 | 0 | 5400 RAMSEY ST, FAYETTEVILLE, NC 28311 | 0 | NULL | NULL | 1191 | 14:21.0 | 07279AEE-0116-4607-A37B-A05579C6523A |
| 166315061 | 26 | 1 | NEWVOTER | NULL | 0 | 1 | 0 | 3200 BIG PINE DR, HOPE MILLS, NC 28348 | 0 | NULL | NULL | 163 | 03:39.6 | A0F91284-0EFB-41BD-BD7C-4DB8AF7CB59B |
| 166315061 | 26 | 2 | VFY1SNT1 | 11/8/2024 | 1 | 1 | 0 | 3200 BIG PINE DR, HOPE MILLS, NC 28348 | 0 | NULL | NULL | 1191 | 23:48.9 | 9AE3AEA3-90F5-45FF-8002-FEC5D2856E09 |
| 166315061 | 26 | 3 | RTSDR1 | NULL | 4 | 1 | 0 | 3200 BIG PINE DR, HOPE MILLS, NC 28348 | 0 | NULL | NULL | 1191 | 27:15.6 | F9C25B7C-2FF5-4F40-9E7E-5667791D761B |
| 166315063 | 26 | 1 | NEWVOTER | NULL | 0 | 1 | 0 | 5344 BUTNER RD # A4357, FORT LIBERTY, NC 28310 | 0 | NULL | NULL | 117 | 03:40.5 | 0A29A612-E79D-459D-A7F9-5BAC1C978D9B |
| 166315063 | 26 | 2 | VFY1SNT1 | 11/8/2024 | 1 | 1 | 0 | 5344 BUTNER RD # A4357, FORT LIBERTY, NC 28310 | 0 | NULL | NULL | 1191 | 23:48.9 | 9BD40880-DE61-4642-BB83-B89466E70883 |
| 166315063 | 26 | 3 | RTSDR1 | NULL | 4 | 1 | 0 | 5344 BUTNER RD # A4357, FORT LIBERTY, NC 28310 | 0 | NULL | NULL | 1191 | 14:14.0 | 3E5A40E1-E99B-4D5D-B7F3-72F2BDA65D45 |
| 166315086 | 26 | 1 | NEWVOTER | NULL | 0 | 1 | 0 | 1811 CRIMSON WAY, FAYETTEVILLE, NC 28306 | 0 | NULL | NULL | 163 | 03:52.4 | 63A4D799-8302-4461-80CC-693ADA54A208 |
| 166100086 | 26 | 2 | VFY1SNT1 | 11/8/2024 | 1 | 1 | 0 | 1811 CRIMSON WAY, FAYETTEVILLE, NC 28306 | 0 | NULL | NULL | 1191 | 23:48.9 | ED100311-CBBA-4C82-B43F-5981C13A8A67 |
| 166316086 | 26 | 3 | RTSDR1 | NULL | 4 | 1 | 0 | 1811 CRIMSON WAY, FAYETTEVILLE, NC 28306 | 0 | NULL | NULL | 1191 | 27:33.3 | 144BC744-61A1-4038-8B42-50A0BF6D6E4F |
| 166315102 | 26 | 1 | NEWVOTER8 | NULL | 0 | 1 | 0 | 801 BRAMBLEGATE RD, HOPE MILLS, NC 28348 | 0 | NULL | NULL | 1191 | 04:00.3 | E04528B9-CCD4-4AEA-9138-2C505AE93DC8 |
| 166315102 | 26 | 2 | VFY1SNT1 | 11/8/2024 | 1 | 1 | 0 | 801 BRAMBLEGATE RD, HOPE MILLS, NC 28348 | 0 | NULL | NULL | 1191 | 23:48.9 | B1D8776A-4FE9-4912-94B6-AAC0BD21A70A |
| 166315102 | 26 | 3 | RTSDR1 | NULL | 4 | 1 | 0 | 801 BRAMBLEGATE RD, HOPE MILLS, NC 28348 | 0 | NULL | NULL | 1191 | 14:54.9 | 9BB9B50D-56F1-40A7-97F3-FF4BA0BE330D |
