# Exhibit VV

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

### Case No. 1:23-cv-00878-TDS-JEP

| | |
|---|---|
| DEMOCRACY NORTH CAROLINA; NORTH CAROLINA BLACK ALLIANCE; LEAGUE OF WOMEN VOTERS OF NORTH CAROLINA, <br><br> *Plaintiffs,* <br><br> vs. <br><br> ALAN HIRSCH, in his official capacity as CHAIR OF THE STATE BOARD OF ELECTIONS; JEFF CARMON III, in his official capacity as SECRETARY OF THE STATE BOARD OF ELECTIONS; STACY EGGERS IV, in his official capacity as MEMBER OF THE STATE BOARD OF ELECTIONS; KEVIN LEWIS, in his official capacity as MEMBER OF THE STATE BOARD OF ELECTIONS; SIOBHAN O'DUFFY MILLEN, in her official capacity as MEMBER OF THE STATE BOARD OF ELECTIONS; KAREN BRINSON BELL, in her official capacity as EXECUTIVE DIRECTOR OF THE STATE BOARD OF ELECTIONS; NORTH CAROLINA STATE BOARD OF ELECTIONS, <br><br> *Defendants.* | **DECLARATION OF ANSEN CHASE EVERETT** |

### DECLARATION OF ANSEN CHASE EVERETT

I, Ansen Chase Everett, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1.     I am over eighteen years of age. I have personal knowledge of the facts set forth herein and can competently testify to their truth.

1

2. I was born in Kansas. I am currently a resident of Fort Bragg, North Carolina, at 1943 Lafierre Loop, Fort Bragg, NC 28310. I attempted to register to vote at this address via Same Day Registration in Cumberland County.

3. I am a 20-year-old white male.

4. I am a citizen of the United States.

5. I am not disqualified from voting due to felony conviction, and I otherwise meet the qualifications for eligibility to register to vote and vote in North Carolina.

6. I moved to Cumberland County in 2024, and I have lived at my current address since March 2024.

7. I have not previously voted in North Carolina.

8. I used Same Day Registration in the 2024 general election, because I had moved to NC recently based on military orders, and it seemed like it would be a quick process.

9. I attempted to register and vote in the 2024 general election by going to an early voting site in my county on November 2, 2024.

   a. I filled out the voter registration application form, including all of the required information.

   b. I put down my current residence as my residential address and as my mailing address, because the mail goes through our company. I understand that my voter registration application lists 4335 Wollaton Park, Fort Liberty, NC 28310 as my residential address, but I do not remember any discussion of this change with a poll worker, and I must not have noticed that a different address from the one I provided was listed on the printed form.

2

c. I presented my military orders as proof of my current residence address and my military ID to fulfill the photo ID requirement.

d. Then, I cast my ballot in the 2024 general election.

10. After I cast my ballot, I did not receive a communication from the County Board of Elections.

11. I continue to live at the residence where I attempted to register. I do not know why mail would be returned as undeliverable at that address.

12. If I had been notified of the issue, I would have provided another document to prove my residence address.

13. I feel disappointed that my ballot was not counted due to the denial of my same day registration.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this the _____ day of April, 2025.

Everett (Apr 29, 2025 13:22 EDT)

Ansen Everett Chase

3

# Impacted Voter Affidavit_Ansen Chase Everett - FINAL

Final Audit Report                                          2025-04-29

| | |
|---|---|
| Created: | 2025-04-25 |
| By: | Talia Ray (taliaray@scsj.org) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAvJynFRYc6nvhAKTmSO0V4wUBvUkFNjPu |

## "Impacted Voter Affidavit_Ansen Chase Everett - FINAL" History

🗎 Document created by Talia Ray (taliaray@scsj.org)
2025-04-25 - 0:37:19 AM GMT

✉ Document emailed to Ansen Chase Everett (anseneverett250@gmail.com) for signature
2025-04-25 - 0:37:23 AM GMT

🗎 Email viewed by Ansen Chase Everett (anseneverett250@gmail.com)
2025-04-29 - 5:21:58 PM GMT

✍ Document e-signed by Ansen Chase Everett (anseneverett250@gmail.com)
Signature Date: 2025-04-29 - 5:22:36 PM GMT - Time Source: server

✔ Agreement completed.
2025-04-29 - 5:22:36 PM GMT

 **Adobe Acrobat Sign**