# Exhibit DDD

# Form 990 — Return of Organization Exempt From Income Tax

**OMB No. 1545-0047**
**2022**
Open to Public Inspection

Under section 501(c), 527, or 4947(a)(1) of the Internal Revenue Code (except private foundations)
Do not enter social security numbers on this form as it may be made public.
Go to www.irs.gov/Form990 for instructions and the latest information.

Department of the Treasury
Internal Revenue Service

**A** For the 2022 calendar year, or tax year beginning , 2022, and ending , 20

**B** Check if applicable:
- [ ] Address change
- [ ] Name change
- [ ] Initial return
- [ ] Final return/terminated
- [ ] Amended return
- [ ] Application pending

**C** NORTH CAROLINA BLACK ALLIANCE, INC.
PO BOX 27886
RALEIGH, NC 27611

**D** Employer identification number: 56-2210571
**E** Telephone number: (919) 833-6394
**G** Gross receipts $ 4,033,878.

**F** Name and address of principal officer: Courtney A. Crowder — Same As C Above

**H(a)** Is this a group return for subordinates? [X] No
**H(b)** Are all subordinates included? Yes/No — If "No," attach a list. See instructions.

**I** Tax-exempt status: [X] 501(c)(3)  [ ] 501(c) ( ) (insert no.)  [ ] 4947(a)(1) or  [ ] 527
**J** Website: www.ncbeoalliance.org
**H(c)** Group exemption number
**K** Form of organization: [X] Corporation  [ ] Trust  [ ] Association  [ ] Other
**L** Year of formation: 2000
**M** State of legal domicile: NC

## Part I — Summary

**1** Briefly describe the organization's mission or most significant activities: To bring black-elected officials, important partners and those interested in public policy together from across the state to participate in a conference focused on social and economic empowerment and public policy initiatives that improves the African-American community.

**2** Check this box [ ] if the organization discontinued its operations or disposed of more than 25% of its net assets.

| | | |
|---|---|---|
| 3 | Number of voting members of the governing body (Part VI, line 1a) | 7 |
| 4 | Number of independent voting members of the governing body (Part VI, line 1b) | 0 |
| 5 | Total number of individuals employed in calendar year 2022 (Part V, line 2a) | 10 |
| 6 | Total number of volunteers (estimate if necessary) | 0 |
| 7a | Total unrelated business revenue from Part VIII, column (C), line 12 | 0. |
| 7b | Net unrelated business taxable income from Form 990-T, Part I, line 11 | 0. |

| | | Prior Year | Current Year |
|---|---|---:|---:|
| 8 | Contributions and grants (Part VIII, line 1h) | 2,154,745. | 3,963,428. |
| 9 | Program service revenue (Part VIII, line 2g) | 46,870. | 70,450. |
| 10 | Investment income (Part VIII, column (A), lines 3, 4, and 7d) | | |
| 11 | Other revenue (Part VIII, column (A), lines 5, 6d, 8c, 9c, 10c, and 11e) | | |
| 12 | Total revenue — add lines 8 through 11 (must equal Part VIII, column (A), line 12) | 2,201,615. | 4,033,878. |
| 13 | Grants and similar amounts paid (Part IX, column (A), lines 1-3) | 193,896. | 271,071. |
| 14 | Benefits paid to or for members (Part IX, column (A), line 4) | | |
| 15 | Salaries, other compensation, employee benefits (Part IX, column (A), lines 5-10) | 213,133. | 501,471. |
| 16a | Professional fundraising fees (Part IX, column (A), line 11e) | | |
| b | Total fundraising expenses (Part IX, column (D), line 25) 61,885. | | |
| 17 | Other expenses (Part IX, column (A), lines 11a-11d, 11f-24e) | 764,582. | 2,070,667. |
| 18 | Total expenses. Add lines 13-17 (must equal Part IX, column (A), line 25) | 1,171,611. | 2,843,209. |
| 19 | Revenue less expenses. Subtract line 18 from line 12 | 1,030,004. | 1,190,669. |

| | | Beginning of Current Year | End of Year |
|---|---|---:|---:|
| 20 | Total assets (Part X, line 16) | 2,525,335. | 4,018,953. |
| 21 | Total liabilities (Part X, line 26) | 19,492. | 322,441. |
| 22 | Net assets or fund balances. Subtract line 21 from line 20 | 2,505,843. | 3,696,512. |

## Part II — Signature Block

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than officer) is based on all information of which preparer has any knowledge.

**Sign Here**
Signature of officer — Date
COURTNEY A. CROWDER — Executive Director
Type or print name and title

**Paid Preparer Use Only**
Print/Type preparer's name: RASHID WILLIAMS
Preparer's signature: RASHID WILLIAMS
Date:
Check [ ] if self-employed
PTIN: xxxxx1838
Firm's name: Smart Choice Tax Service LLC
Firm's address: 2300 W. Meadowview Rd Ste 214, Greensboro, NC 27407
Firm's EIN: xxxxx7030
Phone no.: (336) 275-6266

May the IRS discuss this return with the preparer shown above? See instructions [X] Yes [ ] No

BAA For Paperwork Reduction Act Notice, see the separate instructions. Form 990 (2022)

Witness: M. Bass 30(b)(6)
Ex. 2
3/25/2025 D. Myers Byrd

Case 1:23-cv-00878-TDS-JEP    Document 124-57    Filed 05/09/25    Page 2 of 2    NCBA_0001340