# Exhibit EEE

  

# ABOUT US



The North Carolina Black Alliance (NCBA) is working toward state-level systemic change by strengthening the network of elected officials representing communities of color throughout the state and collaborating with progressive, grassroots networks on intersecting issues.  These issues range from voting rights, gerrymandering, criminal justice reform, health and wellness, economic development to education. The Alliance is an intergovernmental network of African American legislators, county commissioners, school board members, and municipal elected officials centered by a commitment to ambitiously address broad issues of inequality and fairness.

NCBA collaborates with strategic partners to advance the work of those organizations and to enhance intentional collaboration with black constituencies.

# NC BLACK ELECTED OFFICIALS BY COUNTY

Case 1:23-cv-00878-TDS-JEP   Document 124-58   Filed 05/09/25   Page 3 of 10   NCBA_0000036



## North Carolina Black Elected Officials
by County

1　　　　　　　　38



Source: World Bank, Various County Board of Elections • Completed by TheDMJGroup.com

🌟 A Flourish map

# 581
NC Black Elected Officials

# 36
Counties Represented

# 37
Mecklenburg County Officials

# 34
Guilford County Officials

# 32



## Cumberland County Officials

# CORE PROGRAMS





## Youth Voter Engagement

Our Youth Voter Engagement program partners with Historically Black Colleges and Universities (HBCUs) to mobilize young voters of color and provide issue education. Our engagement strategies included planning HBCU Think Tanks and

## Polling

Annually we launch an intentional campaign to poll African American voters in an effort to determine their position on key issues and policies. The results are then shared with community stakeholders to guide strategies and voter education conversations.



parties at each polling site of our partner HBCUs.





## And Beyond Series

The **And Beyond** series are regional convenings coordinated in collaboration with our many partners. The objective is to focus on developing systemic changes to address policy, economic, educational and healthcare inequities in our communities. This effort is ongoing and a key feature of future organizing efforts sponsored by the NC Black Alliance.

## NC Black Summit

The **NC Black Summit** provides a platform for attendees to engage in thoughtful conversations regarding leadership, infrastructure and economic development opportunities that will enhance local communities. This two-day conference attracts elected officials, community advocates and grassroots organizations who are interested in staying engaged and successful solutions to community challenges.

Case 1:23-cv-00878-TDS-JEP    Document 124-58    Filed 05/09/25    Page 6 of 10    NCBA_0000039



# BOARD OF DIRECTORS



**NC Senator Valerie Foushee**

**Chair**



**Keith Sutton**

Vice Chair



**Viola Harris**

Treasurer

**Charles Evans**        **Richard Hooker**



| Cumberland County Commissioner | Cleveland County Board of Education |
|---|---|
| **Valerie Jones** | **Renee Price** |
| Mayor Pro Tem, Town of Sedalia | Orange County Commissioner |
| **Fred Yates** | |
| Mayor, Town of Winfall | |

# AFFILIATE ORGANIZATIONS

North Carolina Association of Black County Officials

North Carolina Black Elected Municipal Officials

North Carolina Caucus of Black School Board Members

North Carolina Legislative Black Caucus Foundation

# PARTNERS



Case 1:23-cv-00878-TDS-JEP    Document 124-58    Filed 05/09/25    Page 10 of 10    NCBA_0000043