# Exhibit FFF

Witness: M. Bass 30(b)(6)
Ex. 4
3/25/2025 D. Myers Byrd

# North Carolina Black Alliance
## 2024 Organization Overview



The **North Carolina Black Alliance, a 501(c)(3),** addresses policy and economic issues to enhance Black communities by developing and promoting systemic policy change. As an intergovernmental organization of legislators, municipal officials, county commissioners, school board members, and community leaders, we seek to collaborate with strategic partners to advance the work of those organizations and enhance intentional collaboration with Black constituencies. In the next two years, our efforts will be to act as a connector and sustainer of these symbiotic relationships to create a collaborative policy agenda that seeks to engage the overall community to increase Black voter education.

## Issue Organizing + BaseBuilding



NCBA is structured to model our programmatic work and priorities directly from the needs, challenges, and priorities of the BIPOC NC communities we serve, **focusing our work on five interconnected commitment areas.** We work directly with community members through public education, voter outreach, and leadership development opportunities. These relationships all help inform NCBA's work by helping us understand and address the broad set of issues that impact the well-being of BIPOC communities.

> **Commented [1]:** @dlester@ncblackalliance.org Did we ever get a response from the board on changing these to separate EJ and Health, and change political effectiveness to just democracy?
>
> **Commented [2]:** @katesha@ncblackalliance.org We can add to our Exec Mtg on 2/9 to see if Foushee and Crowder want to add to the board mtg adenga on 2/12
>
> **Commented [3]:** Okay will do!

### 2024 Goals:

- Activate community around creating a better quality of life for Black communities by educating voters around our primary programs and the relationship of these issues to the political process in 2024

- Support community outreach with intentional base-building

- Host and create more opportunities for community education, encouraging participation in civics & voting as a *tactic,* not a solution

## 365 Community Engagement

### Organizing



NCBA is one of only a few Black-led statewide organizations in NC that has the roots, perspective, and capacity to train and mobilize Black and Brown communities to advocate for themselves. Operating with a statewide presence, our multifaceted strategies employ contextual analysis to inform our work, both locally and across the state. It is imperative that our initiatives resonate with the needs of our communities. **Education** is a *cornerstone* of our approach in both local and statewide contexts. We are committed to acquiring in-depth knowledge of the issues, respecting the unique experiences of the impacted community, and ensuring our team is well-prepared to address the concerns in a supportive manner.

At the **local level**, we prioritize relationship-building as the foundation of our work, emphasizing the significance of maintaining year-round connections with communities. Unlike national organizations that may adopt focused approaches, we enter these spaces without a predetermined agenda, establishing relationships and seeking essential insights. Importantly, we conduct assessments to understand previous community efforts, enabling us to offer tangible resources rather than duplicating existing initiatives.

Our **statewide engagement** aligns with our organized approach to issue advocacy. We prioritize areas most affected by specific issues, addressing tiered needs and concentrating our efforts where impact is most needed.

Through our engendered trust and presence by working within the community 365 days a year, not providing a service to them, our organizing program staff across the state enables NCBA to dive deeper into communities to provide the support, training, infrastructure, and leadership development necessary to build a strong and sustained movement for the well-being of NC's Black communities.

## Constituent Collaboration

NCBA collaborates with Black faith communities, Divine Nine organizations, and collegiate campus-based groups to foster youth development. Through these partnerships, we tackle policy and economic challenges, aiming to uplift Black communities and drive systemic change. By maintaining a year-round physical presence in communities statewide, we deepen existing connections and forge new ones, rooted in ongoing community engagement. Our approach involves formalized partnerships, regranting initiatives, volunteer opportunities, and community events.

- **HBCU/Campus Work:** Our voter education and mobilization efforts will include a targeted focus on youth and Black college students, particularly those attending North Carolina's HBCUs, to mobilize young voters around key issues down the ballot. Senate Bill 747 (SB 747) is an unconstitutional burden on the fundamental right to vote for young North Carolinians. The state's HBCU students have faced a history of voting and civic participation disenfranchisement. They have also been at the forefront of voting rights and protection throughout our history. We have a duty to ensure that our young voters, especially those who attend our Historically Black Colleges and Universities that have been historically impacted by legislation such as this, can equitably access the ballot box and fully participate in our democratic process, per their given right.



