# Exhibit HHH

**Impact Report 2023**



# A YEAR OF RESILIENCE FOR NORTH CAROLINA VOTERS!

In a new era of restrictions, Democracy North Carolina remained committed to protecting the freedom to vote.

Case 1:23-cv-00878-TDS-JEP    Document 124-61    Filed 05/09/25    DemNC_0000407    Page_2 of 8



## Fairness and Dignity for Every Voter

During the 2023 municipal elections, Democracy North Carolina contacted over 250 provisional voters who needed to cure their ballots due to issues related to Voter ID.

One caller reported that his mother, a 95-year-old voter who cast a provisional ballot, was not offered an ID exception form after they had misplaced their ID due to memory loss issues. The poll worker did not inform the voter that they could obtain a free Voter ID from the county board of elections.

**"That's voter suppression," the voter's son shared. "We weren't told about an exception form. Now they're penalizing her."**

Her son, who was assisting her while at the voting precinct, named a glaring truth of how quickly our voter freedoms can be taken away and how innocent voters have been penalized by the NCGA's unconstitutional and racially-motivated Voter ID law. This voter was denied her fundamental right to vote due to a lost Voter ID and the lack of guidance on available exceptions.

**"Every time I turn around, the voting areas and precincts change, leaving people like my mother in disarray… we need stability and clarity, not just for my mother, but for every voter out there."**

# Taking the "Monster Election Bill" to Court

Senate Bill 747 places unconstitutional burdens on the fundamental right to vote for North Carolinians. In collaboration with our partners the League of Women Voters of North Carolina and North Carolina Black Alliance, Democracy NC filed a lawsuit challenging "SB 747."



**SB 747 places the fate of a ballot cast using same-day registration on whether a single piece of mail reaches that voter.**

If that piece of mail goes undelivered — by accident, negligence, or otherwise — the voter's ballot is thrown out and their registration is canceled, with no notice provided and no opportunity to be heard.

Despite evidence that it would make voting more challenging for college students, the elderly, and rural voters, the North Carolina General Assembly overrode Governor Cooper's veto and enacted SB 747.

*Learn more about how you can become an Elections Advocate and help protect democracy today!*

Head over to **demnc.co/takeaction** to find out more or visit **ncvoter.org** for the latest voter education and election information.



Take Action

# Community-Based Leadership in Action

Democracy NC was founded on the principle that government should be "**of, by, and for the people,**" and 2023 marked a year when the freedom to vote and the resolve of North Carolina voters were put to the test.

Despite our best efforts to fight anti-democratic legislation, the North Carolina General Assembly enacted sweeping election laws that invited mass confusion and created new obstacles to voting.

We were not deterred. Our **Communications & Policy Teams** created educational voter resources to explain the new Voter ID requirements. **Regional Managing Organizers** worked diligently to engage with local voters across the state. **Vote Protectors** were sent to 6 counties on Election Day — a first for Democracy NC during a municipal election year. We also employed **exit poll workers** to interview voters and report any challenges they experienced at the ballot box.

Our focus remains clear — supporting all North Carolinians to engage in the electoral process and to cast their votes without fear or confusion. In 2024, we will continue to tap into the strength of our community-based advocates to organize and mobilize voters, provide trusted nonpartisan voter information, and protect voter freedoms.

**Thank you for believing in this movement!**

With gratitude,

Greg Walker Wilson, Board Chair
Cheryl Carter, Co-Executive Director
Adrienne Kelly, Co-Executive Director



*2023 Board Members:*
- Greg Walker Wilson
- Randy Lucas
- Judy Futch
- Jim Overton
- Adrian Maldonado
- Lisa Levenstein
- Ajamu Amiri Dillahunt
- April Dawson
- Monica Gibbs
- Irving Joyner
- Tamara Kersey
- Marcus Bass
- Cynthia Wallace



Democracy NC is led by 24 full-time and part-time staff members who invest their time, energy, and resources in making this work possible.

# Powered by Grassroots Suppport



- 17% Operations
- 18% Communications
- 12% Policy
- 40% Organizing
- 12% Development

- 38% Statewide Partners
- 47% National Partners
- 15% Individual Donors

## Be a champion of, by, and for the people!

In 2023, we were proud to introduce the Democracy NC Giving Society, designed to engage and build our generous supporters across the state.

**democracync.org/donate**





Donate

# Equity. Empathy. Bold Action.

### In 2023, the freedom to vote was under attack.

- Cuts to Early Voting Dates & Hours in All 100 Counties
- New Requirements for Photo ID & Proof of Residency
- Statewide Pilot Program for Signature Verification
- Restrictions on Same-Day Registration Eligibility
- Mail-In Ballots Must Be Received by Election Day
- Changes to Voter Registration Forms & Election Rules

## Here's What We Did to Fight Back in 2023:


369 Calls to the Voter Assistance Hotline


$290k Regranted to Grassroots Partners & Students


200+ Local Volunteers for the 2023 Municpals


50+ Regional Meetings & Community Events


50k+ Free Voter Resources to the Public


500+ Election Protection Yard Signs in NC


28 Counties Covered by Elections Advocacy Program




# Regional Organizing and Local Advocacy



## Meet our 2023 Regional Managing Organizers:


**Kamaria E. Lawrence**
Western Piedmont


**Linda Sutton**
Central Piedmont


**Sugelema Lynch**
Greater Triangle

Democracy North Carolina is a statewide organization.

**Get involved today!**


**Lucas Seijo**
East


**DeMonte Alford**
Southeast


**Marques Thompson**
Statewide

In partnership with Southern Coalition for Social Justice, You Can Vote, Disability Rights North Carolina, Forward Justice, Blueprint NC, and other Election Protection partners, numerous election advocates were deployed across 35 counties for the 2023 November municipal election to observe the pre-canvass and canvass monitoring process.


2023 Election Protection Coalition
**Canvass Monitoring Coverage**

Case 1:23-cv-00878-TDS-JEP    Document 124-61    Filed 05/09/25    DemNC_0000413