# Exhibit III



# LIGHTING THE PATH FOR NORTH CAROLINA VOTERS!



For over 33 years, Democracy North Carolina has refused to back down. We have faith in our communities and our ability to overcome any struggle... our greatest days are ahead of us!

# DIGNITY & HOPE: THE NC VOTER HOTLINE



In collaboration with **Southern Coalition for Social Justice, Forward Justice, NC Black Alliance, Disability Rights NC, Blueprint NC, Common Cause,** and other Election Protection allies, Democracy NC deployed a robust network of advocates to monitor the election, ensuring accountability at every level of administration.

*"When I went to my polling place with my approved college ID and was told I couldn't vote, I felt completely helpless. Calling 888-OUR-VOTE changed everything.*

*The volunteer attorney who answered my call not only explained my rights but also contacted election officials to make sure I was allowed to cast my ballot. Thanks to their support, I was able to vote in my first presidential election. I'm so grateful for their help in making my voice count!"*

— *Kara, Student Voter*

- ⚡ **6,300+ calls and texts were answered,** providing vital support amid voter ID confusion, long lines, and systemic barriers.
- ⚡ Voters' concerns included **partisan electioneering, mail-in ballot status, curbside voting access, long lines,** and **felony rights restoration.**
- ⚡ We received the **highest volume of voter protection calls among 13 battleground states,** with over **500 legal escalations** to our network of volunteer attorneys.

*"This was such a great experience! It was so satisfying to be able to measurably help voters by learning election procedures and providing the information to voters. The captains were so knowledgeable and I learned a lot from them."*

*"Being a hotline volunteer gave me a sense of fulfillment of serving a higher purpose during an election season that was otherwise permeated with division and cynicism."*— **NC Hotline Volunteer Attorney,** *General Election 2024*

Each call told a story of perseverance. When voters felt silenced or confused, we made sure their voices were heard.

# VOTER EDUCATION & MOBILIZATION

*"Democracy NC has given me the opportunity to strengthen my leadership by building team connections, organizing activities, and collaborating with supervisors and interns.*

*I've embraced cross-departmental multitasking to enhance my friendterns' experience—from planning innovative activities to leading lobbying workshops. More importantly, I researched voting rights for naturalized citizens in North Carolina and proposed my own project to increase foreign-born voter participation."*

On NC State's campus, Democracy Summer alumni Miroslava Colan brought over 150 students together for a panel discussion event with Raleigh City Council candidates. *"Inviting the candidates to campus was such an incredible opportunity to connect students with their local leaders. We created a space where young voters could ask questions about issues that matter to them—like campus safety, financial security, and housing—and hear directly from those who want to represent them!"*

The event provided a non-partisan platform for student engagement, empowering young adults to become more informed and involved in the electoral process.



- **5.7 million voters** turned out during the 2024 Election, with the highest early voting turnout in state history!
- **Digital Voter Guides** accessed by **100,000+ voters,** with over **300,000** visiting NCvoter.org.
- **Our social media campaigns** reached over **3 million views,** amplifying critical election info.



# SPEAKING TRUTH TO POWER

In 2024, the fight for fair elections became more urgent than ever. While sweeping changes from the NCGA and NC Supreme Court created mass confusion and new barriers to the ballot box, Democracy NC refused to back down. We remained committed to protecting voter freedoms and access to the ballot:

- ⚡ **Empowering Voters** — Our Communications, Policy, and Organizing Teams designed and distributed clear, accessible, nonpartisan voter resources to over **1 million North Carolinians.**
- ⚡ **Activating Communities** — Regional Managing Organizers connected with voters across the state, particularly Black, brown, and indigenous populations, as well as LGBTQ+ and rural communities.
- ⚡ **Protecting the Vote** — We deployed **1,000 Vote Protectors** to monitor elections in key counties, safeguarding a fair and secure process.

Democracy NC's commitment to making voting easier, more accessible, and equitable has never been stronger than at this very moment. Your support will strengthen the fight for a fairer, more inclusive democracy in 2025 and beyond.

Thank you for believing in this Movement!

**With sincere gratitude,**

Greg Walker-Wilson, Board Chair
Cheryl Carter, Co-Executive Director
Adrienne Kelly, Co-Executive Director




## 2024 BOARD MEMBERS

| | | |
|---|---|---|
| April Dawson | Cynthia Wallace | Lisa Levenstein |
| Monica Gibbs | Greg Walker Wilson | Ajamu Amiri Dillahunt |
| Irving Joyner | Randy Lucas | Christian Stolz |
| Tamara Kersey | Judy Futch | Dionne Sanders |
| Marcus Bass | Adrian Maldonado | |

Democracy NC is led by **33 full-time and part-time staff members** who invest their time, energy, and talent in making our mission possible.

