# Exhibit JJJ



# DEMOCRACY NC

## IMPACT REPORT 2022

# 30 YEARS OF PEOPLE POWER!

*Democracy North Carolina protects voter freedoms in our state and promotes community ownership of our government.*

Case 1:23-cv-00878-TDS-JEP   Document 124-63   Filed 05/09/25   Page 2 of 8   DemNC_0000951

# Vote "No" Fayetteville

The "Vote Yes Fayetteville" campaign began as an attempt to dilute Black voting power by restructuring Fayetteville's City Council. If approved, city council members would have moved from representing defined districts to at-large representation, dramatically weakening the power of Black and brown voters in 2022 and beyond. The people of Fayetteville rejected political corruption and safeguarded their freedom to choose their own leaders.

**Democracy NC's team of Southeast Advocates worked diligently on a counter campaign called "Vote No Fayetteville" to stop this initiative.**

Community town halls, press conferences, and local efforts proved to be successful in defeating the ballot measure in the midterm General Election. Hear from our Southeast Regional Managing Organizer, Des Woods, who helped lead this effort in 2022.

### What is your proudest moment working for Democracy NC on this campaign?

*"My proudest moment was seeing people of different ages work together for the "Vote No" campaign and win! Also, seeing how diverse the people involved were made this moment feel special."*

*Learn more at demnc.co/votenofayetteville.*



# Democracy Summer

For 24 years, Democracy Summer has enriched the lives of young leaders across North Carolina. Our paid internship is an opportunity for student activists to sharpen their skills in civic and political engagement.

**Last year, our 22 Friendterns:**

» Built power alongside historically marginalized groups.
» Learned strategic communications and legislative advocacy.
» Researched public policies and election laws.
» Led successful peer-to-peer fundraising campaigns.



*"Democracy Summer taught me the power of grassroots organizing. I became a witness to the fight for equity and the impact that students can make in their community."*

**Jemiah Williams, 2022 Alumni** *(left)*

*"Democracy Summer has inspired me to pursue a career in social justice and mutual aid. I will continue to apply the lessons and experiences to my own life path."*

**Ben Elliott, 2022 Alumni** *(right)*





**Support our friendterns today! demnc.co/donate**



DemNC_0000953

# From Our Leadership

Democracy NC is proud to celebrate **"30 years of people power"** and a legacy of grassroots change. Together in 2022, we worked to make voting easier, more accessible, and more equitable. We defended voter freedoms and worked to ensure that every North Carolinian had an equal opportunity to cast their ballot.

We rallied our grassroots advocates against bad bills that would have built voting barriers. We fought back against white supremacy and voter suppression, lifting up Black and brown voices in the process. **We educated millions of voters — defending a democracy that is truly of, by, and for the people.**

From faith partners and campus coordinators to elections advocates and vote protectors, our dedicated supporters made the work possible. **Thousands of people worked together to make a difference** in their communities.

**True democracy is possible and worth the work.**

In 2023, we will continue to harness the power of our grassroots supporters and protect the future of voting rights for generations to come.

Sincerely,

Randy Lucas, Board Chair
Adrienne Kelly, Co-Executive Director
Cheryl Carter, Co-Executive Director

*2022 Board Members:*

*Randy Lucas*
*Meredith Emmett*
*Jim Overton*
*Irving Joyner*
*Greg Walker-Wilson*
*April Dawson*
*Judy Futch*
*Cynthia Wallace*
*Ajamu Amiri Dillahunt*
*Lisa Levenstein*



**Democracy NC is led by 19 full-time and 11 part-time staff members, located across the state.**

DemNC_0000954

# Our Financials



- 14.2% Operations
- 35.2% Communications
- 10.3% Advocacy
- 34.3% Organizing
- 6.0% Development

Every dollar counts!

Grassroots donations fund our programs 365 days a year. 100% of our contributions are put to work in North Carolina, **immediately.**



- 38% National Partners
- 48% Statewide Partners
- 14% Individual Donors

*We had over 4000 grassroots donors in 2022!*

*Learn more about our full impact at demnc.co/impact.*

Case 1:23-cv-00878-TDS-JEP   Document 124-63   Filed 05/09/25   Page 6 of 8

DemNC_000055

# Making a Difference

Your grassroots dollars make our work possible!

In February 2022, the Rockingham County Board of Elections removed 3 of its 4 early voting sites. **Thanks to pressure applied by our regional advocates, all 4 sites were reinstated** — protecting critical access to the ballot box for hundreds of voters.

During the General Election, **Vote Protectors helped save more than 100 votes in Mecklenburg County** by helping voters find their correct voting sites after the Beatties Ford Library precinct was closed without adequate notice to the public.

Democracy NC's Election Protection Hotline received more than **3,000 calls from voters** during the midterms. Over 900 calls were answered on Election Day alone.

**Over $100,000 was invested in 45 grassroots community partners** through the Adopt-a-Precinct program and voter engagement programs during the 2022 election cycle.



# Statewide Impact

*Our movement spans across NC. Check out our impact below!*



**COUNTY COVERAGE MAP**

— Western NC  — Western Piedmont  — Central Piedmont  — Eastern NC  — Southeastern NC  — Youth Outreach

- 800+ Volunteer Vote Protectors
- 20+ Statewide Voter Education Resources
- 150+ Grassroots Community Partners
- 2 Million Free Non-partisan Voter Guides
- 300+ Local Voting Sites Monitored
- 250+ Trained Local Elections Advocates
- 15K Actions to Defend Voter Freedoms

*Want to learn more? Stay up to date on election information and voter education at ncvoter.org or call 888-OUR-VOTE.*