# Exhibit LLL



# 2024 General Election #CountEveryVote Toolkit
*(Updated 10/23/24)*

## BACKGROUND

This toolkit can be used to identify issues that should be flagged during the absentee and provisional ballot counting process, as well as how to monitor the County Day of Canvass.

## TABLE OF CONTENTS

What Is Canvass Monitoring?

When Is It?

Who will be there?

Who might be there?

What can you expect?

Post-Election State of Play: How is 2024 different?

What we need you to do:

Mail Ballots

Provisional Ballots
  Provisional Ballot Categories

What To Monitor - Provisional Ballots

Other Issues to Monitor:

Data and Resources

Escalating Issues

Report Form



## What Is Canvass Monitoring?

- Under North Carolina law, the "canvass" is the process of determining that all ballots cast in an election have been counted correctly. During the post-election canvass, **the county "certifies" election results** – meaning that election results are final.[1]
- During the canvass process, county election officials **review absentee ballots and provisional ballots to determine if they should count.**[2]
- Absentee ballot canvass and post-election canvass monitoring allows us to document and review any issues with voting or the election process, and to offer potential solutions as we follow up with advocates.
- Canvass meetings also allow us to get unique information such as stories from impacted voters, information about voter challenges, and first-hand reports from the county board of elections (CBOE).

## When Is It?

- By law, all county boards of elections must meet at 11 a.m. on the 10th day after Election Day for the statewide day of canvass.[3]
- Many counties will hold preliminary canvass meetings (known as pre-canvass meetings) between Election Day and the canvass. At these meetings, absentee and provisional ballots are counted.[4,5,6]
- Following the county canvass, the State Board of Elections will meet at 11 a.m. on the Tuesday three weeks after election day to review election certificates submitted by counties and officially certify the election, thus completing the canvass process.[7]

👉 Absentee ballots for the **General Election** will be reviewed by County Boards starting on **October 1, 2024,** and continue every Tuesday unless otherwise indicated.

👉 For the 2024 General Election, **County Canvass** falls on **Friday, November 15, 2024**.

---

[1] N.C. Gen. Stat. § 163-182.5
[2] Post-Election Procedures and Audits
[3] N.C. Gen. Stat. § 163-182.5
[4] Pre-Canvass Absentee Meetings
[5] Post-Election Procedures and Audits
[6] When Absentee/Mail Ballot Processing and Counting Can Begin
[7] N.C. Gen. Stat. § 163-182.5



## Who will be there?

- **Five (5) County Board Members** (three Democrats, two Republicans).[8]
- **County board of elections staff and director.**[9]
- **See our toolkit for more information about your County Board of Elections:** [Local Election Administration Toolkit](English) and [Spanish])

## Who might be there?

- **Any member of the public who wishes to witness the vote count is allowed to do so.**[10] **This includes:**
  - **Voters,** interested in being heard on their disputed or challenged ballots.
  - **Partisan observers**, potentially from various local, state, and/or federal campaigns.
  - **Attorneys**, potentially representing voters, groups, or campaigns.
  - **Advocacy groups**, observing proceedings based on interests they serve.
  - **Media**, who are finishing reporting on the election.

## What can you expect?

- These are **public meetings**. You are entitled to attend. Given past experiences with audio and video issues, we recommend that you attend in-person if you feel safe to do so.
- **Don't be intimidated.** You have a right to be there and observe what the county is doing.
- **Don't be afraid to ask questions** of county board staff if there are any mechanisms for public input, if necessary. This can be phrased delicately – such as, "Can we ask a question if we can't understand what is being said, so the public can follow what is happening?"
- **There is no one "right" way to canvass.** All counties work differently, and it is important to remember that canvasses may look different in each county.

## Post-Election State of Play: How is 2024 different?

- In 2024, **voters will be required to show an NC driver's license or other acceptable photo ID to vote** with a regular ballot (click [here](here) for a list of acceptable photo IDs).
  - If a voter cannot show an acceptable photo ID, they can vote with a provisional ballot and (1) use an ID Exception Form or (2) return to the county board of elections office by November 14, 2024.
  - During the canvass period, the county board is required to count the provisional ballot unless it unanimously finds that the ID Exception Form is false.

