# Exhibit OOO

EXHIBIT
31

# Presentation to
# House Oversight and Reform Committee
# June 22, 2023

## Karen Brinson Bell, Executive Director



NORTH CAROLINA
STATE BOARD OF ELECTIONS

LEG_DEFS_0006343
LEG_DEFS_0006343

# Committee's Requested Presentation Topics

- North Carolina law, policy, and practice for same-day registration, voting, and verification
- North Carolina law, policy, and practice for voter record maintenance
- Presentation and explanation of voter election records online
- How a same-day registrant is added to the voter rolls and what happens to their vote, including the time it can take for each step of verification and confirmation
- Voter ID implementation plans for absentee voting by mail and in person, same-day registration, and election day voting
- Roles of observers during voting and vote tabulation
- Statistics from past elections of same-day registrations, their disposition on election day, on the official canvass, and on certification of election results, as well as the number of same-day registrations eventually accepted and rejected with reasons for that ultimate decision
- Policies and practices that can improve trust in elections
- State Board budget request/needs



LEG_DEFS_0006344
LEG_DEFS_0006343

# Same-Day Registration in NC

- Enacted in 2007
  - Permits a voter to **provide documentation of their residence and register to vote** and vote at an early voting site. *(Additional step from non-SDR registrants.)*
- Ballot is retrievable
- Subject to mail verification process that all registrants go through
- Repealed in 2013 – US Court of Appeals struck down repeal in 2016
  - Explained in State Board Numbered Memo 2016-15
- Use of SDR by North Carolinians:
  - Mid-term years – 35,000 and 45,000 individuals
  - Presidential years – 100,000 to 120,000 individuals



NORTH CAROLINA
STATE BOARD OF ELECTIONS

LEG_DEFS_0006345
LEG_DEFS_0006343

# Proof of Residence for Same-Day Registrant

This is an additional step compared to non-SDR registrants.

1. NC driver's license or other photo identification issued by a government agency

2. A copy of a current utility bill, bank statement, government check, paycheck, or other government document showing the voter's name and address

3. Documents issued by a college or university showing the student's on-campus housing address



LEG_DEFS_0006346
LEG_DEFS_0006343

# Same-Day Registration Process

- Poll worker walks through process with voter, providing a "Notice" which states first the eligibility requirements.

- Voter fills out the registration application in front of the poll worker and provides proof of residence.

- Voter signs the attestation that they are eligible to vote under penalty of perjury.

---

**10** Sign below to attest to your qualifications to vote.
**FRAUDULENTLY OR FALSELY COMPLETING THIS FORM IS A CLASS I FELONY UNDER CHAPTER 163 OF THE NC GENERAL STATUTES.**

I attest, under penalty of perjury, that in addition to having read and understood the contents of this form, that: (1) I am a United States citizen, as indicated above; (2) I am at least 18 years of age, or will be by the date of the general election; or I am at least 16 years old and understand that I must be at least 18 years old on the day of the general election to vote; I shall have been a resident of North Carolina, this county, and precinct for 30 days <u>before the date of the election</u> in which I intend to vote; (3) I will not vote in any other county or state after submission of this form and if I am registered elsewhere, I am canceling that registration at this time; and (4) I have not been convicted of a felony, or if so, I have completed my sentence (including any probation, post-release supervision, or parole).

X _____     _____

                      Signature Required                                       Date



NORTH CAROLINA
STATE BOARD OF ELECTIONS

LEG_DEFS_0006347
LEG_DEFS_0006343

# Same-Day Registration Mail Verification





LEG_DEFS_0006348
LEG_DEFS_0006343

# Voter List Maintenance

- Federal and state law require voter list maintenance to be **uniform** and **nondiscriminatory**

- G.S. 163-82.14 provides specific reasons for removing voters and procedures.
  - **Death** – monthly reports from DHHS via vital records
  - **Felony conviction** – daily feed from DAC, quarterly reports from US Attorneys
  - **Change of address** – daily feed of voters who cancel or change registration, biennial address confirmation process prescribed in federal/state law, twice yearly address confirmation using Postal Service change-of-address data

