IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| DEMOCRACY NORTH CAROLINA, *et al.*, <br><br> Plaintiffs, <br> vs. <br> ALAN HIRSCH, in his official capacity as CHAIR OF THE STATE BOARD OF ELECTIONS, *et al.*, <br><br> Defendants. | 1:23-CV-878 |

### ORDER

Upon consideration of Intervenor-Defendants' Consent Motion to Expedite Briefing and Consideration of their Motion to Dismiss, (Doc. 125), and in light of the record in this matter and the parties' consent to the expedited briefing schedule, the court finds there is good cause to allow the motion.

IT IS THEREFORE ORDERED that Intervenor-Defendants' Motion to Expedite (Doc. 127) is GRANTED, and the parties shall have up to and including **May 30, 2025,** to file responses to Intervenor-Defendants' motion to dismiss, and up to and including **June 6, 2025,** to file a reply, if any.

                                                 /s/   Thomas D. Schroeder
                                                 United States District Judge

May 15, 2025