# Exhibit 1

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

DEMOCRACY NORTH CAROLINA;
NORTH CAROLINA BLACK ALLIANCE;
LEAGUE OF WOMEN VOTERS OF          CASE NO.
NORTH CAROLINA,                    1:23CV00878-TDS-
                                   JEP
            Plaintiffs,

    vs.

ALAN HIRSCH, in his official
capacity as CHAIR OF THE STATE
BOARD OF ELECTIONS; JEFF
CARMON III, in official
capacity as SECRETARY OF THE
STATE BOARD OF ELECTIONS;
STACY EGGERS IV, in his
official capacity as MEMBER OF
THE STATE BOARD OF ELECTIONS;
KEVIN LEWIS, in his official
Capacity as MEMBER OF THE
STATE BOARD OF ELECTIONS;
SIOBHAN O DUFFY MILLEN, in her
official capacity as MEMBER OF
THE STATE BOARD OF ELECTIONS;
KAREN BRINSON BELL, in her
official capacity as EXECUTIVE
DIRECTOR OF THE STATE BOARD OF
ELECTIONS; NORTH CAROLINA
STATE BOARD OF ELECTIONS,

            Defendants.


        VIDEOTAPED 30(b)(6) DEPOSITION OF
     NORTH CAROLINA ELECTION INTEGRITY TEAMS
            By JAMES K. WOMACK, JR.

              (Taken by Plaintiffs)

            Raleigh, North Carolina

             September 19, 2024


Reported by Andrea L. Kingsley, RPR

1

1    if the person voted and the address verification

2    was rejected, you can't undo the vote.  So the

3    vote -- there were examples of people that voted

4    through same day registration that voted and then

5    the address wasn't verified and there's nothing you

6    can do to correct that because the vote counted the

7    and the canvass was over.

8         Q.    Do you remember what statutory code --

9    let me say what the scheme at the time -- what in

10   the way of requirements on the county boards of

11   elections for the timing of those mailers the scheme

12   had?

13        A.    I don't recall.

14        Q.    If I said it just required that there

15   was those mailers were sent in a reasonable amount

16   of time, would that sound right to you?

17        A.    Probably.  Yes.

18        Q.    Do you have any awareness of how 747

19   changed that language?

20        A.    747 required -- by the way, this was not

21   our suggestion.  Not our suggestion.  This is not

22   an NCEIT thing, this appeared in 747.  Just to

23   clarify the record, my organization, after studying

24   the same day registration thoroughly, my

25   organization advocated for elimination of same day

71

1  registration as all other southern states did.  We

2  were the only southern state doing it and I was

3  arguing that we should not do it as well because of

4  the disparate treatment of voters because now

5  you're treating same day registrants differently

6  than you treat normal voters.  But the 747

7  provision was to verify the address through mailer

8  which I never -- I was never consulted on that and

9  nobody in my organization was consulted and we

10 would have disagreed with that, but that's not --

11 there are many things that happened that we don't

12 agree with.

13      Q.    We're going to get to all of that.  I

14 promise.

15      A.    I'm sure we will.

16      Q.    But it's your understanding that the

17 post 747 timing of that mailer changed or no?

18      A.    It did.  Absolutely did.  A judge ruled

19 that that was impractical, Judge Schroeder ruled

20 that was impractical because -- and it is.  As a

21 matter of fact.  If someone votes on Saturday,

22 you're not going to get a verification before

23 Monday or Tuesday.  It's just not going to happen

24 before the canvass.  So I understand that.

25 Especially with the US Postal Service these days.

72

1  STATE OF NORTH CAROLINA

2  WAKE COUNTY

3                    REPORTER'S CERTIFICATE

4             I, Andrea L. Kingsley, a Notary Public

5  in and for the State of North Carolina, do hereby

6  certify that there came before me on Thursday, the

7  September 19, 2024, the person hereinbefore named,

8  who was by me duly sworn to testify to the truth

9  and nothing but the truth of their knowledge

10 concerning the matters in controversy in this

11 cause; that the witness was thereupon examined

12 under oath, the examination reduced to typewriting

13 under my direction, and the deposition is a true

14 record of the testimony given by the witness.

15             I further certify that I am neither

16 attorney or counsel for, nor related to or employed

17 by, any attorney or counsel employed by the parties

18 hereto or financially interested in the action.

19             IN WITNESS WHEREOF, I have hereto set

20 my hand this the 5th day of October, 2024.

21

22        _____

23             Andrea L. Kingsley, Notary Public

24             Notary Public #201903800023

25

                                                    244