# Exhibit 5

# 4.20.23 Meeting with North Carolina Association of Election Administrators

**Agenda:**
- Shared Advocacy Goals
  - Increase Election Funding to CBOEs
    - Expand Early Voting Site Access
  - Improve Election Infrastructure
    - Statewide Election Information Management System Updates & SBOE Budget Needs
  - Legislative Advocacy
    - Advocate for Election Administrators
    - Gather input on the impact of legislation
- **Budget Advocacy**
  - Budget process in every county is likely different. Brunswick is - submit a request and then meet with the county mgr. Administration usually comes back with a request for reduction (before the administration takes the budget to the commissioners). There is give and take until it goes before the commissioners. The back and forth happens behind closed doors.
    - She tells the admin, you can put whatever number you want in your budget, but the county is going to have to pay the poll workers, etc.
      - Usually can pay poll workers, replace computers.
    - There isn't funding for "nice to haves" like a texting service.
- **Private Money Bill**
  - Brunswick - Alliance for Election Excellence - not a large sum of money with this (just for travel to trainings and events, didn't take any other funds). New law would prohibit the scholarship to the Alliance.
  - Took money in 2020. Just took pressure off of the county for the needs in 2020.
  - Bombarded with emails and records requests.
  - If they were allowed to take funding, it wouldn't change anything about how they administer the election. Still has to follow the rules and statutes.
  - Funding is a challenge even at the state level. It's crippling to county boards of elections when the SBOE doesn't have enough staff to provide support.
- **Cuts to Early Voting**
  - Impact would vary by county. Comes down to availability of places to hold EV.
  - Most counties have altered the precinct lines so that they're sized to handle the load for ED. Finding EV locations is challenging because they need it for all of the days. In the space for at least 2 weeks (if EV days cut). There aren't many spaces like that.
  - Almost have to add some locations if days are reduced. Where? Where will voters actually use it?
  - Two sized - 17 days with mandated hours is difficult. Relief on the hours would help. Eg. Being open until 7:30 in a county where folks in that county tend to be home by 6pm. Most administrators would love to see flexibility (in part to save costs).

EXHIBIT 8 Carter 3/18/25

- - X shared: Mandatory hours was from David Lewis in the House.
  - It's a double edged sword.
- **SDR -> Provisional**
  - Mail verification before canvass is the goal.
  - **Results of all of those SDR would not come out until Canvass. Could be a significant number.**
  - Typically provisionals don't go into the system
  - Would be more work to research them during precanvass. State would have to create a process for these.
    - Data entry for provisionals (hand keying in counties without electronic pollbook)
    - Would almost need to have two separate applications. There wouldn't be any record for the SDRs.
    - Would do the mail. Challenge would be checking that record to make sure.
  - **A ballot is currently counted even if the mail verification bounces back. They've already shown proof of residency.**
    - **If it bounces back, they turn into an inactive voter and are asked to show ID at next election.**
  - This might not get admin folks worked up enough to oppose it.
  - Research:
    - Did mail verification complete or not? Would be simpler to
    - If alternative was to challenge and remove it from the count would be a lot more work.
    - They're mailing it to a mailing address, not necessarily an address.
  - **It would definitely take slightly longer.** A person gets a provisional ballot - have to go fill it out at the help desk, seal it, and then turn it in to the precinct official. Then they get their instruction sheet to ask if it counted. Two pieces of paper, makes it more complicated.
    - In Brunswick - have all of the SDR and provisionals currently go to helpdesk. Many times they don't know they have to go there until they get to the check-in desk.
- **Absentee Grace Period**
  - Wouldn't have much impact administratively.
- **SBOE Budget**
  - SEIMS is underfunded to some extent.
  - Security and Support Technicians - very important to a new director (less so for experienced). In the last election, one of the SSTs had to fill in when a director had a personal emergency.
  - State staffing - help desk tickets take a long time.
    - One person managing certain work, can't manage individual county questions.
    - Attorneys - they are holding more work so they're a bottleneck for guidance.

DemNC_0005561
Case 1:23-cv-00878-TDS-JEP    Document 129-5    Filed 05/16/25    Page 3 of 4

- - - SEIMS modernization - election admin database. KBB says they should have the funding to get that work in place. This is SO crucial. Only currently doing critical updates right now.
      - Possible there are other funds to supplement in the DIT budget.
  - No money to update campaign finance software that campaign treasurers are required to use. The software is very antiquated - what do campaign treasurers say.
- Association did a letter on uniform hours, but that was the last time they tried. It didn't make a difference (but X thinks it did make a difference).
  - Association has a legislative committee. Hoping it can take a more active role. They're open to talking points. She is in charge of deciding who is the chair. Typically has been someone near Wake County (but Gary is leaving).
- Assoc. Priorities:
  - Early voting
  - Election funding (SBOE)