# Exhibit 6

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Case no. 1:23CV00878-TDS-JEP

DEMOCRACY NORTH CAROLINA; NORTH      )
CAROLINA BLACK ALLIANCE; LEAGUE      )
OF WOMEN VOTERS OF NORTH             )
CAROLINA,                            )
                                     )
                Plaintiffs,          )
      vs.                            )
                                     )
ALAN HIRSCH, in his official         )
capacity as CHAIR OF THE STATE       )
BOARD OF ELECTIONS; JEFF CARMON      )
III, in his official capacity        )
as SECRETARY OF THE STATE BOARD      )
OF ELECTIONS; STACY EGGERS IV,       )
in his official capacity as          )
MEMBER OF THE STATE BOARD OF         )
ELECTIONS; KEVIN LEWIS, in his       )
official capacity as MEMBER OF       )
THE STATE BOARD OF ELECTIONS;        )
SIOBHAN O'DUFFY MILLEN, in her       )
official capacity as MEMBER OF       )
THE STATE BOARD OF ELECTIONS;        )
KAREN BRINSON BELL, in her           )
official capacity as EXECUTIVE       )
DIRECTOR OF THE STATE BOARD OF       )
ELECTIONS; NORTH CAROLINA STATE      )
BOARD OF ELECTIONS,                  )
                                     )
                Defendants.          )


                30(b)(6) DEPOSITION OF THE
                STATE BOARD OF ELECTIONS by
                        PAUL COX

            NELSON MULLINS RILEY & SCARBOROUGH
                  301 HILLSBOROUGH STREET
                    RALEIGH, NC  27603
        _____
                       10:03 A.M.
                MONDAY, FEBRUARY 24, 2025
        _____

By:  Denise Myers Byrd, CSR 8340, RPR

1

1    A.    I would look at his emails with us because they

2          would show you exactly what he was requesting.

3               We did have a meeting with him and his

4          staff where we talked about the various

5          processes, same-day registration and everything

6          else they were asking for as well so that we

7          could get a better understanding of what they

8          were seeking, but the back and forth in the

9          emails should give you the picture of what they

10         were seeking and how we understood what they

11         were seeking and what we were explaining we

12         could provide.

13   Q.    Did anyone ever ask you to examine the impact

14         of -- or the failure and success rates of mail

15         verification by age of the registrant?

16   A.    If it's not in there, then no.

17   Q.    Did the state board do any of that analysis

18         independently?

19   A.    No, not that I'm aware of.

20   Q.    Did the state board have a general understanding

21         of how same-day registration and mail

22         verification failure rates break down by age?

23   A.    No.

24   Q.    If I said younger voters tend to use same-day

25         registration more often than older voters, would

111

1       that surprise you?

2    A.  That actually might surprise me because

3       recently, I did have -- asked our data staff to

4       look at the average and median ages of people

5       who register in a given year compared to the

6       average and median age of people who registered

7       in that same year using same-day registration,

8       and to my surprise, it was very similar, those

9       two different categories.  And actually, the

10      same-day registrant population was very slightly

11      older, like a year older on average or at a

12      median designation, but that's the usage of the

13      same-day registration in general.  We didn't

14      look to those who failed mail verification

15      specifically.

16   Q.  Do you know if that same-day registration

17      analysis that you're describing, was that

18      limited to general elections?  Was it limited to

19      presidential elections?  Was it inclusive of all

20      elections?

21   A.  It would have been inclusive of all elections in

22      that year.  So I asked him -- it was in

23      preparation for this deposition because it was a

24      topic I think you had mentioned on the sheet,

25      and so I asked one of our data professionals to

                                            112

COURT REPORTER'S CERTIFICATE

I, DENISE MYERS BYRD, Court Reporter, CSR 8340, the officer before whom the foregoing deposition of Paul Cox, 30(b)(6) for the NC State Board of Elections, was conducted, do hereby certify that the witness's testimony was taken down by me in stenotype to the best of my ability and thereafter transcribed under my supervision; and that the foregoing pages, inclusive, constitute a true and accurate transcription of the testimony of the witness.

Before completion of the deposition, review of the transcript [X] was [ ] was not requested. If requested, any changes made by the deponent (and provided to the reporter) during the period allowed are appended hereto.

I further certify that I am neither counsel for, related to, nor employed by any of the parties to this action, and further, that I am not a relative or employee of any attorney or counsel employed by the parties thereof, nor financially or otherwise interested in the outcome of said action. Signed this 10th day of March 2025.

Denise Myers Byrd
CSR 8340, RPR

266