# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
# Case No. 1:23-CV-878-TDS-JEP

| | |
|---|---|
| DEMOCRACY NORTH CAROLINA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ALAN HIRSCH, *et al.*,<br><br>Defendants,<br><br>and<br><br>DESTIN C. HALL, *et al.*,<br><br>Intervenor- Defendants. | **STATE BOARD DEFENDANTS' NOTICE OF NO REPLY** |

Defendants the members and Executive Director of the North Carolina State Board of Elections (collectively, the "State Board Defendants"), through undersigned counsel, to respectfully submit this Notice of No Reply regarding State Board Defendants' Motion for Summary Judgment. [D.E. 121]. State Board Defendants have reviewed the arguments contained within Plaintiffs' response [D.E. 124] and determined that the briefing submitted by Legislative Defendants' in their opening memorandum of law [D.E. 120] and reply [D.E. 127] adequately address the response and State Board Defendants rely on same to support their motion for summary judgment.

For the reasons stated therein, this Court should grant summary judgment in favor of State Board Defendants.

Respectfully submitted this the 16th day of May, 2025.

                              NORTH CAROLINA
                              DEPARTMENT OF JUSTICE

                              /s/ Terence Steed
                              Terence Steed
                              Special Deputy Attorney General
                              N.C. State Bar No. 52809
                              E-mail: tsteed@ncdoj.gov

                              North Carolina Department of Justice
                              Post Office Box 629
                              Raleigh, North Carolina 27602
                              Telephone: (919) 716-6567

                              *Counsel for State Board Defendants*

**CERTIFICATE OF WORD COUNT**

I hereby certify that pursuant to Local Rule 7.3(d)(1), the foregoing has a word count of less than 3,125 words not including the caption, signature block, and certification of word count. This document was prepared in Microsoft Word, from which the word count is generated.

Dated this 16th day of May, 2025.

/s/ Terence Steed
Terence Steed
Special Deputy Attorney General
