# *UNITED STATES DISTRICT COURT*

## MIDDLE DISTRICT OF NORTH CAROLINA

DEMOCRACY NORTH CAROLINA, et al.

    v.                                    Case Number: 1:23CV878

ALAN HIRSCH, et al.

# *NOTICE*
_____

Take notice that a proceeding in this case has been **set** as indicated below:

|  |  |
|---:|:---|
| **PLACE:** | **Hiram H. Ward Bldg., 251 N. Main Street, Winston-Salem, NC** |
| **COURTROOM NO.:** | **2** |
| **DATE AND TIME:** | **July 22, 2025 at 11:00 a.m.\*** |
| **PROCEEDING:** | **Final Pretrial Conference** |

     **\*In the event the case is resolved prior to the pretrial conference, the parties are to promptly notify the court through a filing in CM/ECF, after which the pretrial conference will automatically be cancelled.**

---

Lawrence H. Cunningham, Clerk

By: /s/ Anita Engle, Deputy Clerk

Date: May 20, 2025

To: All Counsel and/or Parties of Record