# EXHIBIT A

```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
                 Case no. 1:23CV00878-TDS-JEP


DEMOCRACY NORTH CAROLINA; NORTH     )
CAROLINA BLACK ALLIANCE; LEAGUE     )
OF WOMEN VOTERS OF NORTH            )
CAROLINA,                           )
                                    )
              Plaintiffs,           )
     vs.                            )
                                    )
ALAN HIRSCH, in his official        )
capacity as CHAIR OF THE STATE      )
BOARD OF ELECTIONS; JEFF CARMON     )
III, in his official capacity       )
as SECRETARY OF THE STATE BOARD     )
OF ELECTIONS; STACY EGGERS IV,      )
in his official capacity as         )
MEMBER OF THE STATE BOARD OF        )
ELECTIONS; KEVIN LEWIS, in his      )
official capacity as MEMBER OF      )
THE STATE BOARD OF ELECTIONS;       )
SIOBHAN O'DUFFY MILLEN, in her      )
official capacity as MEMBER OF      )
THE STATE BOARD OF ELECTIONS;       )
KAREN BRINSON BELL, in her          )
official capacity as EXECUTIVE      )
DIRECTOR OF THE STATE BOARD OF      )
ELECTIONS; NORTH CAROLINA STATE     )
BOARD OF ELECTIONS,                 )
                                    )
              Defendants.           )


                  30(b)(6) DEPOSITION OF THE
                  STATE BOARD OF ELECTIONS by
                         PAUL COX

              NELSON MULLINS RILEY & SCARBOROUGH
                    301 HILLSBOROUGH STREET
                       RALEIGH, NC  27603
       _____
                           10:03 A.M.
                    MONDAY, FEBRUARY 24, 2025
       _____

By:  Denise Myers Byrd, CSR 8340, RPR
```

1

```
 1   Q.   Does a new voter get a confirmation mailer after
 2        the first mailer bounces back with a forwarding
 3        address?
 4   A.   No, I don't think so.  I think -- but ask
 5        Mr. Holland to see exactly what situation would
 6        prompt that.  I have a hunch, but I'd rather him
 7        answer it.
 8   Q.   Sure.  Yeah, it's complicated which is why I
 9        have so many questions about it.
10             My last question, and it's fine if it's
11        the same answer, is there any circumstance in
12        which a same-day registrant operating in the
13        Senate Bill 747 one-mailer world would receive a
14        confirmation mailer pursuant to that same-day
15        registration, so separate and apart from a later
16        event?
17   A.   I can't think of a reason, but I'll refer you
18        back to -- I think all this, I want Mr. Holland
19        to be able to get through that because there
20        could be complicated situations that are, you
21        know, very specific to a small sliver of voters
22        that could trigger this.  I'm just not sure.
23   Q.   Okay.
24             ATTORNEY SHENTON:  I'm going to mark
25        Exhibit 6 which is a document that's been
```

```
 1          produced by the state board.  It's Bates-stamped
 2          NCSBE 3097, and I'm going to screen share this
 3          one as well.
 4                  (WHEREUPON, Exhibit 6 was marked for
 5          identification.)
 6   BY ATTORNEY SHENTON:
 7   Q.     You see my screen?
 8   A.     Yes.
 9   Q.     Mr. Cox, do you recognize this document?
10   A.     Yes.
11   Q.     What is it?
12   A.     This is a document that we produced in discovery
13          in this litigation, and it is data from
14          the -- well, I don't know how many elections.  I
15          know it covers the November general election
16          from 2024.  It may cover others beyond that, but
17          I know it covers the November 2024 election, and
18          it's data showing the different statuses applied
19          to same-day registrants in the election who
20          failed mail verification.
21   Q.     And I think it does include the primary, if you
22          can see my screen.
23   A.     Yes, I do see that.
24   Q.     But I believe it's just those two, the 2024
25          primary and the 2024 general.
```

                                                          52

```
 1   A.   That's right.
 2   Q.   You said this is a document that shows the
 3        statuses of every voter who failed mail
 4        verification?
 5   A.   And same-day registered in those elections.
 6   Q.   Correct.  Sorry.  I should have said both parts.
 7             And then what are the different
 8        statuses as you understand them that could apply
 9        to voters in this snapshot?
10   A.   Well, you'll notice there's different columns in
11        the spreadsheet, and those columns refer to the
12        fields each of which has various statuses that
13        would apply to same-day registrants in various
14        stages of the registration process.
15   Q.   Okay.  And scrolling a little bit to the right
16        here.  Looking at rows G and I, row G is labeled
17        SDR_undeliverable_cure_status, and then -- or
18        I'm sorry, I said row.  I should say column G
19        and column I.  And then column I is
20        ballot_status.
21             What's the difference between these two
22        columns?
23   A.   So the undeliverable cure status refers to
24        whether a same-day registrant who failed mail
25        verification has successfully cured that mail
```

