# EXHIBIT C

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Case no. 1:23CV00878-TDS-JEP


DEMOCRACY NORTH CAROLINA; NORTH     )
CAROLINA BLACK ALLIANCE; LEAGUE     )
OF WOMEN VOTERS OF NORTH            )
CAROLINA,                           )
                                    )
                Plaintiffs,         )
      vs.                           )
                                    )
ALAN HIRSCH, in his official        )
capacity as CHAIR OF THE STATE      )
BOARD OF ELECTIONS; JEFF CARMON     )
III, in his official capacity       )
as SECRETARY OF THE STATE BOARD     )
OF ELECTIONS; STACY EGGERS IV,      )
in his official capacity as         )
MEMBER OF THE STATE BOARD OF        )
ELECTIONS; KEVIN LEWIS, in his      )
official capacity as MEMBER OF      )
THE STATE BOARD OF ELECTIONS;       )
SIOBHAN O'DUFFY MILLEN, in her      )
official capacity as MEMBER OF      )
THE STATE BOARD OF ELECTIONS;       )
KAREN BRINSON BELL, in her          )
official capacity as EXECUTIVE      )
DIRECTOR OF THE STATE BOARD OF      )
ELECTIONS; NORTH CAROLINA STATE     )
BOARD OF ELECTIONS,                 )
                                    )
                Defendants.         )


                 30(b)(6) DEPOSITION OF THE
                 STATE BOARD OF ELECTIONS by
                       PARKER HOLLAND

                 NELSON MULLINS RILEY & SCARBOROUGH
                      301 HILLSBOROUGH STREET
                       RALEIGH, NC  27603

        _____
                          10:05 A.M.
                 TUESDAY, FEBRUARY 25, 2025
        _____

By:  Denise Myers Byrd, CSR 8340, RPR






1

1          large spreadsheet that I do not believe has been

2          marked as an exhibit.

3                    ATTORNEY RIGGINS:  So I'll transmit

4          this to you, Madam Court Reporter, but it is

5          NCSBE_003098-2025-02-06litigationticket_124972_

6          SDRundeliverable_verification_history_2024.

7                    (WHEREUPON, Exhibit 41 was marked for

8          identification.)

9                    ATTORNEY STEED:  I did that just to

10         mess with everybody.

11                   What was the Bates number?

12                   ATTORNEY RIGGINS:  003098.

13                   And can you put that up on the screen.

14         That is the title of the document that I stated.

15         I just wanted to be clear.

16                   We're going to expand the column header

17         so you can see everything.

18    BY ATTORNEY RIGGINS:

19    Q.   Have you ever seen this document before,

20         Mr. Holland?

21    A.   I believe I looked at it as part of preparation

22         for the deposition.

23    Q.   Okay.  Can you tell me what your understanding

24         is of this document.

25    A.   My understanding is it's the same-day

                                                      162

1    registrants from the 2024 elections and the

2    different statuses and their -- where they went,

3    or how they went, rather, during that election

4    period.

5    Q.    Okay.  And so column A is the voter's voter

6    registration number; is that right?

7    A.    Correct.

8    Q.    And then the county, that's the county code 1

9    through 100?

10   A.    Yes.

11   Q.    And then we've got a transaction ID, is that

12   right, in column C?

13   A.    Yes, ma'am.

14   Q.    And what do those numbers represent, if you

15   know?

16   A.    It appears they represent the -- literally the

17   number of transactions that occurred for that

18   particular voter.  As you can see 1 through

19   6 -- oh, excuse me.  It appears 1 through 9,

20   actually, or -- well, yes, 1 through 9 --

21   Q.    Are all the same voter registration?

22   A.    Yes.

23   Q.    I see.  I did not catch on to that before.  All

24   right.  That's significantly more helpful than I

25   thought.

163

1                      And then the transition reason, that's

2          column D; is that right?

3      A.    Yes, ma'am.

4      Q.    And at the risk of pulling out Exhibit 4 again,

5            are the transition reason codes listed on

6            page 10 of Exhibit 4?  I was so sure I was done

7            with that exhibit.

8      A.    It appears that --

9                      ATTORNEY STEED:  Next page.

10                     THE WITNESS:  Thank you.  Really

11         appreciate that.

12                     Yes.

13     BY ATTORNEY RIGGINS:

14     Q.    All right.  And then what is -- do you know what

15           the mail date is here in column E?

16     A.    It should be the date where an item was mailed

17           and the status would have been updated if it

18           were a voter -- if it was a verification card.

