UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF NORTH CAROLINA

# TRIAL CALENDAR

HONORABLE THOMAS D. SCHROEDER, UNITED STATES DISTRICT JUDGE

**AUGUST 4, 2025**
9:30 a.m.

NOTICE TO COUNSEL

Said term will begin on August 4, 2025. **Counsel will be notified of a date certain for trial closer to the start of the term. Counsel in all cases shall be prepared to appear at any time during the Calendar term when notified to do so by the Court. Counsel will be notified of a date certain for trial closer to the start of the term**. Any case in which a jury is selected shall be prepared to commence on 24-hour notice.

For the purposes of compliance with Fed.R.Civ.P.26(a)(3) regarding final pretrial disclosure, including the time requirements set out therein, <u>all</u> cases listed below should consider the first date of the Calendar as their trial date. **Unless the court orders otherwise, pretrial disclosures must be made no later than July 4, 2025. Motions in limine must be filed no later than July 11, 2025. Any objections to pretrial disclosures and responses to motions in limine must be served and promptly filed no later than July 18, 2025.**

**Each party shall file a trial brief, along with proposed instructions on the issues no later than July 14, 2025.** Counsel shall consult and endeavor to file one (1) set of agreed upon jury instructions to the extent practicable and may file competing jury instructions where there is disagreement. An electronic Word version of the jury instructions shall be emailed to the assigned district judge's ECF mailbox.

A settlement conference in each case will ordinarily be set approximately two weeks before commencement of the Master Calendar term. Counsel are directed to bring their clients and representatives from the corporations to the settlement conference. *In the event the case is resolved prior to trial, the parties are to promptly notify the court through a filing in CM/ECF, after which the trial will automatically be cancelled.

Jury selection for **Judge Thomas D. Schroeder,** will take place in **Courtroom No. 1, N. 251 Main Street, Winston Salem, NC.** Counsel shall remain in contact with the Clerk's Office as to the position of their case(s) on the trial list.

If you are contemplating using either the District Court's or your own Digital Evidence Presentation System, please visit the Court Technology section at our website, [www.ncmd.uscourts.gov](www.ncmd.uscourts.gov). If counsel choose to use their own system, they are to contact opposing counsel and the **Judge's Case Manager** at least one week prior to commencement of the trial.

*In the event the case is resolved prior to trial, the parties are to promptly notify the court through a filing in CM/ECF, after which the trial will automatically be cancelled.

| | |
|---|---|
| 1:23CV195 | CHARLES EDWARD BROWN v. FIRST ADVANTAGE BACKGROUND SERVICES CORP. |
| | **JURY: FAIR CREDIT REPORTING ACT** |
| | Plaintiff:   James Ristvedt |
| |                    Dawn M. McCraw |
| | Defendant: Henry R. Chalmers |
| |                    Ashley S. Rusher |
| |                    Chad A. Archer |
| |                    Natalie Cascario |
| | ETT:         5-7 Days |

| | |
|---|---|
| 1:23CV367 | ANDREW S. BEERS, et al. v. TERRY JOHNSON |
| | **JURY: FAIR LABOR STANDARDS ACT** |
| | Plaintiffs:  Corey M. Stanton |
| |                    Philip J. Gibbons, Jr. |
| | Defendant: Kayla Nicole McDaniel |
| |                    Patrick Houghton Flanagan |
| | ETT:         5 Days |

| | | |
|---|---|---|
| 1:23CV878 | | DEMOCRACY NORTH CAROLINA, et al. v. ALAN HIRSCH, et al. |
| | | **NON-JURY: CIVIL RIGHTS ACT** |
| | Plaintiffs: | Christopher Shenton |
| | | Hilary H. Klein |
| | | Lily Talerman |
| | | Michael Dockterman |
| | | Jeffrey Loperfido |
| | | Laurel Taylor |
| | | Adrianne Spoto |
| | | Helena Abbott |
| | | Kristin Hendriksen |
| | | Wesley Barnes Ward |
| | Defendants: | Terence P. Steed **(State Board of Elections)** |
| | | Mary Louise Lucasse **(State Board of Elections)** |
| | | Ryan Charles Grover **(State Board of Elections)** |
| | Intervenor Defendants: | Alyssa M. Riggins **(Legislative Defendants)** |
| | | Cassie A. Holt **(Legislative Defendants)** |
| | | Phillip John Strach **(Legislative Defendants)** |
| | | Alexandra M. Bradley **(Legislative Defendants)** |
| | | Jordan Alexander Koonts **(Legislative Defendants)** |
| | | Nathaniel J. Pencook **(Legislative Defendants)** |
| | ETT: | 6-10 Days |