IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

DEMOCRACY NORTH CAROLINA; *et al.*,

                Plaintiffs,

   v.

FRANCIS X. DELUCA, in his official capacity as CHAIR OF THE STATE BOARD OF ELECTIONS; *et al.*,

                Defendants.

1:23-CV-878

## **ORDER**

This matter is before the court upon the Joint Motion by all Parties to modify pre-trial deadlines pertaining to the submission of proposed findings of fact and conclusions of law and pre-trial briefing. (Doc. 136.) For good cause shown,

IT IS ORDERED that the motion is GRANTED. The July 14, 2025 deadline for pre-trial proposed findings of fact and conclusions of law is vacated, and the specific deadlines for post-trial proposed findings of fact and conclusions of law will be discussed during the final pre-trial conference noticed for July 22, 2025, or at the beginning of trial. The deadline for pre-trial briefing is modified from July 14, 2025, to July 25, 2025.

                                        /s/   Thomas D. Schroeder
                                      United States District Judge

June 13, 2025