# UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF NORTH CAROLINA

DEMOCRACY NORTH CAROLINA, et al.

    v.                      Case Number: 1:23cv878

ALAN HIRSCH, et al.

# NOTICE OF HEARING

Take notice that a proceeding in this case has been **SET** as indicated below:

| | |
|---|---|
| **PLACE:** | Hiram H. Ward Bldg., 251 N. Main St., Winston-Salem, NC |
| **COURTROOM NO:** | 1 |
| **DATE & TIME:** | July 15, 2025 at 10:00 a.m. |
| **PROCEEDING:** | Hearing on all Pending Motions |

Lawrence H. Cunningham, Clerk

By: /s/ Keah Marsh, Operations Manager

Date: July 1, 2025

To:    All Counsel and/or Parties of Record