## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
### Case No. 1:23-cv-00878-TDS-JEP

| | |
|---|---|
| DEMOCRACY NORTH CAROLINA; NORTH CAROLINA BLACK ALLIANCE; LEAGUE OF WOMEN VOTERS OF NORTH CAROLINA, | |
| *Plaintiffs,* | |
| v. | |
| FRANCIS X. DE LUCA, in his official capacity as CHAIR OF THE STATE BOARD OF ELECTIONS; STACY EGGERS IV, in his official capacity as SECRETARY OF THE STATE BOARD OF ELECTIONS; ROBERT RUCHO, in his official capacity as MEMBER OF THE STATE BOARD OF ELECTIONS; JEFF CARMON III, in his official capacity as MEMBER OF THE STATE BOARD OF ELECTIONS; SIOBHAN O'DUFFY MILLEN, in her official capacity as MEMBER OF THE STATE BOARD OF ELECTIONS; SAM HAYES, in his official capacity as EXECUTIVE DIRECTOR OF THE STATE BOARD OF ELECTIONS; NORTH CAROLINA STATE BOARD OF ELECTIONS, | **PLAINTIFFS' OBJECTIONS TO DEFENDANTS' JULY 7, 2025, EXHIBIT LISTS** |
| *Defendants,* | |
| and | |
| PHILIP E. BERGER, in his official capacity as PRESIDENT *PRO TEMPORE* OF THE NORTH CAROLINA SENATE; and DESTIN C. HALL, in his official capacity as SPEAKER OF THE NORTH CAROLINA HOUSE OF REPESENTATIVES, | |
| *Intervenor Defendants.* | |

Pursuant to the Court's August 22, 2024, Notice (ECF No. 95), June 4, 2025, Notice to Counsel (ECF No. 139), and Federal Rule of Civil Procedure 26(a)(3), Plaintiffs respectfully submit the following objections to the State Board Defendants' and Legislative Intervenor Defendants' (collectively "Defendants") July 7, 2025, Exhibit Lists. ECF No. 144-1, 145-1. Plaintiffs reserve the right to amend or modify any of the objections set forth on the basis of any stipulation entered into by the parties; any corrections and modifications to the underlying exhibits; and any orders from the Court impacting admissibility.

The following table sets forth the key for the objections found below:

| Code | Objection |
|---|---|
| PROPOSED JOINT EXHIBIT | Exhibit also appears on Plaintiffs' Exhibit List and therefore propose including it on a joint exhibit list |
| 401 | Relevance |
| 403 | Prejudice, Confusion |
| 802 | Hearsay |
| 901 | Authentication |
| 106 | Rule of Completeness |
| 1002 | Best Evidence Rule |
| Foundation | Foundation[1] |
| Improper/Undisclosed Expert Testimony | Exhibit includes material that is not a proper subject for lay testimony and not from a disclosed expert in this litigation |
| * | Plaintiffs do not contest the authenticity of these exhibits but preserve hearsay objections for any statements Defendants seek to offer for the truth of the matter asserted in those exhibits. As applicable, Plaintiffs reserve the right to admit those statements as party opponent admissions. |

---

[1] Plaintiffs' Foundation objections will be withdrawn if foundation is properly laid at trial.

The following table sets forth Plaintiffs' objections to Defendants' July 7, 2025, Exhibit Lists:

| **Exhibit No.** | **Document Title** | **Reference** | **Plaintiffs' Objections** |
|---|---|---|---|
| SBEDX0001 | North Carolina Voter Registration Application | https://s3.amazonaws.com/dl.ncsbe.gov/Voter_Registration/NCVoterRegForm_06W.pdf | |
| SBEDX0002 | Official NCDMV: Voter Registration Application | https://www.ncdot.gov/dmv/offices-services/online/Pages/voter-registration-application.aspx | |
| SBEDX0003 | N.C. State Bd. of Elections' Public Website, "Registering as a College Student" | https://www.ncsbe.gov/registering/who-can-register/registering-college-student | |
| SBEDX0004 | Numbered Memo 2016-15 | Exhibit 8 to Paul Cox Depo, NCSBE 4–7 | PROPOSED JOINT EXHIBIT<br><br>*Appears as* PX112 |
| SBEDX0005 | Numbered Memo 2016-15 (rescinded) | https://s3.amazonaws.com/dl.ncsbe.gov/sboe/numbermemo/2016/Numbered_Memo_2016-15_Same-Day_Registration.pdf | |
| SBEDX0006 | Numbered Memo 2018-07 | https://s3.amazonaws.com/dl.ncsbe.gov/sboe/numbermemo/2018/Numbered%20Memo%202018-07.pdf | |
| SBEDX0007 | Numbered Memo 2021-03 | https://s3.amazonaws.com/dl.ncsbe.gov/sboe/numbermemo/2021/Numbered%20Memo%202021-03_Absentee%20Deficiencies.pdf | |

