UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Civil Action No. 1:23-cv-00878-TDS-JEP

| | |
|---|---|
| DEMOCRACY NORTH CAROLINA, et al., | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | )<br>) |
| ALAN HIRSCH, et al., | ) **NOTICE OF**<br>) **AGENCY ACTION**<br>) |
| Defendants, | )<br>) |
| And | )<br>) |
| PHILIP E. BERGER, et al., | )<br>) |
| Intervenor-Defendants. | ) |

**NOW COME** Defendants Alan Hirsch, Jeff Carmon, III, Stacy Eggers, IV, Kevin N. Lewis, Siobhan O'Duffy Millen, and Karen Brinson Bell (collectively, the "State Board Defendants"), through undersigned counsel, to provide notice of agency action related to the April 28, 2025 Stipulation and Consent Judgment entered in the related matters of *Voto Latino, et al. v. Hirsch, et al.*, Case No. 1:23-cv-861; and *Democratic National Committee, et al. v. North Carolina State Board of Elections, et al.*, Case No. 1:23-cv-862.

State Board Defendants have reissued a numbered memorandum confirming the process that provides a notice and opportunity to cure for same-day registrants whose first notice is returned as undeliverable. *See* Numbered Memo 2023-05, Same-Day Registration (updated Jan. 29, 2024; July 21, 2025), Section 4, attached hereto as Exhibit A.

[Signature Page Follows]

Respectfully submitted this the 22nd day of July, 2025.

NORTH CAROLINA
DEPARTMENT OF JUSTICE

/s/ Terence Steed
Terence Steed
Special Deputy Attorney General
N.C. State Bar No. 52809
Email: tsteed@ncdoj.gov

Mary L. Lucasse
Special Deputy Attorney General
N.C. Bar No.: 39153
Email: mlucasse@ncdoj.gov

Ryan C. Grover
Special Deputy Attorney General
N.C. State Bar No.: 53703
E-mail: rgrover@ncdoj.gov

North Carolina Department of Justice
Post Office Box 629
Raleigh, North Carolina 27602
Telephone: (919) 716-6900