# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
# Case No. 1:23-CV-878

|  |  |
|---|---|
| DEMOCRACY NORTH CAROLINA; *et al.*, | |
| *Plaintiffs*, | |
| v. | **LEGISLATIVE INTERVENOR-DEFENDANTS' FIRST AMENDED PRETRIAL DISCLOSURES** |
| FRANCIS X. DE LUCA, in his official capacity as CHAIR OF THE STATE BOARD OF ELECTIONS, *et al.*, | |
| *Defendants*. | |

Legislative Intervenor-Defendants Philip E. Berger, in his official capacity as President *Pro Tempore* of the North Carolina Senate, and Destin C. Hall, in his official capacity as Speaker of the North Carolina House of Representatives (collectively, "Legislative Defendants"), pursuant to Fed. R. Civ. P. 26(a)(3)(A), respectfully submit the following amended pretrial disclosures for the trial set to begin in the above-captioned matter on October 20, 2025. Legislative Defendants reserve the right to amend and supplement these pretrial disclosures, and to respond to Plaintiffs' and State Board Defendants' pretrial disclosures, as appropriate.

## I. WITNESSES LEGISLATIVE DEFENDANTS EXPECT TO OR MAY PRESENT AT TRIAL.

Pursuant to Fed. R. Civ. P. 26(a)(3)(A)(i), Legislative Defendants expect to present the following witnesses at trial:[1]

1. Andrew Taylor, Ph.D.

2. Paul F. White, Ph.D.

3. Former Representative Paul Grey Mills, Jr.

4. Senator Warren T. Daniel

5. Paul Cox
   N.C. State Board of Elections, General Counsel
   c/o Terence Steed
   North Carolina Department of Justice
   P.O. Box 629
   Raleigh, NC 27602

6. Parker Holland
   N.C. State Board of Elections, Elections Administration Manager
   c/o Terence Steed
   North Carolina Department of Justice
   P.O. Box 629
   Raleigh, NC 27602

Pursuant to Fed. R. Civ. P. 26(a)(3)(A)(i), Legislative Defendants may call the following witnesses:

1. Cleta Mitchell
   c/o B. Tyler Brooks
   Law Offices of B. Tyler Brooks, PLLC
   P.O. Box 10767
   Greensboro, NC 27404
   Ph: (336) 707-8855

---

[1] All witnesses may be contacted through counsel for Legislative Defendants unless otherwise noted.

2

2. James K. Womack
   North Carolina Election Integrity Teams
   c/o B. Tyler Brooks
   Law Offices of B. Tyler Brooks, PLLC
   P.O. Box 10767
   Greensboro, NC 27404
   Ph: (336) 707-8855

3. Daisuke Tim Tsujii
   Forsyth County Board of Elections
   c/o Erica Glass
   Forsyth County Attorney's Office
   201 North Chestnut Street
   Winston-Salem, North Carolina 27101
   Ph: (336) 703-2030

## II. WITNESSES WHO LEGISLATIVE DEFENDANTS MAY PRESENT BY DEPOSITION.

Pursuant to an agreement amongst the parties, Legislative Defendants intend to present the testimony of the following third-party witnesses through deposition designations[2]:

1. Kay Moore
   Forsyth County Board of Elections 30(b)(6)

2. Angela Amaro
   Cumberland County Board of Elections 30(b)(6)

3. Latasha Hill
   Cumberland County Board of Elections 30(b)(6)

4. Susan Rae Hunter-Havens
   New Hanover County Board of Elections 30(b)(6)

---

[2] The parties' deposition designations for these third-party witnesses and a Joint Exhibit List will be attached to a forthcoming joint notice, to be filed later today. The joint notice will highlight any outstanding objections requiring court ruling prior to trial.

3

Legislative Defendants reserve the right to submit deposition testimony in lieu of live testimony for any witness who becomes unavailable consistent with this Court's orders, or by further agreement of the parties.

## III.   EXHIBITS THAT LEGISLATIVE DEFENDANTS EXPECT TO OR MAY OFFER AT TRIAL.

Legislative Defendants' First Amended Exhibit List is attached as **Exhibit 1**. This list is amended to note the removal of exhibits that the parties have agreed can be placed on the Joint Exhibit List, and the removal of exhibits that have since been withdrawn. Legislative Defendants expect to use all of the listed expert materials, and may use the remaining listed materials.

Respectfully submitted, this the 16th day of September, 2025.

**NELSON MULLINS RILEY & SCARBOROUGH LLP**

By: /s/ Phillip J. Strach
Phillip J. Strach (NCSB # 29456)
Alyssa M. Riggins (NCSB # 52366)
Nathaniel J. Pencook (NCSB # 52339)
Cassie A. Holt (NCSB # 56505)
Jordan A. Koonts (NCSB #59363)
Kacie T. England (NCSB #62343)
301 Hillsborough Street, Suite 1400
Raleigh, NC 27603
Telephone: (919) 329-3800
Facsimile: (919) 329-3779
phil.strach@nelsonmullins.com
alyssa.riggins@nelsonmullins.com
nate.pencook@nelsonmullins.com
cassie.holt@nelsonmullins.com
jordan.koonts@nelsonmullins.com
kacie.england@nelsonmullins.com

4

*Counsel for Legislative Defendants*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this the 16th day of September, 2025, the

foregoing was filed and served upon all counsel of record via the Court's CM/ECF system.

**NELSON MULLINS RILEY & SCARBOROUGH LLP**

/s/ Phillip J. Strach
Phillip J. Strach (NCSB # 29456)