IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Case No. 1:23-cv-00878-TDS-JEP

| | |
|---|---|
| DEMOCRACY NORTH CAROLINA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ALAN HIRSCH, et al., <br><br> Defendants, <br><br> and <br><br> PHILIP E. BERGER, et al., <br><br> Intervenor-Defendants. | **PLAINTIFFS' MOTION TO AUTHORIZE ALTERNATIVE SERVICE OF SUBPOENA AND COMPEL APPEARANCE** |

**NOW COME** Plaintiffs Democracy North Carolina, North Carolina Black Alliance, and League of Women Voters of North Carolina (collectively, "Plaintiffs"), through their undersigned counsel, to move the Court for an order authorizing alternative service of a trial subpoena on Cleta Mitchell via email at cleta@cletamitchell.com and/or USPS Priority Mail and, if authorized, an order compelling trial appearance for October 21, 2025. In support of this motion, Plaintiffs file a Memorandum of Law herewith.

Dated: September 18, 2025

Respectfully submitted,

/s/ *Laurel Taylor*

Jeffrey Loperfido (State Bar #52939)
Christopher Shenton (State Bar #60442)
Katelin S. Kaiser (State Bar #56799)

Hilary H. Klein (State Bar #53711)
**SOUTHERN COALITION FOR SOCIAL JUSTICE**
PO Box 51280
Durham, NC 27717
(919) 794-4213
jeffloperfido@scsj.com
chrisshenton@scsj.com
katelin@scsj.com
hilaryhklein@scsj.com

Michael Dockterman
Rachel Cannon
Kristen Hendriksen
Laurel Taylor
Wesley B. Ward
**STEPTOE LLP**
227 W. Monroe St.,
Suite 4700
Chicago, IL 60606
(312) 577-1300
mdockterman@steptoe.com
rcannon@steptoe.com
khendriksen@steptoe.com
lataylor@steptoe.com
wward@steptoe.com

*Counsel for Plaintiffs Democracy North Carolina, North Carolina Black Alliance, and League of Women Voters of North Carolina*

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that a true and correct copy of **Plaintiffs' Motion to Authorize Alternative Service of Subpoena and Compel Appearance** was served on all parties of record through the Court's electronic filing system and on the following party by USPS Priority Mail and email on September 18, 2025 as follows:

**Cleta Mitchell**
139 National Drive
Pinehurst, NC 28374
cleta@cletamitchell.com

*/s/ Laurel Taylor*
Laurel Taylor
Steptoe LLP

*Counsel for Plaintiffs Democracy North Carolina, North Carolina Black Alliance, and League of Women Voters of North Carolina*