**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Case No. 1:23-cv-00878-TDS-JEP**

|  |  |
|---|---|
| DEMOCRACY NORTH CAROLINA; *et al.*, <br><br> *Plaintiffs,* <br><br> v. <br><br> FRANCIS X. DE LUCA, in his official capacity as CHAIR OF THE STATE BOARD OF ELECTIONS; *et al.*, <br><br> *Defendants,* <br><br> and <br><br> PHILIP E. BERGER, in his official capacity as PRESIDENT *PRO TEMPORE* OF THE NORTH CAROLINA SENATE; *et al.*, <br><br> *Intervenor Defendants.* | **PLAINTIFFS' NOTICE OF INTENT NOT TO FILE REPLY BRIEF** |

Plaintiffs Democracy North Carolina, North Carolina Black Alliance, and the League of Women Voters of North Carolina, hereby give notice that in light of the pre-trial conference scheduled for October 9, 2025 and the need for prompt resolution ahead of the trial scheduled to begin on October 20, 2025, they do not intend to file a reply to Ms. Mitchell's Response and Objection to Alternative Service of Subpoena and Motion to Compel Appearance (Dkt. 162, 163). Plaintiffs rely on the arguments and supporting materials in their moving papers. *See* Dkt 158-160.

Dated: September 26, 2025

Respectfully Submitted,

/s/ _Jeffrey Loperfido_

Jeffrey Loperfido (State Bar #52939)
Christopher Shenton (State Bar #60442)
Hilary H. Klein (State Bar #53711)
Mitchell D. Brown (State Bar #56122)
Lily A. Talerman (State Bar #61131)
Helena C. Abbott (State Bar #62225)
Adrianne M. Spoto (State Bar #63569)
SOUTHERN COALITION FOR SOCIAL
JUSTICE
PO Box 51280
Durham, NC 27717
Telephone: 919-794-4213
Facsimile: 919-908-1525
jeffloperfido@scsj.org
chrisshenton@scsj.org
hilaryhklein@scsj.org
mitchellbrown@scsj.org
lily@scsj.org
helena@scsj.org
adrianne@scsj.org

Rachel Cannon
Laurel Taylor
Kristin Hendriksen
STEPTOE LLP
227 West Monroe Street, Suite 4700
Chicago, IL 60606
Telephone: (312) 577-1300
rcannon@steptoe.com
lataylor@steptoe.com
khendriksen@steptoe.com

_Counsel for Plaintiffs_

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on September 26, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to all parties of record and on the following non-party by USPS Priority Mail and email as addressed:

Ms. Cleta Mitchell
139 National Drive
Pinehurst, NC 28374
cleta@cletamitchell.com


*/s/ Jeffrey Loperfido*
Jeffrey Loperfido

3