# UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF NORTH CAROLINA

DEMOCRACY NORTH CAROLINA, et al

    v.

ALAN HIRSCH, et al

Case Number:    1:23CV878

# NOTICE OF HEARING

Take notice that a proceeding in this case has been **SET** as indicated below:

| | |
|---|---|
| **PLACE:** | Hiram H. Ward Bldg., 251 N. Main St., Winston-Salem, NC |
| **COURTROOM NO:** | 2 |
| **DATE & TIME:** | October 9, 2025 - 10:00 a.m. |
| **PROCEEDING:** | Hearing on Motion to Authorize Alternative Service of Subpoena and Compel Appearance |

Lawrence H. Cunningham, Clerk

By: /s/ Keah Marsh, Operations Manager

Date: September 29, 2025

To:     All Counsel and/or Parties of Record