IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| DEMOCRACY NORTH CAROLINA *et al.*, | ) ) ) ) |
| Plaintiffs, | ) ) ) Case No. 1:23-cv-878-TDS-JEP |
| v. | ) ) |
| ALAN HIRSCH *et al.*, | ) NOTICE OF ) UNAVAILABILITY FOR ) HEARING TO DEFEND |
| Defendants. | ) PRO SE FILINGS ) |

## NON-PARTY'S REQUEST FOR COURT TO DECIDE OBJECTIONS WITHOUT HEARING

The undersigned, Cleta Mitchell, a non-party in the instant litigation ("Ms. Mitchell), filed *pro se* on September 24, 2025, her Response and Objections to Plaintiffs' motion to allow alternative service of a trial subpoena compelling her attendance at the trial in this matter.

The Court has now scheduled a hearing on her Response and Objections for October 9, 2025. Ms. Mitchell is unavailable to appear at the hearing scheduled by the Court on that date. She hereby asks the Court to excuse her from appearance at the hearing, and to consider and decide her objections based on the previously filed Response and Objections, for the reasons stated in her Declaration, attached hereto.

*[signature: Cleta Mitchell]*

Cleta Mitchell, *Pro Se*
cleta@cletamitchell.com
202.431.1950

September 30, 2025

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the was served on all parties of record by electronic mail on September 30, 2025.

_Cleta Mitchell_
Cleta Mitchell, Appearing *Pro Se*

Dated September 30, 2025