IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

DEMOCRACY NORTH CAROLINA )
et al., )
 )
    Plaintiffs, )
 )
v. ) Case No. 1:23-cv-878-TDS-JEP
 )
ALAN HIRSCH et al., )
 )
    Defendants. )
 )

**DECLARATION OF NON-PARTY CLETA MITCHELL**

Pursuant to 28 U.S.C. § 1746, the undersigned Cleta Mitchell declares as follows:

1. My name is Cleta Mitchell. I am over the age of 18 and competent to testify to the matters stated herein, all of which are based on personal knowledge.

2. Plaintiffs seek the Court's authorization to serve me with a trial subpoena using electronic mail.

3. On September 24, 2025, I filed *pro se* my objection to the Plaintiffs' Motion for Alternative Service and further my objection to the Plaintiffs' efforts to compel my attendance at Trial.

4. Plaintiffs' filed Notice on September 26, 2025, that they will not file a response to my objections and will discuss it with the Court at the pre-

trial conference scheduled for October 9, 2025, and that "Plaintiffs rely on the arguments and supporting materials in their moving papers". *See PLAINTIFFS' NOTICE OF INTENT NOT TO FILE REPLY BRIEF*, filed on September 26, 2025.

5. It is my understanding that the Court has now scheduled a hearing on my Objections for October 9, 2025.

6. I am scheduled for meetings out of state on that date and am therefore unable to appear in person to defend my objections to Plaintiffs' Motion for Alternative Service and my Objections to being compelled to appear as a witness at trial.

7. I am not a party to these proceedings and have no direct knowledge of the facts regarding the subject matter of the litigation,

8. I have meetings out-of-state from October 6 through October 11, 2025, for which airline tickets have already been purchased.

9. It is burdensome, costly and problematic for me to appear in person for a hearing on my Objections to Plaintiffs' Motions.

10. Requiring me to appear in person at a hearing on my Objections will essentially nullify my objections to Plaintiffs' motions by providing the opportunity to serve me with the trial subpoena to which I object.

2

Case 1:23-cv-00878-TDS-JEP   Document 168   Filed 10/01/25   Page 2 of 3

1. I hereby waive my right to a hearing on the Plaintiffs' Motion and Objections for the reasons stated.

2. I further request that the Court decide my Objections based on my filings with the Court and that the Court relieve me of the obligation to appear in person to defend my Objections and that the Court not determine that I defaulted on my Objections by my failure to appear in person at the October 9, 2025, hearing.

Respectfully submitted,

*Cleta Mitchell*

Cleta Mitchell
*Pro Se*
cleta@cletamitchell.com
202.431.1950

Dated this 29th day of September, 2025