IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Case No. 1:23-cv-00878-TDS-JEP

| | |
|---|---|
| DEMOCRACY NORTH CAROLINA, *et al.*, | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) **CERTIFICATE OF SERVICE**<br>) |
| FRANCIS X. DE LUCA, in his official capacity, *et al.*, | )<br>)<br>) |
| Defendants, | )<br>) |
| and | )<br>) |
| PHIL BERGER, in his official capacity, *et al.*, | )<br>)<br>) |
| Intervenor Defendants. | )<br>) |

Pursuant to Rule 5 of the Federal Rules of Civil Procedure and this Court's Local Rules, it is hereby certified that on October 6, 2025, the Court's Order granting counsel's motion to withdraw, which appears as Docket Entry No. 172, was served on counsel of record for all parties via CM/ECF and upon non-parties Cleta Mitchell and NCEIT via First Class U.S. mail at the mailing addresses stated below as well as via email at the stated email addresses:

Cleta Mitchell
139 National Drive
Pinehurst, North Carolina 28374
cleta@cletamitchell.com

NORTH CAROLINA ELECTION INTEGRITY TEAM
c/o James Womack, Jr.
1615 Boone Trail Road
Sanford, North Carolina 27330
james.k.womack@gmail.com

Respectfully submitted, this 6th day of October, 2025.

/s/B. Tyler Brooks
B. Tyler Brooks (N.C. Bar No. 37604)
LAW OFFICE OF B. TYLER BROOKS, PLLC
P.O. Box 10767
Greensboro, North Carolina 27404
Telephone: (336) 707-8855
Fax: (336) 900-6535
btb@btylerbrookslawyer.com

2

Case 1:23-cv-00878-TDS-JEP    Document 173    Filed 10/06/25    Page 2 of 3

## CERTIFICATE OF SERVICE

Pursuant to Rule 5 of the Federal Rules of Civil Procedure and this Court's Local Rules, it is hereby certified that on October 6, 2025, the foregoing document was served on counsel of record for all parties via CM/ECF and upon non-parties Cleta Mitchell and NCEIT via First Class U.S. mail at the mailing addresses stated below.

Date: October 6, 2025 /s/B. Tyler Brooks
B. Tyler Brooks
N.C. Bar No. 37604


**SERVED:**

Cleta Mitchell
139 National Drive
Pinehurst, North Carolina 28374

NORTH CAROLINA ELECTION INTEGRITY TEAM
c/o James Womack, Jr.
1615 Boone Trail Road
Sanford, North Carolina 27330