# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
### Case No. 1:23-CV-878

DEMOCRACY NORTH CAROLINA; *et al.*,

                              *Plaintiffs*,

v.

FRANCIS X. DE LUCA, in his official capacity as CHAIR OF THE STATE BOARD OF ELECTIONS, *et al.*,

                              *Defendants*.

## JOINT STIPULATIONS

1.      All parties stipulate to the authenticity of information on the North Carolina State Board of Elections and the North Carolina General Assembly websites.

2.      All parties stipulate to the authenticity of the jointly filed deposition transcripts located at D.E. 156-4 to D.E. 156-7.

3.       All parties stipulate that if an expert witness testifies live at trial, that the expert's full report(s) will be admitted into evidence.

4909-8420-6448 v.2

## I. Expert Tenders

Plaintiffs' Experts

4. Dr. Kevin Quinn is an expert in political science and political methodology with an emphasis on empirical legal studies and statistical methods for law and social science.

5. Dr. Jacob Grumbach is an expert in political science and public policy, U.S. politics, the study of age in U.S. politics, quantitative methodology, and the study of state-level election administration methods and policies.

Legislative Defendants' Experts

6. Dr. Andrew Taylor is an expert in political science with an emphasis on North Carolina politics, voting and elections, North Carolina political history, and comparative state and national laws, politics, and policies.

7. Dr. Paul White is an expert in the field of economic and applied statistical analysis, including disparate impact analysis.

## II. Legislative History of S.B. 747 / N.C. Gen. Stat. § 163-82.6B (enacted as S.L. 2023-140, sec. 10.(a)).

8. The original draft of S.B. 747 was introduced in the North Carolina Senate on June 1, 2023, by Senators Ralph Hise, Jr., Paul Newton, and Warren Daniel. JX001, pp.1, 10; JX013.

9. On June 15, 2023, the Senate Redistricting and Elections Committee reported a favorable Senate Committee Substitute S747 PCS35291-BK-31. JX012; JX001, p.9.

2

Case 1:23-cv-00878-TDS-JEP   Document 174   Filed 10/07/25   Page 2 of 8

10.     On June 22, 2023, the bill crossed over to the North Carolina House of Representatives with Representative Paul Grey Mills, Jr. as the primary sponsor. JX001, p.8.

11.     On August 15, 2023, the House Committee on Election Law and Campaign finance Reform reported a favorable House Committee Substitute S747 PCS45363-BK-37. JX005; JX001, p.8.

12.     S.B. 747 was ratified on August 17, 2023. JX001, p.5; PX056.

13.     On August 24, 2023, Governor Cooper vetoed S.B. 747. JX001, p.5.

14.     S.B. 747 became law on October 10, 2023, when the General Assembly overrode the Governor's veto. N.C. Sess. Law 2023-140; JX002; JX001, pp.4-5.

### III.     Numbered Memos Issued by the North Carolina State Board of Elections.

15.     On August 28, 2012, the North Carolina State Board of Elections ("State Board") through its Executive Director issued Memorandum 2012-20 to the Directors of the County Boards of Election regarding proof of residency for same-day registrants. JX030. This memo was rescinded on December 8, 2023.

16.     On September 22, 2016, the State Board, through its Executive Director, issued Numbered Memo 2016-15 to the County Boards of Election regarding Same-day Registration during One-Stop Early Voting. This numbered memo was rescinded on December 8, 2023. JX029.

17.     On August 8, 2018, the State Board, through its Executive Director, issued Numbered Memo 2018-07 to the County Boards of Election regarding Court Order

4909-8420-6448 v.2

Affecting Voter Challenges. This numbered memo was revised November 5, 2018 and further technical revisions were made on April 12, 2023. SBEDX0006.

18.     On June 11, 2021, the State Board, through its Executive Director, issued Numbered Memo 2021-03 to the County Boards of Election regarding Absentee container-Return Envelope Deficiencies. This numbered memo was updated September 25, 2023 and again on January 19, 2024. SBEDX0007.

19.     On May 12, 2022, the State Board, through its Executive Director, issued Numbered Memo 2022-05 to the County Boards of Election regarding County Board challenges to Ineligible Absentee and Early Voting Ballots. This numbered memo was revised on December 15, 2023. SBEDX0008.

20.     On October 12, 2023, the State Board, through its Executive Director, issued Numbered Memo 2023-04 to the County Boards of Election regarding Provisional Ballots and Canvass Procedures. This numbered memo was updated February 26, 2024. SBEDX0009.

