## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| DEMOCRACY NORTH CAROLINA; et al., | |
| *Plaintiffs*, | |
| v. | **NOTICE OF SPECIAL APPEARANCE** |
| FRANCIS X. DE LUCA, in his official capacity as Chair of the State Board of Elections; et al., | Case No. 1:23CV00878 |
| *Defendants*, | |
| and | |
| PHILIP E. BERGER, in his official capacity as President *Pro Tempore* of the North Carolina Senate; et al., | |
| *Intervenor Defendants.* | |

Please take notice that Laura D. Niday hereby enters a notice of special appearance as counsel for Democracy North Carolina, North Carolina Black Alliance, and League of Women Voters of North Carolina in the above-captioned matter, in association with Local Civil Rule 83.1(d) counsel, Jeffrey Loperfido (State Bar # 52939).

I certify that I will submit any document to Local Civil Rule 83.1(d) counsel for review prior to filing the document with the Court.

*/s/ Laura D. Niday*
Laura D. Niday (D.C. Bar # 90028820)
STEPTOE LLP
1330 Connecticut Ave NW
Washington, D.C. 20036
Telephone: (202) 429-3049
Facsimile: (202) 429-3902
LNiday@steptoe.com

*/s/ Jeffrey Loperfido*
Jeffrey Loperfido (State Bar #52939)

1

SOUTHERN COALITION FOR SOCIAL JUSTICE
5517 Durham-Chapel Hill Blvd.
Durham, NC 27707
Telephone: 919-794-4213
Facsimile: 919-908-1525
jeffloperfido@scsj.org

*Counsel for Plaintiffs Democracy North Carolina,
North Carolina Black Alliance, and League of Women
Voters of North Carolina*

2