DEMOCRACY NORTH CAROLINA;
NORTH CAROLINA BLACK ALLIANCE;
LEAGUE OF WOMEN VOTERS OF
NORTH CAROLINA,

      *Plaintiffs,*

   v.

FRANCIS X. DE LUCA, in his official
capacity as CHAIR OF THE STATE BOARD
OF ELECTIONS; et al.,

      *Defendants,*

   and

PHILIP E. BERGER, in his official capacity as
PRESIDENT *PRO TEMPORE* OF THE
NORTH CAROLINA SENATE; et al.,

      *Intervenor Defendants.*

## NOTICE OF APPEAL

Notice is hereby given that Plaintiffs Democracy North Carolina, North Carolina

Black Alliance, and the League of Women Voters of North Carolina appeal to the United

States Court of Appeals for the Fourth Circuit from the final judgment entered on March

26, 2026 (ECF # 199) in the above captioned case, and from any and all other orders and

decisions that merge therein.

1

Dated: April 24, 2026

Respectfully Submitted,

*/s/ Jeffrey Loperfido*

Rachel M. Cannon*
STEPTOE LLP
227 West Monroe Street, Suite 4700
Chicago, IL 60606
Telephone: (312) 577-1300
rcannon@steptoe.com

Laura Niday*
STEPTOE LLP
1330 Connecticut Avenue NW
Washington, DC 20036
Telephone: (202) 429-3049
Facsimile: (202) 429-3902
lniday@steptoe.com

Michael Dockterman*
Kristin Hendriksen*
Laurel Taylor*
MCDERMOTT WILL & SCHULTE
444 West Lake Street, Suite 4000
Chicago, IL 60606
Telephone: (312) 984-7730
Facsimile: (312) 984-7700
mdockterman@mwe.com
khendriksen@mwe.com
ltaylor@mwe.com

Jeffrey Loperfido (State Bar #52939)
Christopher Shenton (State Bar #60442)
Hilary H. Klein (State Bar #53711)
Lily A. Talerman (State Bar #61131)
Helena C. Abbott (State Bar #62225)
Adrianne M. Spoto (State Bar #63569)
SOUTHERN COALITION FOR SOCIAL
JUSTICE
PO Box 51280
Durham, NC 27717
Telephone: 919-794-4213
Facsimile: 919-908-1525
jeffloperfido@scsj.org
chrisshenton@scsj.org
hilaryhklein@scsj.org
lily@scsj.org
helena@scsj.org
adrianne@scsj.org

*Counsel for Plaintiffs Democracy North Carolina, North Carolina Black Alliance, and League of Women Voters of North Carolina*

*\*Special Appearance*

2

## CERTIFICATE OF SERVICE

I hereby certify that on April 24, 2026, I electronically filed the foregoing with the

Clerk of the Court using the CM/ECF system which will send a notice of electronic filing

to all parties of record.

/s/ Jeffrey Loperfido
(State Bar #52939)

3