# APPEAL TRANSMITTAL SHEET (non-death penalty)

| **Transmittal to 4CCA of notice of appeal filed:** 04/24/26 ___ | **District:** MIDDLE DISTRICT OF NC | **District Case No.:** 1:23CV878 |
|---|---|---|
| ✓ First NOA in Case | **Division:** | **4CCA No(s). for any prior NOA:** |
| ___ Subsequent NOA-same party ___ Subsequent NOA-new party ___ Subsequent NOA-cross appeal ___ Paper ROA ___ Paper Supp. Vols: _____ Other: _____ | **Caption:** DEMOCRACY NORTH CAROLINA et al v. HIRSCH et al | **4CCA Case Manager:** |

**Exceptional Circumstances:** ___ Bail ___ Interlocutory ___ Recalcitrant Witness ___ Other _____

| | |
|---|---|
| **Confinement**-Criminal Case: ___ Death row-use DP Transmittal ___ Recalcitrant witness ___ In custody ___ On bond ___ On probation **Defendant Address**-Criminal Case: | **Fee Status:** ___ No fee required (USA appeal)   ✓ Appeal fees paid in full   ___ Fee not paid **Criminal Cases:** ___ Defendant proceeded under CJA in district court. ___ Defendant did not proceed under CJA in district court. **Civil, Habeas & 2255 Cases:** ___ Court granted & did not revoke IFP status (continues on appeal) ___ Court granted IFP & later revoked status (must pay fee or apply to 4CCA) ___ Court never granted IFP status (must pay fee or apply to 4CCA) **PLRA Cases:** ___ Proceeded PLRA in district court, no 3-strike determination (must apply to 4CCA) ___ Proceeded PLRA in district court, determined to be 3-striker (must apply to 4CCA) |

| | |
|---|---|
| **District Judge:** THOMAS D. SCHROEDER | |

| **Court Reporter** (list all): Briana Chestnut | |
|---|---|
| | **Sealed Status** (check all that apply): ____ Portions of record under seal ____ Entire record under seal ____ Party names under seal ____ Docket under seal |
| **Coordinator**: Keah Marsh | |

| **Record Status for Pro Se Appeals** (check any applicable): | **Record Status for Counseled Appeals** (check any applicable): |
|---|---|
| ___ Assembled electronic record available upon request | ___ Assembled electronic record available upon request |
| ___ Additional sealed record available upon request | ___ Additional sealed record available upon request |
| ___ Paper record or supplement available upon request | ___ Paper record or supplement available upon request |
| ___ No in-court hearings held | ___ No in-court hearings held |
| ___ In-court hearings held – all transcript on file | ✓ In-court hearings held – all transcript on file |
| ___ In-court hearings held – all transcript not on file | ___ In-court hearings held – all transcript not on file |
| ___ Other: | ___ Other: |

Deputy Clerk: Abby Taylor ___ Phone: 336-332-6000 ___ Date: 04/28/26 ___

02/2023