FILED:  April 30, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

No. 26-1532
(1:23-cv-00878-TDS-JEP)

———————————

DEMOCRACY NORTH CAROLINA; NORTH CAROLINA BLACK
ALLIANCE; LEAGUE OF WOMEN VOTERS OF NORTH CAROLINA

Plaintiffs - Appellants

v.

FRANCIS X. DE LUCA, in his official capacity as CHAIR OF THE STATE
BOARD OF ELECTIONS; JEFF CARMON, III, in his official capacity as
SECRETARY OF THE STATE BOARD OF ELECTIONS; STACY EGGERS,
IV, in his official capacity as a member of the State Board of Elections; ROBERT
RUCHO, in his official capacity as MEMBER OF THE STATE BOARD OF
ELECTIONS; SIOBHAN O'DUFFY MILLEN, in her official capacity as
MEMBER OF THE STATE BOARD OF ELECTIONS; SAM HAYES, in his
official capacity as EXECUTIVE DIRECTOR OF THE STATE BOARD OF
ELECTIONS; NORTH CAROLINA STATE BOARD OF ELECTIONS

Defendants - Appellees

This case has been opened on appeal.

| Originating Court | United States District Court for the Middle District of North Carolina at Greensboro |
|---|---|
| Originating Case Number | 1:23-cv-00878-TDS-JEP |
| Date notice of appeal filed in originating court: | 04/24/2026 |

| Appellant(s) | DEMOCRACY NORTH CAROLINA, LEAGUE OF WOMEN VOTERS OF NORTH CAROLINA, NORTH CAROLINA BLACK ALLIANCE |
|---|---|
| Appellate Case Number | 26-1532 |
| Case Manager | R. Phillips 804-916-2702 |