| 166EFE102 | 26 | 4 | NEWVOTERC | NULL | 0 | 2 | 0 | 808 BRAMBLEGATE RD, HOPE MILLS, NC 28348 | 0 | NULL | NULL | 1191 | 20:34.4 | 8EEFE016-8CC7-4C0D-8D39-B23D1D03621C |
| 166315102 | 26 | 5 | VFY1SNT1 | 12/6/2024 | 1 | 2 | 0 | 808 BRAMBLEGATE RD, HOPE MILLS, NC 28348 | 0 | NULL | NULL | 1191 | 38:05.3 | BC3D1D22-DE29-4AD5-A7AC-6D563BAA8963 |
| 166315102 | 26 | 6 | WAIT2 | NULL | 2 | 2 | 0 | 808 BRAMBLEGATE RD, HOPE MILLS, NC 28348 | 0 | NULL | NULL | 8 | 34:18.3 | 027880DD-C21C-4EBB-A320-23EE0179A7D4 |
| 166315146 | 26 | 1 | NEWVOTER | NULL | 0 | 1 | 3645874 | HACKLEY RM 120D FAYETTEVILLE, NC 28301 | 0 | NULL | NULL | 197 | 04:27.9 | 650CFAEE-380E-4CDA-B5F0-36EEFF42E681 |
| 166315146 | 26 | 2 | VFY1SNT1 | 11/8/2024 | 1 | 1 | 3645874 | HACKLEY RM 120D FAYETTEVILLE, NC 28301 | 0 | NULL | NULL | 1191 | 23:48.9 | 77EFF637-EA5A-4DB2-913C-BF68694D9D29 |
| 166319146 | 26 | 3 | RTSDR1 | NULL | 4 | 1 | 3645874 | HACKLEY RM 120D FAYETTEVILLE, NC 28301 | 0 | NULL | NULL | 1191 | 57:13.5 | D3219398-9D39-4143-9B82-436A37590ECC |
| 166315152 | 26 | 1 | NEWVOTER | NULL | 0 | 1 | 0 | 4425 BIAZZA ST # 104, FORT LIBERTY, NC 28310 | 0 | NULL | NULL | 197 | 04:30.9 | AAA216A1-48FD-48F7-9F14-8BC8185A7CA1 |
| 166315152 | 26 | 2 | VFY1SNT1 | 11/8/2024 | 1 | 1 | 0 | 4425 BIAZZA ST # 104, FORT LIBERTY, NC 28310 | 0 | NULL | NULL | 1191 | 23:48.9 | 27521E89-0317-4485-A8E3-8B88DCCF60F3 |
| 166315152 | 26 | 3 | RTSDR1 | NULL | 4 | 1 | 0 | 4425 BIAZZA ST # 104, FORT LIBERTY, NC 28310 | 0 | NULL | NULL | 1191 | 24:48.5 | ED9934E3-A2F5-41D9-92DE-3E3A16ED56DD |
| 166315171 | 26 | 1 | NEWVOTER | NULL | 0 | 1 | 0 | 824 TAMARACK DR, FAYETTEVILLE, NC 28311 | 0 | NULL | NULL | 117 | 04:40.0 | 923FB2A1-1243-43D1-B7B5-AA2FA01A1888 |
| 166315171 | 26 | 2 | VFY1SNT1 | 11/8/2024 | 1 | 1 | 0 | 824 TAMARACK DR, FAYETTEVILLE, NC 28311 | 0 | NULL | NULL | 1191 | 23:48.9 | 1F8F970F-F5BD-4751-8F34-1C15A1BCEE3B |
| 166315176 | 26 | 3 | RTSDR1 | NULL | 4 | 1 | 0 | 824 TAMARACK DR, FAYETTEVILLE, NC 28311 | 0 | NULL | NULL | 1191 | 14:12.4 | 6D83626E-13E6-463B-AAC9-F615BC8143E6 |
| 166315176 | 26 | 1 | NEWVOTER | NULL | 0 | 1 | 0 | 5611 FOUNTAIN GROVE CIR, FAYETTEVILLE, NC 28304 | 0 | NULL | NULL | 117 | 04:42.4 | 5C50EE1B-D12C-4FD2-978B-42E4EC30CA3B |