- **Divine Nine Partnership:** NCBA collaborates with the Divine Nine sororities and fraternities, organizing events such as the D9 Legislative Day and targeted engagements, to foster unity and deliver community education, awareness, and advocacy concerning legislative, executive, and judicial matters. As lawmakers propose legislation with potential consequences, the collective action of these organizations becomes pivotal in mobilizing communities, enhancing education, awareness, and advocacy for vulnerable populations. We aim to partner with local chapters to conduct community surveys for data collection, gauge community sentiment, and facilitate campus outreach and election protection efforts.

- **Faith-Based Engagement:** NCBA partners with faith-based organizations to address political and social justice issues that impact our communities. Working alongside faith-based organizations helps to create safe spaces, provide opportunities, and cultivate leadership skills for faith leaders to politically empower the communities they serve. Over 500 churches are engaged in our regional and community organizing work around voter engagement and protection. Through our trusted presence and partnership in community, we provide mini-grants to support the implementation of churches and faith centers as Regional Harbors to support our voter education and mobilization infrastructure in community, not just during election cycles but as a constant in community year round.

- **Regional Harbors:** NCBA will support civic engagement, voter education & protection of Black communities across NC by sustaining our Regional Harbor model to facilitate real institution building while simultaneously maintaining and serving as safe sites within community. Sustaining this strategy allows us to have a physical presence and be a resource for voting information, putting NCBA front and center with our staff in community year-round, allowing all program components to reside in one space, thus optimizing efficiency. Through hosting community engagement and issue-based programming, we utilize our network of local leaders, churches, community organizations, Divine Nine organizations, and HBCUs to mobilize voters and supercharge our election protection infrastructure.

## Core Programming

### Youth Voter Engagement
https://www.instagram.com/hbcunitync/



Recent statistics show that young voters, particularly those attending HBCUs, have lower voter turnout rates compared to older age groups. According to a study by the Center for Information and Research on Civic Learning and Engagement, in the 2018 midterm elections, only 40% of eligible young people voted, compared to 63% of eligible voters overall. NCBA hopes to increase the voter participation rate among HBCU college students to create a more engaged and informed electorate.

### Raising the B.A.R. (Black Alliance Representative)
*Empowering our Next Generation of Advocates: Raising the B.A.R. for Change!*

→ We aim to train at least two students at each of the state's Historically Black Colleges and Universities (HBCUs) to become community advocates and nonpartisan representatives. Through this program, NCBA hopes to create a network of student leaders who will be more civically and politically engaged, better informed about community issues, and able to mobilize their peers around important political and social issues. The program is designed to raise awareness, increase engagement, and ultimately increase HBCU college student voting.

### NC HBCU Collective
*Supporting Administrators through Democratic and Programmatic Challenges*

→ An HBCU syndicate inclusive of shared resources, enhanced support, and strong sustainable partnerships that help to activate a collective effort and build capacity for democratic and civic engagement work on each HBCU campus in NC.

### HBCU 365 Cooperative
*Leveraging Strong Partnerships to Provide Collaborative Campus Experiences*

→ An effort to create a cooperative programming space, free of competition amongst our campus' strongest democratic engagement partners. This syndicate provides collaborative programs that can seamlessly transition from campus to campus, making it easier for administrators to implement voter engagement initiatives without feeling overwhelmed. By pooling our resources, expertise, and networks, this group develops comprehensive and impactful programs that empower the HBCU communities and amplify their voices in the democratic process.

---



## Democracy + Economic Empowerment
https://ncblackalliance.org/code-red/

### Redistricting

NCBA continues to play a crucial role in assisting voters in navigating barriers to democracy. In 2023, **CODE RED**, our redistricting education program, was relaunched with a focus on community education. Following the Supreme Court ruling that prompted the redrawing of maps in North Carolina, it wasn't until early fall that the maps were released, allowing us to assess their implications for our redistricting efforts.