# WE RISE TOGETHER

*"Elections have always been very very important to me ever since I can remember ...I have been a proud Monthly Sustainer since 2020 and have always believed in the importance of having a voice advocating for voting rights, fair elections, and educating voters. I appreciate Democracy North Carolina because they want to make sure elections are fair and accessible for everyone!"* — **Pat Ross,** Monthly Sustainer, Harnett County

## BECOME A CHAMPION "OF, BY, AND FOR THE PEOPLE" AND JOIN THE DEMOCRACY NC GIVING SOCIETY!

- **Change-Makers** — $2,500+ annually
- **Power Builders** — $500–2,499 annually
- **Mobilizers** — $250–499 annually
- **Sustainers** — Recurring monthly gifts



Democracy NC Giving Society and Monthly Sustainer donors receive quarterly donor briefings, exclusive reports, honored recognition, a personalized gift, and a dedicated staff liaison.

## 100% OF YOUR GIFT WILL GO TOWARDS:

- Protecting Democracy
- Mobilizing Communities
- Breaking Down Barriers



Protect the legacy and future of voting rights in North Carolina!

Thanks to your support, every grassroots dollar was put to work—building strong volunteer programs, expanding voter engagement, and investing in the staff who make this movement possible year-round.

## 2024 DEMOCRACY NC BUDGET

| Category | Percentage |
|---|---|
| *Organizing & Democracy Summer* | 39% |
| *Communications & Resources* | 21% |
| *Policy & Legislative Advocacy* | 15% |
| *HR, Accounting, and Operations* | 14% |
| *Development & Strategic Planning* | 11% |



# RESISTANCE THROUGH ACTION



**1 million educational resources distributed,** from voter guides to GOTV materials.

**80+ regional meetings and events,** building regional grassroots leadership.

**2,000 volunteers** across all 100 counties, including Adopt-a-Precinct, Canvass Monitors, and non-profit partners.

**25,000+ direct calls** to voters during the 2024 General Election, with over 230 individual phone bankers.

**87,000 voters** accessed the new digital voter tool, detailing every local race and ballot measure.

**5.8 million voter touches,** including phone calls, texts, emails, and in-person engagement.

**$200,000+ regranted** to local organizations and student leaders.

**1,000 Vote Protectors** safeguarding polling places in 48 counties.

Learn more at *demnc.co/takeaction*.

Democracy NC reached a historic milestone during the 2024 General Election—expanding our election protection and voter engagement efforts to 73 counties, the broadest coverage in our 32-year history.

## OUR 2024 STRATEGIES

***I. Research & Innovation*** — Serving as an organizing hub to connect regional partners and resource distribution.

***II. Students & Young Adults*** — Engaging students and statewide volunteers to empower communities through direct service.

***III. Voter Engagement, Access, & Protection*** — Strengthening nonprofit partnerships to build a unified and more effective coalition.

***IV. Organizational Capacity*** — Centering BIPOC & LGBTQ+ voices to amplify historically marginalized power.

## MEET OUR 2024 REGIONAL MANAGING ORGANIZERS...

     

**Kamaria E. Lawrence** — *Western Piedmont*
**Linda Sutton** — *Central Piedmont*
**Sugelema Lynch** — *Greater Triangle*
**Lucas Seijo** — *East*
**DeMonte Alford** — *Southeast*
**Marques Thompson** — *Statewide*

## ...AND OUR 2024 REGIONAL ORGANIZERS!

    

**Kel Williams** — *Western Piedmont*
**Lissa Harris** — *Central Piedmont*
**Jason Riddle** — *Greater Triangle*
**Rev. Chris Braswell** — *East*
**Lynndora Thompson** — *Southeast*



COUNTY COVERAGE MAP — Western NC, Western Piedmont, Central Piedmont, Southeastern NC, Eastern NC, Greater Triangle

NONPROFIT
U.S. Postage
**PAID**
Durham, NC
Permit # 1011



Follow @democracync for the latest!

# DEMOCRACY NC
*A movement built of, by, and for the people!*

OF, BY, FOR THE PEOPLE



**JOIN THE MOVEMENT!**