---

[8] [N.C. Gen. Stat. § 163-30](#)
[9] [N.C. Gen. Stat. § 163-35](#)
[10] [N.C. Gen. Stat. § 163-182.2](#)

Case 1:23-cv-00878-TDS-JEP    Document 124-64    Filed 05/09/25    Page 4 of 10    DemNC_0005612


- Mail-in ballot voters must send a photocopy of an acceptable photo ID with their ballot or return the ID Exception Form that is provided (click here to see the ID Exception Form) indicating one or more reasons why a copy of photo ID was not included with the mail-in absentee ballot.
- Since August 2024, **at least 7 lawsuits have been filed against the NC State Board of Elections** challenging various election administration processes. During pre-canvass meetings and on the day of canvass, county board staff and members may reference these lawsuits or raise them as a reason to invalidate certain ballots.
- Due to **Hurricane Helene,** voters in at least 25 counties have more flexible options to request and return their mail-in ballot. For example, a voter registered in Watauga County may drop their mail-in ballot off at Wake's elections office by Election Day.
- **Mis/disinformation** about ballot counting, recent changes to election law, and the constitutional amendment ballot referendum may create **canvass proceedings that could be more heated than in prior cycles** as various stakeholders attempt to document or challenge the process.

## What will you need to do?

- **Call your CBOE office to confirm dates and times of Pre-canvass meetings and Canvass.**
  - Ask if there are virtual options for participating or if you will have to attend in person. Report back meeting dates in your report form.
- **Take lots of notes.**
  - Try to identify who is in the room (e.g., which board members are speaking, the director, impacted voters, any observers, including parties and lawyers)
  - Jot down any overall numbers, including absentee and provisional totals and numbers within provided categories.
    - Board may discuss individual mail-in ballot voters' and their issues, including ballot certification deficiencies, late ballots, or missing Photo ID
    - Board may discuss provisional ballots by category; If you catch names of provisional ballots being discussed, jot those down – such as:
      - Out of precinct
      - No record of registration
      - Jurisdiction dispute
      - Lack of Photo ID
  - Take notes on voter challenges if they occur
    - What occurred, how did/could the voter respond?
  - Identify the important issues and concerns of the CBOE
    - If the CBOE staff provides a report, record the issues addressed (such as problems with machines/technology or photo ID, cases of voter intimidation, or absentee ballot curing)
  - Did the CBOE go into a closed session?
    - If so, why? How long was the session and was there any debate or discussion about going into closed session?
- **Grab any documentation provided by the county for the public.**
  - As in past election cycles, counties may provide printed documentation of vote



totals in key categories to help the public follow the process.
- **If you're comfortable doing so, talk to impacted voters who are present.**
  - If possible, approach voters present who had problems voting. Ask if they'd be willing to speak to election experts about their experience.
  - Collect a synopsis of their issue, as these stories are important to bring awareness to issues impacting voters in our state.
  - Make sure to collect names, emails, and phone numbers for follow-up.
- **Ask questions!**
  - Before the meeting starts, feel free to introduce yourself to CBOE members and staff informing them you are a non-partisan monitor. During this introduction, you can ask staff to please explain the process to the public.
  - In between breaks or pauses in the process, you may also approach CBOE members and staff about any questions or confusion you have about the process, especially if you are having trouble hearing or there is discussion continuing from a previous meeting.
    - Please ensure that you are not interrupting or disrupting the canvass process.

⚠️ **NOTE:** You will have access to an online report form (at **demnc.co/boereportform**). Bring extra paper, or **preferably take your computer or tablet to help capture and submit notes more quickly.**

## Goals: What we'll do with the information

- Your immediate reporting will help election experts more quickly:
  - Identify problems with the process in real-time
  - Advocate for better election policies and voting access in the future
  - Combat election misinformation by capturing stories on the processes used to count ballots

Case 1:23-cv-00878-TDS-JEP    Document 124-64    Filed 05/09/25    Page 6 of 10    DemNC_0005614



## Mail Ballots

Ballots cast by mail are also called absentee ballots. Mail ballots have to be submitted in their provided envelope, with proper witness signatures (or notary signature), with a copy of acceptable photo ID or an ID Exception Form, and **must be received by the County Board of Elections office by 7:30 p.m. on Election Day.** Detailed instructions for mail are  available here.