- County boards of elections regularly remove registrants for the reasons above



NORTH CAROLINA
STATE BOARD OF ELECTIONS

LEG_DEFS_0006349
LEG_DEFS_0006343

# Voter List Maintenance

- North Carolina Voter List Maintenance Policy
  - https://s3.amazonaws.com/dl.ncsbe.gov/Voter_Registration/North_Carolina_List_Maintenance_Policy_Updated_20230621.pdf

- Procedures for county boards to follow to ensure uniformity and the minimization of errors

- Includes additional measures to remove ineligible voters or erroneous entries:
  - Duplicate registrant queries – 3 mechanisms to identify duplicates, including a new procedure we just rolled out
  - Procedures in addition to biennial mailing to initiate the address confirmation if a county board gets an undeliverable mailing
  - SBE sends county boards weekly reports identifying data errors/inconsistencies – numbers in names, possible confidential data in a public field, possible invalid DOB, possible invalid registration date



NORTH CAROLINA
STATE BOARD OF ELECTIONS

LEG_DEFS_0006350
LEG_DEFS_0006343

# Election Records Online

## ncsbe.gov/results-data

- **Election Results** – unofficial and official tabulation of votes

- **Voter Registration data** – current voter-level registration records or snapshots of voter registration records across 15+ years
  - Includes group-level voter demographic counts or election-specific voter demographic counts over the last 20+ years.

- **Absentee files** – records of each absentee voter *(not the voter's ballot selections)*, including absentee-by-mail ballot requests and one-stop ballots from the in-person early voting period, and demographic stats

- **Provisional files** – records of each provisional voter *(not voter's ballot selections)*, including reasons for provisional voting, disposition, and demographic stats



NORTH CAROLINA
STATE BOARD OF ELECTIONS

LEG_DEFS_0006351
LEG_DEFS_0006343

# Election Records Online (cont.)

## ncsbe.gov/results-data

- **Polling place data** – Election Day polling place data and one-stop early voting site data for current and past elections

- **Voter History data** – weekly-updated voter history data from over the past 10 years, or group-level, voter demographic counts for every election over the last 20+ years on this page
  - Voter history records a voter's participation in an election in our statewide database; this entry includes voter county, precinct, and voting method *(not voter's ballot selections)*
- **Voter Turnout data** – voter turnout across decades of primaries and general elections in U.S. presidential and non-presidential election years



LEG_DEFS_0006352
LEG_DEFS_0006343

# Election Records Online (cont.)

## vt.ncsbe.gov

- **Voter tools webpage –** dynamic web tools where the user submits a query and the system processes current results. Includes:

  - County board contact information and hours

  - Election Day polling place search

  - One-stop voting sites list/search

  - Petition search (status of petitions/signatures verified)

  - Provisional search (specific to the voter)

  - Voter registration statistics (snapshots of aggregate, countywide data)

  - Voter search ("find my registration")



LEG_DEFS_0006353
LEG_DEFS_0006343

# Voter ID Implementation

**<u>Ongoing/in progress</u>** efforts include:

- Website updates, social media posts, press releases, media availabilities
- Rulemaking for procedures for poll workers and county boards to follow
- Voter and polling place materials creation
- Training materials for poll workers
- Updates to absentee envelopes/instructions, voting forms
- Software development to insert photo ID processes into election management system used by all counties
- Software development for county boards to issue IDs from voter records and securely store photos
- Approval process for student & public employee IDs



LEG_DEFS_0006354
LEG_DEFS_0006343

# Voter ID Implementation

All items below are **<u>contingent</u>** on new funds...

- Instructional videos for voters and poll workers

- Advertisements/PSAs for web, social media, print, radio, TV, billboards

- Mailings to all voters, targeted mailing to voters who lack DMV ID

- Additional ID printing machines for county boards to ensure all voters have access to free IDs

- State staff to do community outreach events

- Graphic designer contract to make more effective voter materials



NORTH CAROLINA
STATE BOARD OF ELECTIONS
LEG_DEFS_0006355
LEG_DEFS_0006343

# Party Observers

- Appointed by political party

- Serve an important role of observing the process on behalf of their party

- **_Different_** from poll workers who are appointed by county boards upon recommendation of both county political parties.

  - Bipartisan poll workers are bound by law to carry out an impartial election and receive official training.

  - Observers take no oath and have partisan interests, are not trained by election officials.