53

1　　　　　verification failure pursuant to the numbered
2　　　　　memo that we issued after the court decision.
3　　　　　　　　　And the ballot status is related, but
4　　　　　it refers to what should happen to that voter's
5　　　　　ballot and why based upon the cure status.
6　　Q.　　Okay.  So let's start with the different
7　　　　　possibilities under cure.  You can see I've
8　　　　　opened up the list of possibilities under
9　　　　　column G, and I see five different statuses.
10　　　　　　　　　Do you see that?
11　　A.　　Yes.
12　　Q.　　Just taking them one at a time, what does denied
13　　　　　default time limit mean?
14　　A.　　That refers to whether a voter who would need to
15　　　　　cure a verification failure has actually cured
16　　　　　by the time limit for them to cure, the time
17　　　　　limit being the canvass date.
18　　Q.　　Okay.  And how does that vary from the next one
19　　　　　which is denied failed cure?
20　　A.　　I think -- I think that is a manual status that
21　　　　　would -- that could be applied by a county board
22　　　　　of elections user, whereas the default time
23　　　　　limit would be an automatically applied status
24　　　　　once you gets to the canvass.
25　　　　　　　　　But, you know, as to -- as to the

　　　　　　　　　　　　　　　　　　　　　　　　　　　　54

1        business rules as to, you know, how -- whether
2        one would override another, I'm not sure about
3        that.  Mr. Holland might know.
4    Q.  But in both of those circumstances, the voter's
5        registration was denied and they did not
6        successfully cure that; is that correct?
7    A.  Correct.
8    Q.  What about that third status code, started cure
9        process, what does that mean?
10   A.  That is a status code where -- that the county
11       user should enter into that -- this is all in
12       this new module that we created after the court
13       decision in early 2024.  And that is the status
14       that the county board staff person would enter
15       when an undeliverable mail verification comes
16       back and it's prior to the second business day
17       before the canvass and the county board is going
18       to send out a cure notice and inform the voter
19       by other means, if they have other contact
20       means, that they need to cure that address
21       verification failure.  And so that is the status
22       indicating that they've started that process to
23       ask the voter to cure it.
24   Q.  Is there a functional difference between sitting
25       here today with this snapshot of the voter file

55

1      after the election has been canvassed between
2      denied failed cure and someone who started the
3      cure process but hasn't been notated to finish
4      that process?
5  A.  I don't believe so.
6  Q.  Both of those voters would have not had their
7      ballot accepted because they had not
8      successfully cured their same-day registration,
9      correct?
10 A.  As the process was intended, yes.
11          You could have -- because this was a
12     manual process that we had to create very
13     quickly, it doesn't have sort of the strict
14     business rules that we would typically code into
15     the system, like into SEIMS, so it didn't have
16     quite as many restrictions on what a county user
17     could do or couldn't do based upon various
18     scenarios.
19          So it's conceivable that you could have
20     county users entering data that -- entering the
21     start cure process, for example, after the
22     deadline was to start the cure, just as an
23     example.  I don't know if that actually
24     happened.  I'm just saying it's possible that
25     you could have some situations where it doesn't

56

1           correspond exactly as the way it was intended.
2      Q.   When you say business rules, what do you mean by
3           that?
4      A.   It's a term of art we use when referring to our
5           software as it was created.  When the
6           state board develops software in the State
7           Elections Information Management System, we go
8           through a complicated process of determining how
9           that software is supposed to operate, and so
10          part of that is determining what the business
11          rules should be for how that process flow works.
12               An example of a business rule would be
13          if -- you know, we coded into the system that
14          anyone who is pending a cure in this scenario
15          where they same-day register and they had a mail
16          verification that came back before the -- two
17          days before canvass, then after the date of
18          canvass you could have a business rule that says
19          that registration automatically gets a status
20          code of, you know, default time limit.  So that
21          would be an example of a business rule.
22     Q.   Got it.  So it's a way to sort of channel the
23          flow through a particular module or system for
24          state board and county board employees?  That's
25          kind of the function of the business rules?

57

1  A.  Yeah, that could be a business rule.  I mean,
2      business rules could be -- I would state it more
3      generally that business rules in our software
4      are how the data and the software are supposed
5      to operate in various circumstances.
6  Q.  Okay.  And then moving to that fourth status
7      code there, started new mailing, what does that
8      mean here?
9  A.  That would be a situation where an address
10     verification mailing is returned as
11     undeliverable and the county board staff notices
12     that there is a problem with the address that
13     was entered into that registration record.
14              It could have been, you know, an
15     interposed digit or letters, or it could have
16     been a missing apartment number, or it could
17     have been that, you know, the registrant didn't
18     exactly know how to put their address down
19     exactly the way that it could be delivered but
20     the county user has a lot of experience -- so,
21     for example, perhaps it's a college campus and
22     they put down their residence hall, but the way
23     that mail is delivered at that university, you
24     don't address it to the residence hall and suite
25     number or room number, instead, there's a