19     Q.    And then the current state, would that

20           correspond to page 9 on Exhibit 4?

21     A.    Yes.

22     Q.    Perfect.  What is batch ID in column H?

23     A.    The batch ID is an identification number that is

24           assigned to the number of voter registration

25           forms, voter registration cards, what have you,

164

1          that are in a group of scanned data.

2                    For instance, when I'm doing or a

3          county board staff member is doing voter

4          registration forms and they're processing those

5          in VoterScan, you would group the like version

6          forms in the source codes which indicate how the

7          form was delivered or what type of form it is.

8          You would put all those together, scan them in

9          at one time, and you would receive a batch ID

10         number on a cover sheet.

11                   And so that tells the county board

12         where the original document -- or the original

13         voter registration document would be and what

14         batch ID, so it's an identification number of

15         how the forms are scanned in.

16    Q.   So is it kind of like the location of the backup

17         data in -- like used to create this?  If you

18         wanted to see the actual cards --

19    A.   If I wanted -- if I wanted to see the physical

20         form and the retention period had not passed, I

21         would locate the batch ID and however it was

22         filed at the county board, yes.

23    Q.   Column -- I think mailed address is probably the

24         address the card was mailed to.  Am I right on

25         that?

165

1   A.   Yes, ma'am.

2   Q.   Okay.  I hate to assume, but, you know.

3                  What is N, operator ID, column N,

4        operator ID?

5   A.   I believe that's the operator ID that's

6        associated with the person who did the mailing.

7   Q.   Oh, so the county board?

8   A.   It could be a county staff member.  It could

9        also -- it shouldn't be the precinct worker who

10       did the SDR, but I'd have to look to be certain.

11       So I would just like to say that it's one or the

12       other, but I'm almost certain it's the county

13       staff member.

14  Q.   But, say, if you were looking to do a simple

15       analysis on who did and did not fail mail

16       verification, the operator ID would not be

17       relevant?

18  A.   Not to me personally.  If I'm a county staff

19       member wanting to see if there's a county

20       directory and I'm looking to see if there's a

21       correlation with good data entry and bad data

22       entry, I may do that, but for an analysis for

23       our purposes for address verification, I would

24       go -- and who it was, I would go to the voter

25       registration number.

166

1   Q.   County board staff are safe for me at least.  I

2        don't need that.

3                  What is column O?  I'm guessing that

4        would be update date.  Am I right on that?

5   A.   That's what it appears to be, yes.

6   Q.   And it's entered as -- I'm trying to figure out

7        what kind of date this would be.  Is Excel

8        just --

9                  Right click.  It's a format issue.

10       It's -- go to military time, AM, PM format cell.

11       Delete.  There you go.  It might have an AM, PM

12       option.  There it goes.  Mine showed up with an

13       AM, PM.  Okay.

14                 Then what would be under column P, row

15       guid?

16  A.   I'm not sure what that is, to be frank.

17  Q.   Perfect.  We agree on that.

18                 Okay.  Does this show the full history

19       of the changes through the SDR and cure process,

20       so the backup data, if you will, for the 3097,

21       Exhibit 6 spreadsheet that we looked at earlier?

22  A.   Can you repeat the question, please.

23  Q.   Sure.  So is this -- does this show the full SDR

24       and mail verification process, like each step?

25  A.   Oh.

DISCOVERY COURT REPORTERS    www.discoverydepo.com        1-919-424-8242

Case 1:23-cv-00878-TDS-JEP    Document 134-3    Filed 05/23/25    Page 8 of 9

1    Q.   So like the full backup for the finished product

2         for 003097 which is Exhibit 6.

3    A.   It would appear to, yes.

4    Q.   So Exhibit 6 kind of tells you what ultimately

5         happened, and this will show you the

6         full -- it's the math teacher telling you you

7         have to show your work; is that right?

8    A.   Yes.  It's each step in the process, exactly.

9    Q.   So I want to ask a quick question based on -- I

10        want to verify my understanding of how this

11        would work by looking at what I think should be,

12        assuming we have sorted right, running through

13        rows 1,965 through 1,971 in this spreadsheet.

14        And this should be for voter registration number

15        30490041.

16   A.   You said 65 through 71.  Yes, ma'am.

17   Q.   And all of that is -- Cassie, can we highlight

18        that.

19                   That's all for the same voter

20        registration number; is that right?

21   A.   Yes.

22   Q.   And so it looks like here you have the status

23        code 1 first verification new voter pending at

24        the -- at a Duke Campus Box 95672 at line 1,965.

25        Do you see that?

                                                          168