| | | | |
|---|---|---|---|
| SBEDX0008 | Numbered Memo 2022-05 | https://s3.amazonaws.com/dl.ncsbe.gov/sboe/numbermemo/2022/Numbered%20Memo%202022-05_Absentee%20Voter%20Challenges%20by%20County%20Board.pdf | |
| SBEDX0009 | Numbered Memo 2023-04 | https://s3.amazonaws.com/dl.ncsbe.gov/sboe/numbermemo/2023/Numbered%20Memo%202023-04%20Provisional%20Ballots%20and%20Canvass%20Procedures.pdf | |
| SBEDX0010 | Numbered Memo 2023-05 | https://s3.amazonaws.com/dl.ncsbe.gov/sboe/numbermemo/2023/Numbered%20Memo%202023-05%20Same-Day%20Registration.pdf | PROPOSED JOINT EXHIBIT<br><br>*Appears as* PX104 |
| SBEDX0011 | Numbered Memo 2023-05 | Exhibit 23 to Paul Cox Depo NCSBE 2920–2932 | |
| SBEDX0012 | "Notice to Same-Day Registrants" | https://s3.us-west-1.amazonaws.com/wakegov.com.if-us-west-1/documents/2022-10/Notice%20to%20Same%20Day%20Registrants%2022.pdf | |
| SBEDX0013 | N.C. State Board of Elections Website "Register in Person During Early Voting" | https://www.ncsbe.gov/registering/how-register/register-person-during-early-voting | |
| SBEDX0014 | SDR Work Flow Charts | Exhibit 42 to Holland Depo NCSBE 3087–3089 | PROPOSED JOINT EXHIBIT<br><br>*Appears as* PX128 |

4

| SBEDX0015 | 2025-02-14 litigation_ticket_1294792 _VFY_tables_2024.zip | NCSBE ~~3087~~ 3090[2] | 401, 403, Foundation |
|---|---|---|---|
| SBEDX0016 | VH History Unlock Report.xlsx summarizing help desk tickets from previous elections | NCSBE ~~3088~~ 3091[3] | 401, 403, 802, 901, Foundation |
| SBEDX0017 | Helpdesk Tickets Nov. 2024 Election | NCSBE 3092–3096 | 401, 403, 802, 901, Foundation |
| SBEDX0018 | 2/24/2025 Deposition of Paul Cox 30(b)(6) | | Fed. R. Civ. P. 26(a)(3) (depositions may only be introduced through designation process and related deadlines) |
| SBEDX0019 | 2/25/2025 Deposition of Parker Holland 30(b)(6) | | Fed. R. Civ. P. 26(a)(3) (depositions may only be introduced through designation process and related deadlines) |
| SBEDX0020 | Email chain re SB747 language and attachments | NCSBE 653-659 | |
| SBEDX0021 | Email to Rep. Harrison about SDR | NCSBE 722-724 | |
| SBEDX0022 | Email to House Leadership | NCSBE 729–733 | |
| SBEDX0023 | SEIMS Applications, NC STEPPS | Exhibit 2 to Paul Cox Depo, NCSBE 409–412 | |

---

[2] Confirmed bates range correction with counsel by email dated July 10, 2025.
[3] Confirmed bates range correction with counsel by email dated July 10, 2025.

| SBEDX0024 | Voter Registration Status, NC STEPPS | Exhibit 3 to Paul Cox Depo, NCSBE 433–435 | PROPOSED JOINT EXHIBIT<br><br>*Appears as* PX108; LDTX043 |
|---|---|---|---|
| SBEDX0025 | Field_Names_Headers_Lookup_Tables | Exhibit 4 to Paul Cox Depo, NCSBE 480 (electronic and hard copy) | PROPOSED JOINT EXHIBIT<br><br>*Appears as* PX109; LDTX044 |
| SBEDX0026 | Name: Layout_ncvoter.txt | Exhibit 5 to Paul Cox Depo, NCSBE 591–597 | PROPOSED JOINT EXHIBIT<br><br>*Appears as* PX110 |
| SBEDX0027 | SDR Undeliverable Info 2024 Elections.cvs | Exhibit 6 to Paul Cox Depo, NCSBE 3097 | PROPOSED JOINT EXHIBIT<br><br>*Appears as* PX127 |
| SBEDX0028 | Excerpt from election manual | Exhibit 7 to Paul Cox Depo, NCSBE 143–147 | PROPOSED JOINT EXHIBIT<br><br>*Appears as* PX111 |
| SBEDX0029 | Numbered Memo 2012-20 | Exhibit 9 to Paul Cox Depo, NCSBE 1–3 | PROPOSED JOINT EXHIBIT<br><br>*Appears as* PX103 |
| SBEDX0030 | Data report (electronic file) | Exhibit 10 to Paul Cox Depo, NCSBE 479 | PROPOSED JOINT EXHIBIT<br><br>*Appears as* PX114 |

| SBEDX0031 | Email Subject: S747 | Exhibit 11 to Paul Cox Depo, NCSBE 1144–1154 | PROPOSED JOINT EXHIBIT<br><br>*Appears as* PX115 |
|---|---|---|---|
| SBEDX0032 | Email Subject: SDR process | Exhibit 13 to Paul Cox Depo, NCSBE 1351–1353 | PROPOSED JOINT EXHIBIT<br><br>*Appears as* PX117 |
| SBEDX0033 | Email Subject: Same day registration data pull | Exhibit 15 to Paul Cox Depo, NCSBE 1356–1359 | PROPOSED JOINT EXHIBIT<br><br>*Appears as* PX119 |
| SBEDX0034 | Email Subject: Elections data request | Exhibit 16 to Paul Cox Depo, NCSBE 1401–1409 | 401, 403, 802, Foundation |
| SBEDX0035 | "How 1,760 'Ghosts' Voted in the 2020 Election" | Exhibit 17 to Paul Cox Depo | 401, 403, 802, 901, Foundation, Improper/Undisclosed Expert Testimony |
| SBEDX0036 | Email Subject: Elections data request | Exhibit 18 to Paul Cox Depo, NCSBE 1410–1411 | 401, 403, 802, 106, Foundation |
| SBEDX0037 | Email Subject: SB 747 analysis | Exhibit 20 to Paul Cox Depo, NCSBE 1547–1557 | PROPOSED JOINT EXHIBIT<br><br>*Appears as* PX120 |
| SBEDX0038 | SB 747 - Ratified version State Board of Elections Summary | Exhibit 21 to Paul Cox Depo, NCSBE 1819–1824 | PROPOSED JOINT EXHIBIT<br><br>*Appears as* PX121 |