21.     On December 8, 2023, the State Board, through its Executive Director, issued Numbered Memo 2023-05 regarding Same-Day Registration. JX063. The numbered memo was updated on January 29, 2024 (JX062) and again on July 21, 2025 (JX061).

IV.     **This Litigation.**

22.      Plaintiffs initiated this action on October 17, 2023. The complaint [D.E. 1] alleges three causes of action:

4909-8420-6448 v.2

a. Count One (All Defendants) – Denial of Plaintiffs' Right to Procedural Due Process in violation of the Fourteenth Amendment to the Constitution of the United States and 42 U.S.C. § 1983;

b. Count Two (All Defendants) – Undue Burden on the Fundamental Right To Vote in Violation of the First and Fourteenth Amendments to the Constitution

c. Count Three (All Defendants) – Intentional Discrimination in Violation of the Twenty Sixth Amendment to the Constitution of the United States and 42 U.S.C. § 1983of the United States and 42 U.S.C. § 1983.

23.     On May 22, 2025, Plaintiffs voluntarily dismissed Count I with prejudice. [D.E. 133].

24.     On January 9, 2025, Intervenor Defendant Timothy K. Moore was replaced by Destin Hall, as the successor in office and current Speaker of the North Carolina House of Representatives, pursuant to Federal Rule of Civil Procedure 25(d). [D.E. 104].

25.     On July 7, 2025, pursuant to Federal Rule of Civil Procedure 25(d), Defendant Members of the State Board of Elections Kevin Lewis and Chair Alan Hirsch were replaced by Chair Francis X. De Luca and Member Robert Rucho. Defendant Executive Director of the State Board of Elections Karen Brinson Bell was replaced with Executive Director Sam Hayes. [D.E. 145].

4909-8420-6448 v.2

Dated: October 7, 2025.

Respectfully Submitted,

**SOUTHERN COALITION FOR SOCIAL JUSTICE**

/s/ Jeffrey Loperfido
Jeffrey Loperfido (State Bar #52939)
Christopher Shenton (State Bar #60442)
Hilary H. Klein (State Bar #53711)
Mitchell D. Brown (State Bar #56122)
Lily A. Talerman (State Bar #61131)
Helena C. Abbott (State Bar #62225)
Adrianne M. Spoto (State Bar #63569)
PO Box 51280
Durham, NC 27717
Telephone: 919-794-4213
Facsimile: 919-908-1525
jeffloperfido@scsj.org
chrisshenton@scsj.org
hilaryhklein@scsj.org
mitchellbrown@scsj.org
lily@scsj.org
helena@scsj.org
adrianne@scsj.org

Rachel Cannon*
Laurel C. Taylor*
Kristin Hendriksen*
STEPTOE LLP
227 West Monroe Street, Suite 4700
Chicago, IL 60606
Telephone: (312) 577-1300
rcannon@steptoe.com
lataylor@steptoe.com
khendriksen@steptoe.com

*Appearing Pro Hac Vice*

*Counsel for Plaintiffs*

**NELSON MULLINS RILEY & SCARBOROUGH LLP**

/s/ Phillip J. Strach
Phillip J. Strach (NCSB # 29456)
Alyssa M. Riggins (NCSB # 52366)
Nathaniel J. Pencook (NCSB # 52339)
Cassie A. Holt (NCSB # 56505)
Jordan A. Koonts (NCSB #59363)
Kacie T. England (NCSB #62343)
301 Hillsborough Street, Suite 1400
Raleigh, NC 27603
Telephone: (919) 329-3800
Facsimile: (919) 329-3779
phil.strach@nelsonmullins.com
alyssa.riggins@nelsonmullins.com
nate.pencook@nelsonmullins.com
cassie.holt@nelsonmullins.com
jordan.koonts@nelsonmullins.com
kacie.england@nelsonmullins.com

*Counsel for Legislative Intervenor-Defendants*

/s/ Terence Steed
Terence Steed
Special Deputy Attorney General
N.C. State Bar No. 52809
E-mail: tsteed@ncdoj.gov

Mary L. Lucasse
Special Deputy Attorney General
N.C. State Bar No. 39153
E-mail: mlucasse@ncdoj.gov

North Carolina Department of Justice
Post Office Box 629
Raleigh, North Carolina 27602
Telephone: (919) 716-6567

6

*Counsel for State Board Defendants*

4909-8420-6448 v.2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this the 7th day of October, 2025, the foregoing was filed and served upon all counsel of record via the Court's CM/ECF system.

> **NELSON MULLINS RILEY &**
> **SCARBOROUGH LLP**
>
> /s/ Phillip J. Strach
> Phillip J. Strach (NCSB # 29456)

4909-8420-6448 v.2