| 166315176 | 26 | 2 | VFY1SNT1 | 11/8/2024 | 1 | 1 | 0 | 5611 FOUNTAIN GROVE CIR, FAYETTEVILLE, NC 28304 | 0 | NULL | NULL | 1191 | 23:48.9 | CAD2330E-FF5B-40A8-A837-EB5987642A28 |
| 166703176 | 26 | 3 | RTSDR1 | NULL | 4 | 1 | 0 | 5611 FOUNTAIN GROVE CIR, FAYETTEVILLE, NC 28304 | 0 | NULL | NULL | 1191 | 30:17.3 | E703359A-53DD-4A0C-9998-71A1066620B5 |
| 166315198 | 26 | 1 | NEWVOTER | NULL | 0 | 1 | 0 | 2555 LANE ST # M6419, FORT LIBERTY, NC 28310 | 0 | NULL | NULL | 163 | 04:54.9 | BFD45B8F-F6C3-438D-86D3-80CC5090E58B |
| 166315198 | 26 | 2 | VFY1SNT1 | 11/8/2024 | 1 | 1 | 0 | 2555 LANE ST # M6419, FORT LIBERTY, NC 28310 | 0 | NULL | NULL | 1191 | 23:48.9 | 4955CCF9-EF96-44A8-A981-0FB80B1A79D6 |
| 166A315198 | 26 | 3 | RTSDR1 | NULL | 4 | 1 | 0 | 2555 LANE ST # M6419, FORT LIBERTY, NC 28310 | 0 | NULL | NULL | 1191 | 31:42.9 | A81C7C7A-110A-4E33-8CC3-7091B84631B3 |
| 166315202 | 26 | 1 | NEWVOTER | NULL | 0 | 1 | 3645893 | CYPRESS SOUTHERN PINES | 0 | NULL | NULL | 163 | 04:56.9 | 578CA0DF-656D-43CB-A98B-821C3683BB53 |
| 166315202 | 26 | 2 | VFY1SNT1 | 11/8/2024 | 1 | 1 | 3645893 | CYPRESS SOUTHERN PINES | 0 | NULL | NULL | 1191 | 23:48.9 | 236F80E8-210B-41C0-985B-9EB170DC199D |
| 166B315202 | 26 | 3 | RTSDR1 | NULL | 4 | 1 | 3645893 | CYPRESS SOUTHERN PINES | 0 | NULL | NULL | 1191 | 58:17.9 | 07B37F15-2DDE-4D6D-8995-C6B83CEFCE57 |
| 166315206 | 26 | 1 | NEWVOTER | NULL | 0 | 1 | 0 | 4259 ARDENNES ST # D3229, FORT LIBERTY, NC 28310 | 0 | NULL | NULL | 163 | 04:59.6 | 16941E73-6243-4D5C-BAC2-6E73897EB198 |
| 166315206 | 26 | 2 | VFY1SNT1 | 11/8/2024 | 1 | 1 | 0 | 4259 ARDENNES ST # D3229, FORT LIBERTY, NC 28310 | 0 | NULL | NULL | 1191 | 23:48.9 | 9EB26EB3-1966-4C80-96B0-A585A56A67E5 |
| 166315206 | 26 | 3 | RTSDR1 | NULL | 4 | 1 | 0 | 4259 ARDENNES ST # D3229, FORT LIBERTY, NC 28310 | 0 | NULL | NULL | 1191 | 28:42.5 | 2F103F91-EEB4-49AD-A4A3-01E0935B1371 |
| 166315226 | 26 | 1 | NEWVOTER | NULL | 0 | 1 | 0 | 4259 ARDENNES ST # D3229, FORT LIBERTY, NC 28310 | 0 | NULL | NULL | 1191 | 05:16.0 | 1DEEF55A-1722-4B2F-84C1-9992D0AEEEEB |
| 166331226 | 26 | 2 | VFY1SNT1 | 11/8/2024 | 1 | 1 | 0 | 4259 ARDENNES ST # D3229, FORT LIBERTY, NC 28310 | 0 | NULL | NULL | 1191 | 23:48.9 | 3B4932E3-CB72-43AC-BFB8-8839507D1196 |