### Better NC Fellowship

In partnership with the NC Budget and Tax Center, we recently launched our next fellowship cohort aimed at developing community leaders capable of connecting public budgets with advancing equitable outcomes. This joint effort engages a cohort of individuals throughout North Carolina in their respective communities' budgeting and revenue process, speaking to the critical need for policy education to yield solutions.

### NC Black Summit
https://ncblacksummit.org/

While our commitment to cultivating a more equitable North Carolina persists year-round, we recognize the value of annually convening stakeholders, partners, and community advocates at our signature event—the NC Black Summit. This summit has evolved into one of the state's most important and well-attended conferences, addressing critical issues in communities of color. Our 17th Annual NC Black Summit in April 2023, themed "Moving Forward with Knowledge and Purpose," was a sold-out event with over 350 attendees. Featuring notable guest speakers, esteemed panelists, and networking opportunities, the summit included an impactful keynote speech delivered by Tennessee Representative Justin J. Pearson. This year's event will be held in Raleigh April 25-26.

---

## Access to Healthcare

Case 1:23-cv-00878-TDS-JEP   Document 124-59   Filed 05/09/25   Page 4 of 8   NCBA_0000678

We prioritize the unique needs of Black residents in North Carolina, particularly in those areas that are overlooked, such as rural Eastern North Carolina. Through program events and outreach, we can reach community members who are not reached by the traditional methods of the healthcare system, effectively transforming these opportunities and engagements into mobilizing communities around healthcare access issues. By utilizing community education to create a more informed electorate and connecting healthcare access issues to the legislative process, we provide an onramp for healthcare and democracy advocacy in the Black Community.



### Health Equity + Democracy Education

→ In preparation for the 2024 elections and on the heels of a policy win, Medicaid Expansion, our program activities will focus on providing education and conducting outreach on the connection between healthcare and democracy advocacy. Through these activities, we will focus on messaging enrollment for Medicaid and benefits that come with enrollment, as well as the impact of this policy implementation on communities of color. We understand that providing affordable healthcare coverage is only scratching the surface of healthcare access, so we will incorporate education around the social determinants of health with the work that still needs to be done now that Medicaid has been expanded.

### Addressing Black Maternal Health

→ A review of the breastfeeding rates amongst Black women in North Carolina reveals that they have the lowest rates among all racial groups in the state at 80.6% compared to 88.6% among White women and 96.2% among Hispanic women. Additionally, Black women remain among the highest at risk of dying of breast cancer in both North Carolina and across the country. In 2023, we piloted our first cohort of Black Lactation Counselors and, in 2024, will continue to focus our efforts on Eastern North Carolina and supplement the lactation training with community education.

### Health Disparities + Environmental Injustice

→ Environmental injustice disproportionately affects the health and well-being of Black communities. Low-income communities of color often reside, work, and socialize in close proximity to environmental hazards. This continuous exposure to factors such as contaminated water and air pollution significantly impacts the mental and physical health of nearby residents, contributing to conditions like depression, anxiety, and reduced life expectancy due to diseases such as kidney disease and tuberculosis.



## Environmental + Climate Justice

Environmental and climate justice persist as ongoing challenges in North Carolina. Our communities still grapple with injustice, burdened by strategic practices such as HB 600 and SB 678, which play a pivotal role in perpetuating environmental justice issues. These legislative measures only serve to worsen existing injustices. Addressing these concerns requires vigilance, community involvement, and informed advocacy. It is crucial to ensure equitable access to clean air and water for all North Carolinians.

### Federal Funding Implementation

→ With a longstanding commitment and substantive expertise on environmental justice, we are an essential partner to ensure federal opportunities such as the ARPA and IRA investments deliver structural changes to historically excluded Black communities. We have led the work to aid Black communities as they prepare for and address the disproportionate effects of climate change, working to prevent its continued harm. In collaboration with our partners, we are building public awareness and transparency about IRA funding opportunities by providing public information-sharing through in-person meetings, webinars, and targeted technical assistance hours. Through connecting community leaders to requests for proposals and other channels to secure IRA resources for their communities, we will work with a subset of communities at a deeper level, resourcing their time in collaboration and providing technical assistance, supporting their engagement with funding processes locally and identifying barriers to successful implementation of funding.