**Ballot curing** is when a voter is given the opportunity to rectify an issue with their mail ballot – instead of it being rejected. If a mail ballot has an issue, the voter is given the option to submit a cure affidavit or vote a new ballot, depending on the issue. The voter also has the option to vote in person. The majority of mail ballots are rejected due to a missing voter or witness signature. For more information on ballot curing, read here.

⚠️ **NOTE:** It is possible that discussion of the cure process is limited. You may hear CBOE staff mail ballots in categories like "return deficiencies," "ballot application deficiencies," "photo ID documentation deficiencies," and "deficiencies discovered at Board meetings."If CBOE staff does not provide information, please ask CBOE staff to clarify the ballot issues and how voters have been contacted about fixing their ballot.

## Mail Ballot Issues to Monitor:
- **Curing Ballots[11]**
  - Were there problems with the ballot cure process?
  - Did any voters show up to the canvass who were unable to cure their ballot?
  - Were there problems with mail-in ballots that included affidavits noting the lack of access to a method to attach a copy of photo ID?
- **Late Mail Ballots**
  - Is there any discussion of late mail ballots received after Election Day?
- **Other Issues**
  - Were there problems securing paper for absentee ballots or envelopes?
  - Were there reports of mail delivery failures or other mailing hiccups?
  - Were there problems with absentee ballots that did not include a stamp?
  - Were there reports of mail ballots dropped off at polling places on Election Day?
  - Were there problems with voters tracking their absentee ballots through BallotTrax?
  - Were there problems with IDs that were photocopied?
  - Were there problems with the barcodes or printing on the envelope?
- **Absentee Hearings**
  - Are there voters present to have their absentee ballot counted? Lawyers or others present to represent voters in ballot hearings? Other parties or groups present to challenge/contest absentee ballots?

---

[11] https://democracync.org/research/codifying-and-improving-the-cure-process/

Case 1:23-cv-00878-TDS-JEP     Document 124-64     Filed 05/09/25     Page 7 of 10     DemNC_0005615



## Provisional Ballots

Provisional ballots are cast by voters when there are questions about their qualifications and eligibility to vote.[12] For more information on provisional voting, read here.

CBOE's are expected to dedicate every effort to correct provisional ballot errors (like, HAVA document or lack of ID) before canvass meetings where provisional ballots are counted.[13] Provisional ballots may be counted in full, partially, or not at all.

### Provisional Ballot Categories

- **Identification Issues**
  - Voters are required to show photo ID in order to vote a regular ballot in 2024.
  - Some first-time voters, depending on how they registered, might have been asked to show **at least one** of the following forms of identification such as: a current and valid photo ID, a current utility bill, bank statement, government check, paycheck, or other government document with the voter's name and registration address.[14]
  - Voters should be allowed to verify their identity by providing at least one of the above documents to the CBOE following Election Day, *even if* they didn't have that documentation on Election Day.[15]
- **Registration Issues**
  - A voter who presents to vote on Election Day but is not on the voter rolls will be given a provisional ballot.
  - Voters who registered to vote at the DMV – but did not appear on voter rolls on Election Day – should have their provisional ballot approved if research shows that the voter made an attempt to register at the DMV.[16]
    - For more information on DMV registration issues, read here.
- **Voter Eligibility Issues**
  - A voter will be provided with a provisional ballot if they vote out of precinct on Election Day. As long as they vote within their county, at least part of their ballot should count.
  - A voter who shows in the system as having already voted will also be asked to cast a provisional ballot. The county will then conduct research to determine which ballot should count.
- **Special Issues**
  - If a polling place's hours were extended – which sometimes happens due to

---

[12] Post-Election Procedures and Audits
[13] Numbered Memo 2023-04
[14] https://www.ncleg.gov/EnactedLegislation/Statutes/HTML/BySection/Chapter_163/GS_163-166.12.html
[15] Numbered Memo 2016 - 09
[16] Numbered Memo 2016 - 10


equipment failure, for example – the voter will be offered a provisional ballot. These ballots should all count.