NORTH CAROLINA
STATE BOARD OF ELECTIONS

LEG_DEFS_0006356
LEG_DEFS_0006343

# Party Observers

- Shall do "no electioneering," "shall in no manner impede the voting process or interfere or communicate with or observe any voter in casting a ballot," but may "make such observation and take such notes as the observer may desire." GS 163-45(c).

- May not: wear or distribute campaign material; enter voting booth area; approach voting equipment or poll workers stations close enough to view confidential info; position themselves to view confidential voter information on poll books or check-in laptops; position themselves to see the contents of voted ballots; board a vehicle containing curbside voters; provide voter assistance; or photograph, video, or record a voter without consent of the chief judge/one-stop manager, then the voter. 08 NCAC 20 .0101.



NORTH CAROLINA
STATE BOARD OF ELECTIONS

LEG_DEFS_0006357
LEG_DEFS_0006343

# Efforts to Improve Trust in Elections

- Voter confidence campaign, ***#YourVoteCountsNC***, launched in 2019
- Data transparency – most robust website in country, revamped in 2020 – ncsbe.gov
- Social media campaign to dispel myths and educate voters
- Info on election security in the statewide judicial voter guide mailing
- County board education initiatives – Brunswick's "expo," Forsyth's "election academy"
- Democracy Heroes – recruiting more people to become poll workers *(EAC award)*
- Recommend legislators and other local leaders attend county board of elections meetings, logic and accuracy testing, hand-eye sample recount, county canvass – all are open to the public
- Before you amplify misinformation (or simply misunderstand information), please reach out to election officials, state or local



NORTH CAROLINA
STATE BOARD OF ELECTIONS

LEG_DEFS_0006358
LEG_DEFS_0006343

# Highlights of NCSBE Budget Request

## Nonrecurring Services
- $6.5 million for Voter ID Implementation
- $13.6 million for SEIMS and CF Modernization

## Recurring Services
- $350,000 Absentee Ballot Portal
- $50,000 Absentee Ballot Tracking
- $300,000 Hosting County Access to Elections Applications

## Recurring NCSBE Personnel Needs
- 5 FTEs Regional SSTs $422,063*
- 1 FTE CISO $225,000
- 2 FTEs Database Support $317,085*
- 1 FTE In-Person Voting Specialist $84,412*
- 2 FTEs Software Development $268,345*
- 2 FTEs IT Infrastructure $234,137
- 1 FTE Web Manager $100,472

\* Provides additional Voter ID Support



NORTH CAROLINA
STATE BOARD OF ELECTIONS

LEG_DEFS_0006359
LEG_DEFS_0006343

# Criticality of Recurring NCSBE Personnel Funding

**These figures** show the loss of human capital and institutional knowledge in the agency's IT Division, which is responsible for maintaining the backbone of the operation of elections and campaign finance in NC. Stable, recurring funding of positions guards against loss of human capital and is key to maintaining critical information management systems and databases.







LEG_DEFS_0006360
LEG_DEFS_0006343

# Funding for Voter ID Implementation

- FY2021-22: $5 million for "a mobile program to assist individuals who need photo identification in order to vote in person." *See* SB 105 (SL 2021-180), <u>Jt. Conf. Comm. Rept.</u>, p. F 65.

- OSBM authorized carry forward of funds in 2022-23, if injunction on the photo ID law was dissolved.

- Request an expanded scope for $5 million fund for additional photo ID implementation efforts.
  - public education
  - poll worker training
  - statewide and targeting mailings
  - county photo ID printing and a secure photo database
  - training materials for the nearly 3,000 voting sites across the State

- An additional $1.5 million appropriation to the fund would support full photo ID implementation over the biennium



LEG_DEFS_0006361
LEG_DEFS_0006343

# Funding for SEIMS and CF Modernization

- **NR, Information Technology Reserve $13,606,411**
  - $8,492,592.29 for SEIMS Modernization
  - $5,113,818.75 for Campaign Finance Modernization

  - Software suite & supporting databases; backbone of every election process and campaign finance reporting
  - Developed starting in 1998; antiquated, inefficient, and vulnerable to defects
  - 800+ users, mostly at county level
  - Completely state funded
  - Multiyear capital improvement project; contract project-specific teams for build & cross-training



NORTH CAROLINA
STATE BOARD OF ELECTIONS

LEG_DEFS_0006362
LEG_DEFS_0006343



Questions?



LEG_DEFS_0006363
LEG_DEFS_0006343