58

1   different address convention for that residence
2   hall in that campus.  And county board staff
3   often will have that knowledge about how that
4   should be entered into the system so that mail
5   gets delivered.
6           So that's another example of where the
7   staff would get that undeliverable mailing back
8   and say, oh, this was entered in a way that made
9   sense to the user but actually it's not the way
10  it gets differed to the postal service, so let's
11  change this to the right way and issue a new
12  mailing and we'll treat that as their first
13  verification mailing.
14          And that was part of the numbered memo
15  that was issued after the court decision,
16  essentially two different -- two different paths
17  to use after you get an undeliverable mailing
18  from a same-day registrant.  You have to first
19  look and see if there's any address problem, and
20  this would be the result if you identify an
21  address problem.
22  Q.  So start a new mailing is the code that would be
23      used if there was an error or, like you said,
24      address stated in a way that makes sense but not
25      how the postal service delivers mail, all of the

59

```
 1        voters who are assigned this new mailing code
 2        will be voters for whom there was such a problem
 3        or typo identified?
 4   A.   Yes.
 5   Q.   And under that started new mailing system, would
 6        that then reset the clock, so to speak, on that
 7        person's one mailer ahead of canvass?
 8   A.   Yes.
 9   Q.   So if that new mailing did not return
10        undeliverable by the close of business day
11        before canvass -- or two business days before
12        canvass, then that voter's ballot would not be
13        removed from the count?
14   A.   Correct.
15   Q.   And then I think I know what this last one
16        means, verified SDR cure.  What is that?
17   A.   That is the code that would be entered by the
18        county board staff if the voter who failed mail
19        verification after same-day registering was
20        notified that they needed to cure that
21        verification failure and they did cure it by
22        providing a copy of a HAVA document or perhaps
23        showing up at the county canvass meeting to
24        attest to their address.
25   Q.   And then switching from column G to column I,
```

60

1          over to ballot status, you'll see there's four
2          different ballot statuses possible there.
3                   Taking them one at a time, what does
4          the accepted ballot status mean?
5     A.   It means the ballot can remain in the count.
6     Q.   Okay.  And cancelled?
7     A.   Cancelled -- I think cancelled is generally
8          intended for situations where a voter same-day
9          registered at early voting, had the address
10         verification failure and then voted by a
11         different means.  And so when we have two
12         different voter histories for the same voter,
13         you would need to cancel one of them, obviously,
14         and so that is a scenario I think where
15         cancelled is intended to apply to these.
16                   Now, there are -- I have a
17         feeling -- well, Mr. Holland and I reviewed the
18         data beforehand, and we have a good reason to
19         believe that some counties might have used the
20         cancelled status when the cure was not
21         successful, so there may be some overlap between
22         cancelled and SDR verification -- SDR failed
23         verification which is another status under this
24         field.
25    Q.   Got it.  What does the not voted status mean?

61

1  A.  That I think is intended to refer to situations
2      where a person same-day registers but does not
3      vote which is possible and it happens
4      occasionally, but because it's a status that a
5      county user could, by their own volition, input,
6      we can't be a hundred percent certain that is
7      the scenario that it applied to every time that
8      it is selected.
9  Q.  It could be the case that counties were
10     miscoding voters who had failed same-day
11     registration mail verification as not voted or
12     cancelled?
13 A.  We have good reason to believe that, yes,
14     counties -- I think one county in particular, we
15     identified Mecklenburg County as having used the
16     cancelled status for a voter who failed the cure
17     process.
18          I'm not sure that we have any reason to
19     believe that the not voted was used in that
20     scenario, but it's possible.
21 Q.  And then SDR failed verification, could you
22     define that term for me as well?
23 A.  Yes.  So that is when the voter is offered the
24     opportunity to cure the failed verification
25     after same-day registration but does not cure

1    within the required time period.
2  Q. And would it be fair to say -- fair to conclude
3     from this document that the only voters who were
4     successfully able to cure their ballots or had
5     their ballots counted on this spreadsheet would
6     have accepted listed as their ballot status?
7  A. Can you ask that again.  I heard an "and" and an
8     "or," and I want to make sure I have that
9     question right.
10 Q. For the voters who are on this spreadsheet who
11    are same-day registrants who failed mail
12    verification, is it fair to conclude that the
13    only such voters who succeeded in having their
14    ballot counted would have a ballot status of
15    accepted?
16 A. As this policy and as this module was intended,
17    yes, but that is not necessarily going to be the
18    case if -- because this is a process we had to
19    create that was a manual process and because the
20    status -- you're not going to remove a ballot
21    just by pushing a button in the database, so if
22    someone applied an SDR fail verification ballot
23    status in the database, there is a separate step
24    that has to take place physically to take their
25    ballot out of the count.  They have to go find

63