| SBEDX0039 | Email Subject: REVISED PER COURT ORDER Numbered Memo 2023-05 Same-Day Registration | Exhibit 22 to Paul Cox Depo, NCSBE 2903–2904 | |
|---|---|---|---|
| SBEDX0040 | Email Subject: Democracy NC v Hirsch 13 23-878-TDS-JEP, Numbered Memo 2023-05 with attachment | Exhibit 24 to Paul Cox Depo: | |
| SBEDX0041 | Email Subject: SB 747 suggestions | Exhibit 25 to Paul Cox Depo, NCSBE 285–293 | |
| SBEDX0042 | Email Subject: Same day registration | Exhibit 26 to Paul Cox Depo, NCSBE 1265–1268 | |
| SBEDX0043 | Email Subject: SB 747 additional fixes suggested | Exhibit 27 to Paul Cox Depo, NCSBE 363– 367 | |
| SBEDX0044 | Email Subject: SB 747 | Exhibit 28 to Paul Cox Depo, NCSBE 1116–1128 | |
| SBEDX0045 | Email Subject: REVISED PER COURT ORDER Numbered Memo 2023-05, Same-Day 22 Registration | Exhibit 29 to Paul Cox Depo, NCSBE 481–512 | PROPOSED JOINT EXHIBIT<br><br>*Appears as* PX122; LDTX058 |
| SBEDX0046 | Email Subject: Wake College Address Standards | Exhibit 30 to Paul Cox Depo, NCSBE 513–517 | PROPOSED JOINT EXHIBIT<br><br>*Appears as* PX123; LDTX059 |

8

| SBEDX0047 | Email Subject: Thank you | Exhibit 31 to Paul Cox Depo, NCSBE 25–51 | PROPOSED JOINT EXHIBIT<br><br>*Appears as* PX201; LDTX060 |
|---|---|---|---|
| SBEDX0048 | New Voter Verification Cycle diagram. | Exhibit 32 to Paul Cox Depo | 401, 403, 802, 901, Foundation |
| SBEDX0049 | Processing Undeliverable Same Day Registration Voter Registration Cards Job Aid | Exhibit 33 to Holland Depo, NCSBE 2945–2949 | PROPOSED JOINT EXHIBIT<br><br>*Appears as* PX124; LDTX091 |
| SBEDX0050 | Email Subject: Notice to Same Day Registrants | Exhibit 34 to Holland Depo, NCSBE 2890–2894 | |
| SBEDX0051 | Notice to Verify Your Address | Exhibit 35 to Holland Depo, NCSBE 19–20 | |
| SBEDX0052 | Email Subject: Chowan elections director cautions voters about new voter ID rules | Exhibit 36 to Holland Depo, NCSBE 1447 | |
| SBEDX0053 | Email Subject: Undeliverable SDR's | Exhibit 37 to Holland Depo, NCSBE 3071–3073 | |
| SBEDX0054 | Email Subject: Date to stop the SDR denial process | Exhibit 38 to Holland Depo, NCSBE 2935 | |
| SBEDX0055 | Email Subject: Chowan elections director cautions voters about new voter ID rules | Exhibit 39 to Holland Depo, NCSBE 1447–1452 | |

| | | | |
|---|---|---|---|
| SBEDX0056 | North Carolina STEPPS | Exhibit 40 to Holland Depo, NCSBE 415–417 | PROPOSED JOINT EXHIBIT<br><br>*Appears as* PX125; LDTX097 |
| SBEDX0057 | Slip sheet 2025-02-06 litigationticket_124972_S DRundeliverable_ verification_history_2024 (electronic file) | Exhibit 41 to Holland Depo, NCSBE 003098 | PROPOSED JOINT EXHIBIT<br><br>*Appears as* PX126; LDTX097 |
| SBEDX0058 | Screenshot of data received from NCSBOE, February 3, 2025 (eight files) | Exhibit 43 to Holland Depo | |
| SBEDX0059 | Summary document printed from txt files | Exhibit 44 to Holland Depo | 401, 403, 901, Foundation, 106 |
| SBEDX0060 | Assigned values and reason codes | Exhibit 45 to Holland Depo: | 401, 403, 901, Foundation, 106 |
| LDTX001 | S.B. 747/SL 2023-140 Bill Lookup | https://www.ncleg.gov/BillLookUp/2023/S747 | PROPOSED JOINT EXHIBIT<br><br>*Appears as* PX015 |
| LDTX002 | S.B. 747/SL 2023-140 Bill Text | Daniel 41;<br>https://www.ncleg.gov/Sessions/2023/Bills/Senate/PDF/S747v6.pdf | PROPOSED JOINT EXHIBIT<br><br>*Appears as* PX007 |
| LDTX003 | Rep. Longest Amendment A12 (S747-ACH-38 v.2) | https://webservices.ncleg.gov/ViewBillDocument/2023/7087/0/S747-ACH-38-V-2 | PROPOSED JOINT EXHIBIT<br><br>*Appears as* PX048 |