| 166315226 | 26 | 3 | RTSDR1 | NULL | 4 | 1 | 0 | 4259 ARDENNES ST # D3229, FORT LIBERTY, NC 28310 | 0 | NULL | NULL | 1191 | 27:52.8 | B8D9CA5A-4973-4C43-BB77-5B2BDDDEC6A3 |

| ID | Col2 | Col3 | Type | Date | Col6 | Col7 | Col8 | Address | Col10 | Col11 | Col12 | Col13 | Time | GUID |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 166315227 | 26 | 1 | NEWVOTER | NULL | 0 | 1 | 0 | 816 SCHLEY DR, FAYETTEVILLE, NC 28314 | 0 | NULL | NULL | 1191 | 05:16.5 | 18B90F94-F1E7-4393-B1F2-D20441DFBBCF |
| 166315227 | 26 | 2 | VFY1SNT1 | 11/8/2024 | 1 | 1 | 0 | 816 SCHLEY DR, FAYETTEVILLE, NC 28314 | 0 | NULL | NULL | 1191 | 23:48.9 | B32186B2-BADD-4661-BD9B-4862EDCF9D8E |
| 166315227 | 26 | 3 | RTSDR1 | NULL | 4 | 1 | 0 | 816 SCHLEY DR, FAYETTEVILLE, NC 28314 | 0 | NULL | NULL | 1191 | 26:30.9 | D8E06B75-5D03-4AD9-ACBA-50A16D366D5E |
| 166315269 | 26 | 1 | NEWVOTER | NULL | 0 | 1 | 0 | 638 RAVENHURST CIR, SPRING LAKE, NC 28390 | 0 | NULL | NULL | 1191 | 05:36.2 | D21CCEEA-692B-439F-B8DC-4D308E566048 |
| 166315269 | 26 | 2 | VFY1SNT1 | 11/8/2024 | 1 | 1 | 0 | 638 RAVENHURST CIR, SPRING LAKE, NC 28390 | 0 | NULL | NULL | 1191 | 23:48.9 | BBD6A65D-AB32-4B06-A264-B6601578D2B5 |
| 166315269 | 26 | 3 | RTSDR1 | NULL | 4 | 1 | 0 | 638 RAVENHURST CIR, SPRING LAKE, NC 28390 | 0 | NULL | NULL | 1191 | 31:39.7 | 11CF4059-FCA5-4B16-A0C4-880F1B033B5C |
| 166315280 | 26 | 1 | NEWVOTER | NULL | 0 | 1 | 0 | 881 SUNBURY DR, FAYETTEVILLE, NC 28311 | 0 | NULL | NULL | 1191 | 05:41.4 | AA611D97-E262-4C02-8227-344BAAB3A583 |
| 166315280 | 26 | 2 | VFY1SNT1 | 11/8/2024 | 1 | 1 | 0 | 881 SUNBURY DR, FAYETTEVILLE, NC 28311 | 0 | NULL | NULL | 1191 | 23:48.9 | EADC96AF-22CF-4FE8-9144-6231FC8DD310 |
| 166315280 | 26 | 3 | RTSDR1 | NULL | 4 | 1 | 0 | 881 SUNBURY DR, FAYETTEVILLE, NC 28311 | 0 | NULL | NULL | 1191 | 27:28.7 | 0EC1B137-F629-43EB-91CB-73868F204BBB |
| 166315316 | 26 | 1 | NEWVOTER | NULL | 0 | 1 | 0 | 5344 BUTNER RD, FORT LIBERTY, NC 28310 | 0 | NULL | NULL | 1191 | 05:59.1 | A1254197-B273-4B82-9B08-8EE9490F12E2 |
| 166315316 | 26 | 2 | VFY1SNT1 | 11/8/2024 | 1 | 1 | 0 | 5344 BUTNER RD, FORT LIBERTY, NC 28310 | 0 | NULL | NULL | 1191 | 23:48.9 | 5182DAE4-BCEB-426E-A00F-0D042A0CBCA0 |