### Climate + Environmental Justice Education & and Issue Awareness

We recognize the vital importance of simultaneously uplifting our communities at both grassroots and legislative levels. Our commitment involves ensuring that local grassroots organizing is complemented by efforts to raise issue awareness and education among elected officials. We are dedicated to advancing grassroots education and base-building initiatives, emphasizing their significance alongside electoral engagement. As we prioritize building relationships with primary agencies across the state, we hope to advance opportunities to introduce or support ongoing Environmental Justice and climate policies, both in the regulatory and traditional legislative spaces within the General Assembly. We continue to be sought out as strategic thought partners and issue expertise to provide support for

Environmental Justice (EJ) and Climate Justice (CJ) regulatory matters.

## Develop Community Experts

We continue our ongoing training sessions and community education & outreach efforts to further work to identify and cultivate community policy experts to advocate for Environmental Justice and Climate Justice. NCBA is committed to community engagement, actively identifying local experts to provide insight into environmental issues. Building on the success of cohorts in 2022 and 2023, we will launch our 4th mini grantee cohort in 2024, to channel resources directly to the community front lines. This program empowers participants to advocate for and address locally significant issues. Cohorts typically consist of 7-10 entities working on individual projects and collective initiatives.

# GOTV Engagement

The 2024 elections will have numerous election law changes. The surge of restrictive voting legislation witnessed in 2023 was a direct response to the increased participation of Black, brown, and youth voters. The enactment of new Voter and Student ID laws now mandates NC voters to present a photo ID when casting their ballots, adding further hurdles to the Black vote. Critical, nonpartisan voter education will be vital this year. **Our goal is to educate people on the new process, mobilize them to the polls and then protect their rights once they get there.**

## Election Protection
www.safevoternc.org



Crucial to elevating voter turnout is the assurance of both physical protection for voters and safeguarding the integrity of the vote. Our election protection structure maintains its consistency while being tailored to the specific dynamics of the 2024 primary and subsequent general election. Our physical presence will overlay our Harbor locations.

- **SafeVoter NC:** As part of our ongoing commitment, we are continuously enhancing SafeVoterNC.org ,a 365 days a year, 24/7, reliable voting resource that provides credible and up-to-date information about voter safety and **non-partisan education**, as well as the implications of impactful legislation. It's a critical resource for North Carolina voters, especially in rural and urban target counties. This platform seeks to demystify the voting process, directly addressing voter fatigue amid the numerous unknown variables affecting elections in NC.

- **Black Legal Network:** This initiative deploys trained attorneys to areas with a high risk of voter harassment and intimidation. These attorneys are integral in ensuring voter rights protection This program assists with counteracting ongoing voter suppression while also being available as legal counsel to our community partners and advocates.

- **Poll Protection Program:** This program addresses barriers unique to Black voters by prioritizing precincts in primarily Black neighborhoods. It responds to voter intimidation and racial violence and is part of a broader strategy to establish a physical presence in communities year-round, grounded in our Regional Harbors and election protection trainings.

- **Poll Correspondent Program:** This program employs correspondents across the state to report real-time occurrences at various polling locations (mostly safe sites), focusing on precincts with high Black voting populations. It also includes training in video, audio, and interview methods.

## Direct Voter Engagement + Contact

Our election protection efforts will coincide with our physical harbor locations, representing a centralized hub where election protection is incorporated with larger canvassing efforts and more activities. Locations will be the same for the General Election, with possible expansion contingent upon funding Our goal is to overlay turnout with the protection of our turn out efforts.

Based on historic spending on elections, many down-ballot offices on the ballot, which directly impact our communities, will need critical, nonpartisan political education.