## What To Monitor – Provisional Ballots

- Were voters unable to reach the CBOE to provide additional information about their provisional ballot?
- Did the CBOE fail to do appropriate outreach to voters in an attempt to verify provisional ballots?
- Were there a large number of students who had to vote provisionally? What was the cause?
- Were there voters who voted provisional because they did not have acceptable photo ID?
- Were there voters who voted provisional because their voter registration was incorrect?
- Were voters who claimed to be registered previously have to vote provisional ballots? What reason was given?
- Did voters who registered at the DMV have to vote provisional ballots? Were those ballots counted?

## Other Issues to Monitor:

- **Duplication of Damaged Ballots**[17]
  - Because most ballots are tabulated with an electronic system, a damaged ballot can lead to the machine being unable to read the ballot. Ballot duplication is when a ballot is corrected or cleaned because of damage. While the original ballot is retained for record-keeping purposes, the cleaned ballot is the one counted by the machine.
  - *Is there any discussion about errors including ballot tears, ballot jams, or questions about readability or legitimacy?*
- **Same-Day Registration and Voting**
  - Voters who used an Early Voting site to register and cast a ballot will have their identity verified by the county.
  - *Was there any discussion of mailings (verifications) being sent to same-day registration (SDR) voters and those mailings being returned?*
  - *Were any SDR ballots being challenged or denied? If so, how many?*
- **Machine or Software Issues**
  - Occasionally, voting sites will experience problems with voting machines or other technology.
  - *Was there any discussion about problems involving equipment or voting procedures? What was discussed—and concluded?*

---

[17] Ballot Duplication, 2020



- **Challenges**
  - A voter challenge is when a voter's right to register, remain registered, or vote is challenged. A voter can be challenged by any voter in their county 25 days or more before an election or on the day of an election (including early voting). The burden of proof is on the challenger, but the challenged voter might have to provide proof of citizenship or eligibility. If a voter challenge was made during Early Voting or to a voter's mail-in absentee ballot, this challenge will be heard by the County Board of Elections during the day of County Canvass. [18]
  - *Were voters challenged during the voting period? What happened, and was the challenge sustained?*
- **Poll Worker Issues**
  - *Were there any issues flagged attributed to poll worker errors? For example, poll workers not giving unaffiliated voters a choice of ballots during a primary election? Or poll workers asking for proof of a voter's disability?*
- **Issues at the Canvass**
  - Due to high circulation of voter disinformation because of the Big Lie, there is a possibility for ill-informed citizens to cause disruptions. Take note if any of the following occur:
    - Voters or others denied access to in-person canvass meetings
    - Heated partisan debates influencing the canvass process or results
    - Contentious voter challenges or other barriers to counting every vote
    - Incidents of voter intimidation, threats, or violence

## Escalating Issues

- **When to escalate:**
  - The issue **prevents** (or could prevent) voters from voting;
  - **Voters or others denied access** to in-person canvass meetings,
  - **Contentious voter challenges** or other barriers to counting every vote,
  - **Incidents of voter intimidation**, including threats or violence, or
  - Other occurrences that you feel **negatively impact an otherwise fair election outcome**
  - The problem is **ongoing**; and
  - **Action can be taken** in the short-term to resolve the issue.

**When in doubt, <span style="color:red">call or text the 888-OUR-VOTE Hotline</span>!**

# 👉 Hotline Number: 888-687-8683

## Report Form

- Find and fill out the form online at: **demnc.co/boereportform**

---

[18] State of North Carolina Election Official Resource Manual

Case 1:23-cv-00878-TDS-JEP    Document 124-64    Filed 05/09/25    Page 10 of 10    DemNC_0005618