| | | | |
|---|---|---|---|
| LDTX004 | Rep. Buansai Amendment A4 (S747-AST-135 v.2) | Mills 87; https://webservices.ncleg.gov/ViewBillDocument/2023/7103/0/S747-AST-135-V-2 | PROPOSED JOINT EXHIBIT<br><br>*Appears as* PX014; PX040 |
| LDTX005 | Proposed House Committee Substitute (06.05.2023) (S747 PCS45363-BK-37) | Daniel 38; https://webservices.ncleg.gov/ViewBillDocument/2023/6966/0/S747-PCS45363-BK-37 | PROPOSED JOINT EXHIBIT<br><br>*Appears as* PX006 |
| LDTX006 | S747 Bill Summary (PCS to Third Edition S747-CSBK-37) | https://webservices.ncleg.gov/ViewDocSiteFile/80939 | |
| LDTX007 | S747-CSBK-37 v.9 Proposed Committee Substitute | https://webservices.ncleg.gov/ViewDocSiteFile/80934 | |
| LDTX008 | Rep. Mills Unnumbered Amendment (S747-ABK-66 v.3) | https://webservices.ncleg.gov/ViewDocSiteFile/80962 | |
| LDTX009 | Rep. Buansi Unnumbered Amendment (S747-ACH-22 v.3) | https://webservices.ncleg.gov/ViewDocSiteFile/80967 | |
| LDTX010 | Senator Marcus Amendment A10 (S747-ABK-46 v.6) | Daniel 29; https://webservices.ncleg.gov/ViewBillDocument/2023/6417/0/S747-ABK-46-V-6 | PROPOSED JOINT EXHIBIT<br><br>*Appears as* PX005; PX031 |
| LDTX011 | Senator Mayfield Amendment A3 (S747-AST-93 v.3) | https://webservices.ncleg.gov/ViewBillDocument/2023/6408/0/S747-AST-93-V-3 | PROPOSED JOINT EXHIBIT<br><br>*Appears as* PX024 |

11

| LDTX012 | Senator Mohammed Amendment A2 (S747-ATE-3 v.5) | https://webservices.ncleg.gov/ViewBillDocument/2023/6406/0/S747-ATE-3-V-5 | PROPOSED JOINT EXHIBIT<br><br>*Appears as* PX023 |
|---|---|---|---|
| LDTX013 | SB 747 Redistricting and Elections Committee Substitute Adopted 6/15/23, Third Edition engrossed 6/21/23 | Mills 70;<br>https://www.ncleg.gov/Sessions/2023/Bills/Senate/PDF/S747v3.pdf | PROPOSED JOINT EXHIBIT<br><br>*Appears as* PX013; PX032 |
| LDTX014 | S747-ABK-40 v.6 | Daniel 25;<br>https://webservices.ncleg.gov/ViewDocSiteFile/80135 | PROPOSED JOINT EXHIBIT<br><br>*Appears as* PX004 |
| LDTX015 | S747-AST-82 v.2 | https://webservices.ncleg.gov/ViewDocSiteFile/80137 | |
| LDTX016 | S747-CSBK-30 v.15 Proposed Committee Substitute | Daniel 21;<br>https://webservices.ncleg.gov/ViewDocSiteFile/80126 | PROPOSED JOINT EXHIBIT<br><br>*Appears as* PX003 |
| LDTX017 | S747-SMBK-56(CSBK-30) v.4 Proposed Committee Substitute | https://webservices.ncleg.gov/ViewDocSiteFile/80127 | |
| LDTX018 | S747 Election Law Changes (Draft Bill Text) | https://webservices.ncleg.gov/ViewDocSiteFile/80125 | |
| LDTX019 | S747 PCS35291-BK-31 | https://webservices.ncleg.gov/ViewBillDocument/2023/6249/0/S747-PCS35291-BK-31 | PROPOSED JOINT EXHIBIT<br><br>*Appears as* PX019 |

| LDTX020 | S.B. 747 DRS5341-LU-143 | Daniel 14; https://webservices.ncleg.gov/ViewBillDocument/2023/5959/0/DRS45341-LU-143 | PROPOSED JOINT EXHIBIT<br><br>*Appears as* PX002 |
|---|---|---|---|
| LDTX021 | 06.14.2023 0100PM LOB 544 Audio File | | PROPOSED JOINT EXHIBIT*<br><br>*Appears as* PX060 |
| LDTX022 | 06.15.2023 0930am LOB 544 Audio File | | PROPOSED JOINT EXHIBIT*<br><br>*Appears as* PX061 |
| LDTX023 | 06.20.2023 0100pm 1027 1128 LB Audio File | | PROPOSED JOINT EXHIBIT*<br><br>*Appears as* PX062 |
| LDTX024 | 06.21.2023 Afternoon Senate Session Audio File | | PROPOSED JOINT EXHIBIT*<br><br>*Appears as* PX063 |
| LDTX025 | 06.22.2023 0130PM Auditorium LB Audio File | | PROPOSED JOINT EXHIBIT*<br><br>*Appears as* PX064 |
| LDTX026 | 08.15.2023 0230PM 1228 1327 LB Audio File | | PROPOSED JOINT EXHIBIT*<br><br>*Appears as* PX065 |