| 166315316 | 26 | 3 | RTSDR1 | NULL | 4 | 1 | 0 | 5344 BUTNER RD, FORT LIBERTY, NC 28310 | 0 | NULL | NULL | 1191 | 28:33.7 | F93EAC8A-C9F6-4A88-BF39-F5EE3A6DCD74 |
| 166315317 | 26 | 1 | NEWVOTER | NULL | 0 | 1 | 0 | 1023 KINGSCOTE DR, FAYETTEVILLE, NC 28314 | 0 | NULL | NULL | 1191 | 05:59.5 | B3C32295-1E4A-4F2D-BC5C-23F9BCD4651D |
| 166315317 | 26 | 2 | VFY1SNT1 | 11/8/2024 | 1 | 1 | 0 | 1023 KINGSCOTE DR, FAYETTEVILLE, NC 28314 | 0 | NULL | NULL | 1191 | 23:48.9 | 410D5D59-DF3B-45BD-9B6E-6F97C0525A8F |
| 166315317 | 26 | 3 | RTSDR1 | NULL | 4 | 1 | 0 | 1023 KINGSCOTE DR, FAYETTEVILLE, NC 28314 | 0 | NULL | NULL | 1191 | 28:36.7 | B38AD059-2E33-4BCA-8DE1-B898EDBEAF5C |
| 166315349 | 26 | 1 | NEWVOTER | NULL | 0 | 1 | 0 | 1939 IRELAND DR, FAYETTEVILLE, NC 28304 | 0 | NULL | NULL | 1 | 28:02.6 | B24BE3D6-6CD6-489D-B0C5-B748655286D4 |
| 166315349 | 26 | 2 | VFY1SNT1 | 11/8/2024 | 1 | 1 | 0 | 1939 IRELAND DR, FAYETTEVILLE, NC 28304 | 0 | NULL | NULL | 1191 | 23:48.9 | 62DA705E-99DD-4A87-87A4-CB3D0DD43715 |
| 166315349 | 26 | 3 | RTSDR1 | NULL | 4 | 1 | 0 | 1939 IRELAND DR, FAYETTEVILLE, NC 28304 | 0 | NULL | NULL | 1191 | 14:23.4 | D9C278FC-639A-47F5-AB0A-99450F446A06 |
| 166315361 | 26 | 1 | NEWVOTER | NULL | 0 | 1 | 0 | 191 PEATMOSS DR # F, FAYETTEVILLE, NC 28311 | 0 | NULL | NULL | 1 | 28:08.5 | C38C413A-7C61-4945-B7D1-F936032488A6 |
| 166315361 | 26 | 2 | VFY1SNT1 | 11/8/2024 | 1 | 1 | 0 | 191 PEATMOSS DR # F, FAYETTEVILLE, NC 28311 | 0 | NULL | NULL | 1191 | 23:48.9 | EA94C03C-B327-420F-B4EC-913B765F5B7E |
| 166315361 | 26 | 3 | RTSDR1 | NULL | 4 | 1 | 0 | 191 PEATMOSS DR # F, FAYETTEVILLE, NC 28311 | 0 | NULL | NULL | 1191 | 19:40.8 | 23A11A67-427B-4C2B-B11A-F000138CFDC1 |
| 166315377 | 26 | 1 | NEWVOTER | NULL | 0 | 1 | 0 | 3820 METEOR DR, HOPE MILLS, NC 28348 | 0 | NULL | NULL | 1 | 29:07.4 | 74995B86-7D28-4899-9368-96AC9F84CC47 |
| 166315377 | 26 | 2 | VFY1SNT1 | 11/8/2024 | 1 | 1 | 0 | 3820 METEOR DR, HOPE MILLS, NC 28348 | 0 | NULL | NULL | 1191 | 23:48.9 | 312B1498-94BA-4033-9C54-81B2AB32DBDB |
| 166315377 | 26 | 3 | RTSDR1 | NULL | 4 | 1 | 0 | 3820 METEOR DR, HOPE MILLS, NC 28348 | 0 | NULL | NULL | 1191 | 24:04.0 | 9D417D63-9338-4757-8520-293A6ED06E6F |