### Harbor + Election Protection Presence - Launched January 2024

| Region | County | City | Precinct |
|---|---|---|---|
| Northeast | Bertie | Windsor | Windsor 1 |
| Northeast * | Pasquotank | Elizabeth City | |
| Southwest | Cabarrus | Concord | 12-13 |
| Southeast | Cumberland | Fayetteville | Lake Rim |
| Triangle | Durham | Durham | 23 |
| Triangle * | Johnston | Clayton | |
| Triad | Guilford | Greensboro | Jef1 & Jef2 |
| Triad * | Forsyth | Winston Salem | |
| Northeast | Hertford | Ahoskie | Ahoskie3 |
| Southwest | Mecklenburg | Charlotte | 212 |
| Triangle | Wake | Raleigh | 01-40 |

**Primaries**

| | Voter Engagement (Pass 1) | Voter Mobilization (Pass 2) |
|---|---|---|
| Total Doors | 14,500 | 11,000 |
| Total Phones | 52,000 | 21,500 |
| Volunteer Engagement | 150 | 150 |
| Voter education events (Issues/Candidate Town Halls) | 5 | |
| GOTV Mobilization Events | | 20 |

**General**

| | Voter Engagement (Pass 1) | Voter Mobilization (Pass 2) |
|---|---|---|
| Total Doors | 150,000 | 50,000 |
| Total Phones | 450,000 | 415,000 |
| Volunteer Engagement | 650 | 250 |
| Voter education events (2 per region) | 10 | |
| GOTV Mobilization Events | | 20 |

## Media + Communications

By prioritizing the leadership and voices of communities directly impacted by these injustices, our goal is to highlight not just their struggles but also the successes achieved through active civic engagement. We aim to showcase tangible outcomes that address real needs and concerns. Our

Case 1:23-cv-00878-TDS-JEP　　Document 124-59　　Filed 05/09/25　　Page 7 of 8　　NCBA_0000681

communication strategies are designed to amplify these voices and initiatives in decision-making processes and larger-scale organizing campaigns. In addition to supporting all our programs to educate and inform, we extend our impact through strategic marketing and communication efforts. Our dedicated engagement includes:

- **Poll Correspondent Program**
- **Safe Voter NC**



## Our Team

**2024 Budget: $6,000,000**

NCBA's team holds a variety of lived experiences and identities that reflect the diversity of our communities. The Board of Directors consists of a variety of NC Black community leaders, including grassroots organizers, local, state, and federal officeholders, and appointed officials. They bring a range of experience in issues affecting Black communities in NC to their governance role, informing their duty to hold overall fiduciary responsibility and programmatic oversight.

Our staff brings a variety of expertise in community organizing, public health, policy, voter engagement, democracy, and climate/environmental justice, the majority of whom come from the communities we serve. Critically, we all bring our racial identities and experiences to the work, helping us connect with the people we serve. In addition to our full-time staff members, we actively involve contractors, interns, and fellows in all aspects of our work. Many team members are deeply engaged at local, regional, and statewide levels, extending the reach of NCBA beyond their roles within the organization. This ensures strategic connectivity with movement partners across the state and beyond.

NCBA actively fosters nonpartisan voter education, deepening our work on community issues with intentional programs to empower Black North Carolinians. As our organization's role in creating systemic change within North Carolina's infrastructure has evolved (from convenor to thought partner to relational organizer), strategic investments continue to shift our focus from broad, election-oriented messaging to specific issues faced by our community partners on the ground.

## 2024 Forecast

In 2024, NCBA aims to enhance partnerships with organizations statewide by securing the necessary staffing and logistical support to accommodate our expanding presence. Our strategy encompasses:

- Hiring a staff Accountant & Bookkeeper to streamline financial management and implement financial strategies that support the organization's mission and goals.

- Expanding our Marketing & Communications team to provide enhanced capacity to support the development and implementation of communication strategies aimed at fostering intentional collaboration with Black constituencies in North Carolina.

- Investing in enhancing the skills of our team, strengthening community relationships, and providing deeper training to prepare for informed education and advocacy, while establishing core infrastructure for improved process alignment and efficiency.

NCBA strives to expand and diversify our support base to spark sustainable growth by embracing and living out a theory of change rooted in the idea that it takes *sustained support*, at scale, to truly move the needle on **our core issues.** We continue to engage individual and institutional donors in conversations about what this means in terms of our existing and future relationships until we create the change we want to see in our communities.

Case 1:23-cv-00878-TDS-JEP    Document 124-59    Filed 05/09/25    Page 8 of 8    NCBA_0000682