| | | | |
|---|---|---|---|
| LDTX027 | 08.16.2023 1215PM Auditorium LB Audio File | | PROPOSED JOINT EXHIBIT*<br><br>*Appears as* PX067 |
| LDTX028 | 08.16.2023 Senate Session Audio File | | PROPOSED JOINT EXHIBIT*<br><br>*Appears as* PX066 |
| LDTX029 | "About Us" from the website for the North Carolina Black Alliance | Bass 3; NCBA_0000035–43 | PROPOSED JOINT EXHIBIT<br><br>*Appears as* PX144 |
| LDTX030 | "North Carolina Black Alliance 2024 Organization Overview" by North Carolina Black Alliance | Bass 4; NCBA_0000676–682 | |
| LDTX031 | "NC Voter Registration Form Checklist" by North Carolina Black Alliance | Bass 5; NCBA_0001962–1972 | PROPOSED JOINT EXHIBIT<br><br>*Appears as* PX140 |
| LDTX032 | "Early Voting Site Report" by North Carolina Black Alliance | Bass 6; NCBA_0002092–2099 | PROPOSED JOINT EXHIBIT<br><br>*Appears as* PX141 |
| LDTX033 | "About Us" by Democracy NC | Carter 3; DemNC_0004880–4882 | |

14

| LDTX034 | "Get Out the Vote Activities for the 2022 Election" | Carter 4; DemNC_0007350–7358 | |
|---|---|---|---|
| LDTX035 | Spreadsheet with voter turnout analysis for supporters of Democracy NC, 2016-2020 | Carter 5; DemNC_0007368 | 802, Foundation, 401, 403, 901, 106 |
| LDTX036 | "2020 Voter Turnout Report" by Democracy NC | Carter 6; DemNC_0000469–482 | |
| LDTX037 | Screenshot of Facebook post by Democracy NC 08.16.2024 | Carter 7; DemNC_0006273 | |
| LDTX038 | Agenda for "Meeting with North Carolina Association of Election Administrators" | Carter 8; DemNC_0005560–5562 | 401, 403, 901, 802, Foundation, 1002 |
| LDTX039 | Cheryl Carter Email Draft Re: HB 485 | Carter 9; DemNC_0005539 | |
| LDTX040 | Screenshot of Facebook post by Democracy NC 08.14.2024 | Carter 10; DemNC_0006308 | |
| LDTX041 | Article "One Week Away from Election Day, Most States Are Behind 2020 in Youth Voter Registration" by Katie Hilton and Sam Searles | Carter 11 | 802, 901, Foundation, 401, 403 |

Case 1:23-cv-00878-TDS-JEP    Document 148    Filed 07/18/25    Page 15 of 31

| LDTX042 | "SEIMS Applications" page from NCSBE website | Cox 2; NCSBE_0000409–412 | |
|---------|---------|---------|---------|
| LDTX043 | "Voter Registration Status" page from NCSBE website | Cox 3; NCSBE_0000433–435 | PROPOSED JOINT EXHIBIT<br><br>*Appears as* PX108; SBEDX0024 |
| LDTX044 | "Fi525eld Names Headers Lookup Tables" | Cox 4; NCSBE_0000480 | PROPOSED JOINT EXHIBIT<br><br>*Appears as* PX109; SBEDX0025 |
| LDTX045 | NC Voter File layout.txt | Cox 5; NCSBE_0000591–597 | PROPOSED JOINT EXHIBIT<br><br>*Appears as* PX110; SBEDX0026 |
| LDTX046 | Undeliverable Info 2024 NCSBE Spreadsheet | Cox 6; NCSBE_3097 | PROPOSED JOINT EXHIBIT<br><br>*Appears as* PX127; SBEDX0027 |
| LDTX047 | Numbered Memo 2016-15 | Cox 8; NCSBE_00004-7 | PROPOSED JOINT EXHIBIT<br><br>*Appears as* PX112; SBEDX0004 |

| LDTX048 | Numbered Memo 2012-20 | Cox 9; NCSBE_00001-3 | PROPOSED JOINT EXHIBIT<br><br>*Appears as* PX103; SBEDX0029 |
|---|---|---|---|
| LDTX049 | Excel spreadsheet NCSBE NC Same-Day Registration Statistics for the 2016, 2018, 2020, and 2022 General Elections | Cox 10; NCSBE_0000479 | PROPOSED JOINT EXHIBIT<br><br>*Appears as* PX114; SBEDX0030 |
| LDTX050 | Email exchange between Paul Cox and legislative staff providing feedback on SB 747 | Cox 12; NCSBE_001343-1345 | PROPOSED JOINT EXHIBIT<br><br>*Appears as* PX116 |
| LDTX051 | Email exchange between Paul Cox and attaching spreadsheet based on Cox's data request | Cox 15; NCSBE_001356-1359 | PROPOSED JOINT EXHIBIT<br><br>*Appears as* PX119; SBEDX0033 |
| LDTX052 | "Elections & Public Integrity: How 1,760 'Ghosts' Voted in the 2020 Election" by Andy Jackson | Cox 17 | 401, 403, 802, 901, Foundation, Improper/Undisclosed Expert Testimony |
| LDTX053 | NCSBE Summary of ratified version of SB 747 | Cox 21; NCSBE_001819-1824 | PROPOSED JOINT EXHIBIT<br><br>*Appears as* PX121; SBEDX0038 |

| LDTX054 | Email correspondence from Paul Cox to Sen Dan Blue's office regarding NCSBE latest recommendations on SB 747 | Cox 25; NCSBE_Public Records_0000285-293 | PROPOSED JOINT EXHIBIT<br><br>*Appears as* PX199 |
|---|---|---|---|
| LDTX055 | Email from Paul Cox to Pricey Harrison responding to Harrison's inquiry about SB 747 | Cox 26; NCSBE_Public Records_0001265-1268 | |
| LDTX056 | Email from Paul Cox to Rep. Mills' office providing additional suggested changes to SB 747 | Cox 27; NCSBE_Public Records_0000363-367 | |
| LDTX057 | Email from Paul Cox to Reps. Harrison, Dahle, and Buansi providing NCSBE suggested revisions to SB 747 | Cox 28; NCSBE_Public Records_0001116-1128 | PROPOSED JOINT EXHIBIT<br><br>*Appears as* PX200 |
| LDTX058 | Email from Paul Cox to County Directors sharing revised 01.29.2024 version of Numbered Memo 2023-05 | Cox 29; NCSBE_0000481-512 | PROPOSED JOINT EXHIBIT<br><br>*Appears as* PX122; SBEDX0045 |
| LDTX059 | Email from Olivia McCall to Paul Cox re: Wake County college address standards | Cox 30; NCSBE_0000513-517 | PROPOSED JOINT EXHIBIT<br><br>*Appears as* PX123; SBEDX0046 |

| LDTX060 | Email from Lindsey Wakely to Joe Coletti providing feedback on questions and SDR analysis | Cox 31; NCSBE_Public Records_0000025-51 | 401, 403, 802, Foundation |
|---|---|---|---|
| LDTX061 | "New Voter Verification Cycle" flow chart | Cox 32 | 401, 403, 802, 901, Foundation |
| LDTX062 | "Bamboozling the Lawmakers" by Voter Integrity Project | Daniel 3 | 401, 403, 802, 901, Foundation, Improper/Undisclosed Expert Testimony |
| LDTX063 | Email from Lindsey Wakely to Rep. Buansi providing NCSBE analysis of SB747 | Daniel 4; NCSBE_0000604-614 | |
| LDTX064 | Email from Joanne Empie to Andy Perrigo sharing NCEIT 2022 Post Election Analysis | Daniel 5; LEG_DEFS_0000539-580 | PROPOSED JOINT EXHIBIT<br><br>*Appears as* PX073 |
| LDTX065 | Email from Paul Cox to Joe Coletti discussing data relating to list created by Andy Jackson | Daniel 6 | 901, 802, Foundation, 401, 403 |
| LDTX066 | Email from Jim Womack to Rep. Mills providing NCEIT Legislative Priorities for 2023-2024 | Daniel 7; LEG_DEFS_0002129, 2132-2133 | PROPOSED JOINT EXHIBIT<br><br>*Appears as* PX074 |

| LDTX067 | Email from John Lock Foundation to Rep. Mills' office re: draft legislation from Dr. Andy Jackson | Daniel 8; LEG_DEFS_0000197-200 | 802, 901, Foundation |
|---|---|---|---|
| LDTX068 | Email from Sen Daniel's office to Dave Goetze | Daniel 9; LEG_DEFS_0004927-4928; 0006718-6788 | PROPOSED JOINT EXHIBIT<br><br>*Appears as* PX075 |
| LDTX069 | Election Statute Presentation from NCEIT | Daniel 11; NCEIT000008-31 | PROPOSED JOINT EXHIBIT<br><br>*Appears as* PX192 |
| LDTX070 | Email correspondence from Jim Womack to Brent Woodcox re: round table on election law | Daniel 12; LEG_DEFS_0006694-6695 | PROPOSED JOINT EXHIBIT<br><br>*Appears as* PX077 |
| LDTX071 | "Senate Republicans Reintroduce Election Integrity Legislation" Press Release | Daniel 15; LEG_DEFS_0004319-4321 | PROPOSED JOINT EXHIBIT<br><br>*Appears as* PX078 |
| LDTX072 | Email from Paul Cox to Kristen Guillory sending updated analysis of SB 747 | Daniel 16; NCSBE_Public Records_0000073-85 | |
| LDTX073 | Email from Paul Cox to Yost and Woodcox providing suggested revisions to SB 747 | Daniel 18; NCSBE_0000633-637 | |

| | | | |
|---|---|---|---|
| LDTX074 | Email from Mary Summa to Senate leadership expressing concerns with SB 747 | Daniel 19; LEG_DEFS_0004239-4340 | PROPOSED JOINT EXHIBIT<br><br>*Appears as* PX080 |
| LDTX075 | Email from Paul Cox to Yost and Woodcox providing suggested revisions to SB 747 PCS | Daniel 26; NCSBE_0000653-659 | |
| LDTX076 | NCSBE Presentation to the House Oversight and Reform Committee | Daniel 31; LEG_DEFS_0006344-6363 | PROPOSED JOINT EXHIBIT<br><br>*Appears as* PX083 – starts at LEG_DEFS_0006343 |
| LDTX077 | Email from Paul Cox to Rep. Mills, Hayes, and Barefoot re: NCSBE revisions to SB 747 | Daniel 32; NCSBE_Public Records_0000363-367 | |
| LDTX078 | Email from Paul Cox to Yost and Woodcox sharing feedback on SB 747 provided to the House | Daniel 37; NCSBE_0000791-802 | |
| LDTX079 | Email from Tim Tsujii to Allison Blackman re: cure efforts | Tsujii 2; DEM NC_INT0010829 | |
| LDTX080 | Email from Kay Moore to Allison Blackman re: processing pending SDRs | Tsujii 3; DEM NC_INT0010829 | PROPOSED JOINT EXHIBIT<br><br>*Appears as* PX202 |
| LDTX081 | "SSM Job Aid" from NCSBE | Tsujii 7 | |

| LDTX082 | Forsyth County BOE "Student Election Guide" | Tsujii 8; DEM NC_INT0010834 | PROPOSED JOINT EXHIBIT<br><br>*Appears as* PX203 |
|---|---|---|---|
| LDTX083 | Guidance for College Addresses for use with Same Day Registration for Colleges and Universities | Tsujii 9 | PROPOSED JOINT EXHIBIT<br><br>*Appears as* PX204 |
| LDTX084 | Forsyth County BOE College Student Voting & Registration Reference Document | Tsujii 10; County Board PRR_0000368-370 | PROPOSED JOINT EXHIBIT<br><br>*Appears as* PX205 |
| LDTX085 | Forsyth BOE Tracker Chart – SDR Cures | Moore 11 | PROPOSED JOINT EXHIBIT<br><br>*Appears as* PX206 |
| LDTX086 | "No Participation without Representation: The Impact of Descriptive and Substantive Representation on the Age-Related Turnout Gap" by Angelucci, Carrieiri, and Improta | Grumbach 7 | 802, Foundation, 401, 403, 901 |
| LDTX087 | "Overall Youth Turnout Down From 2020 but Strong in Battleground States" | Grumbach 11 | 802, Foundation, 401, 403, 901 |

22

| LDTX088 | "Young People and the 2024 Election: Struggling, Disconnected, and Dissatisfied" by Medina, Seigel-Stechler, and Suzuki | Grumbach 13 | 802, Foundation, 401, 403, 901 |
|---|---|---|---|
| LDTX089 | CIRCLE Post-2024 Election Youth Poll Results | Grumbach 14 | 802, Foundation, 401, 403, 901 |
| LDTX090 | "How Election Rules Affect Who Wins" by Grimmer and Hersh | Grumbach 16 | 802, Foundation, 401, 403, 901 |
| LDTX091 | "Processing Undeliverable Same Day Registration Voter Registration Cards" by NCSBE | Holland 33; NCSBE_002945-2949 | PROPOSED JOINT EXHIBIT<br><br>*Appears as* PX124 |
| LDTX092 | Email from Adam Steel to Parker Holland re: updates to Notice to Same Day Registrants | Holland 34; NCSBE_002890-2894 | |
| LDTX093 | Form Document - Notice to Verify Your Address | Holland 35; NCSBE_000019-20 | |
| LDTX094 | Email from Parker Holland to Paul Cox re: notices to counties | Holland 37; NCSBE_003071-3073 | |
| LDTX095 | Email from James Lell to Paul Cox re: changing cutoff date from numbered memo | Holland 38; NCSBE_002935 | |

| LDTX096 | NCSBE "Mail Verification - New Voter Mailing Process" | Holland 40; NCSBE_0000415-417 | PROPOSED JOINT EXHIBIT<br><br>*Appears as* PX125 |
|---|---|---|---|
| LDTX097 | Undeliverable Verification History 2024 Spreadsheet from NCSBE | Holland 41; NCSBE_003098 | PROPOSED JOINT EXHIBIT<br><br>*Appears as* PX126 |
| LDTX098 | 2024 SDR Processing Flow Charts | Holland 42; NCSBE_003087-3089 | PROPOSED JOINT EXHIBIT<br><br>*Appears as* PX128; SBEDX0014 |
| LDTX099 | Screenshot of NCSBE Data Production Folder 02.01.2025 | Holland 43 | |
| LDTX100 | Examples from NCSBE_003098 | Holland 44 | 401, 403, 901, Foundation, 106 |
| LDTX101 | Field Names & Assigned Values | Holland 45 | 401, 403, 901, Foundation, 106 |
| LDTX102 | "Processing Undeliverable Same Day Registration Voter Registration Cards" from NCSBE | Hunter Havens 2; NCSBE_0000586-587 | |
| LDTX103 | League of Women Voters of NC Public Policy Positions | Rubin 5; LWVNC_0001271-1280 | PROPOSED JOINT EXHIBIT<br><br>*Appears as* PX170 |

| | | | |
|---|---|---|---|
| LDTX104 | League of Women Voters "Statement on Election Law Changes for NC House Committee on Oversight and Reform" | Rubin 6; LWVNC_0000701-705 | |
| LDTX105 | Vote411.org Screenshot "North Carolina Voting Information" | Rubin 7 | 106, 901 |
| LDTX106 | Email from Paul Cox to Joe Coletti and Sumit Gupta re: data and info requests | NCSBE_0000668-677 (full bates range for Mills 53) | 802, Foundation, 401, 403, 901 |
| LDTX107 | Email from cls28655 to NCGA members requesting repeal of SDR | Mills 58; LEG_DEFS_0003964-66 | 802, Foundation, 901 |
| LDTX108 | Email correspondence from Jordan Roberts to Mason Barefoot following up on meeting discussing research from Dr. Andy Jackson | Mills 62; LEG_DEFS_0002660 | PROPOSED JOINT EXHIBIT<br><br>*Appears as* PX090 |
| LDTX109 | Email from Carol Snow to Darryl Black following up re: election integrity issues | Mills 66; LEG_DEFS_0003165-3166 | 401, 403, 802, Foundation, 901 |
| LDTX110 | Email from Joe Coletti to Andy Jackson re: testimony for the House Oversight and Reform Committee | Mills 68; LEG_DEFS_0006300-6302 | 901, 802, Foundation, 401, 403 |

| LDTX111 | Email from Joe Coletti and Paul Cox discussing NCSBE responses to data cited by Andy Jackson | Mills 69; NCSBE_0000678-679 | 901, 802, Foundation, 401, 403, 106 |
|---------|---------|---------|---------|
| LDTX112 | Email from Paul Cox to Rep. Harrison re: SDR provision of SB 747 | Mills 71; NCSBE_0000722-23 | |
| LDTX113 | Transcript of House Oversight and Reform Committee | Mills 72 | 802 |
| LDTX114 | Email from Paul Cox to Rep. Mills, Hayes, and Barefoot re: additional suggestions for revisions to SB 747 | Mills 76; NCSBE_0000729-733 | |
| LDTX115 | "Improving Trust in Elections" Article | Mills 77 | 802, 401, Foundation, 901 |
| LDTX116 | Email from Mason Barefoot to admin group forwarding suggestions from NCSBE | Mills 78; LEG_DEFS_0002215-2219 | |
| LDTX117 | Email from Paul Cox to Drum, Hayes, and Churchill re: feedback on House PCS 081333 | Mills 83; NCSBE_0000778-790 | PROPOSED JOINT EXHIBIT<br><br>*Appears as* PX130 |
| LDTX118 | Email from Paul Cox to Rep. Harrison re: poll observer suggestions and addressing deadline for printed ballots | Mills 84; NCSBE_0000816-818 | |

| | | | |
|---|---|---|---|
| LDTX119 | Declaration of Non-Party Cleta Mitchell | Mitchell 93 | 802 |
| LDTX120 | Presentation "Election Statute Presentation for Senate Election & Redistricting Committee Co-Chairs" by NCEIT | Mitchell 98; NCEIT000008-31 | PROPOSED JOINT EXHIBIT<br><br>*Appears as* PX198 |
| LDTX121 | "Who Can Register" NCSBE Website Screenshot | Mitchell 99 | |
| LDTX122 | North Carolina Voter Registration Application | Mitchell 100 | |
| LDTX123 | "Register in Person During Early Voting" NCSBE Website Screenshot | Mitchell 101 | |

| LDTX124 | "North Carolina Voter Registration List Maintenance" by NCSBE | Quinn 2; NCSBE_0000340-374 | PROPOSED JOINT EXHIBIT<br><br>*Appears as* PX129 |
|---|---|---|---|
| LDTX125 | Expert Report of Dr. Andrew Taylor (03.05.2025) | Taylor 1 | 802 (Objection will be withdrawn if expert testifies at trial, pursuant to the parties' agreement) |
| LDTX126 | Appendix A CV of Dr. Andrew Taylor | Taylor 2 | 802 (Objection will be withdrawn if expert testifies at trial, pursuant to the parties' agreement) |
| LDTX127 | "2022 Voter Friendly Campus Report" by Voter Friendly Campus | Taylor 7 | 802, Foundation, 401, 403, 901 |
| LDTX128 | Expert Report of Dr. Paul F. White (03.05.2025) | White 1; Quinn 5 | 802 (Objection will be withdrawn if expert testifies at trial, pursuant to the parties' agreement) |

| LDTX129 | Rebuttal Expert Report of Dr. Paul F. White (03.26.2025) | White 2; Quinn 4 | 802 (Objection will be withdrawn if expert testifies at trial, pursuant to the parties' agreement) |
|---|---|---|---|
| LDTX130 | NCBA 2023 SB 747 Talking Points | NCBA_0002125-2127 | Foundation, 802 |

Dated: July 18, 2025                    Respectfully Submitted,

*/s/ Jeffrey Loperfido*
Jeffrey Loperfido (State Bar #52939)
Christopher Shenton (State Bar #60442)
Hilary H. Klein (State Bar #53711)
Mitchell D. Brown (State Bar #56122)
Lily A. Talerman (State Bar #61131)
Helena C. Abbott (State Bar #62225)
Adrianne M. Spoto
SOUTHERN COALITION FOR SOCIAL
JUSTICE
PO Box 51280
Durham, NC 27717
Telephone: 919-794-4213
Facsimile: 919-908-1525
jeffloperfido@scsj.org
chrisshenton@scsj.org
hilaryhklein@scsj.org
mitchellbrown@scsj.org
lily@scsj.org
helena@scsj.org
adrianne@scsj.org

Michael Dockterman
Rachel Cannon
Laurel C. Taylor
Kristin Hendriksen
Wesley B. Ward
STEPTOE LLP
227 West Monroe Street, Suite 4700
Chicago, IL 60606
Telephone: (312) 577-1300
mdockterman@steptoe.com
rcannon@steptoe.com
lataylor@steptoe.com
khendriksen@steptoe.com
wward@steptoe.com

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on July 18, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to all parties of record.

/s/ Jeffrey Loperfido
Jeffrey Loperfido (State Bar #52939)